| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number (if known) _____ Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Tintri, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  26-2906978

4. **Debtor's address**

   Principal place of business
   
   303 Ravendale Drive
   Mountain View, CA 94043
   Number, Street, City, State & ZIP Code
   
   Santa Clara
   County

   Mailing address, if different from principal place of business
   
   _____
   P.O. Box, Number, Street, City, State & ZIP Code
   
   Location of principal assets, if different from principal place of business
   
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  www.tintri.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __Tintri, Inc._____        Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5182__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    Tintri, Inc.  
         Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☒ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Tintri, Inc.
         _____   Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/10/2018
             MM / DD / YYYY

X _____            **Kieran Harty**
  Signature of authorized representative of debtor      Printed name

Title   **Co-Founder and Chief Technology Officer**

**18. Signature of attorney**

X _____            Date  07/10/2018
  Signature of attorney for debtor                            MM / DD / YYYY

**Colin R. Robinson**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 N. Market Street**
**17th Floor**
**Wilmington, DE 19899**
Number, Street, City, State & ZIP Code

Contact phone   302-652-4100         Email address   crobinson@pszjlaw.com

**5524 DE**
Bar number and State

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Delaware

In re  **Tintri, Inc.**  
                                        Debtor(s)  
Case No.  _____  
Chapter  **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  **None**.

2. The following financial data is the latest available information and refers to the debtor's condition on  **01/31/18**.

   a. Total assets                                                                $    76,250,000.00

   b. Total debts (including debts listed in 2.c., below)                         $   168,000,000.00

   c. Debt securities held by more than 500 holders:                              Approximate number of holders:

   | | | | | | | | |
   |---|---|---|---|---|---|---|---|
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |

   d. Number of shares of preferred stock                         0                0

   e. Number of shares common stock                        33,920,522             0

   Comments, if any:

3. Brief description of Debtor's business:  
   **The Debtor provides large organizations and cloud service providers with an enterprise cloud platform that offers public cloud capabilities inside their own data centers and that can also connect to public cloud services.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  
   **New Enterprise Associates**  
   **Silver Lake Kraftwerk**  
   **Insight Venture Partners**  
   **Lightspeed Venture Partners VIII, L.P.**  
   **Christopher Schaepe**  
   **Kieran Harty**

# SECRETARY'S CERTIFICATE
## OF
## TINTRI, INC.

_July 9_, 2018

The undersigned hereby certifies that:

1. He is the duly elected and qualified Secretary of Tintri, Inc.

2. Attached hereto as Exhibit A is a true, complete and correct copy of resolutions adopted by the board of directors of Tintri, Inc. Such resolutions have not been amended, modified or rescinded since their adoption and remain in full force and effect as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate to be effective as of the date first set forth above.

_____
Name:
Title: Secretary

TINTRI, INC.

Resolutions of the Board of Directors

July 6, 2018

**Filing of Bankruptcy Petition and Related Matters**

WHEREAS, the Board of Directors (the "**Board**") of Tintri, Inc., a Delaware corporation (the "**Company**"), acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products, the Company's existing and available cash resources, and the current and long-term liabilities of the Company;

WHEREAS, the Board has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company (the "**Restructuring**"); and

WHEREAS, the Board has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, which were not forthcoming, and the impact of the foregoing on the Company's business and its creditors, employees, stockholders, and other interested parties.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware;

RESOLVED, that consistent with the Restructuring, Robert J. Duffy of Berkeley Research Group, LLC ("**BRG**") is hereby appointed to the office of Chief Restructuring Officer ("**CRO**") of the Company and BRG shall assist Mr. Duffy in carrying out his duties as CRO;

RESOLVED, that the officers of the Company, including the Chief Restructuring Officer (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Company, subject to approval of the Bankruptcy Court, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: (a) enter into a new debtor in possession financing facility (the "**DIP**

