## Exhibit C

**Proposed Publication Notice**

**ATTENTION DIRECT AND INDIRECT HOLDERS OF SECURITIES ISSUED BY TINTRI, INC.:**

The United States Bankruptcy Court for the District of Delaware has entered an order that imposes substantial restrictions on trading in equity interests in Tintri, Inc. and affiliates. A copy of the order may be found at the following internet address: (https://cases.kcc.com/tintri); questions regarding the order may be directed to proposed claims and noticing agent Kurtzman Carson Consultants, or proposed counsel for Debtor, Pachulski Stang Ziehl & Jones LLP (Attn: John D. Fiero and Colin R. Robinson). The case number for the bankruptcy action is [_____].

Dated: Wilmington, Delaware     **BY ORDER OF THE COURT**
       [      ], 2018