IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 10** |

Hearing Date: July 11, 2018 at 2:30 p.m. (ET)

**NOTICE OF FILING OF EXECUTED SUPERPRIORITY SECURED DEBTOR-IN-POSSESSION CREDIT FACILITY TERM SHEET IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, AND 507 (I) AUTHORIZING DEBTOR TO OBTAIN SECURED SUPERPRIORITY POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) AUTHORIZING THE USE OF CASH COLLATERAL, (IV) GRANTING ADEQUATE PROTECTION, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 10, 2018, the above-captioned debtor and debtor in possession (collectively, the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing Debtor to Obtain Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 10] (the "Financing Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtor attached to the Financing Motion the *[Execution Copy] Superpriority Secured Debtor-in-Possession Credit Facility Term Sheet* (the "Term Sheet").[2] The Debtor has now obtained authorization to release all of the

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.
[2] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Financing Motion or the Term Sheet.

signature pages for the Term Sheet. Accordingly, attached hereto as **Exhibit 1** is the fully executed Term Sheet with the signature pages for the Debtor, TriplePoint and SVB.

| | |
|---|---|
| Dated: July 10, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>/s/ *Colin R. Robinson*<br>Henry C. Kevane (CA Bar No. 125757)<br>John D. Fiero (CA Bar No. 136557)<br>John W. Lucas (CA Bar No. 271038)<br>James E. O'Neill (DE Bar No. 4042)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 N. Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br>E-mail: hkevane@pszjlaw.com<br>           jfiero@pszjlaw.com<br>           jlucas@pszjlaw.com<br>           joneill@pszjlaw.com<br>           crobinson@pszjlaw.com<br><br>*Proposed Attorneys for Debtor and Debtor in Possession* |