IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 10th day of July, 2018, I caused a copy of the following document(s) to be served on the individuals on the attached service list in the manner indicated:

**Notice of Filing of Executed Superpriority Secured Debtor-In-Possession Credit Facility Term Sheet in Support of Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing Debtor to Obtain Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief**

/s/ Colin R. Robinson
Colin R. Robinson (Bar No. 5524)

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

DOCS_DE:220240.3 83990/001

Tintri 2002 Service List (Email/Expedited)
Case No. 18-11625 (KJC)
Document No. 220179

15 – Email
13 – Facsimile
02 – Express Mail
03 – Overnight Delivery

(Counsel to Debtor)
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**Interoffice (SF)**
(Counsel to Debtor)
Henry C. Kevane, Esquire
John D. Fiero, Esquire
John W. Lucas, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

*VIA EMAIL*
(UST)
Timothy J. Fox, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: timothy.fox@usdoj.gov**

*VIA EMAIL*
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
**Email: usade.ecfbankruptcy@usdoj.gov**

*VIA EMAIL*
(State Attorney General)
Matthew P. Denn, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 North French Street
Wilmington, DE 19801
**Email: attorney.general@state.de.us**

*VIA EMAIL*
Zillah A. Frampton, Bankruptcy Administrator
Delaware Department of Revenue
Carvel State Office Building, 8th Floor
820 North French Street
Wilmington, DE 19801
**Email: zillah.frampton@state.de.us**

*VIA EMAIL*
(Co-Counsel to Silicon Valley Bank, Prepetition Senior Secured Lender)
Gregory A. Taylor, Esquire
David F. Cook, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899-1150
**Email: gtaylor@ashbygeddes.com
dcook@ashbygeddes.com**

*VIA EMAIL*
(Counsel to TriplePoint Capital LLC, DIP Lender)
Christopher A. Ward, Esquire
Stephen J. Astringer, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
**Email: cward@polsinelli.com
sastringer@polsinelli.com**

*VIA EMAIL*
Secretary of State
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE 19901
**Email:**
**DOSDOC_Bankruptcy@state.de.us**

*VIA EMAIL*
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

*OVERNIGHT DELIVERY*
US Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC 20220

*VIA EMAIL*
(United States Attorney General)
Jeff Sessions, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Email: askdoj@usdoj.gov**

*VIA EMAIL*
(Pension Benefit Guaranty Corporation)
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005
**Email: efile@pbgc.gov**

*VIA EMAIL*
Securities and Exchange Commission
Andrew Calamari
NY Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281-1022
**Email: nyrobankruptcy@sec.gov**

*VIA EMAIL*
Securities and Exchange Commission - Headquarters
100 F Street, NE
Washington, DC 20549
**Email: secbankruptcy@sec.gov**

*VIA EMAIL*
Securities and Exchange Commission
Sharon Binger
Philadelphia Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

*VIA FACSIMILE*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
**Fax No. 855-235-6787**

*VIA EMAIL*
(Co-Counsel to Silicon Valley Bank,
Prepetition Senior Secured Lender)
Donald E. Rothman, Esquire
Paul S. Samson, Esquire
Alexander G. Rheaume, Esquire
Riemer & Braunstein LLP
Three Center Plaza, Suite 600
Boston, MA 02108
**Email: drothman@riemerlaw.com**
**psamson@riemerlaw.com**
**ARheaume@riemerlaw.com**

*VIA EMAIL*
(Co-Counsel to Silicon Valley Bank,
Prepetition Senior Secured Lender)
Steven E. Fox, Esquire
Riemer & Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
**Email: sfox@reimerlaw.com**

*VIA EMAIL*
(Counsel to TriplePoint Capital LLC, DIP Lender)
Jeremy R. Johnson, Esquire
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, NY 10016
**Email: jeremy.johnson@polsinelli.com**

*VIA EMAIL*
(Counsel to TriplePoint Capital LLC, DIP Lender)
Timothy W. Walsh, Esquire
Riley T. Orloff, Esquire
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173
**Email: twwalsh@mwe.com
rorloff@mwe.com**

