IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JULY 11, 2018, AT 2:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN J. CAREY, BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801[2]**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. Voluntary Petition:

    A.  Tintri Inc.

2. Declaration of Robert J. Duffy in Support of First Day Motions [Docket No. 2, filed July 10, 2018].

    **Status:**  The Declaration will be relied upon as evidentiary support for the first day matters listed below.

    **First Day Administrative and Procedural Motion**

3. Debtor's Application for Entry of an Order, Pursuant to 28 U.S.C. § 156(c), Approving the Retention and Appointment of Kurtzman Carson Consultants LLC as the Claims and Noticing Agent for the Debtor, *Nunc Pro Tunc* to the Petition Date [Docket No. 3, filed July 10, 2018].

    **Status:**  This matter is going forward.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978). The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

### First Day Motions Pertaining to Business Operations

4. Debtor's Motion for Order Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (IV) Granting Related Relief [Docket No. 4, filed July 10, 2018].

   **Status:** This matter is going forward.

5. Debtors' Motion Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code for an Order Authorizing the Payment of Prepetition Sales, Use and Franchise Taxes and Similar Taxes and Fees [Docket No. 5, filed July 10, 2018].

   **Status:** This matter is going forward.

6. Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Commissions, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests [Docket No. 6, filed July 10, 2018].

   **Status:** This matter is going forward.

7. Debtors' Motion for Entry of an Order (A) Authorizing Debtor to Pay Prepetition Claim of Critical Vendor and (B) Granting Related Relief [Docket No. 7, filed July 10, 2018].

   **Status:** This matter is going forward.

8. Debtor's Motion for Interim and Final Orders (A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (C) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Docket No. 8, filed July 10, 2018].

   Status: This matter is going forward.

9. Debtor's Motion Pursuant to 11 U.S.C. §§ 362 & 105 (a) for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtor's Estate [Docket No. 9, filed July 10, 2018].

   Status: This matter is going forward.

First Day Motion Pertaining to Financing

DOCS_DE:220219.2 83990/001

10. Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing Debtor to Obtain Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 10, filed July 10, 2018].

Related Document:

a. Notice of Filing of Executed Superpriority Secured Debtor-In-Possession Credit Facility Term Sheet in Support of Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing Debtor to Obtain Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 24, filed July 11, 2018].

**Status:** This matter is going forward with respect to an interim order.

Dated: July 10, 2018
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
    jfiero@pszjlaw.com
    jlucas@pszjlaw.com
    joneill@pszjlaw.com
    crobinson@pszjlaw.com

*Proposed Attorneys for Debtor and Debtor in Possession*

3

DOCS_DE:220219.2 83990/001