IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | **Re: Docket Nos. 5 and 45** |

Objection Deadline: August 3, 2018 at 4:00 p.m. (ET)
Hearing Date: August 10, 2018 at 10:00 a.m. (ET)

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING REGARDING DEBTOR'S MOTION PURSUANT TO SECTIONS 105(a), 507(a)(8), AND 541(d) OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING THE PAYMENT OF PREPETITION SALES, USE AND FRANCHISE TAXES AND SIMILAR TAXES AND FEES

TO: (a) the Office of the United States Trustee; (b) counsel for postpetition and prepetition lenders; (c) the Debtor's twenty largest unsecured creditors; (d) the taxing authorities; and (e) any party requesting special notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on July 10, 2018 (the "Petition Date"), the above-captioned debtor and debtor in possession (collectively, the "Debtor"), filed the *Debtor's Motion Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code for an Order Authorizing the Payment of Prepetition Sales, Use and Franchise Taxes and Similar Taxes and Fees* [Docket No. 5] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that the Debtor presented certain first-day motions at a hearing before the Honorable Kevin J. Carey at the Bankruptcy Court on July 10, 2018. The Bankruptcy Court granted interim relief on the Motion and entered the [Signed] *Interim Order Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code*

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

DOCS_DE:220291.1 83990/001

*(I) Authorizing the Payment of Prepetition Sales, Use and Franchise and Other Similar Taxes and Fees* (the "Interim Order") [Docket No. 45], attached hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a final order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **August 3, 2018 at 4:00 p.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtor, Tintri, Inc., 303 Ravendale Dr., Mountain View, CA 94943, Attn: Robert J. Duffy; (ii) proposed counsel for the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: Colin R. Robinson, Esquire; (iii) counsel to any statutory committee appointed in this case; (iv) counsel for the DIP Lender, McDermott Will & Emery LLP, 2049 Century Park East, 38th Floor, Los Angeles, CA 90067-3218, Attn: Riley T. Orloff, Esquire and Prepetition Lenders, Riemer & Braunstein LLP, Three Center Plaza, 6th Floor, Boston, Massachusetts 02108, Attn: Paul S. Samson, Esquire; and (v) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Timothy J. Fox, Esquire) (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **AUGUST 10, 2018 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN J. CAREY,

2

DOCS_DE:220291.1 83990/001

UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

Dated: July 10, 2018
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
jfiero@pszjlaw.com
jlucas@pszjlaw.com
joneill@pszjlaw.com
crobinson@pszjlaw.com

*Proposed Attorneys for Debtor and Debtor in Possession*