# Exhibit A

**(Order)**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING DEBTOR'S MOTION FOR ENTRY OF AN
ORDER AUTHORIZING DEBTOR TO ENTER INTO DIRECT RESELLER
AGREEMENT PURSUANT TO SECTIONS 105(A) AND 363(B) OF
THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF**

This Court has considered the *Debtor's Motion For Entry of an Order Authorizing Debtor to Enter Into a Reseller Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Granting Related Relief* (the "Motion"),[2] the declaration of Robert J. Duffy in support of the Motion and the statements of counsel and the evidence presented with respect to the Motion at any hearing before this Court (the "Hearing"). This Court has found that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances. After due deliberation, this Court has determined that (i) the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors; (ii) the Debtor has exercised reasonable business judgment in determining to enter into the Reseller

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Agreement pursuant to section 363(b) of the Bankruptcy Code; and (iii) good and sufficient cause having been shown;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 363(b) and 105(a) of the Bankruptcy Code, the Debtor is authorized to enter into the Agreement in substantially the form attached as Exhibit A to the Motion.

3. The Debtor is authorized to execute and deliver all instruments and documents, and take all such other actions as may be necessary or appropriate to implement, effectuate and fully perform under and in accordance with this Order.

4. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective immediately and enforceable upon its entry.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2018

                                        HONORABLE KEVIN J. CAREY
                                        UNITED STATES BANKRUPTCY JUDGE