IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No. 69 70 |
| | ) | |

## ORDER FIXING HEARING DATE AND SHORTENING TIME REGARDING MOTION TO ENTER INTO A RESELLER AGREEMENT PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion to Shorten")[2] filed by The above-captioned debtor and debtor in possession (the "Debtor"), for entry of an order (this "Order") scheduling an expedited hearing on, and shortening the notice period of, the *Debtor's Motion for Entry of an Order Authorizing Debtor to Enter Into a Reseller Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Granting Related Relief* (the "Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012*; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion to Shorten was appropriate and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having determined that the legal and

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

1

factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing on the Motion is scheduled for July 25, 2018, at 2:00 p.m. (Eastern time) (the "Hearing") before Judge Mery Walrath.

3. Any objections or responses to the Motion must be made at the Hearing.

4. Immediately after the entry of this Order, the Debtor shall serve a copy of this Order and a notice for the Hearing on the Motion on the Notice Parties, who were originally served with the Motion to Shorten and the Motion, in the manner described in the Motion to Shorten.

Dated: July 19, 2018

HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE