IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | **Re: Docket Nos. 69, 70 and 72** |

**Objection Deadline: At the Hearing**
**Hearing Date: July 25, 2018 at 2:00 p.m. (ET)**

## NOTICE OF HEARING REGARDING DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO ENTER INTO DIRECT RESELLER AGREEMENT PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF

TO: (i) the U.S. Trustee; (ii) Debtor's prepetition and postpetition lenders; (iii) those parties listed on the list of creditors holding the 20 largest unsecured claims against the Debtor, as identified in its chapter 11 petition; and (iv) parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on July 18, 2018 (the "Petition Date"), the above-captioned debtor and debtor in possession (collectively, the "Debtor"), filed the *Debtor's Motion for Entry of an Order Authorizing Debtor to Enter Into Direct Reseller Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Granting Related Relief* [Docket No. 69] (the "Motion") and *Debtor's Emergency Motion for Order Fixing Hearing Date and Shortening Time Regarding Debtor's Motion for Entry of an Order Authorizing Debtor to Enter Into Direct Reseller Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Granting Related Relief* [Docket No. 70] (the "Motion to Shorten") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion and Motion to Shorten were previously served upon you.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

**PLEASE TAKE FURTHER NOTICE** that on July 19, 2017, the Bankruptcy Court entered the *Order Fixing Hearing Date and Shortening Time Regarding Motion to Enter Into a Reseller Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code* [Docket No. 72] (the "Order Shortening Notice"). A copy of the Order Shortening Notice is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be made at the hearing on **July 25, 2018 at 2:00 p.m. (Eastern time).**

**PLEASE TAKE FURTHER NOTICE** that if you choose to file a written response or objection prior to the hearing, you must at the same time serve a copy of the response or objection upon: (i) the Debtor, Tintri, Inc., 303 Ravendale Dr., Mountain View, CA 94943, Attn: Robert J. Duffy; (ii) proposed counsel for the Debtor, (a) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, (Attn: Colin R. Robinson, Esquire), crobinson@pszjlaw.com; and (b) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, (Attn: John D. Fiero, Esquire), jfiero@pszjlaw.com; (iii) the U.S. Trustee; Timothy J. Fox, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, timothy.fox@usdoj.gov; (iv) counsel to the DIP Lender, (a) Polsinelli PC; 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801; (Attn: Stephen J. Astringer, Esquire), sastringer@polsinelli.com, (b) McDermott Will & Emery, 340 Madison Avenue, New York, NY 10173, (Attn: Riley T. Orloff, Esquire), rorloff@mwe.com; and (c) McDermott Will & Emery, 2049 Century Park East, Suite 3800, Los Angeles, CA 90067, (Attn: Gary B. Rosenbaum,

Esquire), grosenbaum@mwe.com; and (v) co-counsel for Prepetition Senior Secured Lender, (a) Ashby & Geddes, P.A.; 500 Delaware Avenue, 8th Floor, PO Box 1150, Wilmington, DE 19899-1150, (Attn: Gregory A. Taylor, Esquire), gtaylor@ashbygeddes.com; (b) Riemer & Braunstein LLP, Three Center Plaza, Suite 600, Boston, MA 02108, (Attn: Paul S. Samson, Esquire), psamson@riemerlaw.com; and (c) Riemer & Braunstein LLP, Times Square Tower, Suite 2506, Seven Times Square, New York, NY 10036, (Attn: Steven E. Fox, Esquire), sfox@riemerlaw.com.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **JULY 25, 2018 AT 2:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

Dated: July 19, 2018  
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Colin R. Robinson
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
　　　　jfiero@pszjlaw.com
　　　　jlucas@pszjlaw.com
　　　　joneill@pszjlaw.com
　　　　crobinson@pszjlaw.com

*Proposed Attorneys for Debtor and Debtor in Possession*