**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Tintri, Inc. | : | Case No. 18-11625 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Flextronics International USA, Inc.,** Attn: Johannes O. Lomeli, 6201 American Center Dr., San Jose, CA 95002-2563, Phone: 650-862-4924

2. **Clari, Inc.,** Attn: Alyssa Filter, 1154 Sonora Court, Sunnyvale, CA 94086, Phone: 805-215-2159

3. **NCR Corporation,** Attn: Robert Waddell, 864 Spring Street, NW, Atlanta, GA 30308, Phone: 678-808-7168

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ *Timothy Fox* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 20, 2018

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James O'Neil, Esq., Phone: 302-652-4100, Fax: 302-652-4400