# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TINTRI, INC.,[1] | Case No. 18-11625 (KJC) |
| Debtor. | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the above-captioned bankruptcy case, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Womble Bond Dickinson (US) LLP hereby enters its appearance as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Case be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Case:

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, Ca 94043.

Matthew P. Ward  
Ericka F. Johnson  
Morgan L. Patterson  
Womble Bond Dickinson (US) LLP  
222 Delaware Avenue, Suite 1501  
Wilmington, DE 19801  
Telephone: (302) 252-4320  
Facsimile: (302) 252-4330  
Email: matthew.ward@wbd-us.com  
Email: ericka.johnson@wbd-us.com  
Email: morgan.patterson@wbd-us.com  

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Case and proceedings therein.

Dated: July 20, 2018　　　　　　　　　　　**WOMBLE BOND DICKINSON (US) LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Morgan L. Patterson*
　　　　　　　　　　　　　　　　　　　　　　　Matthew P. Ward (Del. Bar No. 4471)
　　　　　　　　　　　　　　　　　　　　　　　Ericka F. Johnson (Del. Bar No. 5024)
　　　　　　　　　　　　　　　　　　　　　　　Morgan L. Patterson (Del. Bar No. 5388)
　　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1501
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 252-4320
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 252-4330
　　　　　　　　　　　　　　　　　　　　　　　Email: matthew.ward@wbd-us.com
　　　　　　　　　　　　　　　　　　　　　　　Email: ericka.johnson@wbd-us.com
　　　　　　　　　　　　　　　　　　　　　　　Email: morgan.patterson@wbd-us.com

　　　　　　　　　　　　　　　　　　　　　　　*Proposed Counsel to the Official Committee of Unsecured Creditors*