IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 71** |

**Objection Deadline: July 30, 2018 at 4:00 p.m. (ET)**
**RESCHEDULED Hearing Date: August 1, 2018 at 11:30 a.m. (ET)**

## NOTICE OF RESCHEDULED HEARING ON MOTION FOR APPROVAL OF BID PROCEDURES AND RELATED RELIEF

**PLEASE TAKE NOTICE** that on July 18, 2018, the above-captioned debtor and debtor in possession (collectively, the "Debtor"), filed the *Motion for Entry of an Order (I) (A) Authorizing Entry Into Asset Purchase Agreement With Respect to the Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Assets, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notices Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions; (II) Authorizing and Approving (A) The Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances, and Other Interests, and (B) the Assumption and Assignment of Certain Contracts and Leases; and (III) Granting Related Relief* [Docket No. 71] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

served upon you.  Copies of the Motion are available from the Bankruptcy Court's website at www.pacer.gov or at www.kccllc.net/tintri.

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION REGARDING APPROVAL OF BID PROCEDURES AND CERTAIN RELATED RELIEF HAS BEEN **RESCHEDULED** FOR **AUGUST 1, 2018 AT 11:30 A.M. (EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH**, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, **5TH FLOOR, COURTROOM NO. 4**, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that the original deadline for filing objections and responses to the relief requested in the Motion is unchanged.  Objections and responses to the relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **July 30, 2018 at 4:00 p.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtor, Tintri, Inc., 303 Ravendale Dr., Mountain View, CA 94943, Attn:  Robert J. Duffy; (ii) proposed counsel for the Debtor, (a) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE  19801, (Attn: Colin R. Robinson), crobinson@pszjlaw.com; and (b) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA  94111, (Attn:  John D. Fiero), jfiero@pszjlaw.com; (iii) the U.S. Trustee; Timothy J. Fox, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801, timothy.fox@usdoj.gov; (iv) counsel to the DIP Lender, (a) Polsinelli PC; 222 Delaware Avenue, Suite 1101, Wilmington, DE  19801; (Attn:  Stephen J. Astringer), sastringer@polsinelli.com, (b) McDermott Will &

Emery, 340 Madison Avenue, New York, NY 10173, (Attn: Riley T. Orloff), rorloff@mwe.com; and (c) McDermott Will & Emery, 2049 Century Park East, Suite 3800, Los Angeles, CA 90067, (Attn: Gary B. Rosenbaum), grosenbaum@mwe.com; and (v) co-counsel for Prepetition Senior Secured Lender, (a) Ashby & Geddes, P.A.; 500 Delaware Avenue, 8th Floor, PO Box 1150, Wilmington, DE 19899-1150, (Attn: Gregory A. Taylor), gtaylor@ashbygeddes.com; (b) Riemer & Braunstein LLP, Three Center Plaza, Suite 600, Boston, MA 02108, (Attn: Paul S. Samson), psamson@riemerlaw.com; and (c) Riemer & Braunstein LLP, Times Square Tower, Suite 2506, Seven Times Square, New York, NY 10036, (Attn: Steven E. Fox), sfox@riemerlaw.com.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 27, 2018
     Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
    jfiero@pszjlaw.com
    jlucas@pszjlaw.com
    joneill@pszjlaw.com
    crobinson@pszjlaw.com

*Proposed Attorneys for Debtor and Debtor in Possession*

3

DOCS_DE:220467.3 83990/001