IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Deadline for Submitting Bids: August 23, 2018 at 5:00 p.m. (Eastern time)**
**Deadline for Objections to Sale: August 21, 2018 at 4:00 p.m. (Eastern time)**
**Auction Date: August 27, 2018 at 10:00 a.m. (Eastern time)**
**Sale Hearing Date: August 28, 2018 at 1:30 p.m. (Eastern time)**

## NOTICE OF SALE PROCEDURES, AUCTION DATE AND SALE HEARING FOR SUBSTANTIALLY ALL OF DEBTOR'S ASSETS

**PLEASE TAKE NOTICE** that on July 18, 2018, the above-captioned debtor and Debtor in possession (the "Debtor") filed the *Motion for Entry of an Order (I)(A) Authorizing Entry into the Asset Purchase Agreement with Respect to the Sale of Substantially all of the Debtor's Assets; (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor; (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts; (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and Leases; And (III) Granting Related Relief* (the "Motion").[2] On August 1, 2018, the Court entered an order (the "Bid Procedures Order") granting the Motion in part and

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

approving the bid procedures annexed hereto (the "Bid Procedures") to be used in connection with the auction (the "Auction") of the Debtor's assets (the "Assets"). Pursuant to the Motion, the Debtor seeks, *inter alia*, the Bankruptcy Court's approval of the sale of substantially all of its assets (the "Assets") to TI Acquisition Corp., a wholly-owned subsidiary of DataDirect Networks, Inc. (the "Stalking Horse Purchaser"), or to the other successful purchaser(s) of the Assets at an auction (the "Auction"), free and clear of liens, claims, encumbrances and other interests.

## Bid Procedures and Auction

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures approved by the Bid Procedures Order, a copy of which are attached hereto as **Exhibit 1**, describe, *inter alia*, the terms of the bidding process, the requirements and deadlines for participation therein, required terms of any bids, and the time, location and conduct of the Auction. In the event of any inconsistency or conflict between this Notice, the Bid Procedures and the Bid Procedures Order, the Bid Procedures Order shall control.

**PLEASE TAKE FURTHER NOTICE** the Auction will commence on August 27, 2018 at 10:00 a.m. (Eastern Time) at the offices of Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801.

## The Sale Hearing

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for **August 28, 2018 at 1:30 p.m. (Eastern Time)** (the "Sale Hearing") to consider approval of the winning bid(s) and confirm the results at the Auction for the Assets, pursuant to the Motion. The Sale Hearing may, however, be adjourned in open court from time to time, without further notice. The Sale Hearing will be held before the Honorable Kevin J. Carey,

DOCS_DE:220500.2 83990/001

United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures annexed hereto shall govern the bidding process and the Auction of the Assets. Any person that wishes to receive a copy of the Bid Procedures Order shall make such request in writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: John D. Fiero, Esq. and Colin R. Robinson, Esq., jfiero@pszjlaw.com; crobinson@pszjlaw.com.

## Objections

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the relief to be requested at the Sale Hearing must be in writing, state the basis of such objection with specificity, and shall be filed with the Court, with a courtesy copy to Chambers, and shall be served on: (i) counsel to the Debtor and Debtor-in-Possession, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), (Attn: John D. Fiero, Esq. and Colin R. Robinson, Esq.), Email: jfiero@pszjlaw.com, crobinson@pszjlaw.com; (ii) counsel to the Official Committee of Unsecured Creditors, Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, (Attn: Matthew P. Ward, Esq. and Ericka F. Johnson, Esq.), Email: matthew.ward@wbd-us.com, ejohnson@wbd-us.com; (iii) counsel to Silicon Valley Bank, Debtor's prepetition senior secured lender ("SVB"), (a) Riemer & Braunstein LLP, Times Square Tower, Seven Times Square, Suite 2506, New York, NY 10036 (Attn: Steven E. Fox, Esq.), Email: sfox@riemerlaw.com, and (b) Ashby & Geddes, 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899 (Attn: Gregory A. Taylor, Esq.), Email:

GTaylor@ashbygeddes.com; (iv) counsel to TriplePoint Capital LLC, Debtor's debtor in possession lender, (a) McDermott Will & Emery, 340 Madison Avenue, New York, NY 10173 (Attn: Riley T. Orloff, Esq.), Email: rorloff@mwe.com, (b) McDermott Will & Emery, 2049 Century Park East, Suite 3800, Los Angeles, CA 90067 (Attn: Gary B. Rosenbaum, Esq.), Email: grosenbaum@mwe.com, and (c) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 (Attn: Stephen J. Astringer, Esq.), Email: sastringer@polsinelli.com; (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Timothy J. Fox, Jr., Esq.; and (vi) counsel to the Stalking Horse Purchaser: Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, (Attn: John H. Knight, Esq.), Email: Knight@rlf.com and Manatt, Phelps & Phillips, LLP, 11355 W. Olympic Blvd, Los Angeles, CA 90064 (Attn: Blase Dillingham, Esq.), Email: bdillingham@manatt.com, so as to be received by **August 21, 2018, at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that all requests for information concerning the Assets and all requests for information concerning the Bid Procedures, should be directed in writing to Pachulski Stang Ziehl & Jones LLP, 919 N. Market St., 17th Floor, Wilmington, Delaware 19801, (Attn: John D. Fiero, Esq. and Colin R. Robinson, Esq.), Email: jfiero@pszjlaw.com; crobinson@pszjlaw.com.

| | |
|---|---|
| Dated: August 2, 2018 | PACHULSKI STANG ZIEHL & JONES LLP<br>*/s/ Colin R. Robinson*<br>John D. Fiero (CA Bar No. 136557)<br>John W. Lucas (CA Bar No. 271038)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 N. Market Street, 17th Floor, Wilmington, DE 91899<br>Tel: (302) 652-4100/Fax: (302) 652-4400<br>Email: jfiero@pszjlaw.com, jlucas@pszjlaw.com, crobinson@pszjlaw.com<br>*Proposed Attorneys for Debtor and Debtor in Possession* |