IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

Deadline for Submitting Bids: August 23, 2018 at 5:00 p.m. (Eastern time)
Deadline for Objections to Sale: August 21, 2018 at 4:00 p.m. (Eastern time)
Auction Date: August 27, 2018 at 10:00 a.m. (Eastern time)
Sale Hearing Date: August 28, 2018 at 1:30 p.m. (Eastern time)

## NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that on July 10, 2018 (the "Petition Date"), the above-captioned Debtor and Debtor in possession (the "Debtor") filed a voluntary petition for relief under title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that on July 18, 2018, the above-captioned Debtor and Debtor in possession (the "Debtor") filed the *Motion for Entry of an Order (I)(A) Authorizing Entry into the Asset Purchase Agreement with Respect to the Sale of Substantially all of the Debtor's Assets; (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor; (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts; (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens,*

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

*Claims and Encumbrances, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and Leases; and (III) Granting Related Relief* (the "Motion").[2] On August 1, 2018, the Court entered an order (the "Bid Procedures Order") granting the Motion in part and approving the bid procedures annexed thereto (the "Bid Procedures") to be used in connection with the auction (the "Auction") of the Debtor's assets described in the Motion (the "Assets") pursuant to the asset purchase agreement annexed as **Exhibit C** to the Motion (the "Purchase Agreement"). Pursuant to the Motion, the Debtor seeks, *inter alia*, the Bankruptcy Court's approval of the sale of substantially all of its assets (the "Assets") to TI Acquisition Corp., a wholly-owned subsidiary of DataDirect Networks, Inc. (the "Stalking Horse Purchaser"), or to the other successful purchaser(s) (the "Successful Bidder") of the Assets at an auction, free and clear of liens, claims, encumbrances and other interests.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been set for **August 28, 2018 at 1:30 p.m. (Eastern Time**) before the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that you are a party to an executory contract(s) or unexpired lease(s) that has been designated for assumption by the Debtor and assignment to the Stalking Horse Purchaser, or alternatively, to the Successful Bidder (each an "Assumed Executory Contract"). A list of the Assumed Executory Contracts is set forth on **Exhibit A** hereto, along with the amount that must be paid to cure any defaults existing under such executory contracts (the "Cure Amount"), based upon the Debtor's books and records, which the

---

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

Debtor asserts is owed to cure any defaults existing under the Assumed Executory Contract as of the Petition Date.[3]

**PLEASE TAKE FURTHER NOTICE** that a Successful Bidder, as applicable, may subsequently elect to exclude any agreement or agreements from the list of Assumed Executory Contracts at any time prior to the closing of the sale of the Assets, including the potential exclusion of the Assumed Executory Contract listed on **Exhibit A** hereto. Cure Amounts, if any, shall only be paid with respect to Assumed Executory Contracts that are actually assumed pursuant to the closing of the sale of the assets in accordance with the Purchase Agreement, or the purchase agreement of the Successful Bidder. In the event that a Successful Bidder elects to exclude any Assumed Executory Contracts, the affected counterparties will be separately notified of any such election.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Amount shown for the Assumed Executory Contract on **Exhibit A**, or if you object to the assumption and assignment of your Assumed Executory Contract on any grounds, you must file an objection in writing with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on or before **August 21, 2018, at 4:00 p.m. (Eastern Time)**. In addition, any objection must set forth the specific default or defaults alleged, set forth any such other ground for objection, and set forth any Cure Amount as alleged by you, including such documentation and records as supports your asserted cure amount.

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the relief to be requested at the Sale Hearing must be in writing, state the basis of such objection with specificity, and shall be filed with the Court, with a courtesy copy to Chambers, and shall be

---

[3] Your receipt of this notice does not constitute an admission by the Debtor that your agreement actually constitutes an executory contract or unexpired lease under section 365 of the Bankruptcy Code, and the Debtor expressly reserve the right to challenge the status of any agreement.

served on: (i) counsel to the Debtor and Debtor-in-Possession, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), (Attn: John D. Fiero, Esq. and Colin R. Robinson, Esq.); Email: jfiero@pszjlaw.com, crobinson@pszjlaw.com ; (ii) counsel to the Official Committee of Unsecured Creditors, Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, (Attn: Matthew P. Ward, Esq. and Ericka F. Johnson, Esq.), Email: matthew.ward@wbd-us.com, ericka.johnson@wbd-us.com; (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Timothy J. Fox, Jr.; and (iv) counsel to SVB, (a) Riemer & Braunstein LLP, Times Square Tower, Seven Times Square, Suite 2506, New York, NY 10036 (Attn: Steven E. Fox, Esq.), Email: sfox@riemerlaw.com, and (b) Ashby & Geddes, 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899 (Attn: Gregory A. Taylor, Esq.), Email: GTaylor@ashbygeddes.com; (v) counsel to TriplePoint Capital LLC, Debtor's debtor in possession lender, (a) McDermott Will & Emery, 340 Madison Avenue, New York, NY 10173 (Attn: Riley T. Orloff, Esq.), Email: rorloff@mwe.com, (b) McDermott Will & Emery, 2049 Century Park East, Suite 3800, Los Angeles, CA 90067 (Attn: Gary B. Rosenbaum, Esq.), Email: grosenbaum@mwe.com, and (c) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 (Attn: Stephen J. Astringer, Esq.), Email: sastringer@polsinelli.com; and (vi) counsel to the Stalking Horse Purchaser: Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, (Attn: John H. Knight, Esq.), Email: Knight@rlf.com and Manatt, Phelps & Phillips, LLP, 11355 W. Olympic Blvd, Los Angeles, CA 90064 (Attn: Blase Dillingham, Esq.), Email: bdillingham@manatt.com, so as to be received by **August 21, 2018, at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION OR OBJECTIONS AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE. ANY NON-DEBTOR PARTY TO ANY ASSUMED EXECUTORY CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNTS FOR SUCH ASSUMED EXECUTORY CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNTS, AND ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION ON OTHER GROUNDS IS DEEMED TO HAVE CONSENTED TO SUCH ASSIGNMENT AND ASSUMPTION.**

