IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |
| | | Re: Docket No. ___ |

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 521,
BANKRUPTCY RULE 1007(c), AND LOCAL BANKRUPTCY RULE 1007–1(b)
<u>EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES AND STATEMENTS</u>**

Upon the motion (the "Motion")[2] of the Debtor for entry of an order (this "Order") extending the time by which the Debtor must file their Schedules; and due and sufficient notice of the Motion having been given under the particular circumstances; and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, their estate, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. The time by which the Debtor must file their Schedules shall be, and hereby is, extended for seven (7) from the current deadline imposed by Local Bankruptcy Rule 1007–1(b), through and including August 14, 2018.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. Entry of this Order shall be without prejudice to the Debtor's right to seek further extensions of time within which to file their Schedules or to seek other relief from this Court regarding the filing of their Schedules or waiver of the requirement to file their Schedules.

4. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2018
Wilmington, Delaware

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge