## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No. 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | **Hearing Date: August 28, 2018 at 1:30 p.m. ET** |
| | ) | **Objections Due: August 21, 2018 at 4:00 p.m. ET** |
| | ) | |
| | ) | |

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 328(a) AND 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WOMBLE BOND DICKINSON (US) LLP AS COUNSEL <u>NUNC</u> <u>PRO</u> <u>TUNC</u> TO JULY 20, 2018

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") of Tintri, Inc. (the "Debtor") has filed the attached Application for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Counsel to the Official Committee of Unsecured Creditors <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to July 20, 2018 (the "Application").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Application, must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on or before **August 21, 2018 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response upon the proposed counsel for the Committee:

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

Matthew P. Ward
Ericka F. Johnson
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Facsimile: (302) 252-4330
E-mail: matthew.ward@wbd-us.com
E-mail: ericka.johnson@wbd-us.com
E-mail: morgan.patterson@wbd-us.com

A hearing on the Application will be held on **August 28, 2018 at 1:30 p.m. (ET)** before the

Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 N.

Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE,**

**THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION**

**WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 7, 2018
      Wilmington, Delaware        **WOMBLE BOND DICKINSON (US) LLP**

            */s/ Matthew P. Ward*
            Matthew P. Ward (Del. Bar No. 4471)
            Ericka F. Johnson (Del. Bar No. 5024)
            Morgan L. Patterson (Del. Bar No. 5388)
            222 Delaware Avenue, Suite 1501
            Wilmington, Delaware 19801
            Telephone:  (302) 252-4320
            Facsimile:  (302) 252-4330
            Email:  matthew.ward@wbd-us.com
            Email:  ericka.johnson@wbd-us.com
            Email:  morgan.patterson@wbd-us.com

            *Proposed Counsel to the Official Committee of*
            *Unsecured Creditors*