# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TINTRI, INC.,[1] | Case No. 18-11625 (KJC) |
| Debtor. | **Related Docket No. ____** |

## ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WOMBLE BOND DICKINSON (US) LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>NUNC</u> <u>PRO</u> <u>TUNC</u> TO JULY 20, 2018

Upon the application (the "Application")[2] of the Committee for entry of an order authorizing the Committee to employ and retain WBD as counsel in the above-captioned case <u>nunc</u> <u>pro</u> <u>tunc</u> to July 20, 2018; and upon the Declaration of Matthew P. Ward, Esq., filed in support of the Application; and it appearing that proper notice of the Application has been given and that no further notice or hearing is required; and the Court being satisfied based on the representations made in the Application and the Declaration that (i) WBD represents no interest adverse to the Debtor's estate or the Debtor's creditors, other than its representation of the Committee in this case, and (ii) the employment of WBD is necessary and would be in the best interests of the Committee and the estate, and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978). The headquarters and service address for the Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application is hereby APPROVED.

2. In accordance with Bankruptcy Code section 1103(a), the Committee is hereby authorized to employ and empowered to retain WBD as its counsel, nunc pro tunc to July 20, 2018, to represent the Committee in the Debtor's Chapter 11 Case.

3. WBD's compensation for services (including, but not limited to hourly rates) and reimbursement of expenses shall be subject to review pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order

Dated: August ____, 2018
       Wilmington, Delaware

                                                The Honorable Kevin J. Carey
                                                United States Bankruptcy Judge