IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |
| | | **Re: Docket No. 9, 49 and 67** |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 362 & 105(A) FOR ENTRY OF INTERIM AND FINAL ORDERS ESTABLISHING NOTIFICATION AND HEARING PROCEDURES AND APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF INTERESTS IN THE DEBTOR'S ESTATE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtor's Motion Pursuant to 11 U.S.C. §§ 362 & 105(a) for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtor's Estate* (Docket No. 8) (the "Motion") filed on July 10, 2018 with the U.S. Bankruptcy Court for the District of Delaware (the "Court"). On July 11, 2018, the Court entered an *Interim Trading Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtor's Estate* [Docket No. 49] (the "Interim Order").

Pursuant to the *Notice of Entry of Interim Order and Final Hearing Regarding Debtor's Motion Pursuant to 11 U.S.C. §§ 362 & 105(a) for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtor's Estate* (Docket No. 67) (the "Notice"), objections to final approval of the Motion were to be filed and served no later than August 3, 2018, at 4:00 p.m.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

prevailing Eastern Time (the "Objection Deadline").

The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

Accordingly, it is hereby respectfully requested that the final proposed order attached hereto as **Exhibit 1** be entered at the Court's convenience.

| | |
|---|---|
| Dated: August 8, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Henry C. Kevane (CA Bar No. 125757)<br>John D. Fiero (CA Bar No. 136557)<br>John W. Lucas (CA Bar No. 271038)<br>James E. O'Neill (DE Bar No. 4042)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 N. Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br>E-mail: hkevane@pszjlaw.com<br>        jfiero@pszjlaw.com<br>        jlucas@pszjlaw.com<br>        joneill@pszjlaw.com<br>        crobinson@pszjlaw.com<br><br>*Proposed Attorneys for Debtor and Debtor in Possession* |