IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |

**Re: Docket No. 86**

## CERTIFICATION OF NO OBJECTION REGARDING SUPPLEMENTAL MOTION FOR ORDER AUTHORIZING DEBTOR TO HONOR ADDITIONAL PREPETITION EMPLOYEE OBLIGATIONS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Supplemental Motion for Order Authorizing Debtor to Honor Additional Prepetition Employee Obligations* (the "Motion") [Docket No. 86] filed on July 20, 2018. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Motion appears thereon. Pursuant to the *Notice of Supplemental Motion for Order Authorizing Debtor to Honor Additional Prepetition Employee Obligations* (the "Notice"), responses to the Motion were to be filed and served no later than August 3, 2018 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

It is hereby respectfully requested that the proposed order attached hereto as Exhibit A be entered at the Court's earliest convenience.

Dated: August 8, 2018  
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
   jfiero@pszjlaw.com
   jlucas@pszjlaw.com
   joneill@pszjlaw.com
   crobinson@pszjlaw.com

*Proposed Attorneys for Debtor and Debtor in Possession*