# EXHIBIT A

DOCS_DE:220651.1 83990/001

In re:

TINTRI, INC.,[1]

Debtor.

Chapter 11

Case No. 18-11625 (KJC)

**Related Docket No. 86**

## ORDER GRANTING SUPPLEMENTAL
## MOTION FOR ORDER AUTHORIZING DEBTOR
## TO HONOR ADDITIONAL PREPETITION EMPLOYEE OBLIGATIONS

Upon the *Supplemental Motion for Order Authorizing Debtor to Honor Additional Prepetition Employee Obligations* [Docket No. 86] (the "Motion");[2] and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1.      The Motion is granted as set forth herein.

2.      The Debtor is authorized, but not directed, to make the Additional Vision Payment in the ordinary course of business, as set forth in the Motion; *provided, however*, that no payments to or on behalf of any Employee in the aggregate will exceed the $12,850 cap provided under sections 507(a)(4) of the Bankruptcy Code except to the extent required by applicable state law and in paragraph 7 of the Wage Order [Docket No. 46].

---

[1]   The last four digits of the Debtor's federal taxpayer identification numbers are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3.     The Debtor is authorized, but not directed, to make the Additional Payroll Processing Payment in the ordinary course of business, as set forth in the Motion.

4.     The Debtor is authorized, but not directed, in the reasonable exercise of its business judgment, to return the amounts in the Segregated Account to the respective Participating Employees, as set forth in the Motion.

5.     The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: August ___, 2018

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge
