IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |
| | | **Re: Docket No. 80** |

# CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365, (B) ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES PURSUANT TO 11 U.S.C. § 554; AND (C) FIX A BAR DATE FOR CLAIMS OF COUNTERPARTIES

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Debtor's Motion for the Entry of an Order Authorizing the Debtor to (A) Reject Certain Unexpired Leases Pursuant to 11 U.S.C. § 365, (B) Abandon Any Remaining Personal Property Located at the Leased Premises Pursuant to 11 U.S.C. § 554; and (C) Fix a Bar Date for Claims of Counterparties* (the "Motion") [Docket No. 80] filed on July 20, 2018. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Motion appears thereon. Pursuant to the *Notice of Hearing Regarding Debtor's Motion for the Entry of an Order Authorizing the Debtor to (A) Reject Certain Unexpired Leases Pursuant to 11 U.S.C. § 365, (B) Abandon Any Remaining Personal Property Located at the Leased Premises Pursuant to 11 U.S.C. § 554; and (C) Fix a Bar Date for Claims of Counterparties* (the "Notice"), responses to the Motion were to be filed and served no later than August 3, 2018 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

It is hereby respectfully requested that the proposed order attached hereto as Exhibit A be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: August 8, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Henry C. Kevane (CA Bar No. 125757)<br>John D. Fiero (CA Bar No. 136557)<br>John W. Lucas (CA Bar No. 271038)<br>James E. O'Neill (DE Bar No. 4042)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 N. Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br>E-mail: hkevane@pszjlaw.com<br>      jfiero@pszjlaw.com<br>      jlucas@pszjlaw.com<br>      joneill@pszjlaw.com<br>      crobinson@pszjlaw.com<br><br>*Proposed Attorneys for Debtor and Debtor in Possession* |