# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 80** |
| | ) | |

### ORDER AUTHORIZING THE DEBTOR (A) TO REJECT CERTAIN UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365, (B) ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES, AND (C) FIXING A BAR DATE FOR CLAIMS OF COUNTERPARTIES

Upon consideration of the motion (the "Motion")[2] of the the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order, pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtor to reject those unexpired leases set forth in **Exhibit 1** hereto (the "Rejected Leases"), to abandon any remaining personal property located at the Leased Premises, and fixing a bar date for filing of claims of the Counterparties to the Rejected Leases; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2. The Rejected Leases listed on **Exhibit 1** attached hereto are deemed rejected effective as of the date indicated on **Exhibit 1** attached hereto.

3. The Debtor is authorized to abandon any Remaining Personal Property located in the Leased Premises underlying the Rejected Leases pursuant to 11 U.S.C. § 554(a).

4. Within three (3) business days after entry of this Order, the Debtor will serve this Order on the Counterparty to each Rejected Lease.

5. The Counterparty to the Rejected Lease must file a claim under section 502 of the Bankruptcy Code or other claims in connection with such Rejected Lease or the rejection, breach or termination of such Rejected Lease on the later of (a) twenty-one (21) days after entry of this Order, or (b) the general claims bar date to be established by subsequent order of the Court, failing which such claim or claims by the Counterparty shall be forever barred.

6. The Debtor and any other party-in-interest reserves all rights to contest any such rejection damage claim and to contest the characterization of each Rejected Lease, as executory or not, and to contest whether such Rejected Contact and Rejected Lease may have terminated prior to the Petition Date, or otherwise.

7. The Debtor does not waive any claims that they may have against the Counterparty to any Rejected Lease, whether or not such claims are related to such Rejected Lease.

8. Notwithstanding the possible applicability of Rules 6004(g), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Debtor is are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

Dated: August __, 2018

                                      HONORABLE KEVIN J. CAREY
                                      UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**(Rejected Leases)**

| Counterparty | Description | Rejection Effective Date |
|---|---|---|
| Marshall Property, LLC<br>c/o Beacon Capital Partners, LLC<br>200 State Street, 5th Floor<br>Boston, MA 02109<br><br>Spartin Planning, PLLC<br>1421Prince Street, Ste. 200<br>Alexandrea, VA 22314 | A portion of the rentable area on the third (3rd) floor (Ste. 320) of the building located at 8281 Greensboro Drive, Tysons, VA 22103. | July 31, 2018 |
| Balihoo, Inc.<br>303 S. 8th Street Ste. 300<br>Boise, ID 83702<br>Attn: Legal Dept. | 4,836 rentable square feet of office space consisting of a portion of the 30th floor now as Ste. 3030 in the building located at 20 North Wacker Drive, Chicago, IL 60606. | July 31, 2018 |