# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>**Re: Docket No. 11**<br><br>Objection Deadline: August 3, 2018 at 4:00 p.m.<br>Hearing Date: August 10, 2018 at 10:00 a.m. |

## SUPPLEMENTAL DECLARATION OF ROBERT J. DUFFY IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE DEBTOR'S KEY EMPLOYEE RETENTION PROGRAM FOR CERTAIN NON-INSIDER EMPLOYEES AND (II) GRANTING RELATED RELIEF

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Robert J. Duffy declares as follows:

1. I am Chief Restructuring Officer (the "CRO") of the above-captioned debtor and debtor in possession ("Tintri" or the "Debtor"). I submit this supplemental declaration (the "Declaration") in support of the Debtor's *Motion for Entry of an Order (I) Authorizing and Approving the Debtor's Key Employee Retention Program for Certain Non-Insider Employees and (II) Granting Related Relief* [D.I. 11] (the "Motion").[2]

2. Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents and information supplied to me by other members of the Debtor's management and the Debtor's advisors.

3. The Office of the United States Trustee (the "U.S. Trustee") requested additional information for certain of the Eligible Employees, specifically, Guy Colpitts, Stephen

---

[1] The last four digits of the Debtor's federal taxpayer identification numbers are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Motion.

Davis and Timothy Saunders.  The responses to the U.S. Trustee's requests for additional information on the below-referenced Eligible Employees are set forth below.

   a. **Colpitts, Guy (Sr. Director, General Counsel)**

   Mr. Colpitts was promoted to vice-president as of May 25, 2018.  Mr. Colpitts reports to Kieran Harty, Chief Executive Officer and, prior to his departure from the company, the former Chief Executive Officer, Tom Barton.  Mr. Colpitts also consults with the CRO as necessary.  Mr. Colpitts does not report to any of the members of the board of directors and does not create or implement policy at the Debtor without the direction or approval of others.  Mr. Colpitts handles day to day legal activities and interfaces with outside counsel and reports to his superiors described above.

   b. **Davis, Stephen (VP, Human Resources)**

   Mr. Davis was promoted to vice-president as of April 1, 2018.  Mr. Davis reports to Kieran Harty, Chief Executive Officer and, prior to his departure from the company, the former Chief Executive Officer, Tom Barton.  Mr. Davis also consults with the CRO as necessary.  Mr. Davis does not report to any of the members of the board of directors and does not create or implement policy at the Debtor without the direction or approval of others.  Mr. Davis supervises three (3) full time employees and one (1) contract employee.  Mr. Davis, in his role as a manager at the Debtor, spends fifty percent (50%) or more of his time on task and execution based projects.

   c. **Saunders, Timothy (VP, Finance)**

   Mr. Saunders was hired as vice-president on April 11, 2014.  Mr. Saunders reports to Kieran Harty, Chief Executive Officer and, prior to his departure from the company, the former Chief Executive Officer, Tom Barton.  Mr. Saunders also consults with the CRO as necessary.  Mr. Saunders does not report to any of the members of the board of directors and does not create or implement policy at the Debtor without the direction or approval of others.  Mr. Davis supervises six (6) full time employees.  Mr. Saunders, in his role as a manager at the Debtor, spends fifty percent (50%) or more of his time on task and execution based projects.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 8, 2018

                                      */s/ Robert J. Duffy*
                                      Robert J. Duffy