# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>Objection Deadline: August 3, 2018 at 4:00 p.m.<br>Hearing Date: August 10, 2018 at 10:00 a.m.<br><br>Related Docket No. 83 |

## SUPPLEMENTAL DECLARATION OF
## JOHN FIERO IN SUPPORT OF APPLICATION PURSUANT
## TO SECTION 327(a) OF THE BANKRUPTCY CODE, RULE 2014
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND
## LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN
## PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTOR
## AND DEBTOR IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

I, John Fiero, declare under penalty of perjury as follows:

1. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), located at 150 California Street, 15th Floor, San Francisco, CA 94111, and have been duly admitted to practice law in the United States District Court for the Northern, Southern, Central and Eastern Districts of California, the United States District Court for the District of Arizona, and the United States Court of Appeals for the Ninth Circuit. This Declaration is submitted in further support of the *Debtor's Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 83] (the "Application").[2]

---

[1] The last four digits of the Debtor's federal taxpayer identification numbers are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2. PSZJ was retained by the Debtor on May 22, 2018. In connection with its proposed retention by the Debtor in this chapter 11 case, PSZJ undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtor. Specifically, PSZJ obtained from the Debtor and/or its representatives the names of individuals and entities that may be parties in interest in this chapter 11 case ("Potential Parties in Interest"), and such parties are listed on Schedule 1 annexed hereto.

3. To the best of my knowledge and belief, PSZJ has not represented any Potential Parties in Interest in connection with matters relating to the Debtor, its estate, assets, or business and will not represent other entities which are creditors of, or have other relationships to, the Debtor in matters relating to this chapter 11 case.

4. As previously disclosed, PSZJ represents many committees whose members may be creditors in the Debtor's chapter 11 case. However, PSZJ is not representing any of those entities in this case and will not represent any members of the committees it currently represents in any claims that they may have collectively or individually against the Debtor.

5. The Application set forth the economic terms of PSZJ's compensation and disclosed that PSZJ would be compensated at a fixed rate of $800.00 for all attorneys rendering services in connection with the representation of the Debtor. *See* Application at ¶ 9. For purposes of clarification, PSZJ will continue to bill all attorneys at their normal hourly rate. However, in the event the total amount billed by all attorneys exceeds a blended hourly rate of $800.00 per hour, PSZJ will write off the excess amount.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ John D. Fiero*
John D. Fiero (CA Bar No. 136557)
Colin R. Robinson (DE Bar No. 5524)
John w. Lucas (CA Bar No. 271038)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: jfiero@pszjlaw.com
crobinson@pszjlaw.com
jlucas@pszjlaw.com

*Proposed Counsel for Debtor and Debtor in Possession*

# Schedule 1

**Potential Parties in Interest**

Debtor
Tintri, Inc.

Current and Former Directors & Officers
Adam Grosser
Charles Giancarlo
Chris Schaepe
Doug Kahn
Harvey Jones
Ian Halifax
Jeff Horing
John Bolger
Ken Klein
Kieran Harty
Mark Gritter
Michael McGuire
Peter Sonsini
Tom Barton
Tom Cashman

Equity Holders
  Adam Grosser
  Cary Harty
  Christopher Schaepe
  Ian Halifax
  Insight Venture Parkers (Delaware) VIII, L.P.
  Insight Venture Partners (Co-Investors), L.P.
  Insight Venture Partners VIII, L.P.
  Insight Veture Partners (Cayman) VIII, L.P.
  Ken Klein
  Kieran Harty
  Lightspeed Venture Partners VIII, L.P.
  Michael McGuire
  NEA Ventures 2008, Limited Partnership
  New Enterprise Associates 12, Limited Partnership
  Peter Sonsini
  SilverLake Kraftwek Fund L.P.
  Silverlake Technology Investors Kraftwerk, L.P.
  Star Trinity, L.P.
  Thomas Cashman

Secured Parties
  Cisco Systems Capital Corporation
  Everbank Commercial Finance, Inc.
  Key Equipment Finance
  Silicon Valley Bank
  Triplepoint Capital LLC
  U.S. Bank Equipment Finance

Professionals
  Berkeley Research Group LLC
  Deloitte & Touche
  Houlihan Lokey
  McDermott Will & Emery LLP
  Riemer & Braunstein LLP
  Wilson Sonsini Goodrich & Rosati

Top 20 Unsecured Creditors
  Bizible
  CDW
  CDW LLC
  Clari, Inc.
  Flash Global Logistics
  Flextronics International USA Inc.
  Fusion
  Google Inc
  Groupware Technology
  Hilda Trigoso/ECS Supplier Accounting
  HMG Strategy LLC
  Linkedin Corporation
  NCR Corp.
  O'Melveny & Myers, LLP
  Promark Technology, Inc.
  Richmar Associates Inc.
  Salesforce.com, Inc.
  Savills Studley, Inc.
  Sidley Austin LLP
  Van Pelt, Yi & James LLP