# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: ~~18-_____(___)~~ 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | <u>Re: Docket No. 11</u> |
| | ) | |

**ORDER (I) AUTHORIZING AND APPROVING THE
DEBTOR'S KEY EMPLOYEE RETENTION PROGRAM FOR CERTAIN
NON-INSIDER EMPLOYEES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtor and debtor in possession (the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>"): (i) authorizing and approving the Debtor's Key Employee Retention Program ("<u>KERP</u>") as described in the Motion; and (ii) granting related relief; and upon the First Day Declaration <u>and the Supplemental Declaration of Robert Duffy in support of the Motion [D.I. --]</u>; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] Capitalized terms used, but not otherwise defined herein, have the meanings ascribed to them in the Motion.

Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The KERP is approved in its entirety.

3. The fifth paragraph on page 2 of the KERP, attached as Exhibit 2 to the Motion, is revised and restated as follows:

> Except as provided herein, payments under the KERP will be in lieu of any other performance bonus, retention, or severance compensation otherwise payable to the Eligible Employees by the Company, pursuant to including under any prepetition bonus plan, offer letter, or employment agreement between the Eligible Employee and the Company.

4. The Debtor is authorized, but not directed, to implement the KERP as described in the Motion, including by making payments to or on behalf of the Eligible Employees at the times and in the amounts specified in the Motion.

5. Any payment actually made by the Debtor to or on behalf of any Eligible Employee pursuant to the KERP approved herein shall be final and shall not be subject to disgorgement.

6. Notwithstanding anything to the contrary contained herein, any payment made or to be made under this Order, any authorization contained in this Order, or any claim for which payment is authorized hereunder, shall be subject to any orders of this Court approving any debtor in possession financing for, or any use of cash collateral by, the Debtors, and any documents providing for such debtor in possession financing and the budget governing such debtor in possession financing and use of cash collateral.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August ___, 2018

~~UNITED STATES BANKRUPTCY JUDGE~~

Honorable Kevin J. Carey
United States Bankruptcy Judge