# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>Related Docket ~~No~~Nos. 83 and ____ |

## ORDER PURSUANT TO
## SECTION 327(a) OF THE BANKRUPTCY
## CODE, RULE 2014 OF THE FEDERAL RULES OF
## BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1
## AUTHORIZING THE EMPLOYMENT AND RETENTION OF
## PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTOR
## AND DEBTOR IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

Upon the *Debtor's Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 83] (the "Application");[2] and upon the (i) Fiero Declaration ~~and~~, (ii) Statement Under Rule 2016 of the Federal Rules of Bankruptcy Procedure annexed to the Application (the "Statement"), ~~which were submitted concurrently with the Application~~(iii) supplemental declaration of John D. Fiero in support of the Application (the "Supplemental Declaration") and (iv) the *Declaration of Robert Duffy in Support of Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date* (the "Duffy Declaration"); and the Court being

---

[1] The last four digits of the Debtor's federal taxpayer identification numbers are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

satisfied, based on the representations made in the Application, the Statement, ~~and~~ the Fiero Declaration, <u>and the Supplemental</u> Declaration, that PSZJ does not represent or hold any interest adverse to the Debtor or the Debtor's estate with respect to the matters upon which it is to be engaged, and is disinterested as that term is defined under section 101(14) of the Bankruptcy Code, <u>and the Court being satisfied with the Duffy Declaration;</u> and that the employment of PSZJ is necessary and in the best interests of the Debtor and the Debtor's estate; and this Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Application and opportunity for a hearing on the Application were appropriate and no other notice need be provided; and this Court having reviewed the Application; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted <u>as set forth herein</u>.

2. Pursuant to section 327(a) of the Bankruptcy Code, the Debtor is authorized to employ and retain PSZJ as counsel *nunc pro tunc* to the Petition Date, on the terms set forth in the Application, the Statement, ~~and~~ the Fiero <u>Declaration, the Supplemental Declaration and the Duffy</u> Declaration.

3. PSZJ shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with this chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules,

~~DOCS_SF:97427.1~~
<u>DOCS_SF:97427.2</u>

Local Rules, and any other applicable procedures and orders of the Court. <u>PSZJ shall also make reasonable efforts to comply with the U.S. Trustee's</u> *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013.*

    4.  The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: August __, 2018

                       _____
                       KEVIN J. CAREY
                       UNITED STATES BANKRUPTCY JUDGE