# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>Objection Deadline: August 3, 2018 at 4:00 p.m.<br>Hearing Date: August 10, 2018 at 10:00 a.m.<br><br>Related Docket No. 82 |

## SUPPLEMENTAL DECLARATION OF TONY JEFFRIES IN SUPPORT OF DEBTOR'S APPLICATION PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 2014-1 FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WILSON SONSINI GOODRICH & ROSATI, PROFESSIONAL CORPORATION, AS SPECIAL CORPORATE COUNSEL TO THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Tony Jeffries declares as follows:

1. I am a member of the firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation ("WSGR" or the "Firm"), with offices at 650 Page Mill Rd, Palo Alto, CA 94304. I submit this declaration in further support of the *Debtor's Application for Order Under Sections 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of Wilson Sonsini Goodrich & Rosati, Professional Corporation, as the Special Corporate Counsel to the Debtor Nunc Pro Tunc to the Petition Date* (the "Application").

2. Pursuant to Part D1 of the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "2013 UST Guidelines"), WSGR is seeking

---

[1] The last four digits of the Debtor's federal taxpayer identification numbers are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

employment as special corporate counsel for the Debtor under section 327 of the Bankruptcy Code and it hereby provides the following responses set forth below:

| Question: | Answer |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. | WSGR represented the client in the 12 months prepetition. During such representation, the billing rates and material financial terms for WSGR remained the same as the billing rates and material financial terms disclosed in the Application. The billing rates and material financial terms for the postpetition period remain the same as the prepetition period. |
| Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? | No. |

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 8, 2018

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

DocuSigned by:
/s/ Tony Jeffries
527CD3349552443...

Tony Jeffries
Member

*Proposed Corporate Counsel for Debtor*