# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>**Related Docket Nos. 82 and ___** |

## ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, PROFESSIONAL CORPORATION AS DEBTOR'S SPECIAL CORPORATE COUNSEL

Upon the application (the "Application")[2] of the above-captioned debtor and debtor in possession (the "Debtor") seeking authorization to retain and employ Wilson Sonsini Goodrich & Rosati, Professional Corporation ("WSGR") as special corporate counsel in this chapter 11 case; and upon the declaration of Tony Jeffries in support of the Application (as supplemented, the "Declaration"), the *Supplemental Declaration of Tony Jeffries* (the "Supplemental Declaration") and the *Statement Under Rule 2016 of the Federal Rules of Bankruptcy Procedure* (the "Statement") annexed to the Application; and the *Declaration of Robert J. Duffy in Support of the Application* (the "Duffy Declaration") and the Court being satisfied based on the representations made in the Application, the Declaration, the Supplemental Declaration, and the Statement that WSGR neither represents nor holds any interest adverse to the Debtor or to the estate with respect to the matters on which WSGR is to be employed, and the Court being satisfied with the Duffy Declaration and that the employment of WSGR as special

---

[1] The last four digits of the Debtor's federal taxpayer identification numbers are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Application.

corporate counsel to the Debtor is necessary and in the best interests of the Debtor and its estate; and it appearing that the Court has jurisdiction to consider the Application; and it appearing that due notice of the Application has been given and no further notice need be given; and upon the proceedings before the Court; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as set forth herein.

2. Pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, the Debtor is authorized to retain and employ WSGR as special corporate counsel in this chapter 11 case, *nunc pro tunc* to the Petition Date, pursuant to the terms set forth in the Application.

3. WSGR shall be compensated for legal services rendered to the Debtors and reasonable expenses incurred in connection therewith in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other orders of this Court.

4. WSGR shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines in connection with the Application and any fee application to be filed by WSGR in this case.

5. The Court shall retain jurisdiction over any disputes, if any, that may arise in connection with this Order.

Dated: August __, 2018

                                          KEVIN J. CAREY
                                          UNITED STATES BANKRUPTCY JUDGE