IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No.: 18-11625 (KJC)<br>)<br>)<br>) |

Re: Docket No. 84

**CERTIFICATION OF COUNSEL REGARDING DEBTOR'S MOTION TO RETAIN BERKELEY RESEARCH GROUP, LLC TO (I) PROVIDE THE DEBTOR A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL AND (II) DESIGNATE ROBERT J. DUFFY AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned counsel for the above-captioned debtor and debtor-in-possession (the "Debtor") hereby certifies that:

1. On July 20, 2018, the Debtor filed the *Debtor's Motion to Retain Berkeley Research Group, LLC to (I) Provide the Debtor a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Robert J. Duffy as Chief Restructuring Officer for the Debtor Nunc Pro Tunc to the Petition Date* [Docket No. 84] (the "Motion").

2. Pursuant to the *Notice of Debtor's Motion to Retain Berkeley Research Group, LLC to (I) Provide the Debtor a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Robert J. Duffy as Chief Restructuring Officer for the Debtor Nunc Pro Tunc to the Petition Date* [Docket No. 84], objections to the relief requested in the Motion were due by August 3, 2018, at 4:00 p.m. prevailing Eastern Time.

3. The Debtor received informal comments from the Office of the United States Trustee (the "UST"). As of the date hereof, the Debtor has received no other objections or informal comments to the Motion.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

4. Attached hereto as **Exhibit A** is a revised proposed *Order Granting Motion to Retain Berkeley Research Group, LLC to (I) Provide the Debtor a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Robert J. Duffy as Chief Restructuring Officer for the Debtor Nunc Pro Tunc to the Petition Date* (the "Proposed Order"), that incorporates the informal comments from the UST. The UST has no objection to entry of the Proposed Order.

5. A blacklined copy of the Proposed Order is attached hereto as **Exhibit B** showing changes made from the order attached to the Motion.

6. Accordingly, the Debtor respectfully requests entry of the Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated: August 9, 2018
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
jfiero@pszjlaw.com
jlucas@pszjlaw.com
joneill@pszjlaw.com
crobinson@pszjlaw.com

*Proposed Attorneys for Debtor and Debtor in Possession*