**Fill in this information to identify the case:**

Debtor name **Tintri, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **18-11625 (KJC)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $            0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $     32,930,890.45

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $     32,930,890.45

---

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     61,293,954.45

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     2,126,355.14

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     82,738,925.58

4.    Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b    $     146,159,235.17

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Tintri, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11625 (KJC)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **See Attachment B3** | | | $253,573.27 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | $253,573.27 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   **Real property security deposits** | $897,359.79 |
| --- | --- |

| 7.2.   **GFR Security deposit tax department** | $6,133.85 |
| --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number *(If known)* | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

| 8.1. | **See Attachment B.8** | **$6,661,666.19** |
|---|---|---|

| 9. | **Total of Part 2.** | **$7,565,159.83** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **912,228.73** | - | **677,864.73** | = .... | **$234,364.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **2,497,786.08** | - | **2,497,786.08** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | | | | Intercompany - Tintri (Australia) Pty Limited | |

| 11b. Over 90 days old: | **914,070.77** | - | **914,070.77** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | | | | Intercompany - Tintri  (Canada) ULC | |

| 11b. Over 90 days old: | **2,621,727.49** | - | **2,621,727.49** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | | | | Intercompny - Tintri (Singapore) Pte. Ltd. | |

| 11b. Over 90 days old: | **17,961,172.56** | - | **17,961,172.56** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | | | | Intercompany - Tintri Japan GK | |

| 11b. Over 90 days old: | **39,490,353.55** | - | **39,490,353.55** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | | | | ntercompany - Tintri UK Ltd. | |

| 11b. Over 90 days old: | **6,075,828.94** | - | **6,075,828.94** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | | | | Intercompany - Tintri (Ireland) Limited | |

| 12. | **Total of Part 3.** | **$234,364.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
|---|---|---|---|

Debtor   **Tintri, Inc.**                                         Case number *(If known)*  **18-11625 (KJC)**
_____
         Name

Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                                    % of ownership

      15.1.   **Tintri International, Inc.**          **100%**   %                                        **Unknown**

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

      16.1.   **ICE BofAML  - US Treasury Bills**                                                        **$2,519.50**

17.   **Total of Part 4.**                                                                   **$2,519.50**
      Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Raw Materials** | **January 2018** | **$855,063.64** | **Net Book Value** | **$855,063.64** |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Finished Goods** | **January 2018** | **$17,107,279.27** | **Net Book Value** | **$17,107,279.27** |
| 22.  **Other inventory or supplies** **Inventory Reserves** | | **($9,001,179.89)** | | **($9,001,179.89)** |

23.  **Total of Part 5.**                                                                    **$17,962,342.91**
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Tintri, Inc. | Case number *(If known)* | 18-11625 (KJC) |
|---|---|---|---|
| | Name | | |

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Furniture and Fixtures** | $385,888.04 | Net Book Value | $385,888.04 |
| 40. | Office fixtures **Included in item 40. above.** | $0.00 | | $0.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software **Office Equipment** | $33,558.97 | Net Book Value | $33,558.97 |
| | **Computer Equipment** | $1,327,752.56 | Net Book Value | $1,327,742.56 |
| | **Appliances & Systems** | $1,499,191.22 | Net Book Value | $1,499,191.22 |
| | **Evaluation/Demo Units** | $1,063,438.12 | Net Book Value | $1,063,438.12 |
| | **Software** | $26,065.48 | Net Book Value | $26,065.48 |
| | **Beta Units** | $374,990.92 | Net Book Value | $374,990.92 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $4,710,875.31 |
|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Tintri, Inc. | Case number (If known) 18-11625 (KJC) |
|---|---|---|
| | Name | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property lease for 303 Ravendale Drive, Mountain View, CA 94043 dated November 19, 2015, as amended.** | Lessor | Unknown | | Unknown |
| 55.2. **Real property lease for 201-203 Ravendale Rive, Mountain View, CA dated February 13, 2013, as amended** | Lessor | Unknown | | Unknown |
| 55.3. **Real property lease for 8281 Greensboro Drive, Suite 320, Tysons VA, 22102** | Lessee | Unknown | | Unknown |
| 55.4. **Real property lease for 20 North Wacker Drive, Suite 3030, Chicago, IL 60606** | Lessee | Unknown | | Unknown |
| 55.5. **Real property lease for 3074 Centreville Road, Herndon, VA 20171** | Lessee | Unknown | | Unknown |
| 55.6. **Real property lease for 6860 North Dallas Parkway, Suite 281 & 282, Plano, TX 75024** | Lessee | Unknown | | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | Tintri, Inc. | | Case number *(If known)* | 18-11625 (KJC) |
|---|---|---|---|---|
| | Name | | | |

| 55.7. | Real property lease for 205 Ravendale Drive, Mountain View, CA 94043 | Lessee | Unknown | Unknown |
|---|---|---|---|---|

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets **See Attachment B.60** | **Unknown** | | **Unknown** |
| **61.** Internet domain names and websites **tintri-analytics.com** **tintri.at** **tintri.co** **tintri.co.jp** **tintri.com** **tintri.com.au** **tintri.hk** **tintri.pt** **tintrianalytics.com** **tintricity.com** **vmscaleout.com** **tintri.de** | **Unknown** | | **Unknown** |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations **Customer List** | **Unknown** | | **Unknown** |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Tintri, Inc.**                                          Case number *(If known)*  **18-11625 (KJC)**
_____
Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Net Deferred Tax Asset after Valuation Allowance**    Tax year **2018** | $37,000.00 |
| | **Net Deferred Tax Asset after Valuation Allowance**    Tax year **2017** | $74,000.00 |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Leashold Improvements** | $2,091,055.63 |

78.    **Total of Part 11.**                                                                    | $2,202,055.63 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number *(If known)* | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $253,573.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,565,159.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $234,364.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,519.50 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $17,962,342.91 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,710,875.31 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,202,055.63 | |
| 91. **Total.** Add lines 80 through 90 for each column | $32,930,890.45 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $32,930,890.45 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

In re Tintri, Inc. Case No. 18-11625 (KJC)
Attachment B 3
Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Address 1 | Address 2 | City | State | Zip | Type of account | Account number (last 4 digits) | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| Silicon Valley Bank | 3003 Tasman Dr. | | Santa Clara | CA | 95054 | Cash Collateral (AR) | 5091 | $26,295.75 |
| Silicon Valley Bank | 3003 Tasman Dr. | | Santa Clara | CA | 95054 | Stock Options | 7412 | $90.22 |
| Silicon Valley Bank | 3003 Tasman Dr. | | Santa Clara | CA | 95054 | Analysis Checking | 3392 | $0.00 |
| Silicon Valley Bank | 3003 Tasman Dr. | | Santa Clara | CA | 95054 | A/P | 8309 | $0.00 |
| Silicon Valley Bank | 3003 Tasman Dr. | | Santa Clara | CA | 95054 | Payroll | 4131 | $58,432.16 |
| Silicon Valley Bank | 3003 Tasman Dr. | | Santa Clara | CA | 95054 | ESPP | 9494 | $25,403.02 |
| Silicon Valley Bank | 3003 Tasman Dr. | | Santa Clara | CA | 95054 | Sweep | 0629 | $140,832.59 |
| Silicon Valley Bank | 3003 Tasman Dr. | | Santa Clara | CA | 95054 | Stock Option Sweep | 3338 | $0.00 |
| Silicon Valley Bank c/o US Bank, St Paul | 60 S 6th Street | Suite 2800 | Minneapolis | MN | 55402 | Asset Management | 1095 | $2,519.53 |
| | | | | | | | | $253,573.27 |

In re tintri, Inc. Case No. 18-11625 (KJC)
Attachmenbt B.8
Prepayments, including executory contracts, leases, insurance, taxes, and rent

| Description | Current value of debtor's interest |
|---|---|
| 451 Research | $ 15,208.31 |
| Adaptive Insights, Inc. | $ 13,842.98 |
| Adobe Systems Inc. | $ 33,305.32 |
| Adopt a Highway | $ 792.23 |
| AIC-Advanced Industrial Computer | $ 1,924.99 |
| Arena Solutions | $ 6,228.12 |
| Atlassian Pty Ltd | $ 4,814.85 |
| Avalara | $ 2,123.54 |
| Becker and Lee LLP | $ 74,530.00 |
| Bizible | $ 47,500.00 |
| BlackLine systems, Inc. | $ 26,434.32 |
| Boomi, Inc. | $ 2,465.77 |
| Box Inc. | $ 5,570.79 |
| Callidus Cloud Software | $ 30,397.99 |
| Captive Eight, LLC | $ 7,000.00 |
| CareerArc Group, LLC | $ 4,285.70 |
| CDW | $ 22,969.84 |
| CDW Direct | $ 101,691.73 |
| Clairzen Inc. | $ 9,998.40 |
| Clari, Inc. | $ 89,084.57 |
| Cleo Communications Holding, LLC | $ 4,976.67 |
| Coupa Software | $ 3,490.41 |
| Credit Facility Fees - ST | $ 129,383.00 |
| CSA Group | $ 232.57 |
| CSA International | $ 1,929.14 |
| David W Marshall Jr. | $ 393.57 |
| Deferred COGS | $ 1,134,136.14 |
| Digicert, Inc. | $ 2,800.00 |
| E*Trade Financial Corporate Services, Inc. | $ 31,612.23 |
| Enterprise Strategy Group Inc. | $ 6,250.00 |
| EP Executive Press, Inc | $ 669.98 |
| Fineline Graphics & Design, Inc | $ 7,721.52 |
| Flextronics International USA Inc | $ 34,651.02 |
| FLO Partners Inc. | $ 11,333.32 |
| Gartner Inc. | $ 11,999.98 |
| Glassdoor | $ 8,750.00 |
| Groupware Technology | $ 1,404.00 |
| GuideSpark, Inc | $ 652.00 |
| Hoopla Software, Inc. | $ 1,210.30 |
| Hootsuite | $ 8,418.13 |
| HULA NETWORKS, INC. | $ 880.78 |
| Inflow Communications | $ 6,994.29 |
| Influitive Corporation | $ 17,964.00 |
| Insight Squared, Inc. | $ 14,542.50 |
| Integrify, Inc | $ 2,988.65 |
| Intel Prepaid Card | $ 1,785.11 |
| Internet Creations 2000 LLC | $ 4,085.89 |

In re tintri, Inc. Case No. 18-11625 (KJC)
Attachmenbt B.8
Prepayments, including executory contracts, leases, insurance, taxes, and rent

| Description | | Current value of debtor's interest |
|---|---|---|
| Intervision | $ | 5,520.24 |
| JetBrains | $ | 1,097.52 |
| JFrog Inc. | $ | 4,777.01 |
| Jobvite | $ | 7,514.70 |
| Jostle | $ | 14,343.81 |
| Kyriba | $ | 14,211.78 |
| LCN Services, LLC | $ | 7,591.53 |
| Lease Guarantee Asset - ST | $ | 40,071.67 |
| Lease Guarantee Implied Interest - ST | $ | 10,614.49 |
| Linkedin Corporation | $ | 21,474.98 |
| Lockton Companies | $ | 2,204,005.22 |
| MadCap Software, Inc. | $ | 3,249.49 |
| Marketo | $ | 99,478.73 |
| mazon Web Services, Inc. | $ | 50.00 |
| Mercury Investment Group | $ | 2,000.00 |
| Microsoft Corporation | $ | 25,593.46 |
| Milwaukee Brewers Baseball Club LP | $ | 3,475.00 |
| MRV Communications Americas, Inc | $ | 1,376.62 |
| NASDAQ | $ | 27,500.02 |
| National Association of Stock Plan Professionals, LTD | $ | 577.50 |
| NCR Corp. | $ | 693,971.58 |
| New Relic, Inc. | $ | 4,148.01 |
| Nth Degree - VMware | $ | 230,000.00 |
| Okta | $ | 55,229.15 |
| ON24 | $ | 10,373.58 |
| Oracle America Inc | $ | 86,379.10 |
| PWC Product Sales LLC | $ | 1,229.06 |
| Qualisystems USA Inc. | $ | 25,750.00 |
| Rain King Software Inc. | $ | 11,741.67 |
| Ravendale Partners LLC | $ | 251,324.72 |
| Regus Business Center | $ | 19,890.55 |
| Robert Girard | $ | 625.00 |
| Salesforce.com, Inc. | $ | 461,510.96 |
| Seagate Systems UK Limited | $ | 148,312.28 |
| Sesame Software | $ | 11,839.73 |
| Seyed Mohammadreza Jafarinejad (10404) | $ | 827.58 |
| Shanghai Foreign Service | $ | 10,605.10 |
| Silicon Valley Bank - Credit C | $ | 5,525.76 |
| Slack Technologies, Inc | $ | 2,281.16 |
| Smartsheet.com, Inc. | $ | 212.93 |
| SolarWinds Inc | $ | 2,694.58 |
| SpringCM | $ | 1,050.19 |
| Storage Networking Industry Association | $ | 5,625.00 |
| Synopsys, Inc. | $ | 20,000.00 |
| Thinkstep Compliance Limited | $ | 1,240.90 |
| TRENDFOCUS, Inc | $ | 5,416.69 |
| TrendForce Corp. | $ | 925.01 |

In re tintri, Inc. Case No. 18-11625 (KJC)
Attachmenbt B.8
Prepayments, including executory contracts, leases, insurance, taxes, and rent

| Description | Current value of debtor's interest | |
|---|---|---|
| TSANet, Inc. | $ | 833.36 |
| UL LLC | $ | 3,695.30 |
| UserVoice Inc. | $ | 20,831.46 |
| Van Pelt, Yi and James | $ | 5,000.00 |
| VCCi Council | $ | 1,487.39 |
| VMUG | $ | 8,500.00 |
| VMWARE INC | $ | 7,500.00 |
| Vu Do | $ | 903.31 |
| WhiteSource | $ | 4,334.00 |
| Wistia | $ | 301.28 |
| Workday, Inc. | $ | 20,908.33 |
| XTRM, INC. | $ | 13,135.42 |
| Zendesk, Inc | $ | 7,983.03 |
| Zoom Video Communications | $ | 8,473.73 |
| Zuora, Inc | $ | 43,100.87 |
| **Total** | **$** | **6,661,666.19** |

