**Fill in this information to identify the case:**

Debtor name **Tintri, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **18-11625 (KJC)**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **2/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $33,412,385.63 |
| **For prior year:**<br>From **2/01/2017** to **1/31/2018** | ■ Operating a business<br>☐ Other _____ | $125,903,185.63 |
| **For year before that:**<br>From **2/01/2016** to **1/31/2017** | ■ Operating a business<br>☐ Other _____ | $125,105,954.54 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **2/01/2018** to **Filing Date** | **Other/Interest Income** | $124,927.81 |
| **For prior year:**<br>From **2/01/2017** to **1/31/2018** | **Includes non cash warrant re valuation** | $734,617.04 |
| **For year before that:**<br>From **2/01/2016** to **1/31/2017** | **Other/Interest Income** | $678,301.36 |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | Tintri, Inc. | Case number *(if known)* | 18-11625 (KJC) |
|---|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Attachment 3** | | $17,916,327.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See Attachment 4** | | $2,852,295.07 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Tuller v. Tintri, Inc. et al.**<br>4:17-CV-05714-YGR | **Class Action** | **United States District Court Northern District of California**<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tintri, Inc. | | Case number (if known) | 18-11625 (KJC) |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Clayton v. Tintri,  Inc. et al.<br>17CIV04312 | Class Action | California Superior Court<br>San Mateo County<br>400 County Center<br>Redwood City, CA 94063 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Nurlybayev v. Tintri, Inc. et al.<br>17CIV04321 | Class Action | California Superior Court<br>San Mateo County<br>400 County Center<br>Redwood City, CA 94063 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Golosiy v. Tintri, Inc. et al.<br>17CIV04618 | Class Action | California Superior Court<br>San Mateo County<br>400 County Center<br>Redwood City, CA 94063 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | California State Audi<br>SR GH 101-688240 | Tax Audi | California Department of Tax<br>and Fee Administration<br>450 N Street<br>Sacramento, CA 95814 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | 2nd Harvest<br>1140 Gervais Ave.<br>Saint Paul, MN 55109 | Chairtable donation | 02/01/17 | $10,000.00 |
| | Recipients relationship to debtor | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Tintri, Inc. | Case number *(if known)* | 18-11625 (KJC) |
|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Berkeley Research Group 2200 Powell Streret Suite 1200 Emeryville, CA 94608 | | 05/18/2018 05/24/2018 06/04/2018 06/08/2018 06/18/2018 06/22/2018 07/09/2018 | $588,347.91 |
| | Email or website address www.thinkbrg.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd. 13th Floor Los Angeles, CA 90067 | | 05/24/2018 05/29/2018 06/05/2018 06/25/2018 07/09/2018 | $362,063.00 |
| | Email or website address www.pszjlaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | Wilson Sonsini Goodrich & Rosati PO Box 742886 Los Angeles, CA 90074 | | 05/25/2018 06/05/2018 06/12/2018 06/18/2018 06/26/2018 07/06/2018 | $458,795.34 |
| | Email or website address www.wsgr.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | Baker & McKenzie 660 Hansen Way Palo Alto, CA 94304 | | 06/19/18 | $87,127.17 |
| | Email or website address www.bakermckenzie.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tintri, Inc. | Case number *(if known)* | 18-11625 (KJC) |
|---|---|---|---|

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **205 Ravendale Drive** **Mountain View, CA 94043** | **8/1/2016 - March 2018** |
| 14.2. | **6860 North Dallas Parkway** **Plano, TX 75024** | **3/1/2016 - 2/28/2017** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Tintri 401(k) Plan** | EIN: **26-2906978** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Tintri, Inc.**                                                        Case number *(if known)* **18-11625 (KJC)**

Has the plan been terminated?
- ■ No
- ☐ Yes

- ☐ No Go to Part 10.
- ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ESPP** | EIN: **26-2906978** |

Has the plan been terminated?
- ■ No
- ☐ Yes

- ☐ No Go to Part 10.
- ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **RSU** | EIN: **26-2906978** |

Has the plan been terminated?
- ■ No
- ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor    **Tintri, Inc.**                                                                    Case number *(if known)*    **18-11625 (KJC)**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| 25.1.  **Tintri International, Inc.**<br>**303 Ravendale Drive**<br>**Mountain View, CA 94043** | | **EIN:**    **61-1780582**<br><br>**From-To**    **09/17/14 - present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Debtor | Tintri, Inc. | | Case number (if known) | 18-11625 (KJC) |
|---|---|---|---|---|

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Hung Lieu** **953 Indian Wells Avenue** **Sunnyvale, CA 94085** | 03/03/14 - 05/18/18 |
| 26a.2. **Ian Halifax** **719 Ashbury Streret** **San Francisco, CA 94117** | 12/02/13 - 04/30/18 |
| 26a.3. **Jack Chen** **1835 Montecito Ave.** **Mountain View, CA 94043** | 02/18/14 - 05/11/18 |
| 26a.4. **KPMG** **55 2nd Streret** **Suite 1400** **San Francisco, CA 94105** | |
| 26a.5. **Tim Saunders** **350 Fairway Drive** **Half Moon Bay, CA 94019** | 04/11/14 - current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Deloitte** **225 West Santa Clara Street** **Suite 600** **San Jose, CA 95113** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **KPMG** **55 2nd Street** **Suite 1400** **San Francisco, CA 94105** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Tim Saunders** **350 Fairway Drive** **Half Moon Bay, CA 94019** | |
| 26c.2. **KPMG** **55 2nd Street** **Suite 1400** **San Francisco, CA 94105** | |
| 26c.3. **Deloitte** **225 West Santa Clara Street** **Suite 600** **San Jose, CA 95113** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tintri, Inc. | Case number *(if known)* | 18-11625 (KJC) |
|---|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **The Debtor routinely provides financial statements upon request.** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 . | | **$17,962,342.91** |
| | **January 2018** | **Net Book Value** |

| Name and address of the person who has possession of inventory records |
|---|
| **Tintri** |

## 28.

List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam Grosser | 70 Willow Road Suite 200 Menlo Park, CA 94025 | Director | |
| Chris Schaepe | Lightspeed Venture Partners 2200 Sand Hill Road Menlo Park, CA 94025 | Director | 10% |
| Kieran Harty | 2175 California Street San Francisco, CA 94115 | Chief Technology Officer, Co-Founder and Director | 5.10% |
| Peter Sonsini | 1855 Sand Hill Road Menlo Park, CA 94025 | Director | |

