# EXHIBIT A

## Assumed Contracts

## Assumed Contracts

| Counterparty | Description | Cure |
|---|---|---|
| Cisco Systems Capital Corporation | Lease Agreement dated 11/10/16 | $0.00 |