IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 172** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING ON AUGUST 21, 2018, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR COURTROOM NO. 5, WILMINGTON, DELAWARE 19801[3]**

*PLEASE NOTE: AS ALL MATTERS ARE ADJOURNED, THIS HEARING HAS BEEN CANCELED.*

**CONTINUED MATTERS:**

1. Application of the Debtor Pursuant to 11 U.S.C. § 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Investment Banker for the Debtor *Nunc Pro Tunc* to the Petition Date and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [Filed: 7/20/18] (Docket No. 85).

    Response Deadline:  August 3, 2018, at 4:00 p.m. *(extended until August 7, 2018, at 4:00 p.m. for the UST; further extended for DIP Lender).*

    Responses Received:

    a. Informal comments from the UST.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] **Amended items are in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Related Documents:

a. [Proposed] Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Investment Banker for the Debtor *Nunc Pro Tunc* to the Petition Date and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [Filed: 7/20/18] (Docket No. 85, Exhibit C).

**Status:** **This matter is continued until August 22, 2018 at 1:00 p.m.**

2. Final Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing Debtor to Obtain Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 7/10/18] (Docket No. 10).

    Response Deadline: August 3, 2018, at 4:00 p.m.

    Responses Received: Informal comments from the Official Committee of Unsecured Creditors.

    Related Documents:

    a. [Signed] Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing Debtor to Obtain Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 7/11/18] (Docket No. 50).

    b. Notice of Entry of Interim Order and Final Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing Debtor to Obtain Secured Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed: 7/12/18] (Docket No. 58).

**Status:** **This matter is continued until August 22, 2018 at 1:00 p.m.**

Dated: August **20**, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
        jfiero@pszjlaw.com
        jlucas@pszjlaw.com
        joneill@pszjlaw.com
        crobinson@pszjlaw.com

*Attorneys for Debtor and Debtor in Possession*