# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In Re<br><br>TINTRI, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC) |

## DECLARATION OF TAMMY SMITH IN SUPPORT OF THE LIMITED OBJECTION TO THE POSSIBLE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND RESERVATION OF RIGHTS OF CISCO SYSTEMS CAPITAL CORPORATION

I, Tammy Smith, declare as follows:

1. I am a Workout Manager for Cisco Systems Capital Corporation (hereinafter "Cisco Capital"). I am authorized to make this declaration on behalf of Cisco Capital, I have personal knowledge of the facts stated in this declaration and, if sworn as a witness, I could testify competently thereto.

2. Cisco Capital is a wholly-owned subsidiary of Cisco Systems, Inc. ("Cisco Systems") and, among other activities, Cisco Capital enters into agreements to lease equipment (the "Equipment")[1] and software (the "Software") to third parties, and/or to provide financing with respect to Equipment, Software and services ("Services") leased and/or purchased by customers and channel partner resellers (the "Resellers") of Cisco Systems, Inc.

3. This declaration is filed in support of the *Limited Objection to the Possible Assumption and Assignment of Executory Contracts and Unexpired Leases and Reservation of Rights of Cisco Systems Capital Corporation* (the "Limited Objection") filed by Cisco

---

[1] Capitalized terms used in this Declaration, but which are not defined herein, shall have the meanings ascribed to them in the Limited Objection filed concurrently herewith

Capital with respect to the possible assumption of certain unexpired lease between Cisco Capital and Tintri, Inc., (the "Debtor").

## MAINTENANCE OF BUSINESS RECORDS

4.  In my official capacity, I have personal knowledge of the method by which Cisco Capital maintains records of its transactions with its customers, including accounts receivables. As a regular part of its business, Cisco Capital maintains permanent records of all its transactions in a computerized accounting system. All amounts due and owing to Cisco Capital by a party (individually, a "Customer" and, collectively, "Customers") pursuant to these transactions including, but not limited to, payments related to services rendered or equipment subject to a lease or other agreement, taxes, interest, fees and other charges (individually, an "Obligation" and, collectively, the "Obligations"), are entered in this accounting system at, or near, the time such Obligations are incurred. All payments made by a Customer with respect to Obligations, and all other credits and debits related to such Obligations, are entered in the accounting system at, or near, the time they are received and/or incurred. Each such entry is made in the regular course of business by employees of Cisco Capital who actually process these payments, receipts, credits and debits. If necessary, Cisco Capital can print hard copies of all entries.

5.  I also have personal knowledge of the manner by which Cisco Capital maintains records of its written contracts and leases, other documents related to its contracts and leases (including, without limitation, schedules, certificates of acceptance, and financing statements), and amendments to any of these documents (individually, a "Cisco Agreement" and, collectively, the "Cisco Agreements") with its Customers. As a regular part of its business, Cisco Capital maintains permanent records of all documents related to the Cisco Agreements and these records are compiled at the time, or near the time, that the document and/or information was received, or the events or transactions actually occurred.

///

## IDENTIFICATION OF CISCO CAPITAL LEASE

6. I have personally reviewed Cisco Capital's records relating to the Debtor, its Obligations and the Cisco Agreements pertaining to it, and I am personally familiar with these records and related matters.

7. Based thereon I am informed and state that, on November 21, 2016, Cisco Capital (as lessor) and Tintri, Inc. (as lessee) entered into the *Agreement to Lease Equipment No. 11304-MM002-0* (the "Cisco Capital Lease"). A true and accurate copy of the Cisco Capital Lease is attached hereto as Exhibit A and is incorporated by reference herein as if fully set forth.

8. Pursuant to the Cisco Capital Lease Cisco Capital agreed to lease the Equipment to the Debtor, and/or to extend financing for license fees with respect to the Software, maintenance fees and other fees for Services, taxes and other one-time charges or related expenses (together with the Software and Services, collectively, the "Soft Cost Items"), and the Debtor agreed to lease the Equipment and pay the monthly amount due pursuant to the Cisco Capital Lease with respect to the Equipment and the Soft Cost Items.

