# SCHEDULE A

*Cure Amounts for 301-311 Ravendale Drive, Mountain View, California*

| CHARGE | AMOUNT |
|---|---|
| Basic Rent | July 2018 in the amount of $27,687.33 |
| Interest | Eight Percent (8%) *per annum* |
| Late Charges | July 2018 in the amount of $27,563.43 |
| Common Area Maintenance ("CAM") Expenses | July 2018 in the estimated amount of $52,335.54 |
| Maintenance | All costs and expenses arising out of or in connection with Debtor's failure to comply with the requirements of sections 5 and 9 of the Lease, including the failure of Tenant to keep the improvements and the sidewalks and curbs adjoining the same, and the parking lot located on the Premises in good and substantial order and repair and to make all structural exterior and interior repairs, renewals and replacements thereof. |
| Additional Rent | All other additional rent payable under the Lease. |
| Credit for Actual CAM Expenses Incurred *versus* Estimated CAM Expenses Charged | ($25,949.33) as of August 17, 2018 |