# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TINTRI, INC.,[1] | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>**Related D.I.**: 122 |

## OBJECTION OF ZUORA, INC. TO THE NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

Zuora, Inc. ("Zuora"), on behalf of its subsidiary, Leeyo Software, Inc. ("Leeyo"), by and through its undersigned counsel, hereby respectfully submits this Objection (the "Objection") to the *Notice of (I) Possible Treatment of Subject Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto* [D.I. 122] (the "Cure Notice") filed by the above-captioned debtor (the "Debtor"). In support of this Objection, Zuora respectfully states as follows:

## PRELIMINARY STATEMENT

Zuora does not seek to prevent the Debtor from completing the sale of its interests in certain leases and executory contracts identified in the Cure Notice. However, as part of its proposed sale, the Debtor must ensure that its contract counterparties, such as Zuora and Leeyo,[2] receive full payment of amounts currently due under the applicable executory contracts and that adequate assurance of future performance is provided regarding contractual obligations and upcoming payments, as required under section 365(b)(1)(A) and (C) of title 11 of the United States Code, §§ 101–1532 (as amended, the "Bankruptcy Code").

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Tintri, Inc. (6978). The headquarters and service address for the above-captioned Debtor is 303 Ravendale Drive, Mountain View, CA 94043.

[2] Leeyo is the named contract counterparty in the contracts identified by the Debtor in the Cure Notice. Subsequent to entry of the agreements, however, and as permitted under the terms of the parties' agreements, Zuora acquired Leeyo through a merger transaction such that Leeyo became a subsidiary of Zuora. For purposes of this Objection, "Zuora" and "Leeyo" are used interchangeably to refer to the same party in interest.

**BACKGROUND**

**The Contract**

1. Pursuant to that certain Master License and Services Agreement (the "License Agreement"), dated as of December 24, 2014, between Tintri, Inc. (the Debtor) and Leeyo Software, Inc. (Leeyo), Zuora provides certain business automation software and revenue management services to the Debtor. A true and correct copy of the License Agreement is attached hereto as **Exhibit A**.

2. Pursuant to the License Agreement, on December 24, 2014, the Debtor issued that certain Subscription Services Order (the "Subscription Order"). A true and correct copy of the Subscription Order is attached hereto as **Exhibit B**. Pursuant to the Subscription Order, the Debtor agreed to pay Zuora a flat "subscription fee" in the amount of $50,000.00 (the "Subscription Fee") at the outset of each billing period of the Subscription Term.

**This Bankruptcy Case**

3. On July 10, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code. The Debtor remains in possession of its property and continues to manage its businesses as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

**The Sale Motion and Cure Notice**

4. On July 18, 2018, the Debtor filed the *Motion for Entry of an Order (I)(A) Authorizing Entry into the Asset Purchase Agreement with Respect to the Sale of Substantially all of the Debtor's Assets; (B) Approving Bid Procedures for the Sale of Substantially All of the Assets of Debtor; (C) Scheduling an Auction and Hearing to Consider the Sale and Approve the*

*Form and Manner of Notice Related Thereto; (D) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts and Leases, Including Notice of Proposed Cure Amounts; (E) Approving Certain Breakup Fee and Expense Reimbursement Provisions; (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests and (B) the Assumption and Assignment of Certain Contracts and Leases; and (III) Granting Related Relief* [D.I. 71] (the "Sale Motion").

5. Thereafter, on August 3, 2018, the Debtor filed the Cure Notice to notify contract counterparties regarding (i) the Sale Hearing scheduled to occur on August 28, 2018 and (ii) the proposed cure amounts allocated by the Debtor to each of the contracts that may be assumed and assigned in connection with the Sale Motion (the "Proposed Cure Amounts"). The Proposed Cure Amount in the Cure Notice allocated to Zuora is $50,000.00.

## ARGUMENT

**Zuora Disputes the Debtor's Proposed Cure Amount**

6. Zuora disputes the Proposed Cure Amount. The correct cure amount for the License Agreement and Subscription Order, as set forth therein and for the foregoing reasons, is $110,000.00 (the "Zuora Cure Amount").

7. The Proposed Cure Amount corresponds with the Subscription Fee[3] due by the Debtor to Zuora at the outset of each new "term" under the License Agreement and Subscription Order. The most recent "term" began, and thus the obligation to pay the most recent Subscription Fee arose, on May 12, 2018. An invoice for the Subscription Fee was sent by

---

[3] The Subscription Fee is also referred to in the Subscription Order as a "Renewal Term Payment." *See* Exhibit B at ¶ 4(d).

Zuora to the Debtor on June 15, 2018 (the "Subscription Fee Invoice"). A true and accurate copy of the Subscription Fee Invoice is attached hereto as **Exhibit C**.

8. In addition to the Subscription Fee, the Subscription Order provides for an additional payment in the event that the revenue processed pursuant to the License Agreement exceeded $100,000,000.00 during the preceding "reporting year." Pursuant to the Subscription Order, the Debtor was obligated to provide a "report showing all revenue processed by the Subscription Service . . . during the Reporting Year" (the "Report"). Subscription Order, Ex. A, ¶ 2(a). Further pursuant to the Subscription Order, such report "is due within 60 days after the end of the Reporting Year." *Id.* The most recent "reporting year" ended on May 11, 2018 and, therefore, the Report was due to be provided to Zuora on or before July 10, 2018.

9. As of the date hereof, the Report for the reporting year ending May 11, 2018 has not been provided. The Debtor's recent public SEC filings indicate, however, that revenue processed by the Debtor during the reporting year preceding the current reporting period exceeded $100,000,000.00, thereby giving rise to an additional $60,000.00 owed by the Debtor to Leeyo pursuant to the Subscription Order and Licensing Agreement (the "Additional Subscription Fee"). Accordingly, an invoice for the Additional Subscription Fee is attached hereto as **Exhibit D**. A true and correct copy of the Debtor's 10K report for the fiscal year ending January 31, 2018 is attached hereto as **Exhibit E**.

10. Zuora files this Objection seeking modification of the Proposed Cure Amount allocated to the License Agreement and Subscription Order to include the Additional Subscription Fee.

## RESERVATION OF RIGHTS

11. Zuora reserves the right to amend and supplement this Objection, including, without limitation, modifying the Zuora Cure Amount.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, Zuora requestes that the Court enter an order: (i) conditioning the assumption and assignment of the License Agreement and Subscription Order on the Debtor or any proposed assignee promptly paying the Zuora Cure Amount; (ii) requiring the Debtor and any proposed assignee to continue to comply with all obligations under the Subscription Order, including the timely issuance of the Reports; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: August 21, 2018
       Wilmington, Delaware

BAYARD, P.A.

*/s/ GianClaudio Finizio*
Neil B. Glassman (No. 2087)
GianClaudio Finizio (No. 4253)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com
      gfinizio@bayardlaw.com

*Attorneys for Zuora, Inc.*