# EXHIBIT B
# (Subscription Order)

DocuSign Envelope ID: 058294F2-AC1A-47D8-B1C4-2BE08778DDC4

# SUBSCRIPTION SERVICES ORDER

This Subscription Services Order ("**Order**"), effective as of December 24, 2014 ("**Effective Date**"), is issued pursuant to and is subject to the Master License and Services Agreement dated December 24, 2014 (the "**Agreement**") between Leeyo Software, Inc. ("**Leeyo**") and Tintri, Inc. ("**Client**"). Unless specifically defined otherwise in this Order, capitalized terms shall have the meaning ascribed to them in the Agreement.

1. **Definitions**.

   "**Delivery**" or "**Delivered**" is the date when Leeyo makes the Licensed Software available to Client pursuant to Section 4 below.

   "**Documentation**" means those online and written materials describing the use and implementation of the Subscription Services provided by Leeyo to Client.

   "**Initial Subscription Period**" is the initial period during which Leeyo will provide Subscription Services, beginning on the Effective Date above, and ending on the later of (a) one (1) year after Delivery, in the situation where Leeyo is not providing implementation Services under a Services Order, or (b) one (1) year after Acceptance, in the situation where Leeyo is providing implementation Services under a Services Order.

   "**Initial Subscription Term**" is defined in Section 3.1 below.

   "**Licensed Software**" means the version of Leeyo's software product(s) hosted by Leeyo to provide Subscription Services to Client under this Order, as specified in Exhibit A.

   "**Subscription Fee**" is the amount of money payable by Client for the Subscription Services, as specified in Exhibit A.

   "**Subscription Services**" means (a) online access to the Licensed Software via an online, web-based connection, and (b) Support for the License Software, as described in Exhibit B.

   "**Subscription Term**" means the Initial Subscription Term and any Renewal Term.

   "**Transaction Record**" means each discrete transaction record from Client's internal accounting systems, including contract lines, order lines and invoices lines.

2. **Subscription Services**. During the Subscription Term, and for the Subscription Fee, Leeyo will provide Client with the Subscription Services, in accordance with and subject to the following terms.

   2.1 <u>Delivery</u>. Leeyo will make the Subscription Services available to Client within ten days after the Effective Date.

   2.2 <u>Subscription License</u>. In order for Client to utilize the Subscription Service, Leeyo grants to Client, and Client accepts, a non-exclusive, non-transferable, non-sublicensable, limited license during the Subscription Term, to access, use, perform and display the Licensed Software solely for its internal business purpose. <u>Leeyo reserves all rights not expressly granted to Client herein</u>.

   2.3 <u>Hosting Environment</u>. Leeyo will be responsible for providing and maintaining the hosting environment for the Licensed Software. Leeyo will host the Licensed Software on servers located at its facility or a third party managed hosting services facility (which may include cloud computing). Leeyo reserves the right to transfer the Licensed Software to a different facility.

   2.4 <u>Access to Licensed Software</u>. Leeyo will provide online access to the Licensed Software through a secured Internet accessible website. Client system requirements necessary to access and use the Subscription Services are set forth in the Documentation.

   2.5 <u>Restrictions</u>. The Subscription License granted in Section 2.2 above is subject to the following restrictions and conditions: (a) the Subscription Service can be used by Client (or by authorized subcontractors on behalf of Client) solely to process its own revenue transactions, and they may not be used by another entity or for any other purpose without the prior written consent of Leeyo; (b) Client may only outsource or subcontract the operation of the Subscription Service to a third party with the prior written consent of Leeyo; (c) Client agrees that neither Client nor its employees, representatives and/or

agents shall use the Subscription Service in a manner that violates any foreign, federal, state or local law or regulation; and (d) Client is authorized to use the Subscription Service to process up to the Subscription Parameter set forth in Exhibit A, Section 2, if any.

2.6 <u>Data Availability and Backup Services</u>.  Data and Transaction Records are available to Client in the Licensed Software while Client's transaction revenue recognition cycle is still open (either waterfall is in flight or revenue still pending to release).  Within a period of 6 months following completion of the transaction's revenue recognition cycle, if the transaction is not in the current financial year, the transaction data may be moved to an archival environment.  Archived data will be available during the term of the Agreement.  Leeyo will back up the Transaction Records and output data files in its possession, provided, however, Leeyo is not obligated to retain Transaction Records or output data files for a period longer than twelve (12) months following termination or expiration of this Order.  Backup services will consist of: (a) daily incremental data backup to a secondary storage unit, each of which shall be retained for 30 days, (b) weekly full data backup to a secondary storage unit, each of which shall be retained for four (4) weeks, and (c) monthly full system and data backup to a secondary storage unit, each of which shall be retained for 12 months.

