# EXHIBIT C
# (Subscription Fee Invoice)

 

**Invoice Date:** May 16, 2018
**Invoice Number:** INV00124341
**Payment Term:** Net 30
**Due Date:** June 15, 2018

3050 South Delaware Street, Suite #301
San Mateo, CA 94403
United States

## Billing Details

| | | |
|---|---|---|
| **Account Name:** Tintri, Inc. | | |
| **Billing Contact:** Betty Madrigal | **Sold To Contact:** Betty Madrigal | **Currency:** USD |
| **Phone:** | **Phone:** | |
| **Email:** AP@Tintri.com | **Email:** AP@Tintri.com | **PO#:** |
| **Billing Address:** 303 Ravendale Drive<br>Mountain View California, 94043<br>United States | **Sold To Address:** 303 Ravendale Drive<br>Mountain View California, 94043<br>United States | |

| Subscription | Product Name | Product Type | Service Period | Quantity | Total |
|---|---|---|---|---|---|
| A-S00008654 | RevPro | OnCloud Enterprise Edition Bundle | May 12, 2018 - May 11, 2019 | 1 | USD 50,000.00 |

**Comments:**

| | |
|---|---|
| **Sub Total:** | USD 50,000.00 |
| **Tax:** | USD 0.00 |
| **Total:** | USD 50,000.00 |

## Payment Information

| Contact: | Remit To: | Wire to: |
|---|---|---|
| ar@zuora.com | Zuora, Inc. | FBO: Zuora, Inc. |
| 3050 South Delaware Street, Suite #301 | 3050 South Delaware Street, Suite #301 | Silicon Valley Bank |
| San Mateo, CA 94403 | San Mateo, CA 94403 | 3003 Tasman |
| United States | United States | Santa Clara, CA 95054 |
| 1 (650) 933-5408 | | United States |
| | | 1 (408) 654-7400 |
| | | Routing #: 121140399 |
| | | Account #: 3300543103 |
| | | SWIFT Code: SVBKUS6S |