# EXHIBIT D
# (Additional Subscription Fee Invoice)



# INVOICE

**Invoice Date:** August 20, 2018
**Invoice Number:** INV00131995
**Payment Term:** Net 30
**Due Date:** September 19, 2018

3050 South Delaware Street, Suite #301
San Mateo, CA 94403
United States

## Billing Details

**Account Name:** Tintri, Inc.
**Billing Contact:** Betty Madrigal
**Phone:**
**Email:** AP@Tintri.com
**Billing Address:** 303 Ravendale Drive
Mountain View California, 94043
United States

**Sold To Contact:** Betty Madrigal
**Phone:**
**Email:** AP@Tintri.com
**Sold To Address:** 303 Ravendale Drive
Mountain View California, 94043
United States

**Currency:** USD
**PO#:**

| Subscription | Product Name | Product Type | Service Period | Quantity | Total |
|---|---|---|---|---|---|
| A-S00008654 | RevPro | OnCloud Enterprise Edition Bundle | May 12, 2018 - May 11, 2019 | 1 | USD 60,000.00 |

**Comments:**
Cost of excess amount in Licensed Revenue Volume.

| | |
|---|---|
| **Sub Total:** | USD 60,000.00 |
| **Tax:** | USD 0.00 |
| **Total:** | USD 60,000.00 |

## Payment Information

**Contact:**
ar@zuora.com
3050 South Delaware Street, Suite #301
San Mateo, CA 94403
United States
1 (650) 933-5408

**Remit To:**
Zuora, Inc.
3050 South Delaware Street, Suite #301
San Mateo, CA 94403
United States

**Wire to:**
FBO: Zuora, Inc.
Silicon Valley Bank
3003 Tasman
Santa Clara, CA 95054
United States
1 (408) 654-7400
Routing #: 121140399
Account #: 3300543103
SWIFT Code: SVBKUS6S