# EXHIBIT E
# (10K)

## Tintri, Inc. (Filer) CIK: 0001554875

**Print Document**  View Excel Document

- Cover
  - Document and Entity Information
- Financial Statements
  - Consolidated Balance Sheets
  - Consolidated Balance Sheets (Parenthetical)
  - Consolidated Statements of Operations
  - Consolidated Statements of Comprehensive Loss
  - Consolidated Statements of Convertible Preferred Stock and Stockholders' Deficit
  - Consolidated Statements of Convertible Preferred Stock and Stockholders' Deficit (Parenthetical)
  - Consolidated Statements of Cash Flows
- Notes to Financial Statements
- Accounting Policies
- Notes Tables
- Notes Details
- All Reports

| Consolidated Statements of Operations - USD ($) $ in Thousands | 12 Months Ended | | |
|---|---|---|---|
| | Jan. 31, 2018 | Jan. 31, 2017 | Jan. 31, 2016 |
| **Revenue:** | | | |
| Product | $ 90,793 | $ 97,330 | $ 68,652 |
| Support and maintenance | 35,111 | 27,775 | 17,360 |
| Total revenue | 125,904 | 125,105 | 86,012 |
| **Cost of revenue:** | | | |
| Product | 38,959 | 34,738 | 25,138 |
| Support and maintenance | 13,907 | 9,437 | 7,110 |
| Total cost of revenue | 52,866 | 44,175 | 32,248 |
| **Gross profit:** | | | |
| Product | 51,834 | 62,592 | 43,514 |
| Support and maintenance | 21,204 | 18,338 | 10,250 |
| Total gross profit | 73,038 | 80,930 | 53,764 |
| **Operating expenses:** | | | |
| Research and development | 74,120 | 53,445 | 43,179 |
| Sales and marketing | 112,685 | 108,903 | 87,993 |
| General and administrative | 34,800 | 19,364 | 18,773 |
| Restructuring charges | 899 | | |
| Total operating expenses | 222,504 | 181,712 | 149,945 |
| Loss from operations | (149,466) | (100,782) | (96,181) |
| **Other expense, net:** | | | |
| Interest expense | (8,448) | (5,231) | (4,407) |
| Other income, net | 733 | 677 | 254 |
| Total other expense, net | (7,715) | (4,554) | (4,153) |
| Loss before provision for income taxes | (157,181) | (105,336) | (100,334) |
| Provision for income taxes | 478 | 465 | 634 |
| Net loss | (157,659) | (105,801) | (100,968) |
| Net loss attributable to common stockholders | $ (137,911) | $ (105,801) | $ (100,968) |
| Net loss per share attributable to common stockholders— basic and diluted | $ (6.98) | $ (30.73) | $ (32.15) |
| Weighted-average shares used in computing net loss per share attributable to common stockholders—basic and diluted | 19,763,684 | 3,442,549 | 3,140,947 |
| **Series E and E-1 Converible Preferred Stock** | | | |
| **Other expense, net:** | | | |
| Deemed dividend to Series E and E-1 Convertible Preferred Stock | $ (6,588) | $ 0 | $ 0 |
| **Series E, E-1 and F Convertible Preferred Stock** | | | |
| **Other expense, net:** | | | |
| Impact of adjustment to Series E, E-1 and F Convertible Preferred Stock | $ 26,336 | $ 0 | $ 0 |

**Tintri, Inc. (Filer) CIK: 0001554875 (see all company filings)**

IRS No.: **262906978** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **10-K** | Act: **34** | File No.: **001-38117** | Film No.: **18844669**
SIC: **7374** Services-Computer Processing & Data Preparation
Assistant Director 3

Business Address
*303 RAVENDALE DR*
*MOUNTAIN VIEW CA 94043*
*650-810-8200*

Mailing Address
*303 RAVENDALE DR*
*MOUNTAIN VIEW CA 94043*