**Facility**") having a maximum borrowing amount of $5.0 million and any associated documents and consummate, and perform under, the transactions contemplated therein (collectively, the "**Financing Transactions**") with such lenders and on such terms substantially consistent with those presented to the Board on or prior to the date hereof and as may be further approved, modified or amended by any one or more of the Authorized Officers, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Company's assets, in such case, as may be deemed necessary or desirable by any one or more of the Authorized Officers in connection with the Financing Transactions;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Wilson Sonsini Goodrich & Rosati ("**WSGR**") as the Company's special corporate counsel, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of WSGR;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of a claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of a claims, noticing, solicitation agent and administrative advisor;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates, including a sale of substantially all assets, and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**Approval of Investment Banker Engagement**

WHEREAS, the Board has been presented with an engagement letter with Houlihan Lokey ("**Houlihan**"), in substantially the form presented to the Board, regarding the retention of Houlihan by the Company as its financial advisor with respect to potential strategic transactions involving the Company (the "**Engagement Letter**").

NOW, THEREFORE BE IT RESOLVED, that the form, terms and provisions of the Engagement Letter are hereby approved and authorized.

RESOLVED FURTHER, that the Company is authorized and directed to execute and deliver the Engagement Letter, with such changes as may be approved by the Authorized Officers, acting on behalf of the Company, with the advice of counsel, and to perform its obligations thereunder, including the payment of the applicable fees contemplated therein.

**Approval of Kurtzman Engagement Letter**

WHEREAS, the Company has proposed to engage Kurtzman Carson Consultants LLC to provide consulting and related services to the Company in connection with the Bankruptcy Filing, on substantially the terms presented to the Board (the "**Kurtzman Engagement Letter**").

NOW, THEREFORE BE IT RESOLVED, that the form, terms and provisions of the Kurtzman Engagement Letter is hereby approved and authorized.

RESOLVED FURTHER, that the Company is authorized and directed to execute and deliver the Kurtzman Engagement Letter, with such changes as may be approved by the Authorized Officers, acting on behalf of the Company, with the advice of counsel, and to perform its obligations thereunder, including the payment of the applicable fees contemplated therein.

RESOLVED FURTHER, that the Company is authorized and directed to execute and deliver one or more consulting agreements and any other agreements that the Authorized Officers deem, with the advice of counsel, appropriate to effect the matters contemplated

by the Kurtzman Engagement Letter, and to perform its obligations with respect to such agreements, including the payment of the applicable fees contemplated therein.

**Omnibus Resolutions**

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates, including a sale of substantially all assets, and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and

RESOLVED FURTHER, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

| Fill in this information to identify the case: |
| --- |
| Debtor name   Tintri, Inc. |
| United States Bankruptcy Court for the:   District of Delaware   (State) |
| Case number (If known):   18- |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Flextronics International USA Inc. 847 Gibraltar Dr. Milpitas CA 95035 | Tel: 408-576-7000 Fax: 408-576-7454 | Trade Debt | | | | $4,487,849.38 |
| 2 | Salesforce.com, Inc. P.O. Box 203141 Dallas TX 75320 | Seabrien Arata Fax: 415-901-7040 | Trade Debt | | | | $492,266.48 |
| 3 | Promark Technology, Inc. 10900 Pump House Road, Suite B Annapolis Junction MD 20701 | Jeff Brown Fax: 301-725-7869 | Trade Debt | | | | $303,468.34 |
| 4 | Van Pelt, Yi & James LLP 10050 N Foothill Blvd Suite 200 Cupertino CA 95014 | William James Fax: 408-973-2595 | Professional Services | | | | $146,038.56 |
| 5 | O'Melveny & Myers, LLP 400 South Hope Street 18th Floor Los Angeles CA 90071 | Jonathan Rosenberg Fax: 212 408-2409 | Professional Services | | | | $140,289.84 |
| 6 | Flash Global Logistics PO BOX 679114 Dallas TX 75267-8916 | Fax: 403-714-5006 | Trade Debt | | | | $130,045.01 |
| 7 | Richmar Associates Inc. 283 Brokaw Road Santa Clara CA 95050 | Kim Novielli Fax: 408-727-4465 | Trade Debt | | | | $125,790.91 |
| 8 | Groupware Technology 541 Division Street Campbell CA 95008 | Sapna Mukkothuvalapu Fax: 408-866-5040 | Trade Debt | | | | $121,826.15 |