*VIA EMAIL*
(Counsel to TriplePoint Capital LLC, DIP Lender)
Gary B. Rosenbaum, Esquire
McDermott Will & Emery
2049 Century Park East, Suite 3800
Los Angeles, CA 90067
**Email: grosenbaum@mwe.com**

*VIA EMAIL*
(Top 20)
C/o Newtek Business Credit
HMG Strategy LLC
Attn: Peggy P.
PO Box 3611
New Hyde Park, NY 11040
**Email: peggyp@hmgstrategy.com**

*VIA EMAIL*
(Top 20)
Google Inc.
Attn: Collections
1600 Amphitheatre Parkway
Mountain View, CA 94043
**Email: collections@google.com**

*VIA EMAIL*
(Top 20)
NCR Corp.
Attn: John Taylor
14181 Collections Center Drive
Chicago, IL 60693
**Email: john.i.taylor@ncr.com**

*VIA EMAIL*
(Top 20)
Fusion
PO Box 845176
Boston, MA 02284-5176
**Email: boston@fusionww.com**

*VIA FACSIMILE*
(Top 20)
Flextronics International USA Inc.
847 Gibraltar Drive
Milpitas, CA 95035
**Fax No. 408-576-7454**

*VIA FACSIMILE*
(Top 20)
Salesforce.com, Inc.
Attn: Seabrien Arata
PO Box 203141
Dallas, TX 75320
**Fax No. 415-901-7040**

*VIA FACSIMILE*
(Top 20)
Promark Technology, Inc.
Attn: Jeff Brown
10900 Pump House Road, Suite B
Annapolis Junction, MD 20701
**Fax No. 301-725-7869**

*VIA FACSIMILE*
(Top 20)
Van Pelt, Yi & James LLP
Attn: William James
10050 North Foothill Boulevard
Suite 200
Cupertino, CA 95014
**Fax No. 408-973-2595**

*VIA FACSIMILE*
(Top 20)
O'Melveny & Myers, LLP
Attn: Jonathan Rosenberg
400 South Hope Street
18th Floor
Los Angeles, CA 90071
**Fax No. 212-408-2409**

*VIA FACSIMILE*
(Top 20)
Flash Global Logistics
PO Box 679114
Dallas, TX 75267-8916
**Fax No. 403-714-5006**

*VIA FACSIMILE*
(Top 20)
Richmar Associates Inc.
Attn: Kim Novielli
283 Brokaw Road
Santa Clara, CA 95050
**Fax No. 408-727-4465**

*VIA FACSIMILE*
(Top 20)
Groupware Technology
Attn: Sapna Mukkothuvalapu
541 Division Street
Campbell, CA 95008
**Fax No. 408-866-5040**

*VIA FACSIMILE*
(Top 20)
ECS Supplier Accounting
Attn: Hilda Trigoso
Arrow Electronics
9151 East Panorama Circle
Centennial, CO 80112
**Fax No. 770-625-7806**

*VIA FACSIMILE*
(Top 20)
Savills Studley, Inc.
Attn: Kristine Lonero
550 South Winchester Boulevard #600
San Jose, CA 95128
**Fax No. 408-554-0704**

*VIA FACSIMILE*
(Top 20)
Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622
**Fax No. 650-687-0505**

*VIA FACSIMILE*
(Top 20)
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
**Fax No. 312-853-7036**

*OVERNIGHT DELIVERY*
(Top 20)
Clari, Inc.
1154 Sonora Court
Sunnyvale, CA 94086

*OVERNIGHT DELIVERY*
(Top 20)
Bizible
542 First Ave South, Suite 400
Seattle, WA 98104

*VIA EXPRESS MAIL*
(Top 20)
CDW
Attn: Patricia Celmer
PO Box 75723
Chicago, IL 60675-5723

*VIA EXPRESS MAIL*
(Top 20)
CDW LLC
Attn: Patricia Celmer
75 Remittance Drive
Suite #1956
Chicago, IL 60675-1956