Dated: August 3, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
John D. Fiero (CA Bar No. 136557)
Henry C. Kevane (CA Bar No. 125757)
John W. Lucas (CA Bar No. 271038)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: jfiero@pszjlaw.com
 hkevane@pszjlaw.com
 jlucas@pszjlaw.com
 crobinson@pszjlaw.com

Proposed Attorneys for Debtor and Debtor in Possession

# EXHIBIT A

# EXHIBIT A-1
# Distributor Agreements

| Counterparty | Description | Cure |
|---|---|---|
| Abacus | Distributor Agreement | $0.00 |
| Abacus Networks | Distributor Agreement | $0.00 |
| ACA Pacific Technology (S) Pte Ltd | Distributor Agreement | $0.00 |
| Accelera Solutions | Distributor Agreement | $0.00 |
| Accordant Technology Inc | Distributor Agreement | $0.00 |
| Agility Systems, LLC. | Distributor Agreement | $0.00 |
| Ahead | Distributor Agreement | $0.00 |
| Alliance Technology Group LLC | Distributor Agreement | $0.00 |
| Alpha Technologies | Distributor Agreement | $0.00 |
| Applied Engineering | Distributor Agreement | $0.00 |
| Applied Engineering Inc. | Distributor Agreement | $0.00 |
| Arrow ECS | Distributor Agreement | $0.00 |
| Arrow ECS AG | Distributor Agreement | $0.00 |
| Arrow ECS BE | Distributor Agreement | $0.00 |
| Arrow ECS Canada | Distributor Agreement | $0.00 |
| Arrow ECS Denmark A/S | Distributor Agreement | $0.00 |
| Arrow ECS Finland Oy | Distributor Agreement | $0.00 |
| Arrow ECS Internet Security AG | Distributor Agreement | $0.00 |
| Arrow ECS Internet Security AG - Austria | Distributor Agreement | $0.00 |
| Arrow ECS Internet Security AG; (CH) | Distributor Agreement | $0.00 |
| Arrow ECS NEDERLAND | Distributor Agreement | $0.00 |
| Arrow ECS Netherland | Distributor Agreement | $0.00 |
| Arrow ECS SA/NV | Distributor Agreement | $0.00 |
| Arrow ECS Sverige AB | Distributor Agreement | $0.00 |
| Arrow Ecs Sweden AB | Distributor Agreement | $0.00 |
| Arrow Ent. Computing Solutions | Distributor Agreement | $0.00 |
| Arrow Enterprise Computing Inc | Distributor Agreement | $0.00 |
| Arrow Enterprise Computing Solutions Limited | Distributor Agreement | $0.00 |
| Arrow Enterprise Computing Solutions LTD | Distributor Agreement | $0.00 |
| Assistra AG | Distributor Agreement | $0.00 |
| Bechtle Direkt | Distributor Agreement | $0.00 |
| Bechtle Logistik & Service Gmb | Distributor Agreement | $0.00 |
| BlueChip Tek | Distributor Agreement | $0.00 |
| Cambridge Computer Services, Inc. | Distributor Agreement | $0.00 |
| Cambridge Computer Svc., Inc. | Distributor Agreement | $0.00 |
| Capital Data, Inc. | Distributor Agreement | $0.00 |
| Carahsoft Technology Corp | Distributor Agreement | $0.00 |
| CCB Technology | Distributor Agreement | $0.00 |
| Champion Solutions Group | Distributor Agreement | $0.00 |
| Charter Telecom | Distributor Agreement | $0.00 |
| CHASSasia (Singapore) Pte Ltd | Distributor Agreement | $0.00 |
| Cherub Availability Services | Distributor Agreement | $0.00 |
| Chinook Integrated Technologies | Distributor Agreement | $0.00 |
| CIPHAUS | Distributor Agreement | $0.00 |
| Citon Computer Corp | Distributor Agreement | $0.00 |
| Clear Technologies | Distributor Agreement | $0.00 |
| ClearShark | Distributor Agreement | $0.00 |
| Cloud Technology 4 Business (CT4 PTY LTD) | Distributor Agreement | $0.00 |
| Coastline Micro | Distributor Agreement | $0.00 |
| Computacenter (UK) LTD | Distributor Agreement | $0.00 |
| Concat AG IT Solutions | Distributor Agreement | $0.00 |