In re Tintri, Inc. Case No. 18-11625 (KJC)
Attachment B.60
Patents, copyrights, trademarks, and trade secrets

| Description | Application Number | Patent Number / Name of Software |
|---|---|---|
| **Patents:** | | |
| | | |
| VIRTUAL MACHINE STORAGE | 13/094,636 | 9,135,033 |
| STORING AND MANAGING VIRTUAL MACHINE STORAGE USING VIRTUAL MACHINE ABSTRACTIONS | 61/343,385 | |
| VIRTUAL MACHINE STORAGE | 14/717,764 | 9,535,739 |
| RESOURCE ALLOCATION FOR VIRTUAL MACHINE STORAGE | 13/094,639 | |
| RESOURCE ALLOCATION FOR VIRTUAL MACHINE STORAGE | 61/343,383 | |
| HYBRID FLASH-DISK FILE SYSTEM FOR VIRTUAL MACHINE STORAGE | 13/094,682 | 8,463,825 |
| HYBRID FLASH-DISK FILE SYSTEM FOR VIRTUAL MACHINE STORAGE | 61/343,384 | |
| AUTOMATICALLY ALIGNING VIRTUAL BLOCKS TO PHYSICAL BLOCKS | 13/421,712 | 8,909,894 |
| AUTOMATICALLY ALIGNING BLOCKS OF VIRTUAL DISKS FOR VMS | 61/453,356 | |
| AUTOMATICALLY ALIGNING VIRTUAL BLOCKS TO PHYSICAL BLOCKS | 14/509,857 | 9,256,474 |
| AVOIDING LONG ACCESS LATENCIES IN REDUNDANT STORAGE SYSTEMS | 13/421,714 | 9,128,910 |
| AVOIDING LONG DISK ACCESS LATENCIES IN REDUNDANT STORAGE SYSTEMS | 61/453,362 | |
| AVOIDING LONG ACCESS LATENCIES IN REDUNDANT STORAGE SYSTEMS | 14/814,280 | 9,569,131 |
| AVOIDING LONG ACCESS LATENCIES IN REDUNDANT STORAGE SYSTEMS | 15/382,869 | 9,921,758 |
| EFFICIENT AND FLEXIBLE ORGANIZATION AND MANAGEMENT OF FILE METADATA | 13/938,005 | 9,529,808 |
| EFFICIENT AND FLEXIBLE ORGANIZATION AND MANAGEMENT OF FILE METADATA | 61/672,165 | |
| EFFICIENT AND FLEXIBLE ORGANIZATION AND MANAGEMENT OF FILE METADATA | 15/343,070 | |
| USING A CONTROL VIRTUAL DISK FOR STORAGE MANAGEMENT | 14/043,485 | |
| USING A CONTROL VIRTUAL DISK FOR SELF-SERVICE STORAGE MANAGEMENT | 61/709,062 | |
| EFFICIENT DATA SYNCHRONIZATION FOR STORAGE CONTAINERS | 61/777,342 | |
| EFFICIENT DATA SYNCHRONIZATION FOR STORAGE CONTAINERS | 14/202,836 | 9,817,835 |
| EFFICIENT DATA SYNCHRONIZATION FOR STORAGE CONTAINERS | 15/690,626 | |
| EFFICIENT DATA SYNCHRONIZATION FOR STORAGE CONTAINERS | 14778982 | |
| EFFICIENT DATA SYNCHRONIZATION FOR STORAGE CONTAINERS | PCT/US14/23486 | |
| SYNCHRONIZATION OF DATA | 13/938,011 | 9,710,475 |
| REPLICATION OF SNAPSHOTS AND CLONES | 14/472,834 | |
| REPLICATION OF SNAPSHOTS AND CLONES | 61/873,241 | |
| REPLICATION OF SNAPSHOTS AND CLONES | 14841628.2 | |
| REPLICATION OF SNAPSHOTS AND CLONES | 2016-537937 | 6309103 |
| REPLICATION OF SNAPSHOTS AND CLONES | PCT/US14/53709 | |
| RECOVERY OF IN-MEMORY STATE IN A LOG-STRUCTURED FILESYSTEM USING FUZZY CHECKPOINTS | 14/594,479 | |
| | | |
| CONSTANT-TIME RECOVERY OF IN-MEMORY STATE IN A LOG-STRUCTURED FILE SYSTEM USING SELF-THROTTLED FUZZY CHECKPOINTS | 61/926,674 | |
| COLLECTING DATA ASSOCIATED WITH VIRTUAL MACHINES FROM VARIOUS DATA SOURCES | 14/709,332 | 9,632,812 |
| SYNTHETIC VIRTUAL MACHINES | 61/991,995 | |
| OPTIMIZED REMOTE CLONING | 15/013,859 | 9,946,604 |
| MIGRATION OF DATA FILES IN SNAPSHOTS | 62/111,833 | |
| OPTIMIZED REMOTE CLONING | 15/915,299 | |
| FINE-GRAINED STORAGE SYSTEM-BASED RESTORE OF FILES FROM VIRTUAL MACHINE SNAPSHOTS | 15/013,872 | |
| | | |
| FINE-GRAINED STORAGE ARRAY-BASED RESTORE OF GUEST OPERATING SYSTEM FILES FROM VIRTUAL MACHINE SNAPSHOTS | 62/111,842 | |
| DETECTING AND PINPOINTING DATA CORRUPTION | 15/074,492 | |
| DETECTING AND PIN-POINTING DATA CORRUPTION | 62/136,231 | |
| EFFICIENT USE OF SPARE DEVICE(S) ASSOCIATED WITH A GROUP OF DEVICES | 15/074,501 | |
| EFFICIENT USE OF SPARE DRIVE(S) TO IMPROVE RELIABILITY AND PERFORMANCE OF PARITY-ENCODED RAIDS | 62/136,216 | |
| EFFICIENT USE OF SPARE DEVICE(S) ASSOCIATED WITH A GROUP OF DEVICES | 15/973,233 | |
| CLUSTER VIRTUAL MACHINES | 14/709,341 | |
| OPTIMIZED SERVICING OF REQUESTS RELATED TO A BULK DATA TRANSFER | 15/092,048 | |
| ADAPTING STORAGE DEVICE BEHAVIOR TO STORAGE MIGRATION | 62/144,511 | |
| NATIVE STORAGE QUALITY OF SERVICE FOR VIRTUAL MACHINES | 15/092,345 | |
| NATIVE STORAGE QUALITY OF SERVICE FOR VIRTUAL MACHINES WITH PER-VM CONTENTION VISUALIZATION AND AUTO ALLOCATION POLICIES | 62/144,518 | |
| NATIVE STORAGE QUALITY OF SERVICE FOR VIRTUAL MACHINES | 16777208.6 | |
| NATIVE STORAGE QUALITY OF SERVICE FOR VIRTUAL MACHINES | 2017-552839 | |
| NATIVE STORAGE QUALITY OF SERVICE FOR VIRTUAL MACHINES | PCT/US16/26229 | |
| ADJUSTING STORAGE SYSTEM BEHAVIOR TO STORAGE MIGRATION | 15/092,054 | |
| AUTO ALLOCATION OF STORAGE SYSTEM RESOURCES TO HETEROGENEOUS CATEGORIES OF RESOURCE CONSUMER | 15/092,363 | |
| MULTI-TIER MECHANISM TO ACHIEVE HIGH AVAILABILITY IN A MULTI-CONTROLLER SYSTEM | 15/271,156 | |
| EFFICIENT DELETION OF SHARED SNAPSHOTS | 15/282,120 | |
| FAST CONTAINER DISTRIBUTION WITH STORAGE ACCELERATION | 15/269,395 | |

In re Tintri, Inc. Case No. 18-11625 (KJC)
Attachment B.60
Patents, copyrights, trademarks, and trade secrets

| Description | Application Number | Patent Number / Name of Software |
|---|---|---|
| BALANCED WEAR LEVELING IN AN SSD RAID GROUP USING ROTATED SPARING | 15/803,407 | |
| BALANCED WEAR LEVELING IN A RAID GROUP USING SPARE SSDS | 62/427,744 | |
| POLICY-DRIVEN RAID REBUILD | 15/848,330 | |
| POLICY-DRIVEN RAID REBUILD | 62/436,994 | |
| EFFICIENT DEDUPLICATION FOR STORAGE SYSTEMS | 15/830,352 | |
| EFFICIENT DEDUPLICATION FOR HIGH CAPACITY SYSTEMS | 62/465,525 | |
| DYNAMIC BLOCK OPTIMIZATION FOR SPACE AND PERFORMANCE | 15/834,421 | |
| DYNAMIC BLOCK OPTIMIZATION FOR SPACE AND PERFORMANCE | 62/465,029 | |
| HANDLING A DEVICE IN A LATENCY STATE IN A REDUNDANT STORAGE SYSTEM | 15/886,156 | |
| HIDING HIGH WRITE LATENCIES FROM TRANSIENTLY MISBEHAVING DRIVES IN A RAID SUBSYSTEM | 62/482,028 | |
| LOAD BALANCING USING PREDICTIVE VM-BASED ANALYTICS | 15/693,244 | |
| LOAD BALANCING USING PREDICTIVE VM-BASED ANALYTICS | 62/448,251 | |
| ACCESS RATE PREDICTION IN A HYBRID STORAGE DEVICE | 15/693,245 | |
| FLASH MISS RATE PREDICTION IN A HYBRID STORAGE SYSTEM | 62/448,255 | |
| MODELING SPACE CONSUMPTION OF A MIGRATED VM | 15/693,249 | |
| MODELING SPACE CONSUMPTION OF A MIGRATED VM | 62/448,253 | |
| LOAD BALANCING VM SELECTION AND MOVEMENT | 15/693,251 | |
| LOAD BALANCING VM SELECTION AND MOVEMENT | 62/448,257 | |
| AUTOMATIC DATA PROTECTION FOR VIRTUAL MACHINES USING VIRTUAL MACHINE ATTRIBUTES | 15/877,072 | |
| METHOD TO FACILITATE AUTOMATIC DATA PROTECTION FOR VIRTUAL MACHINES USING VIRTUAL MACHINE ATTRIBUTES | 62/449,942 | |
| DYNAMIC RAID EXPANSION | 15/702,557 | |
| DYNAMIC RAID EXPANSION | 62/464,219 | |
| VM DATA MIGRATION BETWEEN STORAGE DEVICES | 15/975,483 | |
| VM DATA MIGRATION BETWEEN STORAGE DEVICES | 62/503,715 | |
| VOICE OPERATED INFRASTRUCTURE | | |
| VOICE OPERATED INFRASTRUCTURE | 62/531,633 | |
| LOGICAL SYNCHRONOUS REPLICATION SYSTEM | | |
| LOGICAL SYNCHRONOUS REPLICATION SYSTEM | 62/551,141 | |
| SYNCHRONOUS REPLICATION OF WRITE OPERATIONS TO ENSURE IDENTICAL CONTENT | | |
| SYNCHRONOUS REPLICATION OF WRITE OPERATIONS TO ENSURE IDENTICAL CONTENT | 62/551,144 | |
| SYNCHRONOUS REPLICATION OF LOGICAL FILESYSTEM OPERATIONS | | |
| SYNCHRONOUS REPLICATION OF LOGICAL FILESYSTEM OPERATIONS | 62/551,146 | |
| RESYNCHRONIZING A SYNCHRONOUSLY REPLICATED DIRECTORY USING A COMBINATION OF METHODS | | |
| RESYNCHRONIZING A SYNCHRONOUSLY REPLICATED DIRECTORY USING A COMBINATION OF METHODS | 62/551,149 | |
| DISTRIBUTED FILESYSTEM INTEGRITY VERIFICATION | | |
| DISTRIBUTED FILESYSTEM INTEGRITY VERIFICATION | 62/551,151 | |
| SYNCHRONOUS REPLICATION END TO END LATENCY REPORTING | | |
| SYNCHRONOUS REPLICATION END TO END LATENCY REPORTING | 62/551,152 | |
| NON-DISRUPTIVE DYNAMIC UNCONFIGURATION OF LOGICAL SYNCHRONOUS REPLICATION | | |
| NON-DISRUPTIVE DYNAMIC UNCONFIGURATION OF LOGICAL SYNCHRONOUS REPLICATION | 62/551,154 | |
| GENERALIZED LOGICAL FILESYSTEM BARRIERS | | |
| GENERALIZED LOGICAL FILESYSTEM BARRIERS | 62/551,156 | |
| VM BASED SNAPSHOT REPLICATION TO A CLOUD OBJECT STORE | | |
| VM BASED SNAPSHOT REPLICATION TO A CLOUD OBJECT STORE | 62/550,936 | |
| CUSTOM AND FLEXIBLE SCHEDULES FOR REPLICATING SNAPSHOTS | | |
| CUSTOM AND FLEXIBLE SCHEDULES FOR REPLICATING SNAPSHOTS | 62/551,158 | |
| DATA SHARING BETWEEN CLOUD SNAPSHOTS AND SAFELY RECLAIMING UNUSED SPACE OF DELETED SNAPSHOTS CONTAINING SHARED DATA | | |
| DATA SHARING BETWEEN CLOUD SNAPSHOTS AND SAFELY RECLAIMING UNUSED SPACE OF DELETED SNAPSHOTS CONTAINING SHARED DATA | 62/551,162 | |
| NAMING, SEQUENCING AND GLOBAL ENUMERATION OF VM SNAPSHOT JOBS IN A CLOUD OBJECT STORE, FROM A CLUSTER OF HETEROGENOUS AND LOOSELY COUPLED NODES | | |
| NAMING, SEQUENCING AND GLOBAL ENUMERATION OF VM SNAPSHOT JOBS IN A CLOUD OBJECT STORE, FROM A CLUSTER OF HETEROGENOUS AND LOOSELY COUPLED NODES | 62/551,129 | |
| OWNERSHIP DELEGATION TO SURVIVE FAILURES IN A CLUSTER OF HETEROGENEOUS NODES, FOR THE PURPOSE OF MANAGING CLOUD SNAPSHOTS | | |
| OWNERSHIP DELEGATION TO SURVIVE FAILURES IN A CLUSTER OF HETEROGENEOUS NODES, FOR THE PURPOSE OF MANAGING CLOUD SNAPSHOTS | 62/551,164 | |
| EFFICIENT DIFFERENCING AND RESYNCHRONIZATION BETWEEN PRIMARY STORAGE SNAPSHOTS AND SNAPSHOTS IN A CLOUD OBJECT STORE | | |
| EFFICIENT DIFFERENCING AND RESYNCHRONIZATION BETWEEN PRIMARY STORAGE SNAPSHOTS AND SNAPSHOTS IN A CLOUD OBJECT STORE | 62/551,139 | |

In re Tintri, Inc. Case No. 18-11625 (KJC)
Attachment B.60
Patents, copyrights, trademarks, and trade secrets

| Description | Application Number | Patent Number / Name of Software |
|---|---|---|
| CLUSTER MANAGER TAKE OVER AND ENCRYPTION KEY MANGAEMENT FOR THE PURPOSE OF REPLICATING SNAPSHOTS TO THE CLOUD FROM A CLUSTER OF LOOSELY COUPLED NODES | | |
| CLUSTER MANAGER TAKE OVER AND ENCRYPTION KEY MANGAEMENT FOR THE PURPOSE OF REPLICATING SNAPSHOTS TO THE CLOUD FROM A CLUSTER OF LOOSELY COUPLED NODES | 62/551,161 | |
| NEAR-INSTANT TRANSLATION OF ONE VIRTUAL DISK FORMAT TO ANOTHER | 62/577,614 | |
| EFFICIENT RECOVERY OF DEDUPLICATION DATA FOR HIGH CAPACITY SYSTEMS | 15/830,345 | |
| DELETION AND SPACE RECLAMATION OF INCOMPLETE SNAPSHOT IMAGES ON AN EVENTUALLY CONSISTENT KEY VALUE STORE | | |
| DELETION AND SPACE RECLAMATION OF INCOMPLETE SNAPSHOT IMAGES ON AN EVENTUALLY CONSISTENT KEY VALUE STORE | 62/610,031 | |
| DRIVE-BY-DRIVE EXPANSION WITH ESTIMATOR | 62/627,866 | |
| CHECKSUMS TO VERIFY INTEGRITY OF A SNAPSHOT | | |
| CHECKSUMS TO VERIFY INTEGRITY OF A SNAPSHOT | 62/625,451 | |
| OPTIMIZING A STORAGE SYSTEM SNAPSHOT RESTORE BY EFFICIENTLY FINDING DUPLICATE DATA | | |
| OPTIMIZING A STORAGE SYSTEM SNAPSHOT RESTORE BY EFFICIENTLY FINDING DUPLICATE DATA | 62/647,073 | |
| HYPERVISOR REMOTE OFFLOAD FOR VM DATA MIGRATION BETWEEN STORAGE DEVICES | 15/975,494 | |
| | | |
| **Software:** | | |
| | | |
| realstore | | Main filesystem process |
| realstoremk | | File system initialization utility |
| rsck | | File system checker |
| ProcMon | | Launches and restarts other processes |
| PlatMon, PlatEvent, PlatVpd | | Platform status and health monitoring, hardware inventory |
| HAMon | | Failover and controller election coordinator |
| pgsql-shim | | Dynamic library that intercepts local file I/O functions and converts to NFSv3 calls |
| AuthenticationServer, AuthenticationClient, Resolverator, KeytabTool, realauth-ldap.so, realauth-ads.so | | Authentication server, LDAP and AD utilities for client login and Microsoft Hyper-V environments |
| SmbServerCmd, fsstate, UpgradeOk, SysMgmtCmd, PlatCmd, fscmd, SedCmd, HAMonCmd | | Command-line tools for sending Thrift commands to FS and other components |
| FailDevice, GetDeviceInfo, MakeSpare, GetGroupInfo, AssembleRaid, RaidGroupRebuild, BuildInfo, ValidateRaid, checksumFileBlocks, SgTcg, RaidCmd | | Command-line tools for interacting with platform monitor and RAID layer. |
| dperf | | Load generation tool |
| soap-server | | Main system management package (runs as Tomcat webapp) |
| snmp-agent | | SNMP server |
| tps-server | | Phone-home server (runs as Tomcat webapp) |
| vasaProvider | | vStorage APIs for Storage Awareness server |
| flex | | Flex UI |
| smis | | SMI-S implementation based on Pegasus |
| mfg, mfg-test | | Utilities for manufacturing install and test (also in separate "mfgtest" repository.) |
| distro | | OS distribution binary packages and custom overlays |
| distro/tools, rpmbuild | | Tintri software packaging scripts and installation image creation |
| os/extdrivers, os/patches, os/scripts, os/tools, os/linux-2.6.32.10 | | Linux kernel sources, additional drivers, and applied patches (also is separate "plat-os" repository.) |
| test/netconf, test/ntb, test/nvram, test/scsi, test/stap, test/upgrade/sfpcheck | | Hardware test and qualification utilities |
| api, ui | | Front-end API and UI for Analytics |
| bparser | | Bulk ETL parser for autosupport information |
| etl, etl2, parser | | Autosupport parsers |
| identity-api, identity-ui, realms, cportal | | Identity and realm management microservices |
| inventory, coversheet, tps | | VMstore, VM, and report inventory management microservices |
| mdu | | Container provisioning toolkit |
| tc, platform-tc | | Tintri Global Center (runs as Tomcat webapp) |
| oneui | | HTML5-based UI for Tintri Global Center |
| twf | | "Tintri Web Framework", HTML5 UI component library |
| vcp, vcops, scom, scvmm, sra, vro | | Plugins for ecosystem software: VMware vCenter UI, VMware vCenter Operations Manager, Microsoft System Center Operations Manager, Microsoft System Center Virtual Machine Manager, VMware Site Recovery Manager, VMware vRealize Operations Manager |
| twin, pysdk, pstoolkit | | Powershell wrappers and Python SDK for Tintri API |
| carl | | Conversational self-service microservices and tunnel agent |