## 29.

**Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor    **Tintri, Inc.**                                   Case number *(if known)*  **18-11625 (KJC)**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Charles Giancarlo** | | **Director** | **10/5/2016 to 8/10/2017** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Harvey Jones** | | **Director** | **3/1/2014 to 3/1/2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ian Halifax** | **719 Ashbury Street San Francisco, CA 94117** | **Chief Financial Officer** | **12/2/2013 to 4/30/2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **John Bolger** | | **Director** | **12/1/2015 to March 21, 2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ken Klein** | **6 Betty Lane Atherton, CA 94027** | **Chief Executive Officer** | **10/21/2013 to 4/2/2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Michael McGuire** | **785 Sonne Drive Annapolis, MD 21401** | **Chief Sales Officer** | **3/2/2015 to 8/25/2017** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Thomas Barton** | **430 Deodara Drive Los Altos, CA 94024** | **Chief Executive Officer, Interim Chief Financial Officer and Director** | **4/2/2018 to 6/18/2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Thomas Cashman** | **3 Adams Lane Dover, MA 02030** | **Executive Vice President, Worldwide Sales and Alliances** | **10/13/2015 to 6/25/2018** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See Attachment 4** | | | |
| . | | | |
| **Relationship to debtor** | | | |

Debtor    **Tintri, Inc.**                                                    Case number *(if known)*  **18-11625 (KJC)**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

   | **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
   |---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

   | **Name of the pension fund** | **Employer Identification number of the parent corporation** |
   |---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Tintri, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11625 (KJC)**

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 14, 2018          x _____
                                          Signature of individual signing on behalf of debtor