9. On December 19, 2016, the Debtor executed the *Certificate of Acceptance* and thereby acknowledged and agreed that, as of that date, (A) the Equipment and Software subject to the Cisco Capital Lease had been (i) delivered to the Debtor, (ii) inspected by the Debtor and found to be in good order and condition for the purpose for which it was intended and, (iii) was accepted irrevocably by the Lessee and, further, (B) the Soft Cost Items subject to the Cisco Capital Lease had been (i) received or incurred (as applicable) by the Debtor and (ii) irrevocably accepted by the Debtor. *See* the Cisco Capital Lease attached hereto as Exhibit A.

## BANKRUPTCY CASE

10. Based on information and belief, I am informed that, on July 10, 2018 (the "Petition Date"), the Debtor filed its voluntary petition in the above-captioned Court seeking

relief under Chapter 11 of title 11 of the United States Code.

11.     Based on information and belief, I am informed that, on July 18, 2018, the Debtor filed a motion to approve bidding procedures and sale procedures for the sale of substantially all of its assets (the "Sale Motion").[2]  Based on information and belief, I am informed that, on August 1, 2018, the Court entered its Order approving the bidding procedures requested in the Sale Motion (the "Bidding Procedures Order").[3]  The Bidding Procedures Order provides, among other things, procedures for assumption and assignment of unexpired leases and executory contracts by the Debtor.

12.     Based on information and belief, I am informed that, on August 17, 2018, the Debtors filed their *Notice to Counterparties to Executory Contracts and Unexpired Leases that May be Assumed and Assigned* (the "Cure Notice") [ECF 173] pursuant to the Bidding Procedures.  The Cure Notice states that (1) Cisco Capital is the counterparty to that certain executory contract identified as the "Lease Agreement dated 11/10/16", (2) such agreement is an executory contract that may be assumed and assigned pursuant to the pending Sale Motion, and (3) the monetary default that must be cured with respect to such contract is $0.00.

///

///

---

[2] See, *Motion for Entry of an Order (I)(A) Authorizing Entry into the Asset Purchase Agreement with Respect to the Sale of Substantially all of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions, (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances, Claims, Encumbrances and Interests and (B) the Assumption and Assignment of Certain Contracts and Leases, and (III) Granting Related Relief (the "Sale Motion")* [ECF 71]

[3]  See, *Order (I)(A) Authorizing Entry into the Asset Purchase Agreement with Respect to the Sale of Substantially all of the Debtor's Assets, (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor, (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto, (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts, (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions, and (F) Granting Related Relief* (the "Bidding Procedures Order") [ECF 113]

## THE CURE AMOUNT

13. Based on my review of Cisco Capital's books and records pertinent to the Debtor's account, I declare and state that (a) the Debtor has failed to pay all amounts due and owing pursuant to the Cisco Capital Lease, and (b) more specifically, as of August 20, 2018 the aggregate amount of **$29,216.60** (the "Cisco Capital Cure Amount") remains due and owing, but unpaid, by the Debtor pursuant to the Cisco Capital Lease, and such amount includes (1) $16,728.86 for amounts due as of the Petition Date, and (2) $12,487.74 for accrued amounts due and owing for the period from and after the Petition Date through August 1, 2018. A summary of the Cure Amount is set forth below:

| Invoice No. | Invoice Due Date | Total Outstanding (USD) | Pre-petition | Post-petition Accrued | Future Billing |
|---|---|---|---|---|---|
| 256602 | 1-May-18 | $ 7,304.15 | $ 7,304.15 | | |
| 274026 | 1-Jun-18 | $ 7,304.15 | $ 7,304.15 | | |
| 297204 | 1-Jul-18 | $ 7,304.15 | $ 2,120.56 | $ 5,183.59 | |
| 308066 | 1-Aug-18 | $ 7,304.15 | | $ 7,304.15 | |
| 323948 | 1-Sep-18 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Oct-18 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Nov-18 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Dec-18 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Jan-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Feb-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Mar-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Apr-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-May-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Jun-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Jul-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Aug-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Sep-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Oct-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Nov-19 | $ 7,304.15 | | | $ 7,304.15 |
| TBD | 1-Dec-19 | $ 7,304.15 | | | $ 7,304.15 |
| | | **$ 146,083.00** | **$ 16,728.86** | **$ 12,487.74** | **$ 116,866.40** |

14. Further, from and after September 1, 2018 through the expiration of the Cisco Capital Lease, additional amounts will accrue and become due and owing pursuant to the Cisco Capital Lease in an amount not less than $116,866.40 (collective, the "Future Rents").

Executed this 20th day of August 2018 at San Jose, California

_____
**Tammy Smith**