2.7 <u>Client Responsibilities</u>.  Client is responsible for: (a) providing and maintaining all hardware and third party software within its computer systems and networks to access and use the Subscription Services, (b) submitting its Transaction Records to Leeyo in the established standard format and specifications set forth in the Documentation, (c) maintaining a data backup system and procedure for Transaction Records, (d) maintaining its own security policies and procedures with respect to its use of the Subscription Services and access to the Transaction Records, (e) assigning and designating personnel to assist Leeyo on technical or data issues and otherwise cooperate with Leeyo in its provisioning of the Subscription Services, (f) ensure the cooperation of those third parties involved with or connected to the Subscription Services to require them to supply the requested Transaction Records, information and other support necessary for Leeyo to provide the Subscription Services, and (g) the accuracy and completeness of the Transaction Records.

3. **Subscription Term and Termination.**

3.1 <u>Subscription Term</u>.  This Order shall commence on the Effective Date and shall continue for two years from the end of the Initial Subscription Period (the "**Initial Subscription Term**").  This Order will then renew automatically for successive one-year terms (each, a "**Renewal Term**"), unless either Party provides written notice to the other Party of its intent not to renew at least 90 days prior to the expiration of the then-current term.

3.2 <u>Effect of Termination</u>.  Upon expiration or any termination of this Order, (a) all rights to use the Subscription Services will automatically expire and Client will use reasonable efforts to remove all copies of the Documentation from Client's computers and return or destroy all physical copies thereof; (b) all amounts due through the effective date of the termination shall remain due and payable in accordance with their respective terms, (c) both Parties will promptly return to the other Party all of its Confidential Information, and (d) upon request, Leeyo will provide to Client an electronic copy of all Transaction Records and output data files in its possession in such format and by such method and fees as the parties may reasonably agree.  This Section 3.2 will survive any termination or expiration of this Order.

4. **Fees**.  Client agrees to pay Leeyo the fees set forth in Exhibit A to this Order, subject to the payment terms set forth in Section 4.2 of the Agreement.  During the Subscription Term, Client will pay Subscription Fees to Leeyo on the following dates:

(a) <u>Initial Subscription Term – 1st Payment</u>:  Effective Date.

(b) <u>Initial Subscription Term – 2nd Payment</u>: at the end of the Initial Subscription Period.

(c) <u>Initial Subscription Term – 3rd Payment</u>: one year after the end of the Initial Subscription Period.

(d) <u>Renewal Term Payments</u>: at the beginning of each Renewal Term.

5. **Warranties**.

| Availability Percentage | Service Credit |
|---|---|
| 99.5% | 3% |

5.1 <u>Subscription Services Warranty</u>.  Leeyo warrants to Client: (a) that commercially reasonable efforts will be made to maintain the availability of the Subscription Service for a minimum of 99.5 percent of time in any given calendar month ("**Availability**"), as provided in the chart below (*excluding* scheduled maintenance outages, force majeure, and outages that result from any Client technology issues); and (b) the Online Service will operate substantially in accordance with the applicable specifications or documentation for such service and that the functionality or features of the Online Service may change but will not materially decrease during the Subscription Term.

(i) <u>Service Commitments and Service Credits</u>.  If Leeyo fails to meet the Availability Percentage above in any given calendar month (an "**SLA Deficiency**"), Client will be eligible to receive the Service Credit above for each full percentage of availability below the Availability Percentage, to be applied to the next invoice for the Subscription Fee.  During any given billing period, Client is eligible to receive up to three (3) Service Credits.