Debtor: Tintri, Inc.  
Case number (if known) 18-___

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Clari, Inc.<br>1154 Sonora Court<br>Sunnyvale CA 94086 | Tel: 650-265-2111<br>Fax: | Trade Debt | | | | $120,025.00 |
| 10 | Hilda Trigoso/ECS Supplier Accounting<br>Arrow Electronics<br>9151 E. Panorama Circle<br>Centennial, CO 80112 | Hilda Trigoso<br>Fax: 770-625-7806 | Trade Debt | | | | $99,221.80 |
| 11 | Savills Studley, Inc.<br>550 S. Winchester Blvd #600<br>San Jose CA 95128 | Kristine Lonero<br>Fax: 408-554-0704 | Trade Debt | | | | $90,549.73 |
| 12 | C/o Newtek Business Credit<br>HMG Strategy LLC<br>P.O. Box 3611<br>New Hyde Park NY 11040 | Peggy P.<br>peggyp@hmgstrategy.com<br>Fax: 203-221-2701 | Trade Debt | | | | $86,250.00 |
| 13 | Google Inc<br>1600 Amphitheatre Pkwy<br>Mountain View CA 94043 | Collections<br>collections@google.com<br>Fax: 650-253-0001 | Trade Debt | | | | $81,537.24 |
| 14 | CDW<br>PO Box 75723<br>Chicago IL 60675-5723 | Patricia Celmer<br>Tel: 847-465-3495<br>Fax: | Trade Debt | | | | $74,110.54 |
| 15 | CDW LLC<br>75 Remittance Drive<br>Suite #1956<br>Chicago IL 60675-1956 | Patricia Celmer<br>Tel: 847-465-3495<br>Fax: | Trade Debt | | | | $73,986.50 |
| 16 | NCR Corp.<br>14181 Collections Center Dr<br>Chicago IL 60693 | John Taylor<br>Tel: 770-689-2220<br>john.i.taylor@ncr.com<br>Fax: 866-841-7584 | Trade Debt | | | | $64,465.44 |
| 17 | Fusion<br>PO BOX 845176<br>BOSTON MA 02284-5176 | boston@fusionww.com<br>Tel: 617-502-4100 | Trade Debt | | | | $63,000.00 |
| 18 | Linkedin Corporation<br>62228 Collections Center Dr.<br>Chicago IL 60693-0622 | Tel: 650-687-3600<br>Fax: 650-687-0505 | Trade Debt | | | | $61,811.78 |
| 19 | Bizible<br>542 First Ave South, Suite 400<br>Seattle WA 98104 | Tel: 800-913-2620<br>Tel: 206-538-2210 | Trade Debt | | | | $60,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims (on a consolidated basis)    page 2
DOCS_SF:97040.1

Debtor  Tintri, Inc.
       Name

Case number (if known) 18-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | Sidley Austin LLP<br>One South Dearborn St<br>Chicago IL 60603 | Tel: 312-853-7000<br>Fax: 312-853-7036 | Professional Services | | | | $57,412.50 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

    Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

  Name:    New Enterprise Associated
  Address:   1954 Greenspring Drive, Ste. 600
         Lutherville Timonium, MD 21093

  Name:    Silver Lake Kraftwerk
  Address:   2020 Pioneer Court
         San Mateo, CA 94403

  Name:    Insight Venture Partners
  Address:   1114 Avenue of the Americas, 36th Floor
         New York, NY 10036

  Name:    Lightspeed Venture Partners VIII, L.P.
  Address:   2200 Sand Hill Road
         Menlo Park, CA 94025

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TINTRI, INC., | Case No. 18-_____ (___) |
| Debtor. | |

### CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor (the "Debtor") hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

DOCS_SF:97040.1

**Fill in this information to identify the case:**

Debtor name: Tintri, Inc.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration    Corporate Ownership Statement and Creditor Matrix Certification

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/9/18    X _____
                        Signature of individual signing on behalf of debtor

Kieran Harty
Printed name

Co-Founder and Chief Technology Officer
Position or relationship to debtor