EXHIBIT A-1
DISTRIBUTOR AGREEMENTS

| Counterparty | Description | Cure | Counterparty | Description | Cure |
|---|---|---|---|---|---|
| Core BTS, Inc. | Distributor Agreement | $0.00 | IT Navigation | Distributor Agreement | $0.00 |
| CrossIT Services & Solutions, LLC | Distributor Agreement | $0.00 | IVOXY Consulting | Distributor Agreement | $0.00 |
| Dasher Technologies, Inc. | Distributor Agreement | $0.00 | KANEMATSU ELECTRONICS LTD. | Distributor Agreement | $0.00 |
| DataBlue Solutions | Distributor Agreement | $0.00 | Key Info Systems | Distributor Agreement | $0.00 |
| DMS iTECH | Distributor Agreement | $0.00 | Kinghold Technology Co., Ltd | Distributor Agreement | $0.00 |
| Empired Ltd. | Distributor Agreement | $0.00 | Kovarus Technology Solutions | Distributor Agreement | $0.00 |
| Entisys Solutions Inc | Distributor Agreement | $0.00 | LogicalIS, Inc | Distributor Agreement | $0.00 |
| ePact | Distributor Agreement | $0.00 | Long View Systems | Distributor Agreement | $0.00 |
| ePlus Technology | Distributor Agreement | $0.00 | Maximus Data Company | Distributor Agreement | $0.00 |
| ePlus Technology, Inc. | Distributor Agreement | $0.00 | McGladrey | Distributor Agreement | $0.00 |
| Examedia Solutions Sdn Bhd | Distributor Agreement | $0.00 | Mightycare-Solutions GmbH | Distributor Agreement | $0.00 |
| Extend Networks, Inc. | Distributor Agreement | $0.00 | Mindful Experience Ltd. | Distributor Agreement | $0.00 |
| FedTek | Distributor Agreement | $0.00 | Myriad Supply | Distributor Agreement | $0.00 |
| Freedom Solutions LLC | Distributor Agreement | $0.00 | Net One Partners Co., LTD. | Distributor Agreement | $0.00 |
| Freedom Solutions LLC | Distributor Agreement | $0.00 | Net One Systems Co., Ltd. | Distributor Agreement | $0.00 |
| Freeit Data Solutions | Distributor Agreement | $0.00 | Net3 Technologies | Distributor Agreement | $0.00 |
| GPL Technologies | Distributor Agreement | $0.00 | Network Computing | Distributor Agreement | $0.00 |
| Greenpages | Distributor Agreement | $0.00 | Network Computing Architects | Distributor Agreement | $0.00 |
| Greyson Technologies | Distributor Agreement | $0.00 | Network Computing Architects (NCA) | Distributor Agreement | $0.00 |
| Groupware Technologies | Distributor Agreement | $0.00 | Network Technology Partners | Distributor Agreement | $0.00 |
| Groupware Technology | Distributor Agreement | $0.00 | Networks Unlimited | Distributor Agreement | $0.00 |
| Heartland Business Systems (HBS) | Distributor Agreement | $0.00 | Networld Corporation | Distributor Agreement | $0.00 |
| I.D. Systems | Distributor Agreement | $0.00 | Nfrastructure | Distributor Agreement | $0.00 |
| IBM | Distributor Agreement | $0.00 | Norseman | Distributor Agreement | $0.00 |
| Ingram-Micro Canada | Distributor Agreement | $0.00 | NOX Co., LTD | Distributor Agreement | $0.00 |
| Insight Direct (UK) Limited | Distributor Agreement | $0.00 | ONI plc | Distributor Agreement | $0.00 |
| Integr8 | Distributor Agreement | $0.00 | Open Reality | Distributor Agreement | $0.00 |
| Integrated Data Storage | Distributor Agreement | $0.00 | Open Systems Technologies | Distributor Agreement | $0.00 |
| Integrated Data Storage (IDS) | Distributor Agreement | $0.00 | | | |

EXHIBIT A-1
DISTRIBUTOR AGREEMENTS

| Counterparty | Description | Cure |
|---|---|---|
| P1 Technologies | Distributor Agreement | $0.00 |
| PCM | Distributor Agreement | $0.00 |
| Pentech Solution Sdn Bhd | Distributor Agreement | $0.00 |
| Pomeroy | Distributor Agreement | $0.00 |
| Presidio Networked Solutions | Distributor Agreement | $0.00 |
| Proact | Distributor Agreement | $0.00 |
| Promark Technology | Distributor Agreement | $0.00 |
| Quest Media and Supplies, Inc. | Distributor Agreement | $0.00 |
| Root Cellar Technologies | Distributor Agreement | $0.00 |
| Santa Monica Networks | Distributor Agreement | $0.00 |
| Secure Data Technologies | Distributor Agreement | $0.00 |
| Shenzhen Ochange Information Technology co., Ltd. | Distributor Agreement | $0.00 |
| SHI | Distributor Agreement | $0.00 |
| Sievers Group | Distributor Agreement | $0.00 |
| Sigmax ICT Specialisten BV | Distributor Agreement | $0.00 |
| SLAIT Consulting | Distributor Agreement | $0.00 |
| Softchoice LP | Distributor Agreement | $0.00 |
| Solid Park AB | Distributor Agreement | $0.00 |
| Solutions II | Distributor Agreement | $0.00 |
| SPS - Strategic Products & Svc | Distributor Agreement | $0.00 |
| Starnet Solutions, Inc. | Distributor Agreement | $0.00 |
| Storage Assessments LLC | Distributor Agreement | $0.00 |
| Strategic Custom Solutions, Inc. | Distributor Agreement | $0.00 |
| Synergy Computers | Distributor Agreement | $0.00 |
| Syscore AB | Distributor Agreement | $0.00 |
| Technologent | Distributor Agreement | $0.00 |
| Teneo | Distributor Agreement | $0.00 |
| TOSS Corporation | Distributor Agreement | $0.00 |
| Unified Technologies | Distributor Agreement | $0.00 |
| Unison Information Systems | Distributor Agreement | $0.00 |
| Unistar-Sparco Computers, Inc. | Distributor Agreement | $0.00 |
| Virtix IT | Distributor Agreement | $0.00 |
| World Wide Technology (WWT) | Distributor Agreement | $0.00 |
| XiosS | Distributor Agreement | $0.00 |
| Zycko | Distributor Agreement | $0.00 |
| Zycko Benelux | Distributor Agreement | $0.00 |
| Zycko France | Distributor Agreement | $0.00 |
| Zycko Italy SRL | Distributor Agreement | $0.00 |
| Zycko Networks GMBH | Distributor Agreement | $0.00 |
| Zycko Polska Sp.z.o.o | Distributor Agreement | $0.00 |
| **Total** | | **$0.00** |