**Fill in this information to identify the case:**

Debtor name   **Tintri, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **18-11625 (KJC)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** | **Cisco Sytems Capital Corporation**
Creditor's Name

170 W. Tasman Drive
MS SJ13-3
San Jose, CA 95134
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment Lease**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $14,608.30 | Unknown |

**2.2** | **Everbank Commercial Finance**
Creditor's Name

10 Waterview Blvd.
Parsippany, NJ 07054
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Equipment Lease**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $3,118.92 | Unknown |

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 4

| Debtor | **Tintri, Inc.** | Case number (if know) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **KBA Docusys Inc. CA** |
|---|---|

Creditor's Name

**PO Box 3687
Hayward, CA 94540**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,918.07**                **Unknown**

---

| 2.4 | **Key Equipment Finance** |
|---|---|

Creditor's Name

**Division of KeyBank
National Association
1000 S. McCaslin
Superior, CO 80027**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**                **Unknown**

---

| 2.5 | **Silicon Valley Bank** |
|---|---|

Creditor's Name

**3003 Tasman Drive
Santa Clara, CA 95054**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

**Describe the lien**
**Prepetition Senior Secured Credit Facility**
**Is the creditor an insider or related party?**
☑ No

**$4,785,780.43**                **Unknown**

---

Debtor    **Tintri, Inc.**                                          Case number (if known)    **18-11625 (KJC)**
_____                                    _____
Name

Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **Triplepoint Capital LLC** | Describe debtor's property that is subject to a lien | $56,485,521.00 | Unknown |

Creditor's Name
**2755 Sand Hill Road**                     **All assets of the Debtor**
**Suite 150**
**Menlo Park, CA 94025**
Creditor's mailing address

                                            **Describe the lien**
                                            **Prepetition Junior Secured Credit Facility**
                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.7 | **U.S. Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $1,007.73 | Unknown |

Creditor's Name
**1310 Madrid Street**                      **Equipment Lease**
**Suite 105**
**Marshall, MN 56258**
Creditor's mailing address

                                            **Describe the lien**
                                            **UCC-1**
                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$61,293,954.**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | | Case number (if know) | **18-11625 (KJC)** |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| | **45** |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Tintri, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11625 (KJC)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 14, 2018          x _____
                                          Signature of individual signing on behalf of debtor

                                          **Robert J. Duffy**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Tintri, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **18-11625 (KJC)**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**PO Box 327790**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $206.00 | $206.00 |
| | Date or dates debt was incurred<br>**2014 to 2017** | Basis for the claim:<br>**Penalty** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,828.12 | $2,828.12 |
| | Date or dates debt was incurred<br>**1/1/2016 - 12/31/2016** | Basis for the claim:<br>**Environment Fees** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    40561    Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**California State Audit**
**450 N Street**
**MIC:55**
**Sacramento, CA 94279**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **State Tax Audit** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300,000.00** | **$12,850.00** |
|---|---|---|---|---|

**Camellia Ngo**
**10130 Bon Vista Ct.**
**San Jose, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **05/01/18** | **Severance** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$432.50** | **$432.50** |
|---|---|---|---|---|

**City of Glendale**
**PO Box 800**
**Glendale, AZ 85311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2012 to 2017** | **License Tax** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$643.08** | **$0.00** |
|---|---|---|---|---|

**City of Philadelphia**
**PO Box 1630**
**Philadelphia, PA 19105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2013 - 12/31/2016** | **BIR (TBD)** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Connecticut Department of Revenue Srvcs** **450 columbus Blvd** **Suite 1** **Hartford, CT 06103** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **Sales & Use Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$204,750.00** | **$12,850.00** |
|---|---|---|---|---|
| | **Dharam Rai** **331 Nova Lane** **Menlo Park, CA 94025** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **6/25/18** | Basis for the claim: **Severance** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **District of Columbia** **Office of Tax and Revenue** **1101 4th Street** **Suite W270** **Washington, DC 20024** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **Various** | Basis for the claim: **Sales & Use Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hawaii Department of Taxation** **PO Box 259** **Honolulu, HI 96809** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2016 to 2018** | Basis for the claim: **Corporate Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address **Jagan Raghu** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$196,000.00** | **$12,850.00** |
|---|---|---|---|---|

| Date or dates debt was incurred **6/25/18** | Basis for the claim: **Severance** |
|---|---|

| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|

---

| 2.12 | Priority creditor's name and mailing address **Joanne Gordon** **2180 Vizcaya Cricle** **Campbell, CA 95008** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$140,000.00** | **$12,850.00** |
|---|---|---|---|---|

| Date or dates debt was incurred **5/31/18** | Basis for the claim: **Severance** |
|---|---|

| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|

---

| 2.13 | Priority creditor's name and mailing address **Michael Lombardo** **7305 W Glencoe Ct.** **Centennial, CO 80122** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$182,500.00** | **$12,850.00** |
|---|---|---|---|---|

| Date or dates debt was incurred **6/25/18** | Basis for the claim: **Severance** |
|---|---|

| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|

---

| 2.14 | Priority creditor's name and mailing address **Pennsylvania Department of Revenue** **PO Box 281041** **Harrisburg, PA 17128** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$664.62** | **$664.62** |
|---|---|---|---|---|

| Date or dates debt was incurred **Various** | Basis for the claim: **Sales and Use Tax** |
|---|---|

| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes |
|---|---|

---

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address<br>**Rohit Dube**<br>**1202 Sargent Dr.**<br>**Sunnyvale, CA 94087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$168,000.00** | **$12,850.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**6/25/18** | Basis for the claim:<br>**Severance** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.16 | Priority creditor's name and mailing address<br>**Tennessee Department of Revenue**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580.82** | **$580.82** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Business License Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.17 | Priority creditor's name and mailing address<br>**Thomas Cashman**<br>**3 Adams Lane**<br>**Dover, MA 02030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$325,000.00** | **$12,850.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**6/25/18** | Basis for the claim:<br>**Severance** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.18 | Priority creditor's name and mailing address<br>**Thomas Ellery**<br>**13950 Haystack Lane**<br>**Alpharetta, GA 30004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$93,750.00** | **$12,850.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Severance** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$350,000.00** | **$12,850.00** |
|---|---|---|---|---|

**Tony Chang**
**13230 Paramount Drive**
**Saratoga, CA 95070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **04/30/18** | **Severance** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$161,000.00** | **$12,850.00** |
|---|---|---|---|---|

**Vineet Kakani**
**1264 Lockhaven Way**
**San Jose, CA 95129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **6/25/18** | **Severance** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,754.00** |
|---|---|---|---|

**3 Bridge Networks LLC**
**601 Montgomery St**
**Suite 1825**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,022.87** |
|---|---|---|---|

**303 MVRP LLC**
**965 Page Mill Road**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**3074 Centerville LLC**
**3074 Centreville Road, Suite 100**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|

Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,426.08 |
|---|---|---|---|

**8x8, INC**
**2125 O'Nel Drive**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|

**ABD Retirement Services, Inc**
**Attention: Accounts Receivable**
**3 Waters park Drive, Suite 100**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,502.53 |
|---|---|---|---|

**ACC Business**
**P O Box 105306**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,150.00 |
|---|---|---|---|

**Acilon Consulting LLC**
**190 Pasa Robles Ave**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Acorn Tech Service**
**5173 Sunny Creek Dr**
**San Jose, CA 95135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,500.00 |
|---|---|---|---|

**ActualTech Marketing LLC**
**198 Okatie Village STE 103-157**
**Bluffton, SC 29909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,299.00 |
|---|---|---|---|

**Adobe Systems Inc.**
**75 Remittance Drive**
**Suite 1025**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tintri, Inc.** | | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.00 |
|---|---|---|---|

**Adopt a Highway**
**3158 Red Hill Ave. suite #200**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,113.00 |
|---|---|---|---|

**Advanced Industrial Computer**
**21808 Garcia Lane**
**City of Industry, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.53 |
|---|---|---|---|

**Allison Stanford**
**33725 SE Sorenson St**
**Snoqualmie, WA 98065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,786.29 |
|---|---|---|---|

**American Stock Transfer & Trust Company**
**6201 15th Avenue**
**Account #3036002123 Attention: David Bar**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.79 |
|---|---|---|---|

**Anybill Financial Services, Inc.**
**1801 Pennsylvania Ave NW,**
**Suite 700**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,974.00 |
|---|---|---|---|

**Aon Consulting, Inc**
**P.O Box 100137**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,221.80 |
|---|---|---|---|

**Arrow Electronics**
**Hilda Trigoso/ECS Supplier Accounting**
**9151 E. Panorama Circle**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tintri, Inc.** | | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.18** | **Nonpriority creditor's name and mailing address**
**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,260.45**

---

**3.19** | **Nonpriority creditor's name and mailing address**
**Atlas Interpreters, Inc.**
**3150 Almaden Expressway Suite 241**
**San Jose, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Atlas Private Security Inc**
**888 N. First Street**
**#222**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,552.62**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Atlassian Pty Ltd**
**32151 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,550.00**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Averill Consulting Group, Inc**
**5945 S. Los Altos Parkway Suite 101**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Avnet Embedded/Bell Micro**
**P.O. Box 100340**
**Pasadena, CA 91189-0340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,506.25**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Baker & McKenzie**
**660 Hansen Way**
**Palo Alto, CA 94304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,718.82**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$486.21**

**Bay Alarm**
**P.O.BOX 7137**
**San Francisco, CA 94120-7137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,775.58**

**Beacon Hill Staffing Group**
**Box 846193**
**Boston, MA 02284-6193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,295.00**

**Becker & Lee LLP**
**1322 Webster St**
**Suite 300**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00**

**Bizible**
**542 First Ave South, Suite 400**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,960.00**

**BlackLine systems, Inc.**
**Dept LA 23816**
**Pasadena, CA 91185-3816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,382.23**

**Boston Properties, LP**
**800 Boylston St**
**Suite 1900**
**Boston, MA 02199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,487.50**

**Box Inc.**
**Dept 34666**
**PO Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|

**Business Wire, Inc**
**101 California Street, 20th Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,112.23** |
|---|---|---|---|

**California First Aid and Safety**
**1288 Columbus Avenue # 204**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**California People Search**
**303 Twin Dolphin Drive, suite 600**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,674.44** |
|---|---|---|---|

**Canteen Refreshment Services**
**PO BOX 417632**
**Boston, MA 02241-7632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149,599.03** |
|---|---|---|---|

**CDW**
**PO Box 75723**
**Chicago, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,519.50** |
|---|---|---|---|

**CDW LLC**
**75 Remittance Drive**
**Suite #1956**
**Chicago, IL 60675-1956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Champion Solutions Group**
**PO Box 24620**
**West Palm Beach, FL 33416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,388.47** |
|---|---|---|---|

**Chrome Media Group LLC**
**1716 Second St**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,216.60** |
|---|---|---|---|

**Cisco Systems Inc.**
**PO Box 742927**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,038.00** |
|---|---|---|---|

**Cisco WebEx LLC**
**16720 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,025.00** |
|---|---|---|---|

**Clari, Inc.**
**1154 Sonora Court**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,209.14** |
|---|---|---|---|

**Cogent Communications, Inc.**
**PO Box 791087**
**Baltimore, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,860.00** |
|---|---|---|---|

**Cole Creek Consulting**
**2261 Chitwood Lane**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,256.25** |
|---|---|---|---|

**Complete Press Solutions**
**714 Charcot Ave**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,940.56** |
|---|---|---|---|

**Concur Technologies**
**62157 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,750.72** |
|---|---|---|---|

**Connor Group**
**Dept 3748, P.O. Box 123748**
**Dallas, TX 75312-3748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151.70** |
|---|---|---|---|

**Corodata Shredding Inc**
**PO BOX 846137**
**Los Angeles, CA 90084-6137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.60** |
|---|---|---|---|

**Corporate Risk Holdings III, Inc.**
**HireRight Inc.**
**P.O. Box 847891**
**Dallas, TX 75284-7891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$920.00** |
|---|---|---|---|

**Corporation for International Business**
**18-4 E. Dundee Road, Suite 110**
**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,298.00** |
|---|---|---|---|

**Corporation Services Company**
**PO Box 13397**
**Philadelphia, PA 19101-3397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,360.00** |
|---|---|---|---|

**Coupa Software**
**1855 S. Grant Street**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.54 |
|---|---|---|---|

**CreativePlant Design Inc.**
**1670 Las Plumas Ave, Unit C**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**CSA International**
**PO Box 66512**
**AMF O'Hare**
**Chicago, IL 60666-0512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Dasher Technologies**
**675 Campbell Technology Pkway**
**Suite# 100**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383.87 |
|---|---|---|---|

**Datawatch Systems Inc.**
**4520 East West Hwy #200**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**David Gilinsky**
**850 W Cresta Loma Dr**
**Tucson, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,209.89 |
|---|---|---|---|

**Donnelley Financial, LLC**
**RR Donnelley & Sons Company**
**35 W Wacker Drive**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,211.55 |
|---|---|---|---|

**E*Trade Financial Corporate Services, In**
**PO Box 3512**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address
**EDGECONNEX**
**FILE 1185**
**1801 W. Olympic Blvd**
**Pasadena, CA 91199-1185**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,620.00**

---

**3.61** | Nonpriority creditor's name and mailing address
**EFM-Executive Functions Management Inc**
**1202 3rd Avenue North**
**Humboldt, IA 50548**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,000.00**

---

**3.62** | Nonpriority creditor's name and mailing address
**Elixiter**
**113 East Oak Street**
**Bozeman, MT 59715**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30,400.00**

---

**3.63** | Nonpriority creditor's name and mailing address
**Elizabeth Dodge dba Equity Plan Solution**
**1495 Virginia Ave**
**Redwood City, CA 94061**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,712.50**

---

**3.64** | Nonpriority creditor's name and mailing address
**Enterprise Strategy Group Inc.**
**20 Asylum Street**
**Milford, MA 01757**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**Eric Horowitz**
**1850 South Ocean Drive Apt 3907**
**Hallandale, FL 33009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$494.70**

---

**3.66** | Nonpriority creditor's name and mailing address
**Everbank Commercial Finance, Inc**
**PO Box 911608**
**Denver, CO 80291-1608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,118.92**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

**3.67** Nonpriority creditor's name and mailing address
**Expandable**
900 Lafayette Street
Suite 400
Santa Clara, CA 95050