                                          **Robert J. Duffy**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| **Petra Vasquez-Velasco (10505-TERM)** | **$170.00** |
| 5/9/2018 | $55.00 |
| 6/20/2018 | $115.00 |
| **Stephen Davis (10106)** | **$163.20** |
| 7/9/2018 | $163.20 |
| **SUP100 City of Mountain View** | **$11,333.72** |
| 4/12/2018 | $5,648.38 |
| 6/5/2018 | $5,685.34 |
| **SUP1024 KPMG LLP-Executive Education** | **$1,030,000.00** |
| 5/1/2018 | $540,000.00 |
| 5/16/2018 | $250,000.00 |
| 6/15/2018 | $240,000.00 |
| **SUP1045 MSys Technologies LLC** | **$470,509.00** |
| 5/1/2018 | $130,778.00 |
| 5/31/2018 | $35,560.00 |
| 6/5/2018 | $62,720.00 |
| 6/20/2018 | $241,451.00 |
| **SUP1053 Regus Management LLC** | **$57.97** |
| 4/3/2018 | $57.65 |
| 4/12/2018 | $0.32 |
| **SUP106 Complete Press Solutions** | **$225.85** |
| 5/23/2018 | $225.85 |
| **SUP1063 T-Mobile** | **$970.77** |
| 4/4/2018 | $239.06 |
| 6/5/2018 | $731.71 |
| **SUP108 Concur Technologies** | **$16,945.06** |
| 5/16/2018 | $5,975.53 |
| 6/5/2018 | $10,969.53 |
| **SUP1083 303 MVRP LLC** | **$823,447.05** |
| 4/3/2018 | $275,634.30 |
| 5/1/2018 | $275,634.30 |
| 6/12/2018 | $272,178.45 |
| **SUP1104 Foster Bros Security Systems** | **$272.03** |
| 5/29/2018 | $272.03 |
| **SUP1126 Canteen Refreshment Services** | **$26,152.24** |
| 4/12/2018 | $3,308.64 |
| 5/8/2018 | $20,324.40 |
| 6/5/2018 | $2,519.20 |
| **SUP1141 Mindtouch** | **$9,999.26** |
| 5/23/2018 | $9,999.26 |
| **SUP1160 Amazon** | **$2,000.00** |
| 5/10/2018 | $2,000.00 |
| **SUP1173 Data Science Technologies, LLC** | **$5,500.00** |
| 5/1/2018 | $5,500.00 |
| **SUP1177 Flextronics International USA Inc** | **$4,244,784.25** |
| 5/2/2018 | $874,381.59 |
| 5/14/2018 | $1,263,010.74 |
| 5/25/2018 | $447,035.96 |
| 6/4/2018 | $1,053,932.00 |
| 6/19/2018 | $606,423.96 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| **SUP1187 GymDoc, Inc** | **$180.00** |
| 6/5/2018 | $180.00 |
| **SUP1189 Hi5 Health Network** | **$5,247.00** |
| 4/12/2018 | $643.50 |
| 5/8/2018 | $643.50 |
| 5/29/2018 | $2,970.00 |
| 5/31/2018 | $990.00 |
| **SUP12 ACC Business** | **$4,662.00** |
| 4/18/2018 | $2,331.00 |
| 6/5/2018 | $2,331.00 |
| **SUP1203 Specialty's Cafe & Bakery** | **$1,121.23** |
| 5/8/2018 | $445.62 |
| 5/23/2018 | $675.61 |
| **SUP1214 Sprint** | **$1,223.45** |
| 5/8/2018 | $644.44 |
| 6/5/2018 | $579.01 |
| **SUP122 CSA International** | **$2,330.20** |
| 5/1/2018 | $1,150.00 |
| 6/13/2018 | $1,180.20 |
| **SUP1221 Trevor Taylor** | **$1,000.00** |
| 5/24/2018 | $700.00 |
| 6/5/2018 | $300.00 |
| **SUP1222 Crane Pest Control** | **$383.00** |
| 4/12/2018 | $269.00 |
| 6/12/2018 | $114.00 |
| **SUP1230 JMN Express Delivery, LLC** | **$3,220.00** |
| 4/4/2018 | $420.00 |
| 4/12/2018 | $630.00 |
| 5/1/2018 | $1,400.00 |
| 6/5/2018 | $560.00 |
| 6/12/2018 | $210.00 |
| **SUP1235 Facility Masters, Inc.** | **$81,357.60** |
| 4/12/2018 | $19,972.32 |
| 5/8/2018 | $969.43 |
| 5/29/2018 | $39,706.77 |
| 6/12/2018 | $112.98 |
| 7/6/2018 | $20,596.10 |
| **SUP1244 SYNNEX Corporation** | **$2,310.00** |
| 6/5/2018 | $2,310.00 |
| **SUP1245 Ingram Micro** | **$18,224.55** |
| 5/9/2018 | $18,224.55 |
| **SUP1247 Vartopia** | **$28,500.00** |
| 5/8/2018 | $17,750.00 |
| 6/5/2018 | $10,750.00 |
| **SUP1255 Rosie M Moniz** | **$62,790.00** |
| 5/9/2018 | $21,252.00 |
| 5/23/2018 | $20,286.00 |
| 6/5/2018 | $21,252.00 |
| **SUP1264 Robert Half International, Inc** | **$6,942.26** |
| 4/12/2018 | $5,464.06 |
| 4/18/2018 | $1,478.20 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| **SUP1267 Deloitte** | **$334,189.00** |
| 5/4/2018 | $106,702.00 |
| 5/23/2018 | $3,900.00 |
| 6/6/2018 | $117,864.00 |
| 6/28/2018 | $53,476.00 |
| 7/6/2018 | $52,247.00 |
| **SUP1272 Everbank Commerical Finance, Inc** | **$1,046.01** |
| 4/12/2018 | $1,046.01 |
| **SUP1281 Baker & McKenzie** | **$87,172.17** |
| 6/19/2018 | $87,172.17 |
| **SUP1289 Total Treasury & Tax, LLC** | **$21,150.00** |
| 4/12/2018 | $8,950.00 |
| 5/29/2018 | $12,200.00 |
| **SUP1309 LegalShield** | **$5,102.95** |
| 4/12/2018 | $1,805.65 |
| 6/1/2018 | $3,297.30 |
| **SUP1316 FGS INC.** | **$105.48** |
| 6/12/2018 | $105.48 |
| **SUP1321 Petra Vasquez-Velasco** | **$165.00** |
| 4/4/2018 | $30.00 |
| 5/9/2018 | $135.00 |
| **SUP1329 KBA DocusysInc MO** | **$637.99** |
| 4/12/2018 | $637.99 |
| **SUP1335 Donnelley Financial, LLC** | **$4,250.00** |
| 4/12/2018 | $4,250.00 |
| **SUP1342 Daily Donuts & Sandwiches** | **$1,319.50** |
| 5/29/2018 | $913.50 |
| 6/5/2018 | $406.00 |
| **SUP1344 Norcal Heating & Cooling Inc** | **$23,696.31** |
| 5/29/2018 | $23,696.31 |
| **SUP1374 Touchdown PR** | **$25,971.83** |
| 5/2/2018 | $25,971.83 |
| **SUP138 DHL Express** | **$36.67** |
| 4/12/2018 | $36.67 |
| **SUP1411 XTelcom Inc.** | **$26,536.84** |
| 4/12/2018 | $26,536.84 |
| **SUP1422 Glassdoor** | **$15,000.00** |
| 4/4/2018 | $15,000.00 |
| **SUP1423 Superlife Inc. (Hands On-Site)** | **$2,400.00** |
| 5/8/2018 | $1,200.00 |
| 5/24/2018 | $1,200.00 |
| **SUP1449 Flash Global Logistics** | **$339,203.20** |
| 4/12/2018 | $3,183.07 |
| 4/18/2018 | $14,909.19 |
| 5/2/2018 | $159,941.99 |
| 6/5/2018 | $42,849.68 |
| 6/12/2018 | $4,699.27 |
| 7/2/2018 | $113,620.00 |
| **SUP1493 Arizona Department of Revenue** | **$360.00** |
| 5/14/2018 | $100.00 |
| 6/20/2018 | $260.00 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| **SUP1503 ActualTech Marketing LLC** | **$5,000.00** |
| 6/12/2018 | $5,000.00 |
| **SUP1535 Freddie Navarrette** | **$5,488.04** |
| 5/8/2018 | $1,425.00 |
| 5/16/2018 | $962.31 |
| 5/29/2018 | $2,470.73 |
| 7/6/2018 | $630.00 |
| **SUP1572 Kuballa Inc** | **$50,140.00** |
| 4/12/2018 | $9,200.00 |
| 4/18/2018 | $9,200.00 |
| 5/2/2018 | $8,740.00 |
| 5/29/2018 | $9,200.00 |
| 6/11/2018 | $13,800.00 |
| **SUP1577 B2BGateway** | **$273.68** |
| 6/12/2018 | $273.68 |
| **SUP1579 DeWinter Group Inc** | **$74,297.50** |
| 4/12/2018 | $5,203.75 |
| 4/18/2018 | $4,600.00 |
| 5/31/2018 | $18,831.25 |
| 6/7/2018 | $45,662.50 |
| **SUP158 Expandable** | **$969.00** |
| 5/31/2018 | $969.00 |
| **SUP159 Expeditors USA** | **$29,884.42** |
| 4/4/2018 | $4,651.75 |
| 4/12/2018 | $2,504.09 |
| 4/18/2018 | $10,989.11 |
| 5/1/2018 | $4,820.00 |
| 5/23/2018 | $6,796.16 |
| 6/1/2018 | $123.31 |
| **SUP1594 JFrog Inc.** | **$6,460.00** |
| 4/18/2018 | $6,460.00 |
| **SUP1601 West Unified Communications Services, Inc** | **$76.25** |
| 4/4/2018 | $55.33 |
| 6/5/2018 | $20.92 |
| **SUP1605 Zycko Limited** | **$16,589.22** |
| 5/3/2018 | $16,589.22 |
| **SUP1619 KBA Docusys Inc CA** | **$2,181.69** |
| 4/12/2018 | $1,603.64 |
| 5/31/2018 | $578.05 |
| **SUP164 FedEx** | **$97,603.31** |
| 4/4/2018 | $26,241.14 |
| 4/12/2018 | $3,911.99 |
| 4/18/2018 | $11,371.82 |
| 5/1/2018 | $41,943.49 |
| 5/23/2018 | $2,665.71 |
| 6/5/2018 | $3,673.40 |
| 6/12/2018 | $7,795.76 |
| **SUP1675 SHI International Corp** | **$17,000.00** |
| 6/5/2018 | $17,000.00 |
| **SUP1685 Flextronics International Cork BV** | **$3,096.96** |
| 6/12/2018 | $3,096.96 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| **SUP1696 UL LLC** | **$1,044.00** |
| 5/1/2018 | $1,044.00 |
| **SUP1698 CDW LLC (Consultant)** | **$111,308.02** |
| 4/24/2018 | $69,567.47 |
| 5/8/2018 | $22,260.05 |
| 6/5/2018 | $19,480.50 |
| **SUP1714 California First Aid and Safety** | **$2,962.39** |
| 4/12/2018 | $649.48 |
| 5/29/2018 | $1,840.46 |
| 6/12/2018 | $472.45 |
| **SUP1723 Level 3 Communications** | **$1,062.84** |
| 4/4/2018 | $543.13 |
| 6/5/2018 | $519.71 |
| **SUP174 Franchise Tax Board** | **$1,600.00** |
| 5/14/2018 | $1,600.00 |
| **SUP1745 Michael S Shook** | **$3,000.00** |
| 6/12/2018 | $3,000.00 |
| **SUP177 Gartner Inc.** | **$36,000.00** |
| 4/24/2018 | $36,000.00 |
| **SUP1776 District of Columbia** | **$1,000.00** |
| 5/14/2018 | $1,000.00 |