(ii) <u>Credit Request and Payment Procedures</u>.  To receive a Service Credit, Client must submit a written request to Leeyo within thirty (30) days after the end of the applicable measurement month in which the SLA Deficiency occurred.  Once the parties mutually agree upon the occurrence of the reported SLA Deficiency, then Leeyo will issue the Service Credit on the next invoice for the Subscription Fee. Client's failure to provide such request, or any other information reasonably requested by Leeyo to help it confirm the SLA Deficiency, will disqualify Client from receiving the Service Credit.  Client's exclusive remedy, and Leeyo's sole obligation, for SLA Deficiencies, will be for Leeyo to provide the Service Credit.

5.2 <u>SLA Exclusions</u>. The Subscription Service may be interrupted or contain an error.  The warranty in Section 5.1 (a) above does not apply to any unavailability any other performance issues: (A) caused by factors outside of Leeyo's reasonable control, including any force majeure event or Internet access or related problems beyond the demarcation point of Leeyo's hardware used to provide the Online Services; (B) due to regularly scheduled maintenance to the Online Service; (C) that result from any actions or inactions of Client or any third party; (D) that result from Client's equipment, software or other technology and/or third party equipment, software or other technology (other than third party equipment within Leeyo's direct control); (E) that cannot be corrected because the Client is inaccessible.

5.3 <u>Support Warranty</u>.  Leeyo warrants that (a) Support may change but will not materially degrade during the Subscription Term, and (b) it will perform Support in a professional and workmanlike manner in accordance with Exhibit B attached hereto and generally accepted industry practices.  If Client identifies a failure of Support to conform to this warranty, Client must notify Leeyo within 30 days after the defective Support was performed, and Leeyo will use its commercially best efforts to fix the defect.

IN WITNESS WHEREOF, the Parties have duly executed this Order as of the Effective Date.

| LEEYO SOFTWARE, INC. | | TINTRI, INC. (**Client**) |
|---|---|---|
| Signature: *Jagan Reddy* (DocuSigned by) | | Signature: *Michael Coleman* (DocuSigned by) |
| Printed Name: Jagan Reddy | | Printed Name: Michael Coleman |
| Title: CEO | | Title: VP Legal |
| Legal Approval [DS] *KS* | Sales Approval [DS] *(signature)* | |

**EXHIBIT A**
**SUBSCRIPTION FEES**

**1. SubscriptionFees.** Client will pay Leeyo the Subscription Fee set forth in the table below for each billing period of the Subscription Term, subject to increases pursuant to Section 2 below.

| Order Code | Licensed Software provided through the Subscription Service | Subscription Fee |
|---|---|---|
| SUB-CENT-001 | RevPro OnCloud Enterprise Edition | $50,000 |

**2. Subscription Parameters:**

2.1 <u>Revenue Capacity</u>. The license granted in Section 2.2 of the Order Form authorizes use of the Subscription Service to process up to $100,000,000 of Client's annual revenue calculated in accordance with Generally Accepted Accounting Principles (GAAP) ("**Licensed Revenue Volume**" or "**LRV**").

(a) For each year beginning on the date of Acceptance (the "**Reporting Year**"), Client will provide Leeyo a report showing all revenue processed by the Subscription Service (the "**Report**") during the Reporting Year. The Report is due within 60 days after the end of the Reporting Year.

(b) If the Report shows that Client processed revenue in excess of the LRV, Client will pay Leeyo Additional Subscription Fees as follows:

| Each Additional Block of Revenue | Additional Subscription Fee |
|---|---|
| each $100,000,000 block of revenue, up to $500,000,000 | $60,000 |
| Over $500,000,000 | No Additional Fees |

(c) Client will pay the Additional Subscription Fees on the earlier of (i) 60 days from the date Client is required to deliver the Report or, (ii) in accordance with the payment terms set forth in Section 4.2 of the Agreement when Leeyo invoices for such Additional Fees.

(d) For each subsequent Reporting Year, the new Licensed Revenue Volume will be the prior Reporting Years' LRV plus the additional block of revenue resulting from the Report for such prior Reporting Year.