3

DOCS_SF:97469.2

# EXHIBIT A-2
# Supplier Agreements

| Counterparty | Description | Cure | Counterparty | Description | Cure |
|---|---|---|---|---|---|
| ACC Business | Supplier Agreement | $0.00 | Crane Pest Control | Supplier Agreement | $0.00 |
| Adaptive Insights, Inc. | Supplier Agreement | $0.00 | CreativePlant Design Inc. | Supplier Agreement | $499.68 |
| Adobe Systems Inc. | Supplier Agreement | $0.00 | E*Trade Financial Corporate Services, Inc. | Supplier Agreement | $52,111.55 |
| AIC | Supplier Agreement | $0.00 | EDGECONNEX | Supplier Agreement | $0.00 |
| AIC-Advanced Industrial Computer | Supplier Agreement | $0.00 | Elastic Search | Supplier Agreement | $0.00 |
| Amazon Web Services | Supplier Agreement | $0.00 | Everbank Commerical Finance, Inc | Supplier Agreement | $3,118.92 |
| Arena Solutions | Supplier Agreement | $0.00 | | | |
| Assembla, Inc. | Supplier Agreement | $0.00 | FedEx | Supplier Agreement | $112,536.00 |
| Atlas Private Security Inc | Supplier Agreement | $29,552.62 | FGS, Inc. | Supplier Agreement | $0.00 |
| Atlassian Pty Ltd | Supplier Agreement | $3,550.00 | Flash Global Logistics | Supplier Agreement | $0.00 |
| Avalara | Supplier Agreement | $0.00 | Flextronics International USA Inc | Supplier Agreement | $3,107,583.82 |
| Bizible | Supplier Agreement | $60,000.00 | | | |
| BlackLine systems, Inc. | Supplier Agreement | $39,960.00 | Foster Bros Security Systems | Supplier Agreement | $726.35 |
| Boomi, Inc. | Supplier Agreement | $0.00 | | | |
| Boston Properties, LP | Supplier Agreement | $54,382.23 | Gartner | Supplier Agreement | $0.00 |
| Box, Inc. | Supplier Agreement | $0.00 | Github.com | Supplier Agreement | $0.00 |
| California First Aid and Safety | Supplier Agreement | $1,112.23 | GymDoc, Inc. | Supplier Agreement | $180.00 |
| | | | Hi5 Health Network | Supplier Agreement | $4,752.00 |
| Callidus Cloud Software | Supplier Agreement | $0.00 | Interactive Intelligence Group, Inc. | Supplier Agreement | $0.00 |
| CalSoft Pvt | Supplier Agreement | $0.00 | | | |
| CDW Direct | Supplier Agreement | $0.00 | Intermedia | Supplier Agreement | $0.00 |
| Cisco WebEx LLC | Supplier Agreement | $0.00 | Internet Creations 2000 LLC | Supplier Agreement | $0.00 |
| Clari, Inc. | Supplier Agreement | $120,025.00 | | | |
| Cleo Communications Holding, LLC | Supplier Agreement | $34,121.00 | J2 EFAX SERVICES | Supplier Agreement | $0.00 |
| | | | Jobvite | Supplier Agreement | $0.00 |
| Concur Technologies | Supplier Agreement | $0.00 | Jostle | Supplier Agreement | $16,800.00 |
| Corodata Shredding Inc | Supplier Agreement | $303.40 | KBA Docusys, Inc. | Supplier Agreement | $3,918.07 |
| Coupa Software | Supplier Agreement | $6,360.00 | LCN Services, LLC | Supplier Agreement | $10,000.00 |

| Counterparty | Description | Cure | Counterparty | Description | Cure |
|---|---|---|---|---|---|
| Leeyo Software, Inc. | Supplier Agreement | $0.00 | Y3TI Corporation | Supplier Agreement | $22,000.00 |
| Mail Chimp | Supplier Agreement | $0.00 | Zayo Group Holdings, Inc | Supplier Agreement | $0.00 |
| Marketo | Supplier Agreement | $0.00 | Zendesk, Inc | Supplier Agreement | $0.00 |
| Mercury Investment Group | Supplier Agreement | $2,685.42 | ZOHO Corporation | Supplier Agreement | $0.00 |
| | | | Zoom | Supplier Agreement | $0.00 |
| Microsoft Corporation | Supplier Agreement | $0.00 | Zuora, Inc. | Supplier Agreement | $50,000.00 |
| Mindtouch | Supplier Agreement | $42,396.84 | **Total** | | **$4,437,071.15** |
| MRV Communications Americas, Inc | Supplier Agreement | $0.00 | | | |
| Msys Technologies | Supplier Agreement | $0.00 | | | |
| NCR Corp. | Supplier Agreement | $102,737.77 | | | |
| Norcal Heating & Cooling, Inc. | Supplier Agreement | $3,519.60 | | | |
| Okta | Supplier Agreement | $0.00 | | | |
| One Source Virtual HR, Inc | Supplier Agreement | $6,521.05 | | | |
| OnProcess Technologies | Supplier Agreement | $0.00 | | | |
| Oracle America aka NetSuite | Supplier Agreement | $0.00 | | | |
| Pantheon Systems Inc. | Supplier Agreement | $0.00 | | | |
| Plants Inc | Supplier Agreement | $651.60 | | | |
| Printfection, LLC | Supplier Agreement | $0.00 | | | |
| Rackspace US, Inc. | Supplier Agreement | $4,700.00 | | | |
| Salesforce.com, Inc. | Supplier Agreement | $492,266.00 | | | |
| Seismic Software, Inc. | Supplier Agreement | $0.00 | | | |
| Slack Technologies | Supplier Agreement | $0.00 | | | |
| Smartsheet.com, Inc. | Supplier Agreement | $0.00 | | | |
| TelePacific Communications | Supplier Agreement | $0.00 | | | |
| UserVoice Inc. | Supplier Agreement | $27,750.00 | | | |
| Vartopia | Supplier Agreement | $20,250.00 | | | |
| VMWare | Supplier Agreement | $0.00 | | | |
| Workday, Inc. | Supplier Agreement | $0.00 | | | |