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,907.00**

---

**3.68** Nonpriority creditor's name and mailing address
**Expeditors**
425 Valley Drive
Brisbane, CA 94005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,094.35**

---

**3.69** Nonpriority creditor's name and mailing address
**Expeditors - Canada**
55 Standish Ct
11th Floor
Mississauga ON L5R 4A1 Canada

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,486.26**

---

**3.70** Nonpriority creditor's name and mailing address
**FedEx**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$54,194.51**

---

**3.71** Nonpriority creditor's name and mailing address
**FedEx Freight**
Dept LA PO Box 21415
Pasadena, CA 91185-1415

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$926.25**

---

**3.72** Nonpriority creditor's name and mailing address
**First Choice Services**
3130 Alfred Street
Santa Clara, CA 95054

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,855.16**

---

**3.73** Nonpriority creditor's name and mailing address
**Fisher Broyles**
3585 Atlanta Avenue
Lockbox # 935079
Hapeville, GA 30354

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$532.38**

| Debtor | **Tintri, Inc.** | | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|---|
| | Name | | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,828.89** |
|---|---|---|---|
| | **Flextronics International Cork BV** | | |
| | **Thomas Moore** | ☐ Contingent | |
| | **Kilbarry Business Park** | ☐ Unliquidated | |
| | **Dublin Hill Cork** | ☐ Disputed | |
| | **Ireland** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,107,583.82** |
|---|---|---|---|
| | **Flextronics International USA Inc** | | |
| | **RMA Team** | ☐ Contingent | |
| | **927 Gibraltar Drive** | ☐ Unliquidated | |
| | **Bldg #6** | ☐ Disputed | |
| | **Milpitas, CA 95035** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,877.25** |
|---|---|---|---|
| | **Fortitude International, LLC** | ☐ Contingent | |
| | **3120 Fairview Park Drive Suite 520** | ☐ Unliquidated | |
| | **Falls Church, VA 22042** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$726.35** |
|---|---|---|---|
| | **Foster Bros Security Systems** | ☐ Contingent | |
| | **555 So. Murphy Ave** | ☐ Unliquidated | |
| | **Sunnyvale, CA 94086** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,000.00** |
|---|---|---|---|
| | **Fusion** | ☐ Contingent | |
| | **PO BOX 845176** | ☐ Unliquidated | |
| | **BOSTON, MA 02284-5176** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,000.00** |
|---|---|---|---|
| | **Gartner Inc.** | ☐ Contingent | |
| | **P.O. Box 911319** | ☐ Unliquidated | |
| | **Dallas, TX 75391-1319** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,325.00** |
|---|---|---|---|
| | **Gary Hobstetter & Associates** | ☐ Contingent | |
| | **32910 Alvarado Niles Rd** | ☐ Unliquidated | |
| | **Ste 100** | ☐ Disputed | |
| | **Union City, CA 94587** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,500.20** |
|---|---|---|---|

**Google Inc.**
**Dept 33654**
**P.O. Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,403.77** |
|---|---|---|---|

**Groupware Technology**
**541 Division Street**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**GymDoc, Inc**
**3488 Arden Road**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,124.55** |
|---|---|---|---|

**Henry Rodrigues**
**1969 O'Toole Way**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,356.00** |
|---|---|---|---|

**Hi5 Health Network**
**PO Box 2216**
**Morgan Hill, CA 95038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,770.00** |
|---|---|---|---|

**HighTech Connect, LLC**
**5000 Hopyard Road**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,250.00** |
|---|---|---|---|

**HMG Strategy LLC**
**C/o Newtek Business Credit**
**P.O. Box 3611**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
|---|---|---|---|

**Hula Networks, Inc.**
**1153 Tasman Drive**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,375.42** |
|---|---|---|---|

**ICG-International Consulting Group Inc**
**International Consulting Group Inc**
**2021 The Alameda**
**Suite 220**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,187.50** |
|---|---|---|---|

**IDC Research, Inc.**
**P.O. Box 3580**
**Boston, MA 02241-3580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,796.10** |
|---|---|---|---|

**Ingram Micro**
**1759 Wehrle Drive**
**Williamsville, NY 14221-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,998.00** |
|---|---|---|---|

**Insight Squared, Inc.**
**4 Copley Place, 5th Floor**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,969.81** |
|---|---|---|---|

**Interactive Intelligence Group, Inc.**
**7601 Interactive Way**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,478.70** |
|---|---|---|---|

**JetBrains**
**989 East Hillsdale Boulevard**
**Suite 200**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,960.00**

**JMN Express Delivery, LLC**
**James Yurong**
**48461 Cottonwood Street**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,800.00**

**Jostle**
**310-163 West Hastings Street**
**Vancouver, V6B 1H5 BC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.08**

**Kastle Systems LLC**
**PO BOX 75230**
**Baltimore, MD 21275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$891.00**

**Kayhan International Limited**
**1475 E. Woodfield Rd Suite 104**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,918.07**

**KBA Docusys Inc CA**
**PO Box 3687**
**Hayward, CA 94540-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,204.67**

**KBA DocusysInc**
**32900 Alvarado-Niles Road**
**Suite # 100**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**LCN Services, LLC**
**2269 Chestnut Street #318**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | Tintri, Inc. | Case number (if known) | 18-11625 (KJC) |
|---|---|---|---|
| | Name | | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,403.90 |
|---|---|---|---|

**LegalShield**
**PO Box 2629**
**Ada, OK 74821-2629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,811.78 |
|---|---|---|---|

**LinkedIn Corporation**
**62228 Collections Center Dr.**
**Chicago, IL 60693-0622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,500.00 |
|---|---|---|---|

**Lonergan Partners**
**203 Redwood Shores Parkway**
**Suite 600**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,481.00 |
|---|---|---|---|

**MadCap Software, Inc.**
**7777 Fay Ave Suite 210**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.92 |
|---|---|---|---|

**MailFinance Inc.**
**478 Wheelers Farms Rd**
**Milford, CT 06461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,389.00 |
|---|---|---|---|

**Manatt**
**11355 West Olympic Boulevard**
**Los Angeles, CA 90064-1614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,685.42 |
|---|---|---|---|

**Mercury Investment Group**
**65 Yigal Alon St.**
**Tel Aviv IL 6744316 Israel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tintri, Inc.** | | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|---|
| | Name | | | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $176.98 |
|---|---|---|---|

**Michael Lombardo**
**7305 S Glencoe Ct.**
**Centennial, CO 80122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,052.56 |
|---|---|---|---|

**Microsoft Corporation**
**1950 N. Stemmons Fwy**
**Suite 5010 LB # 842467**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,741.01 |
|---|---|---|---|

**Microsoft Online, Inc.**
**6100 Neil Road, Suite 100**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,396.84 |
|---|---|---|---|

**Mindtouch**
**101 West Broadway Suite 1500**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $116,617.00 |
|---|---|---|---|

**MSys Technologies LLC**
**11539 Park Woods Circle, Suite 702**
**Alpharetta, GA 30005-2413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**My Equity Comp, LLC**
**80 Blue Ravine Road**
**Suite 110**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $102,737.77 |
|---|---|---|---|

**NCR Corp.**
**14181 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.91 |
|---|---|---|---|

**Neofunds by Neopost**
PO Box 30193
Tampa, FL 33630-3193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**NMN Advisors, Inc.**
815 Northvale Road
Oakland, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,519.60 |
|---|---|---|---|

**Norcal Heating & Cooling Inc**
P.O. Box 112431
Campbell, CA 95011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,289.84 |
|---|---|---|---|

**O'Melveny & Myers, LLP**
400 South Hope Street
18th Floor
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,521.05 |
|---|---|---|---|

**One Source Virtual HR, Inc**
9001 Cypress Waters Blvd
Dallas, TX 75019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,500.00 |
|---|---|---|---|

**OnProcess Technology**
200 Homer Avenue
Ashland, MA 01721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,449.10 |
|---|---|---|---|

**Oracle America Inc**
500 Oracle Parkway
Redwood City, CA 94065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,780.00 |
|---|---|---|---|

**OTM Software Professionals Inc**
**144 S. 3rd Street #534**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,689.91 |
|---|---|---|---|

**Outreach Corporation**
**3400 Stone Way N. Suite #201**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,021.59 |
|---|---|---|---|

**Peninsula Security Services**
**1755 E. Bayshore Road**
**STE 28B**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,664.00 |
|---|---|---|---|

**People 2.0 Global, LLC**
**P.O. Box 677905**
**Dallas, TX 75268-7905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.35 |
|---|---|---|---|

**Performance Based Ergonomics, Inc.**
**484 Lake Park Avenue, #14**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,088.55 |
|---|---|---|---|

**PGE**
**BOX 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651.60 |
|---|---|---|---|

**Plants Inc**
**2457 W. Montrose Ave**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Presidio Holdings Inc.**
**dba Presidio Networked Solutions LLC**
**12120 Sunset Hills Road, Suite 202**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303,468.34** |
|---|---|---|---|

**Promark Technology, Inc.**
**10900 Pump House Road, Suite B**
**Annapolis Junction, MD 20701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.95** |
|---|---|---|---|

**Proto Labs, Inc.**
**Travis Epema**
**5540 Pioneer Creek Drive**
**Maple Plain, MN 55359-9003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00** |
|---|---|---|---|

**Rackspace US, Inc.**
**1 Fanatical Place**
**Windcrest, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.14** |
|---|---|---|---|

**Regus Management LLC**
**6860 North Dallas Parkway**
**Suite 200**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$684.18** |
|---|---|---|---|

**Reliable Fire Extinguisher Company**
**Mark Carlevato**
**PO BOX 3461**
**Redwood City, CA 94064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,200.00** |
|---|---|---|---|

**Rhino Services LLC**
**2276 Woodbury Ct**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Tintri, Inc. | Case number (if known) | 18-11625 (KJC) |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address<br>**Richmar Associates Inc.**<br>**283 Brokaw Road**<br>**Santa Clara, CA 95050** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$149,447.61** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address<br>**Robert Half International, Inc**<br>**PO Box 743295**<br>**Los Angeles, CA 90074-3295** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,250.20** |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address<br>**Rose Marie M Moniz DBA/**<br>**Rosies Tours**<br>**39120 Argonaut Way #260**<br>**Fremont, CA 94538** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$350.00** |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address<br>**Salesforce.com, Inc.**<br>**P.O. Box 203141**<br>**Dallas, TX 75320** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$492,266.48** |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address<br>**Samuel Collura**<br>**533 Peabody Street NW**<br>**Apt #1**<br>**Washington, DC 20011** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32.78** |
| | Date(s) debt was incurred _ | Basis for the claim: **Expense Reimbursement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address<br>**Savills Studley, Inc**<br>**550 S. Winchester Blvd**<br>**#600**<br>**San Jose, CA 95128** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$90,549.73** |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address<br>**SF Food Market**<br>**301 Bryant St. #504**<br>**San Francisco, CA 94107** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,489.24** |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$645.56** |
|---|---|---|---|

**Shipware, LLC**
**10815 Rancho Bernado Road**
**Suite 200**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,412.50** |
|---|---|---|---|

**Sidley Austin LLP**
**One South Dearborn St**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,180.00** |
|---|---|---|---|

**Silicon Connectivity Solutions**
**6 Forest Ave**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,350.71** |
|---|---|---|---|

**Silicon Valley Bank - Credit C**
**PO Box 660254**
**Dallas, TX 75266-0254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Simply DIRECT, Corp**
**29 Hudson Road, suite 2300**
**Sudbury, MA 01776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Sirius Computer Solutions Inc**
**10100 Reunion Place #500**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,968.00** |
|---|---|---|---|

**Specialist Staffing Solutions, Inc.**
**DBA Computer Futures**
**DEPT CH 16598**
**Palatine, IL 60055-6598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

**3.151** | Nonpriority creditor's name and mailing address
**Specialty's Cafe & Bakery**
**5050 Hopyard Road**
**Suite 250**
**Pleasanton, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$893.61

---

**3.152** | Nonpriority creditor's name and mailing address
**Sprint**
**PO Box 4181**
**Carol Stream, IL 60197-4181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$545.47

---

**3.153** | Nonpriority creditor's name and mailing address
**Superlife Inc**
**(Hands On-Site)**
**903 Sunrose Terrace #305**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

---

**3.154** | Nonpriority creditor's name and mailing address
**Synopsys, Inc.**
**690 E. Middlefield Road**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$24,000.00

---

**3.155** | Nonpriority creditor's name and mailing address
**T-Mobile**
**P. O.Box 51843**
**Los Angeles, CA 90051-6143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$409.32

---

**3.156** | Nonpriority creditor's name and mailing address
**Talent Quest**
**1275 Peachtree Street**
**Suite 400**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,550.00

---

**3.157** | Nonpriority creditor's name and mailing address
**Tech Target SF Office**
**303 2nd Street, Suite 550 North**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$51,000.00

---

| Debtor | Tintri, Inc. | Case number (if known) | 18-11625 (KJC) |
|--------|--------------|------------------------|----------------|
|        | Name         |                        |                |

---

**3.158**

**Nonpriority creditor's name and mailing address**
**Tedious Jobs Inc**
**57 Woodland Road**
**Monroe, NY 10950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,275.00**

---

**3.159**

**Nonpriority creditor's name and mailing address**
**TelePacific Communications**
**P.O. Box 509013**
**San Diego, CA 92150-9013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,394.04**

---

**3.160**

**Nonpriority creditor's name and mailing address**
**The NASDAQ Stock Market LLC**
**LBX#20200**
**401 Market Street**
**Philadelphia, PA 19106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,038.61**

---

**3.161**

**Nonpriority creditor's name and mailing address**
**The Office City**
**3167 Corporate Place**
**Hayward, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,532.23**

---

**3.162**

**Nonpriority creditor's name and mailing address**
**Tintri (Australia) Pty Limited**
**Mark Tobin**
**Level 9, Grosvenor Place**
**225 George Street**
**Sydney, NSW 02000-0000**

Date(s) debt was incurred _

Last 4 digits of account number **Australia**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Intercompany**

Is the claim subject to offset? ■ No ☐ Yes

**$2,558,103.00**

---

**3.163**

**Nonpriority creditor's name and mailing address**
**Tintri (Canada) ULC**
**1300-1969 Upper Water Street**
**Purdy's Wharf, Tower II**
**Halifax, NS B3J 3R7**

Date(s) debt was incurred _

Last 4 digits of account number **Canada**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Intercompany**

Is the claim subject to offset? ■ No ☐ Yes

**$948,091.00**

---

**3.164**

**Nonpriority creditor's name and mailing address**
**Tintri (Ireland) Limited**
**Lelia O'Hea (Intertrust)**
**Regus**
**Cork City Gate**
**Suite 208, Cork**

Date(s) debt was incurred _

Last 4 digits of account number **Ireland**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Intercompany**

Is the claim subject to offset? ■ No ☐ Yes

**$6,326,537.00**

---

| Debtor | Tintri, Inc. | | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.165** | **Nonpriority creditor's name and mailing address**
**Tintri (Singapore) Pte. Ltd.**
**9 Temasek Boulevard**
**Suntec Tower 2**
**#09-01**
**Singapore   38989**

Date(s) debt was incurred _

Last 4 digits of account number  **Singapore**

As of the petition filing date, the claim is: *Check all that apply.*          **$2,776,392.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**
**Tintri Japan GK**
**Level 6, Kishimoto Building**
**2-2-1 Marunouchi, Chiyoda-ku**
**Tokyo 100-0005**

Date(s) debt was incurred _

Last 4 digits of account number  **Japan**

As of the petition filing date, the claim is: *Check all that apply.*        **$18,204,660.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address**
**Tintri UK Ltd**
**Fountain House, 10th Floor**
**130 Fenchurch Street**
**London EC3M 5DJ**

Date(s) debt was incurred _

Last 4 digits of account number  **United Kingdom**

As of the petition filing date, the claim is: *Check all that apply.*        **$43,099,335.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**
**TMG TMC 3 REIT, LLC**
**c/o Meridian Group, LLC**
**P. O. Box 75912**
**Baltimore, MD 21275-5912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*             **$15,656.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address**
**Todd Lewey**
**628 Nevins Place**
**Nolensville, TN 37135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*              **$1,007.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**
**TollFreeForwarding**
**9841 Airport Blvd**
**9th Floor**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*              **$6,383.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**
**Touchdown PR**
**7600 Burnet Road**
**Suite 270**
**Austin, TX 78757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*             **$38,074.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