| **SUP1780 Ray Zhu** | **$2,900.00** |
| 4/4/2018 | $1,450.00 |
| 5/2/2018 | $1,450.00 |
| **SUP1797 Brooke Sommers** | **$13,127.00** |
| 4/4/2018 | $13,127.00 |
| **SUP1798 SF Food Market** | **$21,648.11** |
| 4/12/2018 | $4,676.10 |
| 5/8/2018 | $6,234.80 |
| 5/29/2018 | $5,279.42 |
| 5/31/2018 | $4,676.10 |
| 6/12/2018 | $781.69 |
| **SUP1858 Anybill Financial Services, Inc.** | **$609.44** |
| 5/8/2018 | $153.86 |
| 5/23/2018 | $305.72 |
| 6/5/2018 | $149.86 |
| **SUP1862 Elixiter** | **$12,600.00** |
| 4/24/2018 | $12,600.00 |
| **SUP1872 My Equity Comp, LLC** | **$629.60** |
| 4/12/2018 | $629.60 |
| **SUP1878 E*Trade Financial Corporate Services, Inc.** | **$22,062.26** |
| 5/16/2018 | $22,062.26 |
| **SUP1887 Balihoo, Inc.** | **$45,203.20** |
| 4/3/2018 | $14,968.39 |
| 5/1/2018 | $15,073.13 |
| 6/6/2018 | $15,161.68 |
| **SUP1913 CreativePlant Design Inc.** | **$920.98** |
| 4/12/2018 | $333.88 |
| 5/29/2018 | $587.10 |
| **SUP192 Google Inc.** | **$74,874.73** |
| 4/3/2018 | $42,643.66 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| 5/8/2018 | $32,231.07 |
| **SUP1945 Kayhan International Limited** | **$594.00** |
| 4/4/2018 | $594.00 |
| **SUP1949 FLO Partners Inc.** | **$17,000.00** |
| 4/3/2018 | $17,000.00 |
| **SUP1957 Zayo Group Holdings, Inc** | **$51,056.98** |
| 4/3/2018 | $16,925.80 |
| 4/18/2018 | $16,938.55 |
| 6/8/2018 | $17,192.63 |
| **SUP196 Groupware Technology** | **$38,210.10** |
| 5/8/2018 | $38,210.10 |
| **SUP1976 VCCi Council** | **$1,983.20** |
| 6/13/2018 | $1,983.20 |
| **SUP1998 Cogent Communications, Inc.** | **$600.00** |
| 5/31/2018 | $600.00 |
| **SUP2003 California People Search** | **$12,360.00** |
| 4/12/2018 | $2,400.00 |
| 4/18/2018 | $2,400.00 |
| 5/23/2018 | $4,980.00 |
| 6/11/2018 | $2,580.00 |
| **SUP2009 Minnesota Revenue** | **$1,000.00** |
| 5/14/2018 | $1,000.00 |
| **SUP2010 Henry Rodrigues** | **$23,614.41** |
| 4/12/2018 | $4,544.80 |
| 5/8/2018 | $983.25 |
| 5/23/2018 | $7,876.93 |
| 5/31/2018 | $4,544.80 |
| 6/5/2018 | $5,664.63 |
| **SUP2018 XTRM, INC.** | **$200,000.00** |
| 5/4/2018 | $200,000.00 |
| **SUP2028 Beacon Hill Staffing Group** | **$12,082.50** |
| 4/12/2018 | $1,143.00 |
| 4/18/2018 | $1,170.00 |
| 5/4/2018 | $1,080.00 |
| 5/31/2018 | $6,642.00 |
| 6/11/2018 | $2,047.50 |
| **SUP2029 Julie R Wiltshire** | **$200.00** |
| 6/5/2018 | $200.00 |
| **SUP2048 HGS Holdings, Inc dba C10** | **$35,000.00** |
| 5/2/2018 | $35,000.00 |
| **SUP2066 Isatel** | **$4,262.00** |
| 6/1/2018 | $4,262.00 |
| **SUP2069 Utah State Tax Commission** | **$100.00** |
| 5/14/2018 | $100.00 |
| **SUP2078 Cole Creek Consulting** | **$12,560.00** |
| 5/8/2018 | $7,060.00 |
| 6/5/2018 | $5,500.00 |
| **SUP2120 StarNet Solutions, Inc** | **$750.00** |
| 5/4/2018 | $750.00 |
| **SUP2135 Tedious Jobs Inc** | **$450.00** |
| 5/31/2018 | $450.00 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| **SUP2167 Specialist Staffing Solutions, Inc. DBA Computer Futures** | **$6,624.00** |
| 4/4/2018 | $3,680.00 |
| 4/18/2018 | $2,944.00 |
| **SUP2171 Leadership Coaching partners LLC** | **$5,267.11** |
| 5/1/2018 | $5,267.11 |
| **SUP2173 Jean Zhou** | **$49,830.00** |
| 4/4/2018 | $3,300.00 |
| 4/12/2018 | $5,280.00 |
| 4/18/2018 | $2,200.00 |
| 5/2/2018 | $4,400.00 |
| 5/8/2018 | $6,600.00 |
| 5/29/2018 | $4,400.00 |
| 6/5/2018 | $2,200.00 |
| 6/11/2018 | $2,200.00 |
| 6/20/2018 | $4,400.00 |
| 6/29/2018 | $11,000.00 |
| 7/6/2018 | $1,650.00 |
| 7/9/2018 | $2,200.00 |
| **SUP2181 NASPO Cooperative Purchasing** | **$227.15** |
| 4/4/2018 | $227.15 |
| **SUP2189 City of Mountain View False Alarm Abatement Program** | **$160.00** |
| 6/5/2018 | $160.00 |
| **SUP2218 Plants Inc** | **$440.66** |
| 4/12/2018 | $220.33 |
| 5/8/2018 | $220.33 |
| **SUP2227 Promark Technology, inc.** | **$358,684.00** |
| 5/8/2018 | $328,511.81 |
| 6/12/2018 | $30,172.19 |
| **SUP2283 Rackspace US, Inc.** | **$9,400.00** |
| 4/4/2018 | $4,700.00 |
| 6/5/2018 | $4,700.00 |
| **SUP2323 Arrow Electronics** | **$77.76** |
| 5/8/2018 | $77.76 |
| **SUP2333 Joshua James Marlar dba JJM LLC** | **$21,025.00** |
| 4/4/2018 | $5,000.00 |
| 5/2/2018 | $13,525.00 |
| 5/23/2018 | $2,500.00 |
| **SUP236 Becker & Lee LLP** | **$10,020.00** |
| 5/1/2018 | $10,020.00 |
| **SUP2368 Cigna Health and Life Insurance Company** | **$83,933.95** |
| 4/18/2018 | $32,481.03 |
| 5/23/2018 | $25,536.02 |
| 6/12/2018 | $25,916.90 |
| **SUP2393 Life Insurance Company of North America** | **$119,110.39** |
| 4/4/2018 | $35,749.48 |
| 4/12/2018 | $48.45 |
| 5/8/2018 | $32,680.59 |
| 6/5/2018 | $26,674.20 |
| 6/12/2018 | $23,957.67 |
| **SUP2394 Kaiser Foundation Health Plan Inc.** | **$123,659.39** |
| 4/24/2018 | $48,024.69 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| 5/23/2018 | $37,538.46 |
| 6/12/2018 | $38,096.24 |
| **SUP2399 Aetna Life Insurance Company** | **$823,052.08** |
| 5/1/2018 | $319,152.38 |
| 5/23/2018 | $255,931.80 |
| 6/12/2018 | $247,967.90 |
| **SUP2411 Wpromote LLC** | **$33,885.92** |
| 5/1/2018 | $33,885.92 |
| **SUP242 Linkedin Corporation** | **$42,950.00** |
| 4/4/2018 | $42,950.00 |
| **SUP2423 The Global Rewards Company** | **$3,250.00** |
| 4/12/2018 | $3,250.00 |
| **SUP2428 Fortitude International, LLC** | **$6,629.64** |
| 4/12/2018 | $3,203.30 |
| 6/11/2018 | $3,426.34 |
| **SUP2432 Kastle Systems LLC** | **$240.24** |
| 4/12/2018 | $80.08 |
| 6/12/2018 | $160.16 |
| **SUP2457 Rhino Services LLC** | **$50,400.00** |
| 4/4/2018 | $8,400.00 |
| 4/12/2018 | $8,400.00 |
| 5/16/2018 | $16,800.00 |
| 6/11/2018 | $16,800.00 |
| **SUP2479 Lockton Companies** | **$2,189,962.00** |
| 4/4/2018 | $17,854.00 |
| 5/8/2018 | $17,854.00 |
| 6/5/2018 | $17,854.00 |
| 6/22/2018 | $2,136,400.00 |
| **SUP2492 Solution Technology Ltd** | **$39,150.00** |
| 5/2/2018 | $24,502.50 |
| 6/12/2018 | $14,647.50 |
| **SUP2499 Savills Studley, Inc** | **$90,549.74** |
| 5/8/2018 | $90,549.74 |
| **SUP2503 Oracle America Inc** | **$11,250.00** |
| 4/12/2018 | $3,690.00 |
| 4/18/2018 | $7,200.00 |
| 5/31/2018 | $360.00 |
| **SUP2504 FPRS Depository Account** | **$356,757.15** |
| 6/27/2018 | $164,895.21 |
| 7/5/2018 | $163,658.61 |
| 7/9/2018 | $28,203.33 |
| **SUP253 Marketo** | **$148,258.00** |
| 4/4/2018 | $148,258.00 |
| **SUP2536 TMG TMC 3 REIT, LLC** | **$29,320.94** |
| 4/3/2018 | $15,656.64 |
| 5/1/2018 | $13,664.30 |
| **SUP2546 Corodata Shredding Inc** | **$466.56** |
| 4/12/2018 | $246.56 |
| 5/29/2018 | $220.00 |
| **SUP2556 Epic Creative, Inc** | **$637.50** |
| 6/12/2018 | $637.50 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
| --- | --- |
| **SUP2579 Swim Across America** | **$5,000.00** |
| 5/31/2018 | $5,000.00 |
| **SUP2584 8x8, INC** | **$2,290.12** |
| 4/12/2018 | $1,147.52 |
| 5/31/2018 | $1,142.60 |
| **SUP2585 Atlas Private Security Inc** | **$15,883.68** |
| 4/12/2018 | $2,647.28 |
| 5/8/2018 | $2,647.28 |
| 5/31/2018 | $10,589.12 |
| **SUP2613 3074 Centreville LLC** | **$3,600.00** |
| 4/26/2018 | $1,800.00 |
| 5/1/2018 | $1,800.00 |
| **SUP2629 CWH Ventures LLC dba Exubrancy** | **$1,925.00** |
| 5/8/2018 | $1,100.00 |
| 5/24/2018 | $825.00 |
| **SUP263 Microsoft Corporation** | **$11,776.50** |
| 4/12/2018 | $4,246.50 |
| 6/20/2018 | $7,530.00 |
| **SUP2634 Cigna Life Insurance Company of New York** | **$48.45** |
| 4/26/2018 | $48.45 |
| **SUP2640 James R Laarveld Jr. DBA Precision Body Metrics** | **$5,082.00** |
| 4/12/2018 | $1,232.00 |
| 5/16/2018 | $1,540.00 |
| 5/31/2018 | $1,232.00 |
| 6/5/2018 | $1,078.00 |
| **SUP2641 NMN Advisors, Inc.** | **$20,000.00** |
| 5/8/2018 | $5,000.00 |
| 5/25/2018 | $5,000.00 |
| 5/29/2018 | $5,000.00 |
| 6/12/2018 | $5,000.00 |
| **SUP2681 Dhaliwai Foods Inc.** | **$4,251.00** |
| 5/29/2018 | $4,251.00 |
| **SUP2711 Business Wire, Inc** | **$425.00** |
| 6/12/2018 | $425.00 |
| **SUP2714 ABD Retirement Services, Inc** | **$6,250.00** |