2.1 <u>Transaction Capacity</u>. For the Subscription Fee, and as a feature of the Subscription Services, Client may use the Subscription Service to process up to 6,000,000 Transaction Records during the Initial Subscription Term (as defined in Section 2.1 above), and 3,000,000 Transaction Records for each Renewal Term **("Licensed Transaction Volume**" or "**LTV")**. Leeyo will report to Client the number of Transaction Records processed on a monthly basis and upon request by Client. If Client processes Transaction Records in excess of the LTV, the performance of the Subscription Services may be degraded. In such event, Client may:

(a) Maintain the LTV at its current level, thereby accepting the risk of such degraded performance and waiving any claims against Leeyo for the same; <u>provided</u>, however, if Client elects this option, Leeyo reserves the right to renegotiate the terms of this Order if the effect of such election materially degrades performance of Leeyo's overall system and the services it provides to its other customers; or

(b) Increase the LTV level in blocks of 2,000,000 Transaction Records, by paying to Leeyo the then-current price to increase the Subscription Fee accordingly.

2.2 <u>Data Availability Capacity</u>. For the Subscription Fee, and as a feature of the Subscription Services, Leeyo will make available for processing Client's prior three year's of Transaction Records in the Licensed Software for processing ("**Real Time Access**"). For any Transaction Record that has completed its life cycle (*i.e.,* 100% of the revenue has been taken/recognized), Leeyo will archive such record to another system that can be accessed by Client on a read-only basis. If Client desires to keep archived Transaction Records available for Real Time Access past three years, then Client must pay the then-current fee for such capability.

DocuSign Envelope ID: 058294F2-AC1A-47D8-B1C4-2BE08778DDC4

# EXHIBIT B

# SUPPORT SERVICES

Support services include:

1. **Software Maintenance**: Leeyo will correct, at no additional charge, any failure, error or malfunction of the Software so that it will operate according to its Documentation. Leeyo will maintain a customer support online portal for use by Client to assist it in troubleshooting Software errors, malfunctions or other issues and to initiate Software Failure Helpdesk Tickets.

2. **Support:** After Acceptance, Leeyo shall provide Software support and accept help desk tickets through Leeyo's online portal. Client may report and Leeyo shall handle all Priority 1 and 2 Level issues (critical Software errors as described in subsection 6 hereafter) twenty-four hours per day and three hundred and sixty five days per year (hereafter, "**24X7**"). Client may also make telephone support requests during "Business Hours" (9:00 a.m. to 5:00 p.m. PST) and during non-business hours to an emergency 24X7 telephone support service desk that will notify Leeyo's on-call technical support engineer of the reported Software issue.

3. **Software Updates:** Leeyo will periodically provide Software updates to correct Software errors or bugs and deliver Software enhancements. ("**Software Update**").  Leeyo will provide Client at least a one (1) month advance written notice prior to commercial release of a Software Update. Software Updates are part of Software Support and are provided at no additional charge to Client, provided that (i) Software Updates will only be provided for the Software Modules licensed by the Client and (ii) other Software Modules that are not licensed by Client are priced separately and not considered Software Updates. In the event Client requests Leeyo to develop a particular Software Modification or Custom Software (as defined in a Order, Project Plan, statement of work, or change order and later a Software Update will not work with such Software Modification or Custom Software without further services by Leeyo, then Leeyo may charge a fee for those services.  Any Software Updates, new releases, service packs, modifications to Software provided to Client under Software Support will be considered "Software" subject to the Agreement and attached Orders.

4. **Maintenance Response:** After Acceptance, Leeyo will support Client's 1st Call Desk". Leeyo will provide timely response and corrections to issues reported by the 1st Call Desk that are believed to be Software failures, errors or malfunctions.  Client's 1st Call Desk will evaluate its internal production and user issues and report those items it reasonably believes are a Software error or malfunction by opening a "Software Failure Helpdesk Ticket" using Leeyo's online portal support.

5. **Software Error or Malfunctions are assigned a priority level as follows**:

    <u>Priority Level 1</u>: <u>A critical problem</u>.  A "**Priority Level 1**" problem is a Software failure that prevents Software installation, causes the Software or the operating system to fail completely, requires constant restarting of the Software or results in irretrievable corruption or loss of data or the failure of a critical function that keeps Client from performing its critical business functions in a timely manner or Client to close its books in a timely manner. And at the time of Client reporting the failure, it is unaware of any work-around or other solution to correct the failure.

    <u>Priority Level 2</u>: <u>A serious problem has occurred</u>.  A "**Priority Level 2**" problem prevents Client from using a documented function of the Software that materially prevents or inhibits Software from accomplishing the task(s) for which it was designed.

    <u>Priority Level 3</u>: <u>A non-critical loss of functionality</u>.  A "**Priority Level 3**" problem occurs when Software does not work explicitly as it is documented, but the problem does not cause a failure of critical Software functionality or a critical data error.