# EXHIBTI A-3
# Real Property Leases

| Counterparty | Description | Cure |
|---|---|---|
| 303 MVRP, LLC | Real Property Lease | $0.00 |
| BXP Research Park LP | Real Property Lease | $0.00 |
| **Total** | | **$0.00** |

DOCS_SF:97469.2

# EXHIBTI A-4
## Support Agreements

| Counterparty | Description | Cure | Counterparty | Description | Cure |
|---|---|---|---|---|---|
| 5S Technologies | Support Agreement | $0.00 | Arrow ECS Internet Security AG | Support Agreement | $0.00 |
| Abacus Networks | Support Agreement | $0.00 | Arrow ECS Internet Security AG - Austria | Support Agreement | $0.00 |
| ACA Pacific Technology (S) Pte Ltd | Support Agreement | $0.00 | Arrow ECS Internet Security AG; (CH) | Support Agreement | $0.00 |
| Accenture | Support Agreement | $0.00 | Arrow ECS Netherland | Support Agreement | $0.00 |
| Accordant Technology Inc | Support Agreement | $0.00 | Arrow ECS SA/NV | Support Agreement | $0.00 |
| Adecco Group | Support Agreement | $0.00 | Arrow Ent. Computing Solutions | Support Agreement | $0.00 |
| Advanced Micro Devices, Inc. | Support Agreement | $0.00 | Arrow Enterprise Computing Solutions Limited | Support Agreement | $0.00 |
| Advanced Systems Group | Support Agreement | $0.00 | Assurance Data | Support Agreement | $0.00 |
| Advanced Systems Group (ASG) | Support Agreement | $0.00 | Austin Radiological Association | Support Agreement | $0.00 |
| AE Business Solutions | Support Agreement | $0.00 | Avaya | Support Agreement | $0.00 |
| Ahead | Support Agreement | $0.00 | Averill Consulting Group/SkyBox Cloud | Support Agreement | $0.00 |
| Alliance Data Systems Corporation | Support Agreement | $0.00 | Axispoint Technology Solutions Group | Support Agreement | $0.00 |
| Alliance Technology Group LLC | Support Agreement | $0.00 | Beijing YueXin Times Technology Co., Ltd | Support Agreement | $0.00 |
| Alliant Energy Corp Srvcs Inc | Support Agreement | $0.00 | Benesch Law | Support Agreement | $0.00 |
| Alpha Technologies | Support Agreement | $0.00 | BIT Solution Pte Ltd | Support Agreement | $0.00 |
| AMD Intl Sales & Service LTD | Support Agreement | $0.00 | Blue Racer Midstream | Support Agreement | $0.00 |
| American Angus Association | Support Agreement | $0.00 | BlueAlly Technology Solutions | Support Agreement | $0.00 |
| Apple Inc. | Support Agreement | $0.00 | BlueChip Tek | Support Agreement | $0.00 |
| Applied Microsystems | Support Agreement | $0.00 | BlueRock Technologies | Support Agreement | $0.00 |
| Appsalute, Inc. | Support Agreement | $0.00 | Boone County Hospital | Support Agreement | $0.00 |
| ARM | Support Agreement | $0.00 | Boyer Ford Trucks | Support Agreement | $0.00 |
| Arrow Capital Solutions | Support Agreement | $0.00 | Brentwood Services | Support Agreement | $0.00 |
| Arrow ECS | Support Agreement | $0.00 | Brown Winick | Support Agreement | $0.00 |
| Arrow ECS AG | Support Agreement | $0.00 | C2 IT Systems | Support Agreement | $0.00 |
| Arrow ECS Canada | Support Agreement | $0.00 | | | |
| Arrow ECS Denmark A/S | Support Agreement | $0.00 | | | |