**3.172**

**Nonpriority creditor's name and mailing address**
**Trevor Taylor**
**20964 Comanche Trail**
**Los Gatos, CA 95033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.173**

**Nonpriority creditor's name and mailing address**
**True Partners Consulting Holdings LLC**
**225 W. Wacker Drive**
**Suite 1600**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$69,076.00**

---

**3.174**

**Nonpriority creditor's name and mailing address**
**Trustaff Search LLC**
**4675 Cornell Road**
**Suite 100**
**Cincinnati, OH 45241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,000.00**

---

**3.175**

**Nonpriority creditor's name and mailing address**
**UL AG**
**75 Remittance Drive suite #1893**
**Chicago, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,430.76**

---

**3.176**

**Nonpriority creditor's name and mailing address**
**UL LLC**
**75 Remittance Drive, Suite #1524**
**Chicago, IL 60675-1524**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,262.45**

---

**3.177**

**Nonpriority creditor's name and mailing address**
**Uline**
**P.O Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$922.27**

---

**3.178**

**Nonpriority creditor's name and mailing address**
**US Bank Equipment Finance**
**PO Box 790448**
**St. Louis, MO 63179-0448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$606.87**

---

| Debtor | **Tintri, Inc.** | | Case number (*if known*) | **18-11625 (KJC)** |
|---|---|---|---|---|
| | Name | | | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,750.00** |
|---|---|---|---|
| | **UserVoice Inc.**<br>**121 2nd Street, Floor 4**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|
| | **Valcom Salt Lake City, LC dba VLCM**<br>**3520 S. 300 W**<br>**Salt Lake City, UT 84115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,209.86** |
|---|---|---|---|
| | **Van Pelt, Yi & James LLP**<br>**10050 N Foothill Blvd**<br>**Suite 200**<br>**Cupertino, CA 95014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,250.00** |
|---|---|---|---|
| | **Vartopia**<br>**PO Box 105576**<br>**Atlanta, GA 30348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,164.33** |
|---|---|---|---|
| | **Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,866.19** |
|---|---|---|---|
| | **Vision Service Plan**<br>**P.O. Box 45210**<br>**San Francisco, CA 94145-5210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,500.00** |
|---|---|---|---|
| | **VMUG Headquarters**<br>**113 Seaboard Lane**<br>**Suite C-250**<br>**Franklin, TN 37067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tintri, Inc.** | Case number (if known) | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,460.00** |
|---|---|---|---|

**Warden Security Associates**
**544 Vermont Street**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64.51** |
|---|---|---|---|

**West Unified Communications Services, In**
**InterCall Inc**
**11808 Miracle Hills Drive**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,037,766.68** |
|---|---|---|---|

**Wilson Sonsini Goodrich & Rosati**
**P.O. Box 742866**
**Los Angeles, CA 90074-2866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Professional Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,237.77** |
|---|---|---|---|

**Wpromote LLC**
**2100 E. Grand Avenue Floor 1**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,082.05** |
|---|---|---|---|

**XTelcom Inc**
**1430 Koll Circle**
**Suite 104**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,250.00** |
|---|---|---|---|

**Y3TI Corporation**
**3620 Mt. Diablo Blvd.**
**Suite 202**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,139.24** |
|---|---|---|---|

**Zayo Group Holdings, Inc**
**PO BOX 952136**
**Dallas, TX 75395-2136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Tintri, Inc.** | Case number *(if known)* | **18-11625 (KJC)** |
|---|---|---|---|
| | Name | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.00 |
|---|---|---|---|

**ZOHO Corporation**
**4141 Hacienda Drive**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Zuora, Inc**
**3050 S. Delaware Street, Suite 301**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $    2,126,355.14 |
| 5b. Total claims from Part 2 | 5b.  +  | $    82,738,925.58 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $    84,865,280.72 |

**Fill in this information to identify the case:**

Debtor name        **Tintri, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11625 (KJC)**

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **See Attachment G** |

| Name | Address1 | Address2 | Address3 | CitySTZip | Description |
|---|---|---|---|---|---|
| 303 MVRP LLC | | 965 Page Mill Rd | | Palo Alto CA 94304 | Real Property Lease |
| 5S Technologies | | 101 Brady Ct | | Cary NC 27511 | Distributor Agreement |
| 5S Technologies | 570 New Waverly Place Suite 240 | | | Cary NC 27518 | VMstack |
| Abacus | 1190 Kennestone Circle NW | Suite 120 | | Marietta GA 30066 | Reseller Agreement |
| Abacus Networks | | 11612 Bee Cave Rd. Bld 2 | | Austin TX 78738 | Distributor Agreement |
| ACA Pacific Technology (S) Pte Ltd | | 20 Upper Circular Road #03-01/05, The Riverwalk | | SG 58416 Singapore | Distributor Agreement |
| ACC Business | | P O Box 105306 | | Atlanta GA 30348 | Supplier Agreement |
| Accelera Solutions | 12150 Monument Dr Ste 800 | | | Fairfax VA 22033 | Reseller Agreement |
| Accenture | | Courtnei Krider c/o Equinix | 8 Buckingham Avenue | Slough Berks. SL1 4AX United Kingdom | Distributor Agreement |
| Accordant Technology Inc | | 1612 Westgate Circle | Suite 210 | Brentwood TN 37027 | Distributor Agreement |
| Accordant Technology Inc | 1612 Westgate Circle | Suite 210 | | Brentwood TN 37027 | Reseller Agreement |
| Adaptive Insights, Inc. | | 3350 W. Bayshore Rd., Suite 200 | | Palo Alto CA 94303 | Supplier Agreement |
| Adecco Group | | ATTN: Accounts Payable #369544-00 | PO Box #30091 | College Station TX 77842 | Distributor Agreement |
| Adobe Systems Inc. | | 75 Remittance Drive | Suite 1025 | Chicago IL 60675 | Supplier Agreement |
| Advanced Industrial Computer | | 21808 Garcia Lane | | City of Industry CA 91789 | Supplier Agreement |
| Advanced Industrial Computer | | 21808 Garcia Lane | | City of Industry CA 91789 | Supplier Agreement |
| Advanced Micro Devices, Inc. | | 7171 Southwest Parkway | Building 300 | Austin TX 78735 | Distributor Agreement |
| Advanced Systems Group | | dba Advanced Systems Group | 12405 Grant Street | Thornton CO 80241 | Distributor Agreement |
| Advanced Systems Group (ASG) | | 12405 Grant Street | | Thornton CO 80241 | Distributor Agreement |
| AE Business Solutions | | 2310 Crossroads Dr, Suite 2800 | | Madison WI 53718 | Distributor Agreement |
| Agility Systems, LLC. | 3867 W. Market St. 130 | | | Akron OH 44333 | Reseller Agreement |
| Ahead | | 3333 Warrenville Rd. Suite 200 | | Lisle IL 60532 | Distributor Agreement |
| AJC | No. 152 Section 4th | Linghang N. Rd | Dayuan District | Taoyuan City 337 Taiwan | Manufacturing and Direct Supply Agreements |
| Alliance Data Systems Corporation | | 7500 Dallas Parkway | Suite 700 | Dallas TX 75024 | Distributor Agreement |
| Alliance Technology Group LLC | | 7010 Hi Tech Drive | | Hanover MD 21076 | Distributor Agreement |
| Alliant Energy Corp Srvcs Inc | | 4902 N. Biltmore Lane | | Madison WI 53708 | Distributor Agreement |
| Allscripts | 222 Merchandise Mart | Suite 2024 | | | Business Associate |
| Alpha Technologies | | 4003 Outlook Dr. | | Hurricane WV 25526 | Distributor Agreement |
| Amazon Web Services, Inc. | | PO Box 84023 | | Seattle WA 98124-8423 | Supplier Agreement |
| AMD Intl Sales & Service LTD | | One AMD Place | | Sunnyvale CA 94088-3453 | Distributor Agreement |
| American Angus Association | | 3201 Frederick Ave | | St Joseph MO 64506 | Distributor Agreement |
| Ametis Bilgi Sistemleri ve Dan. Hizm. Tic. Ltd. Sti | | | | | Powers Of Attorney |
| Apple Inc. | | 10260 S.W. Greenburg Road | Suite #400 | Portland OR 97223 | Distributor Agreement |
| Applied Engineering Inc. | 3300 Fiechtner Drive | | | Fargo ND 58103 | Reseller Agreement |
| Applied Microsystems | | 3909 Arctic Blvd | Suite 201 | Anchorage AK 99503 | Distributor Agreement |
| Appsalute, Inc. | | 1402 Lafayette Court | | Goshen KY 40026 | Distributor Agreement |
| Arena Solutions | | Department 2637 | PO Box 122637 | Dallas TX 75312-2637 | Supplier Agreement |
| ARM | | 110 Fulbourn Rd | | Cambridge CB1 9NJ United Kingdom | Distributor Agreement |
| ARM Limited | 110 Fulbourn Rd. | Cambridge | | CB1 9NJ England | Design Partner |
| Arrow Capital Solutions | | 9201 East Dry Creek Road | | Centennial CO 80112 | Distributor Agreement |
| Arrow ECS | | Nidderdale House | Beckwith Knowle | Harrogate N Yorkshire HG3 1SA United Kingdom | Distributor Agreement |
| Arrow ECS AG | | Arrow ECS AG | ElsenheimerstraÃŸe 1 | MÃ¼nchen MÃ¼nchen 80687 Germany | Distributor Agreement |
| Arrow ECS BE | Woluwedal 30 | Sint-Stevens-Woluwe | | 01932 Belgium | Reseller Agreement |
| Arrow ECS Canada | | 171 Superior Boulevard | | Mississauga ON L5T 2L6 Canada | Distributor Agreement |
| Arrow ECS Denmark A/S | | Jens Juuls Vej 42 | | Viby J 8260 Denmark | Distributor Agreement |
| Arrow ECS Finland Oy | Lars Sonckin kaari 16 | | | Espoo 02600 Finland | Reseller Agreement |
| Arrow ECS Internet Security AG | | Zweigniederlassung Wallisellen | Hertistrasse 1 | Wallisellen 8304 Switzerland | Distributor Agreement |
| Arrow ECS Internet Security AG - Austria | | FreistÃ¤dter Strasse 236 | | Linz, 4040 Austria | Distributor Agreement |
| Arrow ECS Internet Security AG; (CH) | | Ruchstuckstrasse 6 | | Bruttisellen 8306 Switzerland | Distributor Agreement |
| Arrow ECS NEDERLAND | Waanderweg 22 | 7812 HZ EMMEN | | EMMEN 7812HZ Netherlands | Reseller Agreement |
| Arrow ECS Netherland | | Elzenkade 1 | | AD Houten 3992 Netherlands | Distributor Agreement |
| Arrow ECS SA/NV | | Woluwedal 30 | | SINT-STEVENS-WOLUWE, B-1932 Belgium | Distributor Agreement |
| Arrow Ecs Sweden AB | Kronborgsgrand 23 | | | Kista, 164 46 Sweden | Reseller Agreement |
| Arrow Ent. Computing Solutions | | B/T Home Office | 7459 South Lima Street | Englewood CO 80112 | Distributor Agreement |
| Arrow Enterprise Computing Inc | 6604 Greenfield Circle NW | | | North Canton OH | Reseller Agreement |
| Arrow Enterprise Computing Solutions Limited | | Nidderdale House Beckwith Knowle | | Northampton HG3 1SA United Kingdom | Distributor Agreement |
| Arrow Enterprise Computing Solutions LTD | 7459 S Lima St Bldg 2 | | | Englewood CO 80112 | Reseller Agreement |
| Asia Express Certification Services (AECS) | | | | | Powers Of Attorney |
| Assembla Inc. | | 122 E Houston St | | San Antonio TX 78205 | Supplier Agreement |
| Assistra AG | Rotkreuplatz 2 | | | Muenchen 80479 Germany | Reseller Agreement |
| Assurance Data | | 2681 West Pike Road | | Indiana PA 15701 | Distributor Agreement |
| Atlas Private Security Inc | | 888 N. First Street | #222 | San Jose CA 95112 | Supplier Agreement |
| Atlassian Pty Ltd | | 32151 Collections Center Drive | | Chicago IL 60693 | Supplier Agreement |
| Austin Radiological Association | | CyrusOne Met Center 1 | 7401-2 East Ben White Blvd | Austin TX 78741 | Distributor Agreement |
| Avago | No. 7 Yishun Avenue 7 | | | Singapore 768923 | Inbound Bundle & Oem License |
| Avago Technologies General IP | Yishun Avenue 7 | | | Singapore 768923 | Manufacturing and Direct Supply Agreements |
| Avalara | | Department CH16781 | | Palatine IL 60055 | Supplier Agreement |
| Avaya | | 1111 Freeport Parkway | | Coppell TX 75019 | Distributor Agreement |
| Averill Consulting Group/SkyBox Cloud | | 8500 Bailey Drive NE | | Ada MI 49301 | Distributor Agreement |
| Axispoint Technology Solutions Group | | 507 North State Road | | Briarcliff Manor NY 10510 | Distributor Agreement |
| Axispoint Technology Solutions Group, Inc. | 535 8th Avenue | 3rd Floor | | New York NY 10018 | VMstack |
| Baker & McKenzie | 660 Hansen Way | | | Palo Alto CA 94304 | Engagement Letter |
| Bechtle Direkt | Heerstraat 73 | | | Neerpelt  Belgium | Reseller Agreement |
| Bechtle Logistik & Service Gmb | Bechtle Platz 1 | | | Neckarsulm  74172 Germany | Reseller Agreement |
| Beijing YueXin Times Technology Co., Ltd | | Rm 4001, 4/F, Building 27 | No 25 North 3rd Ring West Road | Beijing Haidian District  China | Distributor Agreement |
| Benesch Law | | 200 Public Square | Suite 2300 | Cleveland OH 44114 | Distributor Agreement |
| Benesys Welfare Benefit | 700 Tower Drive | Suite 300 | | Troy MI 48098 | Business Associate |
| BIT Solution Pte Ltd | | 120 Lower Delta Road #10-08 Cendex Centre | | Singapore 169208 Singapore | Distributor Agreement |