| 6/12/2018 | $6,250.00 |
| **SUP2719 Workday, Inc.** | **$23,000.00** |
| 4/4/2018 | $23,000.00 |
| **SUP2733 Qualisystems USA Inc.** | **$15,000.00** |
| 6/5/2018 | $15,000.00 |
| **SUP2735 Integritas Technology Inc** | **$3,882.66** |
| 5/2/2018 | $3,882.66 |
| **SUP275 NCR Corp.** | **$128,840.21** |
| 5/2/2018 | $128,840.21 |
| **SUP2752 Dennis K. White dba DK White Consulting LLC** | **$1,500.00** |
| 6/5/2018 | $1,500.00 |
| **SUP2753 Shipware, LLC** | **$800.96** |
| 5/1/2018 | $800.96 |
| **SUP2773 Traffic International Corp** | **$26,828.95** |
| 4/3/2018 | $13,226.10 |
| 5/8/2018 | $13,602.85 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| **SUP2778 Elizabeth Dodge dba Equity Plan Solutions** | **$7,825.00** |
| 5/8/2018 | $4,437.50 |
| 5/29/2018 | $3,387.50 |
| **SUP278 Neofunds by Neopost** | **$300.00** |
| 6/5/2018 | $300.00 |
| **SUP2785 Zuora, Inc** | **$73,920.00** |
| 5/8/2018 | $73,920.00 |
| **SUP2800 FMR LLC dba Fidelity Investments Institutional Operations Company, Inc** | **$100.00** |
| 6/12/2018 | $100.00 |
| **SUP2810 Martin Brannan** | **$14,998.00** |
| 4/4/2018 | $7,200.00 |
| 6/12/2018 | $7,798.00 |
| **SUP2816 Acorn Tech Service** | **$38,050.00** |
| 5/1/2018 | $11,600.00 |
| 5/16/2018 | $19,950.00 |
| 6/5/2018 | $4,550.00 |
| 6/12/2018 | $1,950.00 |
| **SUP2828 Stars Model Management, Inc** | **$2,340.00** |
| 4/12/2018 | $2,340.00 |
| **SUP2829 NYLO Model + Talent Agency, Inc.** | **$3,000.00** |
| 5/23/2018 | $3,000.00 |
| **SUP2830 MailFinance Inc.** | **$181.90** |
| 4/12/2018 | $181.90 |
| **SUP2836 Impact Dimensions Inc.** | **$6,808.96** |
| 6/5/2018 | $6,808.96 |
| **SUP2837 By Appointment Only, Inc** | **$32,500.00** |
| 4/12/2018 | $32,500.00 |
| **SUP2838 People 2.0 Global, LLC** | **$25,023.00** |
| 4/12/2018 | $5,472.00 |
| 4/18/2018 | $3,040.00 |
| 5/8/2018 | $6,080.00 |
| 5/31/2018 | $3,496.00 |
| 6/5/2018 | $3,325.00 |
| 6/11/2018 | $3,610.00 |
| **SUP2840 Clark Hubbard LLC, dba Bub City** | **$2,480.53** |
| 6/5/2018 | $2,480.53 |
| **SUP2841 Advanced Technoloogy Academic Research Center, Inc. (ATARC)** | **$4,950.00** |
| 4/12/2018 | $4,950.00 |
| **SUP2848 Warden Security Associates** | **$7,705.00** |
| 4/4/2018 | $2,310.00 |
| 7/6/2018 | $5,395.00 |
| **SUP2849 Artisanal Talent Group** | **$125,000.00** |
| 4/5/2018 | $50,000.00 |
| 5/16/2018 | $75,000.00 |
| **SUP2850 First Choice Services** | **$190.00** |
| 6/5/2018 | $95.00 |
| 6/12/2018 | $95.00 |
| **SUP2859 Triangulum Solutions, LLC.** | **$818.44** |
| 5/1/2018 | $818.44 |
| **SUP2862 City Of Philadelphia** | **$2,344.85** |
| 4/24/2018 | $2,344.85 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| **SUP2864 Joseph N Dyer Jr.** | **$18,000.00** |
| 5/29/2018 | $4,500.00 |
| 6/5/2018 | $4,140.00 |
| 6/12/2018 | $1,080.00 |
| 6/20/2018 | $2,040.00 |
| 6/29/2018 | $4,410.00 |
| 7/5/2018 | $630.00 |
| 7/9/2018 | $1,200.00 |
| **SUP2865 Sankalp Joshi** | **$346.07** |
| 5/2/2018 | $346.07 |
| **SUP2868 Minister of Revenue of QuÃ©bec** | **$14,306.20** |
| 4/24/2018 | $14,306.20 |
| **SUP2869 True Partners Consulting Holdings LLC** | **$34,470.00** |
| 6/12/2018 | $34,470.00 |
| **SUP2871 T3C, Inc** | **$259,042.00** |
| 4/25/2018 | $259,042.00 |
| **SUP2874 Fineline Graphics & Design, Inc** | **$20,000.00** |
| 5/16/2018 | $20,000.00 |
| **SUP2875 George A de Urioste** | **$211,225.00** |
| 5/16/2018 | $19,125.00 |
| 5/21/2018 | $22,419.00 |
| 5/29/2018 | $23,481.00 |
| 6/4/2018 | $19,231.00 |
| 6/11/2018 | $23,694.00 |
| 6/18/2018 | $21,888.00 |
| 6/25/2018 | $27,625.00 |
| 6/29/2018 | $27,731.00 |
| 7/6/2018 | $19,231.00 |
| 7/9/2018 | $6,800.00 |
| **SUP2876 Yilin Jack Chen** | **$120,600.00** |
| 5/16/2018 | $16,000.00 |
| 5/21/2018 | $16,000.00 |
| 5/29/2018 | $15,800.00 |
| 6/4/2018 | $15,200.00 |
| 6/11/2018 | $20,200.00 |
| 6/18/2018 | $18,200.00 |
| 6/29/2018 | $19,200.00 |
| **SUP2877 Berkeley Research Group, LLC** | **$588,347.91** |
| 5/18/2018 | $75,000.00 |
| 5/24/2018 | $37,275.00 |
| 6/4/2018 | $53,509.12 |
| 6/8/2018 | $63,112.60 |
| 6/18/2018 | $68,750.95 |
| 6/22/2018 | $61,893.46 |
| 7/9/2018 | $228,806.78 |
| **SUP2878 Michael Coleman** | **$24,500.00** |
| 5/21/2018 | $3,500.00 |
| 5/29/2018 | $3,500.00 |
| 6/4/2018 | $3,500.00 |
| 6/11/2018 | $3,500.00 |
| 6/19/2018 | $3,500.00 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| 6/29/2018 | $7,000.00 |
| **SUP2882 Acilon Consulting LLC** | **$82,375.00** |
| 5/29/2018 | $18,000.00 |
| 6/13/2018 | $24,250.00 |
| 6/19/2018 | $18,975.00 |
| 6/29/2018 | $21,150.00 |
| **SUP2883 Hung Lieu** | **$10,000.00** |
| 5/31/2018 | $10,000.00 |
| **SUP2888 Michael B Birdsall** | **$23,000.00** |
| 6/18/2018 | $4,000.00 |
| 6/20/2018 | $5,000.00 |
| 6/29/2018 | $9,000.00 |
| 7/6/2018 | $4,000.00 |
| 7/9/2018 | $1,000.00 |
| **SUP2893 Stephenson Hardwood LLC** | **$50,945.58** |
| 6/19/2018 | $10,945.58 |
| 7/6/2018 | $40,000.00 |
| **SUP2895 Nishimura & Asahi** | **$113,382.00** |
| 6/21/2018 | $5,442.00 |
| 7/6/2018 | $107,940.00 |
| **SUP2896 Gemma G Orocay** | **$1,937.50** |
| 6/26/2018 | $1,937.50 |
| **SUP2897 Casey Bananzadeh** | **$2,650.00** |
| 6/29/2018 | $2,175.00 |
| 7/5/2018 | $475.00 |
| **SUP2898 Karan Tandon** | **$2,000.00** |
| 6/29/2018 | $2,000.00 |
| **SUP2900 Evelyn Apilado** | **$1,260.00** |
| 7/6/2018 | $1,260.00 |
| **SUP2901 Tai Duc Hong** | **$4,760.00** |
| 7/6/2018 | $4,760.00 |
| **SUP2902 Scott E Petersen** | **$1,720.00** |
| 7/6/2018 | $1,040.00 |
| 7/9/2018 | $680.00 |
| **SUP294 The Office City** | **$1,350.12** |
| 5/8/2018 | $791.32 |
| 6/5/2018 | $558.80 |
| **SUP297 OnProcess Technology** | **$32,000.00** |
| 4/18/2018 | $10,000.00 |
| 5/1/2018 | $10,000.00 |
| 7/6/2018 | $12,000.00 |
| **SUP302 OTM Software Professionals Inc** | **$69,636.00** |
| 5/8/2018 | $14,432.00 |
| 5/16/2018 | $9,184.00 |
| 5/25/2018 | $28,400.00 |
| 6/11/2018 | $17,620.00 |
| **SUP337 Richmar Associates Inc.** | **$117,668.04** |
| 4/4/2018 | $9,154.79 |
| 4/12/2018 | $13,124.62 |
| 5/1/2018 | $53,376.20 |
| 6/11/2018 | $42,012.43 |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
|---|---|
| **SUP342 Salesforce.com, Inc.** | **$292,415.00** |
| 4/12/2018 | $92,415.00 |
| 6/14/2018 | $200,000.00 |
| **SUP366 EDGECONNEX** | **$8,310.00** |
| 6/12/2018 | $8,310.00 |
| **SUP378 State of Delaware** | **$75,922.88** |
| 6/11/2018 | $75,922.88 |
| **SUP392 Silicon Valley Bank - Credit C** | **$309,504.72** |
| 5/1/2018 | $126,647.73 |
| 5/8/2018 | $35,147.41 |
| 5/24/2018 | $7,820.00 |
| 7/6/2018 | $139,889.58 |
| **SUP395 Talent Quest** | **$1,275.00** |
| 5/8/2018 | $1,275.00 |
| **SUP401 TelePacific Communications** | **$6,456.14** |
| 5/1/2018 | $3,228.07 |
| 5/8/2018 | $3,228.07 |
| **SUP404 Texas Comptroller of Public Ac** | **$13,255.00** |
| 5/4/2018 | $13,255.00 |
| **SUP414 TollFreeForwarding** | **$912.00** |
| 5/1/2018 | $912.00 |
| **SUP424 Uline** | **$531.58** |
| 4/18/2018 | $531.58 |
| **SUP434 Verizon Wireless** | **$21,487.32** |
| 4/4/2018 | $7,615.67 |
| 4/18/2018 | $6,890.34 |
| 6/12/2018 | $6,981.31 |
| **SUP442 Vision Service Plan** | **$11,468.64** |
| 5/8/2018 | $5,632.40 |
| 5/23/2018 | $5,836.24 |
| **SUP452 Wilson, Sonsini, Goodrich & Rosati** | **$458,795.34** |
| 5/25/2018 | $208,795.34 |
| 6/5/2018 | $50,000.00 |
| 6/12/2018 | $50,000.00 |
| 6/18/2018 | $50,000.00 |
| 6/26/2018 | $50,000.00 |
| 7/6/2018 | $50,000.00 |
| **SUP49 AT&T Mobility** | **$1,024.22** |
| 4/18/2018 | $1,024.22 |
| **SUP50 AT&T** | **$179.25** |
| 4/12/2018 | $85.00 |
| 5/31/2018 | $94.25 |
| **SUP58 Balco Holdings Inc dba Bay Alarm** | **$485.99** |
| 4/18/2018 | $478.81 |
| 6/12/2018 | $7.18 |
| **SUP73 Boston Properties, LP** | **$616,548.07** |
| 4/3/2018 | $187,316.69 |
| 5/1/2018 | $187,316.69 |
| 5/4/2018 | $54,598.00 |
| 6/4/2018 | $187,316.69 |
| **SUP75 Box Inc.** | **$12,975.00** |