    <u>Leeyo acknowledges that Client will be closing its financial books after the end of each calendar month and agrees that any problems reported by Client during the first five (5) business days of each calendar month shall be considered to be Priority Level 1 problems and shall be addressed by Leeyo accordingly</u>.

6. **Service Level Response Time Requirement**:

    **For Priority Level 1 issues**, Leeyo will respond as soon as possible but not longer than sixty (60) minutes from receipt of Client's Software Failure Helpdesk Ticket and within eight (8) hours of collecting the necessary information, provide a root cause analysis of the cause of the reported Software error or malfunction. Based on the complexity of the problem, Leeyo will provide a resolution or temporary work-around (hereafter "**Resolution**") as soon as possible.  Until Leeyo has

*Subscription Services Order - Form v.10-29-14*  *Subscription Services Order [Tintri] (Executable version 12-23-14)*
*Leeyo Software Confidential and Information*

DocuSign Envelope ID: 058294F2-AC1A-47D8-B1C4-2BE08778DDC4

provided a Resolution, Leeyo will continue to assign a senior software engineer fully dedicated with highest priority to isolate, diagnose and identify a Resolution. If a Resolution is not provided within one (1) business day and until the Resolution is provided, Leeyo will notify Client's designated technical representative every twelve (12) hours of its activities to find a Resolution.

If Resolution is not provided for a Priority Level 1 issue within two (2) days, Leeyo will notify Management of the unresolved Priority Level 1 issue and its attempts to diagnose and resolve it and provide Leeyo's continuing plan to provide a Resolution and Leeyo shall continue to use its commercially best efforts to provide a Resolution.

**For Priority Level 2 issues,** Leeyo shall respond as soon as possible but not longer than sixty (60) minutes from receipt of Client's Software Failure Helpdesk Ticket and within eight (8) hours of collecting the necessary information, provide a root cause analysis of the cause of the reported Software error or malfunction. Client and Leeyo will set an agreed upon time-frame for isolating, diagnosing and finding a resolution based upon the circumstances of the Priority Level 2 issue and its effect on Client's use of Software and Leeyo shall use it's commercially best efforts to provide such Resolution within a period of time that meets Client business needs.

**For Priority 3 Level issues**, Leeyo will respond within one (1) working day of Client's Software Failure Helpdesk Ticket reporting a Priority Level 3 Software error. Client and Leeyo shall establish an agreed upon time-frame to establish a resolution based upon the circumstances of the Priority Level 3 issue relative to the effect the issue has on Client's use of Software and Leeyo shall provide a resolution within a time frame that meets Client business needs. If the reported issue is an error in or lack of Software documentation, Leeyo will not be required to correct the documentation until its next Software documentation release.

7. **Maintenance of Prior Software Release:** Leeyo may in the future offer a new release of Software to customers for an additional fee (hereafter "**New Software Release**"). Leeyo will provide at least a six (6) month prior notice of a New Software Release and continue Software Support of the immediately prior Software release for at least six (6) months from the New Software Release date. Thereafter, Leeyo will not be obligated to provide Software Support for the replaced Software release unless Client agrees to pay an agreed upon Software support fee to support a replaced Software version for longer than six (6) months after its replacement date.

8. **On-Site Support and Non-Software Issues:**

    (a) On-Site Fee. If Client requests Leeyo to provide on-site consulting that Leeyo is not already obligated to perform under Software Support, then Leeyo may charge its then prevailing rate and travel costs.

    (b) Other Consulting Requests. In the event a Software issue including a Priority Level 1 or Priority Level 2 issue is reported by Client that is later determined did not result from a Software error or malfunction, or act or omission of Leeyo, but was rather primarily due to a failure of another Client system, or act or omission of the Client, then Leeyo may charge for its time spent isolating or diagnosing the actual cause after such accumulative time spent exceeds eight (8) hours in any annual Software Support period. Further, if the issue cannot be isolated, diagnosed and resolved by Leeyo using its available remote access or off-site procedures, then with Client approval, a Leeyo system engineer may go on-site to attempt to resolve the reported issue. If the Parties determined the cause was not a Software failure then Leeyo may charge for its on-site Service and its direct travel costs related thereto.