| Counterparty | Description | Cure | Counterparty | Description | Cure |
|---|---|---|---|---|---|
| Cambridge Computer Services, Inc. | Support Agreement | $0.00 | D-Wise | Support Agreement | $0.00 |
| Cambridge Computer Svc., Inc. | Support Agreement | $0.00 | Dasher Technologies, Inc. | Support Agreement | $0.00 |
| Capital Data, Inc. | Support Agreement | $0.00 | Data Partners Inc. | Support Agreement | $0.00 |
| Carahsoft Technology Corp | Support Agreement | $0.00 | Data Sales Co. | Support Agreement | $0.00 |
| Centre Technologies | Support Agreement | $0.00 | Data Storage Science | Support Agreement | $0.00 |
| Champion Solutions Group | Support Agreement | $0.00 | Datec | Support Agreement | $0.00 |
| Charter Telecom | Support Agreement | $0.00 | Daymark | Support Agreement | $0.00 |
| CHASSasia (Singapore) Pte Ltd | Support Agreement | $0.00 | Derick Dermatology | Support Agreement | $0.00 |
| Chinook Integrated Technologies | Support Agreement | $0.00 | Des Moines Airport Authority | Support Agreement | $0.00 |
| Cincinnati Bell Technology Solutions (CBTS) | Support Agreement | $0.00 | DMC Technology Group | Support Agreement | $0.00 |
| | | | DST Online | Support Agreement | $0.00 |
| Citon Computer Corp | Support Agreement | $0.00 | Dynamic Aviation | Support Agreement | $0.00 |
| Clear Technologies | Support Agreement | $0.00 | DynaSis | Support Agreement | $0.00 |
| Coastline Micro | Support Agreement | $0.00 | Easy 2 Cloud Co. Ltd | Support Agreement | $0.00 |
| Coda Technologies | Support Agreement | $0.00 | Echostor Technologies | Support Agreement | $0.00 |
| Commercial Industrial Finance | Support Agreement | $0.00 | Emery Waterhouse | Support Agreement | $0.00 |
| Competitive Computing | Support Agreement | $0.00 | En Pointe Technologies Sales | Support Agreement | $0.00 |
| Computerlinks (UK) Ltd T/A Arrow ECS | Support Agreement | $0.00 | Enclara Pharmacia | Support Agreement | $0.00 |
| Computex | Support Agreement | $0.00 | Entisys Solutions Inc | Support Agreement | $0.00 |
| Computex Technology Solutions | Support Agreement | $0.00 | Envision Technology Advisors, LLC | Support Agreement | $0.00 |
| Connex Information Technologies (Pvt) Ltd. | Support Agreement | $0.00 | ePlus Technology | Support Agreement | $0.00 |
| Continental Resources (ConRes) | Support Agreement | $0.00 | ePlus Technology, Inc. | Support Agreement | $0.00 |
| ConvergeOne Inc. | Support Agreement | $0.00 | Examedia Solutions Sdn Bhd | Support Agreement | $0.00 |
| Core BTS, Inc. | Support Agreement | $0.00 | Exertis Ireland Limited | Support Agreement | $0.00 |
| Coretech Leasing | Support Agreement | $0.00 | Exostar LLC | Support Agreement | $0.00 |
| Corserv Solutions | Support Agreement | $0.00 | Extend Networks, Inc. | Support Agreement | $0.00 |
| CrossIT Services & Solutions, LLC | Support Agreement | $0.00 | Farmer Bros | Support Agreement | $0.00 |
| CSC Leasing Company | Support Agreement | $0.00 | First Distribution | Support Agreement | $0.00 |

| Counterparty | Description | Cure | Counterparty | Description | Cure |
|---|---|---|---|---|---|
| Flextronics | Support Agreement | $0.00 | IVOXY Consulting | Support Agreement | $0.00 |
| Forsythe | Support Agreement | $0.00 | KANEMATSU ELECTRONICS LTD. | Support Agreement | $0.00 |
| Fowler and Associates | Support Agreement | $0.00 | Kawasaki Motors Mfg. Corp. USA | Support Agreement | $0.00 |
| FoxNet Inc. | Support Agreement | $0.00 | KCAS Bioanalytical & Biomarker Services | Support Agreement | $0.00 |
| Freedom Solutions LLC | Support Agreement | $0.00 | | | |
| Freedom Solutions LLC | Support Agreement | $0.00 | Kiewit | Support Agreement | $0.00 |
| Freeit Data Solutions | Support Agreement | $0.00 | Kinghold Technology Co., Ltd | Support Agreement | $0.00 |
| Fujitsu Limited | Support Agreement | $0.00 | KMK Consulting | Support Agreement | $0.00 |
| GDF SUEZ Energy NA, Inc | Support Agreement | $0.00 | Kovarus Technology Solutions | Support Agreement | $0.00 |
| Global Atlantic Life and Annuity | Support Agreement | $0.00 | KPMG LLP | Support Agreement | $0.00 |
| GPL Technologies | Support Agreement | $0.00 | LogicalIS, Inc | Support Agreement | $0.00 |
| Green Cloud Technologies | Support Agreement | $0.00 | Long View Systems | Support Agreement | $0.00 |
| Greyson Technologies | Support Agreement | $0.00 | Loomis Armored | Support Agreement | $0.00 |
| Groupware Technology | Support Agreement | $0.00 | M2 Marketplace, Inc. | Support Agreement | $0.00 |
| Hanlinca Solutions Inc. | Support Agreement | $0.00 | MaplesFS | Support Agreement | $0.00 |
| Hanlinca Solutions Inc. | Support Agreement | $0.00 | MaplesFS Holdings Ltd | Support Agreement | $0.00 |
| Heartland Business Systems (HBS) | Support Agreement | $0.00 | Marubeni Information Sys Co. | Support Agreement | $0.00 |
| High Performance Technologies | Support Agreement | $0.00 | Maurice Sporting Goods | Support Agreement | $0.00 |
| IBM | Support Agreement | $0.00 | Maximus Data Company | Support Agreement | $0.00 |
| ICS ICT Support Services Corp. | Support Agreement | $0.00 | MCSit | Support Agreement | $0.00 |
| Indianapolis-Marion CNTY, PL | Support Agreement | $0.00 | Mentor Graphics | Support Agreement | $0.00 |
| Infused Innovations | Support Agreement | $0.00 | Mindful Experience Ltd. | Support Agreement | $0.00 |
| Ingram-Micro Canada | Support Agreement | $0.00 | Myriad Supply | Support Agreement | $0.00 |
| Insight Enterprises, Inc. | Support Agreement | $0.00 | National Hockey League | Support Agreement | $0.00 |
| Integrated Archive Systems Inc | Support Agreement | $0.00 | National Indemnity Company | Support Agreement | $0.00 |
| Intervision Systems | Support Agreement | $0.00 | Net One Partners Co., LTD. | Support Agreement | $0.00 |
| Intrepid Learning Solutions | Support Agreement | $0.00 | Net3 Technologies | Support Agreement | $0.00 |
| IP Pathways | Support Agreement | $0.00 | Netrix LLC | Support Agreement | $0.00 |