| Name | Address1 | Address2 | Address3 | CitySTZip | Description |
|---|---|---|---|---|---|
| Bizible | | 542 First Ave South, Suite 400 | | Seattle WA 98104 | Supplier Agreement |
| BlackLine systems, Inc. | | Dept LA 23816 | | Pasadena CA 91185-3816 | Supplier Agreement |
| Blue Racer Midstream | | 5949 Sherry Ln | Suite 1300 | Dallas TX 75225 | Distributor Agreement |
| BlueAlly Technology Solutions | | 1255 Crescent Green | Suite 300 | CARY NC 27518 | Distributor Agreement |
| BlueChip Tek | | 530 Lawrence Expressway #437 | | Sunnyvale CA 94085 | Distributor Agreement |
| BlueRock Technologies | | 800 Kirts Boulevard | Suite #600 | Troy MI 48084 | Distributor Agreement |
| Boomi, Inc. | | PO BOX 842848 | | Boston MA 02284-2848 | Supplier Agreement |
| Boone County Hospital | | 1015 Union Street | | Boone IA 50036 | Supplier Agreement |
| Boston Properties, LP | | 800 Boylston St | Suite 1900 | Boston MA 02199 | Supplier Agreement |
| Box Inc. | | Dept 34666 | PO Box 39000 | San Francisco CA 94139 | Supplier Agreement |
| Boyer Ford Trucks | | 2601 Broadway St NE | | Minneapolis MN 55413 | Distributor Agreement |
| Brentwood Services | | 104 Continental Place | Suite #200 | Brentwood TN 37027 | Distributor Agreement |
| Brown Winick | | 666 Grand Avenue | Suite #2000 | Des Moines IA 50309 | Distributor Agreement |
| BXP Research Park LP | Boston Properties, LP | 800 Boylston, Ste 1900 | | Boston MA 02199 | Real Property Lease |
| C2 IT Systems | | 13504 NE 8th Street | Suite #103-251 | Vancouver WA 98682 | Distributor Agreement |
| California First Aid and Safety | | 1288 Columbus Avenue # 204 | | San Francisco CA 94133 | Supplier Agreement |
| Callidus Software | | PO Box 204670 | | Dallas TX 75320-4670 | Supplier Agreement |
| Calsoft Pvt | Unit 2 Sr Iriz | 4th floor | plot A pashan-Baner link Rd | Pune Maharashtra, India | Supplier Agreement |
| Calsoft Pvt. Ltd. | S. No 320/1/C Bavdhan B | Near DSK Toyota Showroom | Mulshi Pune | Maharashtra 411021 India | Consulting |
| Cambridge Computer Services, Inc. | | 271 Waverley Oaks Road | Suite 399 | Waltham MA 02452 | Distributor Agreement |
| Capital Data, Inc. | | 600 North Broadway | Suite #100 | Milwaukee WI 53202 | Distributor Agreement |
| Carahsoft Technology Corp | | 1860 Michael Faraday Drive | Suite 100 | Reston VA 20190 | Distributor Agreement |
| CCB Technology | 2823 Carlisle Avenue | | | Racine WI 53404 | Reseller Agreement |
| CDW | | PO Box 75723 | | Chicago IL 60675-5723 | Supplier Agreement |
| Centre Technologies | | 480 N. Sam Houston Pkwy East | Suite #310 | Houston TX 77060 | Distributor Agreement |
| Champion Solutions Group | | 791 Park of Commerce Blvd. | Suite 200 | Boca Raton FL 33487 | Distributor Agreement |
| Charter Telecom | 1979 Impala Road | | | Victoria BC V9C 4C1 Canada | Distributor Agreement |
| CHASSasia (Singapore) Pte Ltd | 203 Henderson Road, #10-03 | Henderson Industrial Park | | Singapore Singapore 159546 Singapore | Distributor Agreement |
| Cherub Availability Services | 7380 W, Sand Lake Road, Suite 50 | | | Orlando FL 32817 | Reseller Agreement |
| Chinook Integrated Technologies | | 1122 Scenic Drive South | | Lethbridge AB T1K 7E5 Canada | Distributor Agreement |
| Choice Logistics, Inc. | 1 Whitehall Street | 12th Floor | | New York New York 10004 | Powers Of Attorney |
| Cincinnati Bell Technology Solutions (CBTS) | | 4800 Parkway | Suite 101 | Mason OH 45040 | Distributor Agreement |
| CIPHAUS | 13504 NE 84th St | STE 103-251 | | Vancouver WA 98682 | Reseller Agreement |
| Cisco WebEx LLC | | 16720 Collections Center Dr | | Chicago IL 60693 | Supplier Agreement |
| Cliton Computer Corp | | 209 West 1st Street | | Duluth MN 55802 | Distributor Agreement |
| Clari, Inc. | | 1154 Sonora Court | | Sunnyvale CA 94086 | Supplier Agreement |
| Clear Technologies | | 16650 Westgrove Drive | Suite 400 | Addison TX 75001 | Distributor Agreement |
| ClearShark | 7030 Dorsey Rd #102 | | | Hanover MD 21076 | Reseller Agreement |
| Cleo Communications Holding, LLC | | 4949 Harrison Ave Suite 200 | | Rockford IL 61108 | Supplier Agreement |
| Cloud Technology 4 Business (CT4 PTY LTD) | Suite 10 | 36 Leonard Crescent | | Brendale  QLD 4500 Australia | Reseller Agreement |
| Coastline Micro | | 1811 Kaiser Avenue | | Irvine CA 92614 | Distributor Agreement |
| Coda Technologies | | 2727 S. Main | | Salt Lake City UT 84115 | Distributor Agreement |
| Commercial Industrial Finance | | 10024 Office Center Ave. | Suite 150 | Saint Louis MO 63128 | Distributor Agreement |
| Competitive Computing | | 354 Mountain View Drive | Suite 400 | Colchester VT 05446 | Distributor Agreement |
| Computacenter (UK) LTD | Hatfield Avenue | | | Hatfield  AL10 9TW United Kingdom | Reseller Agreement |
| Computerlinks (UK) Ltd T/A Arrow ECS | | T/A Arrow ECS, Suffolk House | Fordham Road, Suffolk | Newmarket  CB8-7AA United Kingdom | Distributor Agreement |
| Computex Technology Solutions | | 6103 Blue Circle Drive | | Minnetonka MN 55343 | Distributor Agreement |
| Concat AG IT Solutions | Berliner Ring 127-129 | | | Bensheim  64625 C Germany | Reseller Agreement |
| Concur Technologies | | 62157 Collections Center Drive | | Chicago IL 60693 | Supplier Agreement |
| Connex Information Technologies (Pvt) Ltd. | | 28A, 5th Lane Colombo, 03 | | Colombo 300 Sri Lanka | Distributor Agreement |
| Connor Group | 425 California St Ste 1600 | | | San Francisco CA 94104 | Engagement Letter |
| Continental Resources (ConRes) | | 175 Middlesex Turnpike | Suite 1 | Bedford MA 01730 | Distributor Agreement |
| ConvergeOne Inc. | | 1226 East 6600 South | Suite 200 | Salt Lake City UT 84121 | Distributor Agreement |
| Core BTS, Inc. | | 3001 West Beltline Highway | | Madison WI 53713 | Distributor Agreement |
| Coretech Leasing | | 1401 Dove Street | Suite 440 | Newport Beach CA 92660 | Distributor Agreement |
| Corodata Shredding Inc | | PO BOX 846137 | | Los Angeles CA 90084-6137 | Supplier Agreement |
| Corserv Solutions | | 120 Alicia Drive | | Atlanta FL 32536 | Distributor Agreement |
| Coupa Software | | 1855 S. Grant Street | | San Mateo CA 94402 | Supplier Agreement |
| Crane Pest Control | | 2700 Geary Blvd | | San Francisco CA 94118-3498 | Supplier Agreement |
| CreativePlant Design Inc. | | 1670 Las Plumas Ave, Unit C | | San Jose CA 95133 | Supplier Agreement |
| CrossIT Services & Solutions, LLC | | 801 Brentwood Drive | | Greenville PA 16125 | Distributor Agreement |
| CSC Leasing Company | | 6806 Paragon Place | Suite 170 | Richmond VA 23230 | Distributor Agreement |
| CSC Leasing Company | 6806 Paragon Place | Suite 170 | | Richmond VA 23230 | Leasing Company Agreements |
| CSI Leasing, Inc. | 9990 Old Olive Street Road | | | St. Louis MO 63141 | Leasing Company Agreements |
| Dasher Technologies, Inc. | | 655 Campbell Technology Pkwy | Suite 150 | Campbell CA 95008 | Distributor Agreement |
| Data Partners Inc. | | 2222 Franklin Rd. | Suite 200 | Bloomfield Hills MI 48302 | Distributor Agreement |
| Data Sales Co. | | 3450 West Burnsville Parkway | | Burnsville MN 55337 | Distributor Agreement |
| Data Sales Co. | 3450 W. Burnsville Parkway | | | Burnsville MN 55337 | Leasing Company Agreements |
| Data Sales Co. | 3450 W. Burnsville Parkway | | | Burnsville MN 55337 | One-Time Leasing Company Purchase Agreement |
| Data Storage Science | | 20098 Ashbrook Place Suite 240 | | Ashburn VA 20147 | Distributor Agreement |
| DataBlue Solutions | 1117 Perimeter Center | West Suite W406 | | Atlanta GA 30328 | Reseller Agreement |
| Datec | | 364 Upland Drive | | Seattle WA 98188 | Distributor Agreement |
| David Chappell | 2848 E. Pistachio Street | | | Gilbert AZ 85296 | Consulting |
| Daymark | | 18 Lexington Ave | | Lexington MA 02421 | Distributor Agreement |
| Deloitte Belastingadviseurs B.V. | Wilhelminakade 1 3000CA | | | Rotterdam Netherlands | Powers Of Attorney |
| Derick Dermatology | | 491 Winding Canyon Way | | Barrington IL 60102 | Distributor Agreement |
| Des Moines Airport Authority | | 5800 Fleur Drive | | Des Moines IA 50321 | Distributor Agreement |
| DMC Technology Group | | 7657 King's Pointe Rd. | | Toledo OH 43617 | Distributor Agreement |

| Name | Address1 | Address2 | Address3 | CitySTZip | Description |
|---|---|---|---|---|---|
| DMS iTECH | 12155 â€" 154 St. | Edmonton, Alberta T5V 1J3 | | Canada | Reseller Agreement |
| DST Online | | 2160 Kingston Court | Suite B | Marietta GA 30067 | Distributor Agreement |
| D-Wise | | TierPoint | C/O D-Wise | Durham NC 27709 | Distributor Agreement |
| Dynamic Aviation | | Accounts Payable | PO Box 7 | Bridgewater VA 22812 | Distributor Agreement |
| DynaSis | | 950 North Point Parkway | Suite #300 | Alpharetta GA 30005 | Distributor Agreement |
| E*Trade Financial Corporate Services, Inc. | | E*TRADE Financial | PO Box 3512 | Arlington VA 22203 | Supplier Agreement |
| Easy 2 Cloud Co. Ltd | | Rm3A, Guomen Building | No.1 Zuo Jia Zhuang, Chaoyang Dist | Beijing  China | Distributor Agreement |
| Echostor Technologies | | 45 South Street | | Hopkinton MA 01748 | Distributor Agreement |
| EDGECONNEX | | FILE 1185 | 1801 W. Olympic Blvd | Pasadena CA 91199-1185 | Supplier Agreement |
| Efax | | PO Box 51873 | | Los Angeles Ca 90051 | Supplier Agreement |
| Elastic Search | | Postboks 539 1373 Asker | | Norway NO 994 812 564 MVA | Distributor Agreement |
| Emery Waterhouse | | 7 Rand Rd | | Portland ME 04102 | Distributor Agreement |
| Empired Ltd. | Level 13 | Septimus Roe Square, 256 Adelaide Terrace | | Perth  WA 6000 Australia | Reseller Agreement |
| En Pointe Technologies Sales | | 18701 Figueroa St. | | Gardena CA 90248 | Distributor Agreement |
| Enclara Pharmacia | | 1601 Cherry St #1700 | | Philadelphia PA 19102 | Distributor Agreement |
| Entisys Solutions Inc | | 1855 GATEWAY BLVD STE 730 | | Concord CA 94520 | Distributor Agreement |
| Envision Technology Advisors, LLC | 999 Main Street | Suite 715 | | Pawtucket RI 02860 | Cloud Services Provider |
| Envision Technology Advisors, LLC | | 999 Main St. | Suite 715, Receiving Department | Pawtucket RI 02860 | Distributor Agreement |
| ePact | Veldkant 35D | Kontich, 2550 | | Belgium | Reseller Agreement |
| ePlus Technology | | 2355 Main Street | Suite #140 | Irvine CA 92614 | Distributor Agreement |
| ePlus Technology, Inc. | | 13595 Dulles Technology Drive | | Herndon VA 20171-3424 | Distributor Agreement |
| Everbank Commerical Finance, Inc | | PO Box 911608 | | Denver  CO 80291-1608 | Supplier Agreement |
| Examedia Solutions Sdn Bhd | | NO 10 Jalan Opera L U2/L, Taman TTDI | Jaya, Seksyen U2 | Shah Alam Selangor 40150 Malaysia | Distributor Agreement |
| Exertis Ireland Limited | | M50 Business Park | Ballymount Road Upper | Dublin  12 Ireland | Distributor Agreement |
| Exostar LLC | | 13241 Woodland Park Rd. | Suite 400 | Herndon VA 20171 | Distributor Agreement |
| Extend Networks, Inc. | | 10900 NE 4th St. | Suite 2300 | Bellevue WA 98004 | Distributor Agreement |
| Farmer Bros | | 13601 North Freeway | | Fort Worth TX 76177 | Distributor Agreement |
| FedEx | | P.O. Box 7221 | | Pasadena CA 91109-7321 | Supplier Agreement |
| FedTek | 12700 Black Forest Lane #202 | | | Woodbridge VA 22192 | Reseller Agreement |
| FGS | | 815 W. Van Buren Street Ste 302 | | Chicago IL 60607 | Supplier Agreement |
| First Distribution | | Johanesburg Stock, 37 Kyalami Boulevard | Kyalami Business Park | Gauteng  1684 South Africa | Distributor Agreement |
| Flash Global Logistics | | PO BOX 679114 | | Dallas TX 75267-8916 | Supplier Agreement |
| Flextronics | | C/O Milpitas Site 335 | 5802 Bob Bullock C1 | Laredo TX 78041 | Distributor Agreement |
| Forsythe | | 7770 Frontage Road | | Skokie IL 60077 | Distributor Agreement |
| Foster Bros Security Systems | | 555 So. Murphy Ave | | Sunnyvale CA 94086 | Supplier Agreement |
| Fowler and Associates | | PO Box 35128 | | North Canton OH 44735-5128 | Distributor Agreement |
| FoxNet Inc. | | 92 Erb Street East | | Waterloo, ON N2J 1L9 Canada | Distributor Agreement |
| Freedom Solutions LLC | | 19046 Bruce B Downs #108 | | Tampa FL 33647 | Distributor Agreement |
| Freeit Data Solutions | | P.O Box 1572 | | Austin TX 78767 | Distributor Agreement |
| Fujitsu Limited | | 4-1-1, Kamikodanaka, | Nakahara-ku, | 211-8588 Japan | Distributor Agreement |
| Gartner Inc. | | P.O. Box 911319 | | Dallas TX 75391-1319 | Supplier Agreement |
| Gartner, Inc. | 56 Top Gallant Road | | | Stamford CT 06904 | Marketing |
| GDF SUEZ Energy NA, Inc | | 1990 Post Oak Blvd. | Suite 1900 | Houston TX 77056 | Distributor Agreement |
| Github Inc | | 88 Colin P. Kelly Jr Street | | San Francisco, Ca 94107 | Supplier Agreement |
| Global Atlantic Life and Annuity | | 7 World Trade Center  Floor #47 | | New York NY 10007 | Distributor Agreement |
| GPL Technologies | | 1624 West Olympic Boulevard | #819 | Los Angeles CA 90015 | Distributor Agreement |
| Green Cloud Technologies | | C/O Immedion Data Center | 78 Global Drive | Greenville SC 29607 | Distributor Agreement |
| Greenpages | 33 Badgers Island West | | | Kittery ME 03904 | Reseller Agreement |
| Greyson Technologies | | 6350 N. Andrews Avenue | | Fort Lauderdale, FL 33309 | Distributor Agreement |
| Groupware Technologies | 9800 Mount Pyramid Ct | Suite 400, Office 4006 | | Englewood CO 80112 | Reseller Agreement |
| Groupware Technology | | 541 Division St. | | Campbell CA 95008 | Distributor Agreement |
| Groupware Technology | 541 Division Street | | | Campbell CA 95008 | VMstack |
| GymDoc, Inc | | 3488 Arden Road | | Hayward CA 94545 | Supplier Agreement |
| Hanlinca Solutions Inc. | | 1025 Sherman Crescent | | Pickering ON L1X 1P4 Canada | Distributor Agreement |
| Heartland Business Systems (HBS) | | PO Box #347 | | Little Chute WI 54140 | Distributor Agreement |
| Hewlett Packard Enterprise Company | 1140 Enterprise Way | | | Sunnyvale CA 94089 | Alliance |
| HiS Health Network | | PO Box 2216 | | Morgan Hill CA 95038 | Supplier Agreement |
| High Performance Technologies | | PO BOX 471393 | | Charlotte NC 28247 | Distributor Agreement |
| Hyatt Corp | 71 S Wacker Dr | | | Chicago IL 60606 | Design Partner |
| I.D. Systems | 1111 W 22nd St Suite 510 | | | Oak Brook IL 60523 | Reseller Agreement |
| IBM | In the name of Purchaser c/o IBM Corporation | | IBM TAAS - Media Processing | El Paso TX 79998 | Distributor Agreement |
| IBM | 1 New Orchard Road | | | Armonk NY 10504-1722 | IP License |
| IBM | In the name of Purchaser c/o IBM Corporation | IBM TAAS - Media Processing | | El Paso TX 79998 | Supplier Agreement |
| ICS ICT Support Services Corp. | | Limketkai Building | San Juan | Metro Manila  1500 Philippines | Distributor Agreement |
| IHC Health Services | 36 S. State St. | Suite 2100 | | Salt Lake City UT 84111 | Design Partner |
| Indianapolis-Marion CNTY, PL | | 2450  North Meridian St | P.-O. Box 211 | Indianapolis IN 46206 | Distributor Agreement |
| Infused Innovations | | 1130 Ten Rod Road | Suite #F204 | North Kingstown RI 02852 | Distributor Agreement |
| Ingram-Micro Canada | | 55 Standish Court | | Mississauga ON L5R 4A1 Canada | Distributor Agreement |
| Insight Direct (UK) Limited | The Technology Building | Terry Street | | Sheffield  S9 2BU United Kingdom | Reseller Agreement |
| Insight Enterprises, Inc. | | 6820 S Harl Ave | | Tempe AZ 85283 | Distributor Agreement |
| Integr8 | 17 Scott Street | Waverly | | Johannesburg  02010 South Africa | Reseller Agreement |
| Integrated Archive Systems Inc | | 1121 N. San Antonio Road | Suite D 100 | Palo Alto CA 94303 | Distributor Agreement |
| Integrated Data Storage | 1808 Swift Dr | Building C | | Oak Brook IL 60523 | Reseller Agreement |
| Integrated Data Storage (IDS) | 1200 Jorie Blvd | | | Oak Brook IL 60523 | Reseller Agreement |
| Interactive Intelligence Group, Inc. | | 7601 Interactive Way | | Indianapolis IN 46278 | Supplier Agreement |
| Intermedia | | Dept. LA 24328 | | Pasadena CA 91185-4328 | Supplier Agreement |
| Internet Creations 2000 LLC | | 2000 Waterview Drive, suite 100 | | Hamilton NJ 08691 | Supplier Agreement |
| Intervision Systems | | 2270 Martin Avenue | | Santa Clara CA 95050 | Distributor Agreement |