In re Tintri, Inc. Case No. 18-11625 (KJC)
SoFA Attachment 3
Payments to creditors within 90 days before filing

| Creditor | Amount |
| --- | ---: |
| 4/18/2018 | $12,975.00 |
| **SUP82 Canon Solutions America** | **$292.73** |
| 4/18/2018 | $292.73 |
| **SUP88 CDW Direct** | **$25,588.42** |
| 5/4/2018 | $25,588.42 |
| **SUP9 3 Bridge Networks LLC** | **$4,318.00** |
| 5/31/2018 | $4,318.00 |
| **SUP914 Expeditors - Canada** | **$3,546.25** |
| 4/4/2018 | $664.49 |
| 5/23/2018 | $2,881.76 |
| **SUP915 Fusion** | **$12,675.00** |
| 4/18/2018 | $12,675.00 |
| **SUP942 David Chappell** | **$43,920.00** |
| 4/4/2018 | $15,120.00 |
| 5/16/2018 | $13,680.00 |
| 5/29/2018 | $15,120.00 |
| **SUP95 Cisco WebEx LLC** | **$2,346.00** |
| 4/12/2018 | $2,346.00 |
| **SUP952 Corporate Risk Holdings III, Inc. dba HireRight LLC** | **$207.84** |
| 4/12/2018 | $207.84 |
| **SUP964 One Source Virtual HR, Inc** | **$28,049.55** |
| 5/8/2018 | $13,974.58 |
| 5/23/2018 | $8,969.78 |
| 6/5/2018 | $5,105.19 |
| **SUP97 Cisco Systems Capital Corp.** | **$7,304.16** |
| 4/12/2018 | $7,304.16 |
| **SUP970 Peninsula Security Services** | **$2,897.25** |
| 4/12/2018 | $483.00 |
| 5/8/2018 | $2,414.25 |
| **SUP972 PGE** | **$71,937.72** |
| 5/1/2018 | $33,648.78 |
| 6/5/2018 | $38,288.94 |
| **Theodore Tung (10959-TERM)** | **$194.15** |
| 5/2/2018 | $194.15 |
| **Thomas Jacoby (10195-TERM)** | **$11,802.89** |
| 5/23/2018 | $11,802.89 |
| **Tracy Halter (10949-TERM)** | **$240.00** |
| 5/9/2018 | $240.00 |
| **Grand Total** | **$17,916,327.39** |