| Counterparty | Description | Cure | Counterparty | Description | Cure |
|---|---|---|---|---|---|
| Network Technology Partners | Support Agreement | $0.00 | QMACS Health Care Solutions | Support Agreement | $0.00 |
| Networks Unlimited | Support Agreement | $0.00 | QuadraMed Corporation | Support Agreement | $0.00 |
| Networld Corporation | Support Agreement | $0.00 | Quest Media and Supplies, Inc. | Support Agreement | $0.00 |
| Neverfail | Support Agreement | $0.00 | RCH Solutions | Support Agreement | $0.00 |
| NexGen Data Solutions | Support Agreement | $0.00 | RIXS Technology SDN BHD | Support Agreement | $0.00 |
| Nexinto Gmbh | Support Agreement | $0.00 | RoundTower Technologies | Support Agreement | $0.00 |
| Nfrastructure | Support Agreement | $0.00 | Scalar Decisions Inc. | Support Agreement | $0.00 |
| NOX Co., LTD | Support Agreement | $0.00 | Semmes-Murphey Neurologic and | Support Agreement | $0.00 |
| NSS Labs | Support Agreement | $0.00 | SHI | Support Agreement | $0.00 |
| Oakland Raiders | Support Agreement | $0.00 | SIGMA SOLUTIONS | Support Agreement | $0.00 |
| OnX Enterprise Solutions Ltd. | Support Agreement | $0.00 | Sirius Computer Solutions | Support Agreement | $0.00 |
| P1 Technologies | Support Agreement | $0.00 | Sirius Computer Solutions | Support Agreement | $0.00 |
| PC Mall Sales, Inc. | Support Agreement | $0.00 | SLAIT Consulting | Support Agreement | $0.00 |
| PCM | Support Agreement | $0.00 | Softchoice LP | Support Agreement | $0.00 |
| Penske Automotive Group | Support Agreement | $0.00 | Solutions II | Support Agreement | $0.00 |
| Pentech Solution Sdn Bhd | Support Agreement | $0.00 | Sovereign Systems | Support Agreement | $0.00 |
| People's United Bank | Support Agreement | $0.00 | SpeedLink | Support Agreement | $0.00 |
| Plan B Technologies Inc. | Support Agreement | $0.00 | SPS - Strategic Products & Svc | Support Agreement | $0.00 |
| Planet Group Inc. | Support Agreement | $0.00 | SQL Sentry | Support Agreement | $0.00 |
| Plasan Carbon Composites | Support Agreement | $0.00 | Starnet Solutions, Inc. | Support Agreement | $0.00 |
| Powerland Computers Ltd. | Support Agreement | $0.00 | StorIT Distribution | Support Agreement | $0.00 |
| Presidio Networked Solutions | Support Agreement | $0.00 | Strategic Custom Solutions, Inc. | Support Agreement | $0.00 |
| Pride Technologies | Support Agreement | $0.00 | Sudden Technologies | Support Agreement | $0.00 |
| Pro Logic Systems | Support Agreement | $0.00 | SumTotal Systems, LLC | Support Agreement | $0.00 |
| ProCirrus Technologies | Support Agreement | $0.00 | Synergit Incorporated | Support Agreement | $0.00 |
| Promark Technology | Support Agreement | $0.00 | Sysorex USA (Formerly Lilien Systems) | Support Agreement | $0.00 |
| Prosys Information Systems | Support Agreement | $0.00 | Tech Data Advanced Solutions (ANZ) Limited | Support Agreement | $0.00 |
| PTC System | Support Agreement | $0.00 | | | |

| Counterparty | Description | Cure |
|---|---|---|
| Technijian Inc. | Support Agreement | $0.00 |
| Technobind Solutions Pvt. Ltd | Support Agreement | $0.00 |
| Technobind Solutions Singapore Pte Ltd | Support Agreement | $0.00 |
| Technologent | Support Agreement | $0.00 |
| Tintri Capital | Support Agreement | $0.00 |
| TVAR Solutions LLC | Support Agreement | $0.00 |
| UC Data Pte Ltd | Support Agreement | $0.00 |
| Unified Technologies | Support Agreement | $0.00 |
| Unistar-Sparco Computers, Inc. | Support Agreement | $0.00 |
| United Data Technologies | Support Agreement | $0.00 |
| University of Delaware - College of Engineering | Support Agreement | $0.00 |
| VeriStor Systems Inc | Support Agreement | $0.00 |
| Viadex | Support Agreement | $0.00 |
| Virtix IT | Support Agreement | $0.00 |
| Virtual Armor | Support Agreement | $0.00 |
| Virtual Grafitti | Support Agreement | $0.00 |
| Walter & Haverfield LLP | Support Agreement | $0.00 |
| Washington County Hospital | Support Agreement | $0.00 |
| Wavetech Korea | Support Agreement | $0.00 |
| Wen Wei Technology Co. Ltd. | Support Agreement | $0.00 |
| West Shore ESD | Support Agreement | $0.00 |
| WhipCord Ltd. | Support Agreement | $0.00 |
| Whoa Networks | Support Agreement | $0.00 |
| Wide Open West | Support Agreement | $0.00 |
| Wind River | Support Agreement | $0.00 |
| Winmark Capital Corporation | Support Agreement | $0.00 |
| Wordtext Systems, Inc. | Support Agreement | $0.00 |

| Counterparty | Description | Cure |
|---|---|---|
| World Wide Technology Inc. | Support Agreement | $0.00 |
| Yavapai Regional Medical Center | Support Agreement | $0.00 |
| Zero One Technology Co., Ltd | Support Agreement | $0.00 |
| Zipcar | Support Agreement | $0.00 |
| Zones, Inc. | Support Agreement | $0.00 |
| Zycko | Support Agreement | $0.00 |
| **Total** | | **$0.00** |