| Name | Address1 | Address2 | Address3 | CitySTZip | Description |
|------|----------|----------|----------|-----------|-------------|
| Intrepid Learning Solutions | | 411 First Avenue South | Suite 404 | Seattle WA 98104 | Distributor Agreement |
| IP Pathways | | 3600 109th St | | Urbandale IA 50322 | Distributor Agreement |
| IT Navigation | 1600 Tysons Blvd. | Suite 800 | | McLean VA 22102 | Reseller Agreement |
| iVOXY Consulting | | 5400 Carillon Point | | Kirkland WA 98033 | Distributor Agreement |
| Jobvite | | 1300 S. El Camino Real | Suite 400 | San Mateo CA 94402 | Supplier Agreement |
| Jostle | | 310-163 West Hastings Street | | Vancouver, V6B 1H5 BC | Supplier Agreement |
| Juniper | 1133 Innovation Way | | | Sunnyvale CA 94089 | Alliance |
| KANEMATSU ELECTRONICS LTD. | | 13-10,Kyobashi 2chome ,Chuo-ku | | Tokyo Tokyo 104-8338 Japan | Distributor Agreement |
| Kawasaki Motors Mfg. Corp. USA | | 6600 NW 27th St. | | Lincoln NE 68524 | Distributor Agreement |
| KBA Docusys Inc CA | | PO Box 3687 | | Hayward CA 94540-3687 | Distributor Agreement |
| KCAS Bioanalytical & Biomarker Services | | 12400 Shawnee Mission Parkway | | Shawnee KS 66216 | Distributor Agreement |
| Key Info Systems | 30077 Agoura Court | | | Agoura Hills CA 91301 | Reseller Agreement |
| Kiewit | | 1000 Kiewit Plaza | | Omaha NE 68131 | Distributor Agreement |
| Kinghold Technology Co., Ltd | | 11F., No.965, Jihongjheng Rd., Jhonghe Dist, | | New Taipei City  23544 Taiwan | Distributor Agreement |
| KMK Consulting | | 7, North Tower, 23 Headquarters Plaza | | Morristown NJ 07960 | Distributor Agreement |
| Kovarus Technology Solutions | | 2000 Crow Canyon Place | Suite #250 | San Ramon CA 94583 | Distributor Agreement |
| KPMG LLP | | 3 Chestnut Ridge Rd | | Montvale NJ 07645 | Distributor Agreement |
| LCN Services | | 2269 Chestnut Street, #318 | | San Francisco CA 94123 | Supplier Agreement |
| Leeyo Software, Inc. | | 2841 Junction Ave. | Suite 201 | San Jose CA 95134 | Supplier Agreement |
| LogicalIS, Inc | | 2600 S Telegraph Rd | Suite 200 | Bloomfield Hills MI 48302-0969 | Distributor Agreement |
| Long View Systems | | 666 Burrard Street | Suite #300 | Vancouver, BC V6C 2X8 Canada | Distributor Agreement |
| Loomis Armored | | 2500 Citywest Blvd | Ste 850 | Houston TX 77042 | Distributor Agreement |
| M2 Marketplace, Inc. | | 1940 E. Mariposa Ave | | El Segundo CA 90245 | Distributor Agreement |
| MaplesFS | | 335 South Church Sreet | George Town | Grand Cayman  KY1-1102  KY1-1102 Cayman Islands | Distributor Agreement |
| MaplesFS Holdings Ltd | | Boundary Hall, Cricket Square | PO Box 1093 | Grand Cayman, Cayman Islands KY1-1102 Cayman Islands | Distributor Agreement |
| Marketo | | Dept. 2068 | PO Box 122068 | Dallas TX 75312-2068 | Supplier Agreement |
| Marubeni Information Sys Co. | | 3-8-2 Okubo Shinjuku Tokyo | Shijyuku Garden Tower | Tokyo Tokyo 169-0072 Japan | Distributor Agreement |
| Maurice Sporting Goods | | 1910 Techny Rd | | Northbrook IL 60062 | Distributor Agreement |
| Maximus Data Company | | PO Box #80247 | | South Dartmouth MA 02748 | Distributor Agreement |
| McGladrey | 221 3rd Ave Southeast | | | Cedar Rapids IA 52401 | Reseller Agreement |
| MCSit | | 7253 Grover Street | | Omaha NE 68124 | Distributor Agreement |
| MedeAnalytics, Inc. | 5858 Horton Street | Suite 475 | | Emeryville CA 94608 | Business Associate |
| Mellanox | 350 Oakmead Parkway | Ste. 100 | | Sunnyvale CA 94085 | Alliance |
| Mentor Graphics | | 675 Campbell Technology Parkway | Suite #100 | Campbell CA 95008 | Distributor Agreement |
| Mercury Investment Group | | 65 Yigal Alon St. | Tel Aviv IL 6744316 | Israel | Supplier Agreement |
| Microsoft Corporation | One Microsoft Way | | | Redmond WA 98052 | Alliance Agreement |
| Microsoft Corporation | | 1950 N. Stemmons Fwy | Suite 5010 LB # 842467 | Dallas TX 75207 | Supplier Agreement |
| Microsoft Technology Licensing, LLC | One Microsoft Way | | | Redmond WA 98052 | IP License |
| Mightycare-Solutions GmbH | Im Wiesengrund 27 | | | Vettelschoß  53560 Germany | Reseller Agreement |
| Mindful Experience Ltd. | | 2000 Argentia Road  Plaza 3, Suite 300 | | Mississauga ON L5N 2R7 Canada | Distributor Agreement |
| Mindtouch | | 101 West Broadway Suite 1500 | | San Diego CA 92101 | Supplier Agreement |
| Minnesota WSCA-NASPO Master Agreement Award | 50 Sherburne Avenue | | | St. Paul MN 55155 | WSCA Contract |
| Mirantis | 515 National Avenue | Suite 100 | | Mountain View CA 94043 | Alliance |
| MN NASPO ValuePoint Computer Equipment | State of Alaska - Department of Administration | Division of General Services | 333 Willoughby Ave. Suite 700 | Kuneau AK 99811 | Government |
| Morgan Stanley & Co. LLC | 1585 Broadway | | | New York NY 10036 | RFP |
| MRK Leasing Ltd. | 31390 Viking Parkway | | | Westlake OH 44145 | Leasing Company Agreements |
| MRV Communications Americas, Inc | | PO Box 3598 | | Boston MA 02241-3598 | Supplier Agreement |
| MSys Products Inc | | 270 Prospect Place | | Alpharetta GA 30005 | Supplier Agreement |
| MSys Technologies LLC | 11539 Park Woods Circle | Suite 702 | | Alpharetta GA 30005 | Consulting |
| Myriad Supply | | 22 West 19th Street | | New York NY 10011 | Distributor Agreement |
| Nair & Co. | Lewins Mead | Bristol | | BS1 2Nt UK | Engagement Letter |
| Naspo Cooperative Purchasing Organization LLC | 110 West Vine Street | Suite 600 | | Lexington KY 40507 | WSCA Contract |
| National Hockey League | | 1185 Avenue of the Americas | | New York NY 10036 | Distributor Agreement |
| National Indemnity Company | | 1314 Douglas Street | STE 1400 | Omaha NE 68102 | Distributor Agreement |
| NCR Corp. | | 14181 Collections Center Dr | | Chicago IL 60693 | Supplier Agreement |
| Net One Partners Co., LTD. | | Tennoz First Tower | Higashi Shinagawa, | Tokyo  140-8621 Japan | Distributor Agreement |
| Net One Systems Co., Ltd. | JP tower, 2-7-2, Marunouchi Chiyoda-ku, | | | Tokyo æ±äº¬éƒ½ 100-7024 Japan | Reseller Agreement |
| Net3 Technologies | | 105 North Spring St. | Suite 100 | Greenville SC 29601 | Distributor Agreement |
| Netrix LLC | | 2801 Lakeside Drive | | Bannockburn IL 60015 | Distributor Agreement |
| Network Computing | 35 Station Square | | | Petts Wood Kent BR51LZ United Kingdom | Reseller Agreement |
| Network Computing Architects | 330 120th Ave NE #210 | | | Bellevue WA 98005 | Reseller Agreement |
| Network Technology Partners | | 16274 Westwood Business Park Drive | | Ellisville MO 63021 | Distributor Agreement |
| Networks Unlimited | | Block K, The Terraces, | Silverwood Close, | Westlake  7945 South Africa | Distributor Agreement |
| Networld Corporation | Sumitomo Corporation | 2-11-15, Kanda-jinbocho | Jinbocho Bldg., Chiyoda-ku | Tokyo  101-0051 Japan | Distributor Agreement |
| Neverfail | | 11612 Bee Cave Road | Suite #125 | Austin TX 78738 | Distributor Agreement |
| NexGen Data Solutions | | 2097 Deep Meadow Lane | | Lansdale PA 19446 | Distributor Agreement |
| Nexinto Gmbh | | c/o Stadtwerke Norderstedt (SWN) | Abt. RZ-Betrieb, Heidbergstr. 101-111 | Norderstedt  22846 Germany | Distributor Agreement |
| Nfrastructure | | 5 Enterprise Avenue | | Clifton Park NY 12065 | Distributor Agreement |
| nfrastructure Technology | 5 Enterprise Ave | | | Clifton Park NY 12065 | VMstack |
| NFS Leasing, Inc. | 900 Cummings Center | Suite 309-V | | Beverly MA 01915 | Leasing Company Agreements |
| Norcal Heating & Cooling Inc | | P.O. Box 112431 | | Campbell CA 95011 | Supplier Agreement |
| Norseman | 8172 Lark Brown Road | | | Elkridge MD 21075 | Supplier Agreement |
| NOX Co., LTD | | 2-23-13 Yakumo Meguro-ku, | | Tokyo  152-0023 Japan | Reseller Agreement |
| NSS Labs | | 13245 Fellstone Loop | | Austin TX 78737 | Distributor Agreement |
| Oakland Raiders | | 1220 Harbor Bay Parkway | | Alameda CA 94502 | Distributor Agreement |
| Okta | | 301 Brannan St. | Suite 300 | San Francisco CA 94107 | Distributor Agreement |
| One Source Virtual HR, Inc | | 9001 Cypress Waters Blvd | | Dallas TX 75019 | Supplier Agreement |
| ONI plc | 16-24 Crawley Green Road | | | Luton  LU2 0QX United Kingdom | Reseller Agreement |