In re Tintri, inc. Case No. 18-11625 (KJC)
SoFA Attachment 4
Insider payments or other property transfers (1 year)

| Name | Type Of Comp | Description | Plan/Type | Grant Number | Event | Shares | Date | Value |
|---|---|---|---|---|---|---|---|---|
| Ken Klein | Compensation | Salary + Bonus | | | | | 7/10/17-7/9/18 | 461,707.84 |
| Thomas Barton | Compensation | Salary + Bonus | | | | | 7/10/17-7/9/18 | 83,333.35 |
| Kieran Harty | Compensation | Salary + Bonus | | | | | 7/10/17-7/9/18 | 385,000.08 |
| Ian Halifax | Compensation | Salary + Bonus | | | | | 7/10/17-7/9/18 | 335,641.09 |
| Michael McGuire | Compensation | Salary + Bonus | | | | | 7/10/17-7/9/18 | 699,326.43 |
| Tom Cashman | Compensation | Salary + Bonus | | | | | 7/10/17-7/9/18 | 568,108.23 |
| | | | | | | | | |
| Kenneth Klein | T&E | Reimbursement | | | | | 7/10/17-7/9/18 | 20,263.75 |
| Thomas Barton | T&E | Reimbursement | | | | | 7/10/17-7/9/18 | 4,735.74 |
| Kieran Harty | T&E | Reimbursement | | | | | 7/10/17-7/9/18 | 59,473.47 |
| Ian Halifax | T&E | Reimbursement | | | | | 7/10/17-7/9/18 | 15,900.23 |
| Michael McGuire | T&E | Reimbursement | | | | | 7/10/17-7/9/18 | 22,260.23 |
| Thomas Cashman | T&E | Reimbursement | | | | | 7/10/17-7/9/18 | 120,897.09 |
| | | | | | | | | |
| Ken Klein | Benefits | Benefits | | | | | 7/10/17-7/9/18 | 15,034.54 |
| Thomas Barton | Benefits | Benefits | | | | | 7/10/17-7/9/18 | 3,917.50 |
| Kieran Harty | Benefits | Benefits | | | | | 7/10/17-7/9/18 | 18,527.76 |
| Ian Halifax | Benefits | Benefits | | | | | 7/10/17-7/9/18 | 15,900.08 |
| Michael McGuire | Benefits | Benefits | | | | | 7/10/17-7/9/18 | 3,739.90 |
| Tom Cashman | Benefits | Benefits | | | | | 7/10/17-7/9/18 | 18,527.76 |
| | | | | | | | | |
| Thomas Barton | Equity | Option | IND/ISO | 026651 | Grant | 59,880 | 4/2/2018 | Undetermined |
| Thomas Barton | Equity | Option | IND/NQ | 026652 | Grant | 1,640,120 | 4/2/2018 | Undetermined |
| | | | | | | | | |
| John Bulger | Equity | RSU | 2008/PSU | 023233 | Vest | 3,120 | 7/10/17-7/9/18 | Undetermined |
| | | | | | | | | |
| Thomas Cashman | Equity | RSU | 2017/RSU | 025924 | Grant | 70,000 | 8/25/2017 | Undetermined |
| Thomas Cashman | Equity | RSU | 2017/RSU | 026455 | Grant | 80,000 | 3/1/2018 | Undetermined |
| Thomas Cashman | Equity | RSU | 2017/RSU | 026648 | Grant | 60,000 | 3/1/2018 | Undetermined |
| Thomas Cashman | Equity | RSU | 2017/RSU | 026649 | Grant | 60,000 | 3/1/2018 | Undetermined |
| Thomas Cashman | Equity | Exercised/Released | 2008/PSU | 021922 | Exercised | 1,666 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Exercised/Released | 2008/PSU | 022362 | Exercised | 676 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Exercised/Released | 2008/PSU | 024350 | Exercised | 5,592 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Exercised/Released | 2008/PSU | 024615 | Exercised | 3,061 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Vest | 2008/PSU | 021922 | Vest | 1,666 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Vest | 2008/PSU | 022362 | Vest | 676 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Vest | 2008/NQ | 022932 | Vest | 3,435 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Vest | 2008/PSU | 024350 | Vest | 5,592 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Vest | 2008/PSU | 024615 | Vest | 3,061 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Vest | 2008/ISO | 025775 | Vest | 426 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Vest | 2008/NQ | 025776 | Vest | 510 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Vest | 2008/ISO | I023637 | Vest | 5,498 | 7/10/17-7/9/18 | Undetermined |
| Thomas Cashman | Equity | Vest | 2008/NQ | N023637 | Vest | 1,486 | 7/10/17-7/9/18 | Undetermined |
| | | | | | | | | |
| Ian Halifax | Equity | RSU | 2008/PSU | 021355 | Vest | 2,916 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | Option | 2008/NQ | 022728 | Vest | 88,520 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | Option | 2008/NQ | 022737 | Vest | 8,680 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | RSU | 2008/PSU | 022741 | Vest | 23,437 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | Option | 2008/NQ | 023241 | Vest | 27,689 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | Option | 2008/ISO | I023557 | Vest | 4,911 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | Option | 2008/NQ | N023557 | Vest | 9,155 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | Option | EE08/NQ | T20305 | Vest | 123,055 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | RSU | 2008/PSU | 021355 | Exercised | 2,916 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | RSU | 2008/PSU | 022741 | Exercised | 23,437 | 7/10/17-7/9/18 | Undetermined |
| Ian Halifax | Equity | Option | EE08/NQ | T20305 | Exercised | 123,055 | 7/10/17-7/9/18 | Undetermined |
| | | | | | | | | |
| Kieran Harty | Equity | Option | 2008/PSU | 021349 | Vest | 2,916 | 7/10/17-7/9/18 | Undetermined |
| Kieran Harty | Equity | Option | 2008/NQ | 022738 | Vest | 41,666 | 7/10/17-7/9/18 | Undetermined |
| Kieran Harty | Equity | Option | 2008/PSU | 022742 | Vest | 125,000 | 7/10/17-7/9/18 | Undetermined |
| Kieran Harty | Equity | Option | 2008/NQ | 022774 | Vest | 3,472 | 7/10/17-7/9/18 | Undetermined |
| Kieran Harty | Equity | Option | 2008/NQ | 022775 | Vest | 64,236 | 7/10/17-7/9/18 | Undetermined |
| Kieran Harty | Equity | Option | 2008/NQ | 022776 | Vest | 6,080 | 7/10/17-7/9/18 | Undetermined |
| Kieran Harty | Equity | Option | 2008/NQ | 022777 | Vest | 44,269 | 7/10/17-7/9/18 | Undetermined |
| Kieran Harty | Equity | Option | 2008/ISO | T20127 | Vest | 50,890 | 7/10/17-7/9/18 | Undetermined |

In re Tintri, inc. Case No. 18-11625 (KJC)
SoFA Attachment 4
Insider payments or other property transfers (1 year)

| Name | Type Of Comp | Description | Plan/Type | Grant Number | Event | Shares | Date | Value |
|------|--------------|-------------|-----------|--------------|-------|--------|------|-------|
| Kieran Harty | Equity | Option | 2008/NQ | TN-20127 | Vest | 49,110 | 7/10/17-7/9/18 | Undetermined |
| Kieran Harty | Equity | RSU | | 021349 | Exercised | 2,916 | 7/10/17-7/9/18 | Undetermined |
| Kieran Harty | Equity | RSU | | 022742 | Exercised | 125,000 | 7/10/17-7/9/18 | Undetermined |
| | | | | | | | | |
| Harvey Jones | Equity | RSU | | 021776 | Vest | 2,600 | 7/10/17-7/9/18 | Undetermined |
| Harvey Jones | Equity | RSU | | 021776 | Exercised | 2,600 | 7/10/17-7/9/18 | Undetermined |
| | | | | | | | | |
| Kenneth Klein | Equity | RSU | 2017/RSU | 026314 | Grant | 234,925 | 3/29/2018 | Undetermined |
| Kenneth Klein | Equity | RSU | 2008/PSU | 021354 | Exercised | 6,666 | 7/10/17-7/9/18 | Undetermined |
| Kenneth Klein | Equity | RSU | 2008/PSU | 022740 | Exercised | 240,883 | 7/10/17-7/9/18 | Undetermined |
| Kenneth Klein | Equity | RSU | 2017/RSU | 026314 | Exercised | 234,925 | 7/10/17-7/9/18 | Undetermined |
| Kenneth Klein | Equity | RSU | EE08/NQ | T20291 | Exercised | 687,989 | 7/10/17-7/9/18 | Undetermined |
| Kenneth Klein | Equity | RSU | 2008/PSU | 021354 | Vest | 6,666 | 7/10/17-7/9/18 | Undetermined |
| Kenneth Klein | Equity | RSU | 2008/PSU | 022740 | Vest | 240,883 | 7/10/17-7/9/18 | Undetermined |
| Kenneth Klein | Equity | RSU | 2017/RSU | 026314 | Vest | 234,925 | 7/10/17-7/9/18 | Undetermined |
| Kenneth Klein | Equity | RSU | EE08/NQ | T20291 | Vest | 687,989 | 7/10/17-7/9/18 | Undetermined |