11

# EXHIBIT A-5
# Other Miscellaneous Agreements

| Counterparty | Description | Cure | Counterparty | Description | Cure |
|---|---|---|---|---|---|
| 5S Technologies | VMstack | $0.00 | Hewlett Packard Enterprise Company | Alliance | $0.00 |
| AIC | Manufacturing and Direct Supply Agreements | $0.00 | Hyatt Corp | Design Partner | $0.00 |
| Allscripts | Business Associate | $0.00 | IBM | IP License | $0.00 |
| ARM Limited | Design Partner | $0.00 | IHC Health Services | Design Partner | $0.00 |
| Avago | Inbound Bundle & Oem License | $0.00 | Juniper | Alliance | $0.00 |
| Avago Technologies General IP | Manufacturing and Direct Supply Agreements | $0.00 | MedeAnalytics, Inc. | Business Associate | $0.00 |
| | | | Mellanox | Alliance | $0.00 |
| Axispoint Technology Solutions Group, Inc. | VMstack | $0.00 | Microsoft Corporation | Alliance Agreement | $0.00 |
| | | | Microsoft Corporation | Alliance Agreement | $0.00 |
| Baker & McKenzie | Engagement Letter | $0.00 | Microsoft Corporation | Alliance Agreement | $0.00 |
| Benesys Welfare Benefit | Business Associate | $0.00 | Microsoft Technology Licensing, LLC | IP License | $0.00 |
| Calsoft Pvt. Ltd. | Consulting | $0.00 | | | |
| Choice Logistics, Inc. | Powers Of Attorney | $0.00 | Minnesota WSCA-NASPO Master Agreement Award | WSCA Contract | $0.00 |
| Connor Group | Engagement Letter | $0.00 | | | |
| CSC Leasing Company | Leasing Company Agreements | $0.00 | Mirantis | Alliance | $0.00 |
| CSI Leasing, Inc. | Leasing Company Agreements | $0.00 | MN NASPO ValuePoint Computer Equipment | Government | $0.00 |
| Data Sales Co. | One-Time Leasing Company Purchase Agreement | $0.00 | Morgan Stanley & Co. LLC | RFP | $0.00 |
| | | | MRK Leasing Ltd. | Leasing Company Agreements | $0.00 |
| Data Sales Co. | Leasing Company Agreements | $0.00 | MSys Technologies LLC | Consulting | $0.00 |
| David Chappell | Consulting | $0.00 | Nair & Co. | Engagement Letter | $0.00 |
| Deloitte Belastingadviseurs B.V. | Powers Of Attorney | $0.00 | Naspo Cooperative Purchasing Organization LLC | WSCA Contract | $0.00 |
| Envision Technology Advisors, LLC | Cloud Services Provider | $0.00 | | | |
| Gartner, Inc. | Marketing | $0.00 | nfrastructure Technology | VMstack | $0.00 |
| Groupware Technology | VMstack | $0.00 | NFS Leasing, Inc. | Leasing Company Agreements | $0.00 |

DOCS_SF:97469.2

EXHIBIT A-5
OTHER MISCELLANEOUS AGREEMENTS

| Counterparty | Description | Cure | Counterparty | Description | Cure |
|---|---|---|---|---|---|
| OpenStack Foundation | Alliance Agreement | $0.00 | WSGR | Engagement Letter | $0.00 |
| OpenStack Foundation | IP License | $0.00 | ZED-Holdings LTD. | Referral Fee-Agents Agreement | $0.00 |
| OpenStack Foundation | Consortium | $0.00 | **Total** | | **$0.00** |
| P1 Technologies | VMstack | $0.00 | | | |
| Rapid Logistics | Powers Of Attorney | $0.00 | | | |
| Rubrik | Alliance | $0.00 | | | |
| Rubrik, Inc. | Alliance Agreement | $0.00 | | | |
| Seagate Systems (UK) Limited | Manufacturing and Direct Supply Agreements | $0.00 | | | |
| Seagate Systems, Inc. | Manufacturing and Direct Supply Agreements | $0.00 | | | |
| State of CA | Government | $0.00 | | | |
| State of CO | Government | $0.00 | | | |
| State of FL | Government | $0.00 | | | |
| State of Iowa | Government | $0.00 | | | |
| State of MO | Government | $0.00 | | | |
| State of New Jersey | Government | $0.00 | | | |
| State of New Mexico | Government | $0.00 | | | |
| State of New York | Government | $0.00 | | | |
| State of Oregon | Government | $0.00 | | | |
| State of Washington | Government | $0.00 | | | |
| State of Wisconsin | Government | $0.00 | | | |
| Teledyne | Equipment | $0.00 | | | |
| Turkey Finans Participation Bank | Powers Of Attorney | $0.00 | | | |
| UCI | Design Partner | $0.00 | | | |
| Veeam | Alliance | $0.00 | | | |
| VirtualArmor | VMstack | $0.00 | | | |
| VMware, Inc. | Alliance Agreement | $0.00 | | | |