| Name | Address1 | Address2 | Address3 | CitySTZip | Description |
|---|---|---|---|---|---|
| OnProcess Technology | | 200 Homer Avenue | | Ashland MA 01721 | Supplier Agreement |
| OnX Enterprise Solutions Ltd. | | 165 Commerce Valley Drive West | Suite #300 | Thornhill ON L3T 7V8 Canada | Distributor Agreement |
| Open Reality | 3a Hitching Court Abingdon Business Park | | | Abingdon  OX14 1RG United Kingdom | Reseller Agreement |
| Open Systems Technologies | 605 Seward NW | | | Grand Rapids MI 49504 | Reseller Agreement |
| OpenStack Foundation | PO Box 1903 | | | Austin TX 78767-1903 | Alliance Agreement |
| OpenStack Foundation | OpenStack Foundation | PO BOX 1903 | | Austin TX 78767-1903 | Consortium |
| OpenStack Foundation | PO Box 1903 | | | Austin TX 78767-1903 | IP License |
| Oracle America Inc | | 500 Oracle Parkway | | Redwood City CA 94065 | Supplier Agreement |
| P1 Technologies | | 3701 Highland Avenue | Suite #300 | Manhattan Beach CA 90266 | Distributor Agreement |
| P1 Technologies | 3701 Highland Ave #300 | | | Manhattan Beach CA 90266 | VMstack |
| Pantheon Systems Inc. | | 717 California Street | 3rd Floor | San Francisco CA 94108 | Supplier Agreement |
| PC Mall Sales, Inc. | | 1940 E. Mariposa Ave. | | El Segundo CA 90245 | Distributor Agreement |
| PCM | | 1940 East Mariposa Avenue | | El Segundo CA 90245 | Distributor Agreement |
| Penske Automotive Group | | 2555 Telegraph Road | | Bloomfield Hill MI 48302 | Distributor Agreement |
| Pentech Solution Sdn Bhd | | B-3-18 Krystal Point | 303 Jalan Sultan Azlan Shah | Penang  11900 Malaysia | Distributor Agreement |
| People's United Bank | | Accounts Payable Dept | 850 Main St. P.O. Box 1580 | Bridgeport CT 06604 | Distributor Agreement |
| Plan B Technologies, Inc. | | 185 Admiral Cochrane Drive | Suite 150 | Bowie MD 21401 | Distributor Agreement |
| Planet Group Inc. | | 407 N. 117th Street | | Omaha NE 68154 | Distributor Agreement |
| Plants Inc | | 2457 W. Montrose Ave | | Chicago IL 60618 | Supplier Agreement |
| Plasan Carbon Composites | | 3195 Wilson Drive NW | | Grand Rapids MI 49534 | Distributor Agreement |
| Pomeroy | PO Box 658 | | | Hebron KY 41048 | Reseller Agreement |
| Powerland Computers Ltd. | | #3 â€" 30 Durand Road | | Winnipeg, MB R2J 3T2 Canada | Distributor Agreement |
| Presidio Networked Solutions | | 10 Sixth Road | | Woburn MA 01801 | Distributor Agreement |
| Pride Technologies | | 4445 Lake Forest Drive | Suite-490 | Cincinnati OH 45242 | Distributor Agreement |
| PrintFection, LLC | | 3700 Quebec Street | Unit 100-136 | Denver CO 80207 | Distributor Agreement |
| Pro Logic Systems | | 14411 Commerce Way, Suite 400 | | Miami Lakes FL 33016 | Distributor Agreement |
| Proact | C/O Level 3, | Hayes Data Centre | | Hayes, Middx. UB4 0SL United Kingdom | Reseller Agreement |
| ProCirrus Technologies | | 3432 Denmark Ave | STE 330 | Eagan, MN 55123 | Distributor Agreement |
| Promark Technology | | 687 South Coast Highway 101 | Unit 229 | Encinitas CA 92024 | Distributor Agreement |
| Prosys Information Systems | | 523 Wellington Way | | Lexington KY 40503 | Distributor Agreement |
| PTC System | | 29 Tai Seng Street | #04-01 | Singapore, Singapore 534120 Singapore | Distributor Agreement |
| QMACS Health Care Solutions | | 2929 N. Central Expressway, Suite 300 | | Richardson TX 75080 | Distributor Agreement |
| QuadraMed Corporation | | 12301-B Riata Trace Pkwy | Suite 200 | Austin TX 78727 | Distributor Agreement |
| Quest Media and Supplies, Inc. | | 5822 Roseville Road | | Sacramento CA 95852 | Distributor Agreement |
| Rackspace US, Inc. | | 1 Fanatical Place | | Windcrest TX 78218 | Supplier Agreement |
| Rapid Logistics | Incheonweg 7 1437 EK Rozenburg | | | | Powers Of Attorney |
| RCH Solutions | | 998 Old Eagle School Road | Suite #1211 | Wayne PA 19087 | Distributor Agreement |
| RIXS Technology SDN BHD | B-9-12, EMPIRE SUBANG | JALAN SS16/1, SS16 46500 SUBANG JAYA, | | Subang Jaya  46500 Malaysia | Distributor Agreement |
| RMA Team | | Flextronics International USA Inc | 927 Gibraltar Drive Bldg #6 | Milpitas CA 95035 | Supplier Agreement |
| Root Cellar Technologies | 1560 Victoria Street North | | | Kitchener ON N2B 3E2 Canada | Reseller Agreement |
| RoundTower Technologies | | 4555 Lake Forest Dr | Suite 220 | Cincinnati OH 45211 | Distributor Agreement |
| Rubrik | 299 S. California Avenue | Suite 300 | | Palo Alto CA 94306 | Alliance |
| Rubrik, Inc. | 299 S. California Avenue | Suite 300 | | Palo Alto CA 94306 | Alliance Agreement |
| Salesforce.com, Inc. | | P.O. Box 203141 | | Dallas TX 75320 | Supplier Agreement |
| Santa Monica Networks | Tarvonsalmenkatu 15-17 | | | Espoo  02600 Finland | Reseller Agreement |
| Scalar Decisions Inc. | | 400-280 King St. E. | | Toronto ON M5A 1K7 Canada | Distributor Agreement |
| Seagate Systems (UK) Limited | 46831 Lakeview Blvd. | | | Fremont CA 94538 | Manufacturing and Direct Supply Agreements |
| Seagate Systems, Inc. | 10200 South De Anza Boulevard | | | Cupertino CA 95014 | Manufacturing and Direct Supply Agreements |
| Secure Data Technologies | 1392 Frontage Road | | | O'Fallon IL 62269 | Reseller Agreement |
| Seismic Software, Inc. | | 505 Lomas Santa Fe Drive, suite 170 | | Solana Beach CA 92075 | Supplier Agreement |
| Semmes-Murphey Neurologic and | | 6325 Humphreys Blvd. | | Memphis TN 38120 | Distributor Agreement |
| Shenzhen Ochange Information Technology co., Ltd. | Zone D, F/4, Bldg. No.1, | Tingwei industrial Park | | Shenzhen,  China | Reseller Agreement |
| SHI | | 290 Davidson Ave | | Somerset NJ 08873 | Distributor Agreement |
| Sievers Group | Hans-Wunderlich-StraÃŸe 8 | | | OsnabrÃ¼ck  49078 Germany | Reseller Agreement |
| SIGMA SOLUTIONS | | 607 East Sonterra Boulevard | Suite #250 | San Antonio TX 78258 | Distributor Agreement |
| Sigmax ICT Specialisten BV | Capitool 13 | | | Enschede  07521 Netherlands | Reseller Agreement |
| Sirius Computer Solutions | | 10100 Reunion Place | Suite 500 | San Antonio TX 78216 | Distributor Agreement |
| Slack Technologies, Inc | | 500 Howard Street | | San Francisco CA 94105 | Supplier Agreement |
| SLAIT Consulting | | 100 Landmark Square | | Virginia Beach VA 23452 | Distributor Agreement |
| Smartsheet.com, Inc. | | 10500 NE 8th Street, suite 2000 | | Bellevue WA 98115 | Supplier Agreement |
| Softchoice LP | | 173 Dufferin Street | Suite 200 | Toronto ON M6K 3H7 Canada | Distributor Agreement |
| Solid Park AB | Vasteras Science Park | Skivfilargrand 2 | | Vasteras  721 30 Sweden | Reseller Agreement |
| Solutions II | | 8822 S Ridgeline Blvd Suite 205 | | Littleton CO 80129 | Distributor Agreement |
| Sovereign Systems | | 3930 East Jones Bridge Road | Suite 300 | Norcross GA 30092 | Distributor Agreement |
| SpeedLink | | 1447 Keats Ave. | | Naperville IL 60564 | Distributor Agreement |
| SPS - Strategic Products & Svc | | 300 Littleton Road | | Parsippany NJ 07054 | Distributor Agreement |
| SQL Sentry | | 8936 NorthPointe Executive Park Drive | Suite #200 | Huntersville NC 28078 | Distributor Agreement |
| Starnet Solutions, Inc. | | 37 Johnny Drive | | Farmingdale NJ 07727 | Distributor Agreement |
| State of CA | State of California | Department of General Services | Attn: Multiple Awards Program | | Government |
| State of CO | 1525 Sherman Street 3rd Floor | | | Denver CO 80203 | Government |
| State of FL | Florida Department of Management Services | 4050 Esplanade Way | Suite 360 | Tallahassee FL 32399 | Government |
| State of Iowa | State of Iowa - DAS / Central Procurement | ATTN: DAS - Central Procurement / COO | 1305 E. Walnut St. | Des Moines IA 50319 | Government |
| State of MO | Division of Purchasing and Materials Management | 301 West High Street | Room 630 | Jefferson City MO 65101 | Government |
| State of New Jersey | Office of Information technology | State of New Jersey | 300 Riverview Plaza | Trenton NJ 08625 | Government |
| State of New Mexico | Joseph Montoya Building | 1100 St. Francis Drive | Room 2016 | Santa Fe NM 87505 | Government |
| State of New York | Corning Tower | 41st Floor | Rockefeller Empire State Plaza | Albany NY 12242 | Government |
| State of Oregon | 644 SW 13th Street | | | Corvallis OR 97331 | Government |
| State of Washington | Department of Enterprise Services Contracts | Procurement and Risk Mgmt. | PO Box 41411 | Olympia WA 98504 | Government |

| Name | Address1 | Address2 | Address3 | CitySTZip | Description |
|---|---|---|---|---|---|
| State of Wisconsin | Wisconsin Department of Administration | 101 E. Wilson St. | PO Box 7867 | Madison WI 53707 | Government |
| Storage Assessments LLC | P.O. Box 864017 | | | Plano TX 75086 | Reseller Agreement |
| StorIT Distribution | | PO Box No. 17417 | JAFZ | Dubai  United Arab Emirates | Distributor Agreement |
| Strategic Custom Solutions, Inc. | | Olympic Place Building | 7825 Washington Avenue South | Minneapolis MN 55439 | Distributor Agreement |
| Sudden Technologies | | Unit 103, 7635 North Fraser Way | | Burnaby BC V5J 0B8 Canada | Distributor Agreement |
| SumTotal Systems, LLC | | C/O Cologix | 555 Scherers Court | Columbus OH 43085 | Distributor Agreement |
| Synergit Incorporated | | 811 Camp Horne Road | Suite 330 | Pittsburgh PA 15237 | Distributor Agreement |
| Synergy Computers | 56-D, KDA Scheme No.1 | Main Miran Muhammad Shah Road | | Karachi  75350 Pakistan | Reseller Agreement |
| Syscore AB | Vintergatan 26 | Enkoping, 74945 | | Sweden | Reseller Agreement |
| Sysorex USA (Formerly Lilien Systems) | | 13983 NE 69th St 697 | | Larkspur CA 98052 | Distributor Agreement |
| Tech Data Advanced Solutions (ANZ) Limited | | Ground Floor | 67 Epping Road | North Ryde NSW 2113 Australia | Distributor Agreement |
| Technijian Inc. | | 18 Technology Dr. Ste. 141 | | Irvine CA 92618 | Distributor Agreement |
| Technobind Solutions Pvt. Ltd | | No. 19, 3rd Floor, Amar Plaza | Krishnanagar Industrial Layout | Bangalore  560029 India | Distributor Agreement |
| Technobind Solutions Singapore Pte Ltd | | 8, UBI ROAD 2, #08-10, ZERVEX | | Singapore SG 408538 Singapore | Distributor Agreement |
| Technologent | | 100 Spectrum Center Drive | Ste 700 | Irvine CA 92618 | Distributor Agreement |
| Teledyne | 700 Chestnut Ridge Road | | | Chestnut Ridge NY 10977 | Equipment |
| TelePacific Communications | | P.O. Box 509013 | | San Diego CA 92150-9013 | Supplier Agreement |
| Teneo | Flagship House | Victory Way Crossways | | Dartford Kent DA2 6QD United Kingdom | Reseller Agreement |
| Tintri Capital | | 10024 Office Center Ave Suite 150 | | St Louis MO 63128 | Distributor Agreement |
| TOSS Corporation | 153 Northboro Road | Suite #21 | | Southborough MA 01772 | Distributor Agreement |
| Turkey Finans Participation Bank | Saray Mahallesi | Sokullu Caddesi No:6 | | Umraniye/Istanbul | Powers Of Attorney |
| TVAR Solutions LLC | | 1320 Old Chain Bridge Rd | | McLean VA 22101 | Distributor Agreement |
| UC Data Pte Ltd | | 17 Venus Road | | Singapore  574304 Singapore | Distributor Agreement |
| UCI | 5141 California Ave | Suite 200 | | Irvine CA 92697 | Design Partner |
| Unified Technologies | | 8200 NW 41st Street | Suite 175 | Miami FL 33166 | Distributor Agreement |
| Unison Information Systems | 8 Crest Rd | | | Natick MA 01760 | Reseller Agreement |
| Unistar-Sparco Computers, Inc. | | 7089 Ryburn Drive | | Millington TN 38053 | Distributor Agreement |
| United Data Technologies | | 8825 Northwest | 21st Terrace | Doral FL 33172 | Distributor Agreement |
| University of Delaware - College of Engineering | | 162 The Green | University of Delaware | Newark DE 19716 | Distributor Agreement |
| UserVoice Inc. | | 121 2nd Street, Floor 4 | | San Francisco CA 94105 | Supplier Agreement |
| Vartopia | | PO Box 105576 | | Atlanta GA 30348 | Supplier Agreement |
| Veeam | 8800 Lyra Drive | Suite 350 | | Columbus OH 43420 | Alliance |
| VeriStor Systems Inc | | 3308 Peachtree Industrial Blvd | | Duluth GA 30096 | Distributor Agreement |
| Viadex | | Unit 209 The Foundry | Prestwich Street | Cape Town  8001 South Africa | Distributor Agreement |
| Virtix IT | | 2009 Mackenzie Way | #100 | Cranberry Township PA 16066 | Distributor Agreement |
| Virtual Armor | | 200 Union Blvd | Suite 200 | Lakewood CO 80228 | Distributor Agreement |
| Virtual Grafitti | | 9979 Muirlands Blvd. | | Irvine CA 92618 | Distributor Agreement |
| VirtualArmor | 8085 S Chester St #108 | | | Centennial CO 80112 | VMstack |
| Vmware | | 3401 Hillview Ave | | Palo Alto CA 94304 | Supplier Agreement |
| VMware, Inc. | 3401 Hillview Avenue | | | Palo Alto CA 94304 | Alliance Agreement |
| Walter & Haverfield LLP | | 1301 E 9th St. | Suite 3500 | Cleveland OH 44114 | Distributor Agreement |
| Washington County Hospital | | 400 E. Polk St. | | Washington IA 52353 | Distributor Agreement |
| Wavetech Korea | | 1101,58,Ogeum-ro,Songpa-gu | | Seoul Seoul 5510 Korea, Republic of | Distributor Agreement |
| Wen Wei Technology Co. Ltd. | | Haw Ya Technology Park | No. 31, Keji 2nd Rd., Guishan Township, | Taoyuan Taoyuan 333 Taiwan | Distributor Agreement |
| West Shore ESD | | 9907 E 13th St. | | Cadillac MI 49601 | Distributor Agreement |
| WhipCord Ltd. | | 3528 30 St N | | Lethbridge, AB T1H6Z4 Canada | Distributor Agreement |
| Whoa Networks | | 7369 Sheridan Street | Suite #301 | Hollywood FL 33024 | Distributor Agreement |
| Wide Open West | | 7887 East Belleview Avenue | Suite #1000 | Englewood CO 80111 | Distributor Agreement |
| Wind River | | 500 Wind River Way | | Alameda CA 94501 | Distributor Agreement |
| Winmark Capital Corporation | | 605 Highway 169 N, Suite 400 | | Minneapolis MN 55441 | Distributor Agreement |
| Wordtext Systems, Inc. | | WSI Corporate Center | | Makati  Philippines | Distributor Agreement |
| Workday, Inc. | | 6230 Stoneridge Mall Rd | | Pleasanton CA 94588 | Supplier Agreement |
| World Wide Technology Inc. | | 60 Welden Parkway | | Maryland Heights MO 63043 | Distributor Agreement |
| WSGR | 650 Page Mill Road | | | Palo Alto CA 94304 | Engagement Letter |
| XiosS | 600 Twelve Oaks Center Dr. #648A | | | Wayzata MN 55391 | Reseller Agreement |
| Y3Ti Corporation | | 3620 Mt. Diablo Blvd. | Suite 202 | Lafayette CA 94549 | Supplier Agreement |
| Yavapai Regional Medical Center | | ACCOUNTS PAYABLE | 1003 WILLOW CREEK RD | Prescott AZ 86301 | Distributor Agreement |
| Zayo Group Holdings, Inc | | PO BOX 952136 | | Dallas TX 75395-2136 | Supplier Agreement |
| ZED-Holdings LTD. | 20 Gush Ezion St. | | | Ashkelon 78441 Israel | Supplier Agreement |
| Zendesk, Inc | | 5505 N Cumberland Ave. Suite 307 | | Chicago IL 60656-1471 | Referral Fee-Agents Agreement |
| Zero One Technology Co,. Ltd | 5F., No.5-6, Aly. 22 | Ln. 513, Ruiguang Rd., Neihu Dist., | | Taipei City Taipei City 114 Taiwan | Distributor Agreement |
| Zipcar | | 35 Thomson Place | | Boston MA 02210 | Distributor Agreement |
| ZOHO Corporation | | 4141 Hacienda Drive | | Pleasanton CA 94588 | Supplier Agreement |
| Zones, Inc. | | 1102 15th St. SW | Suite 102 | Auburn WA 98001 | Distributor Agreement |
| Zoom | | 55 Almaden Blvd, 6th floor | | San Jose CA 95113 | Supplier Agreement |
| Zuora, Inc | | 3050 S. Delaware Street, Suite 301 | | San Mateo CA 94403 | Supplier Agreement |
| Zycko | | Inda House, The Mallards | Broadway Lane, South Cerney | Cirencester Gloucs. GL7 5TQ United Kingdom | Distributor Agreement |
| Zycko | Inda House, The Mallards | Broadway Lane, South Cerney | | Cirencester Gloucs. GL7 5TQ United Kingdom | Reseller Agreement |
| Zycko Benelux | Burgemeester Stramanweg 102 | | | Amsterdam Netherlands 1101 AA Netherlands | Reseller Agreement |
| Zycko France | 31 Rue De Vergennes | | | Vesailles  78000 France | Reseller Agreement |
| Zycko Italy SRL | Via Paracelso, 3 | Province of Monza and Brianza | | Agrate Briaza  20864 Italy | Reseller Agreement |
| Zycko Networks GMBH | Stromstrasse 39 | | | Berlin  10551 Germany | Reseller Agreement |
| Zycko Polska Sp.z.o.o | ul.Zagaje 71/1 | | | Krakow  30-437 Poland | Reseller Agreement |

**Fill in this information to identify the case:**

Debtor name    **Tintri, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11625 (KJC)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |