

# SAP Concur

Concur Technologies, Inc.
ARCustomerSupport@concur.com

Phone (425) 590-5000
Fax (425) 440-3965

Taxpayer ID:

## INVOICE

| | |
|---|---|
| **INVOICE NUMBER** | 101500034774 |
| **INVOICE DATE** | 03-May-18 |
| **DUE DATE** | 02-Jun-18 |
| **INVOICE TOTAL** USD | 5,969.53 |

**BILL TO**

Tintri
Adriana Leavitt
303 Ravendale Dr
Mountain View CA  94043-5216
United States

**SHIP TO**

Tintri
2570 W El Camino Real
Mountain View CA  94040-1306
United States

**REMIT CHECKS TO**

Concur Technologies, Inc.
62157 Collections Center Drive
CHICAGO, IL, 60693
United States

**REMIT ELECTRONIC PAYMENTS TO**

Bank of America
800 Market Street
St. Louis, MO, 63101
United States

Concur Technologies, Inc.

| TERMS | PO NUMBER | SALES ORDER | CUSTOMER | LOCATION |
|---|---|---|---|---|
| Net due in 30 days | CPO001379 | | 1000081863 | |

| NO. | ITEM DESCRIPTION | START | END | QTY | UOM | UNIT PRICE | EXTENDED | GRP | TAX |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Base:Expense - Professional | 01-May-18 | 31-May-18 | 1 | MON | 3,492.99 | 3,492.99 | 4 | 0.00 |
| 2 | Base:Service Administration - Expense | 01-May-18 | 31-May-18 | 1 | MON | 409.50 | 409.50 | 6 | 0.00 |
| 3 | Base:User Support Desk | 01-May-18 | 31-May-18 | 1 | MON | 454.50 | 454.50 | 5 | 0.00 |
| 4 | Base:Concur Connector for NetSuite - 1 Connector | 01-May-18 | 31-May-18 | 1 | MON | 513.00 | 513.00 | 4 | 0.00 |
| 5 | Base:Company Bill Statements 1 - 2 Policies | 01-May-18 | 31-May-18 | 1 | MON | 117.04 | 117.04 | 4 | 0.00 |
| 6 | Base:TripLink for Expense | 01-May-18 | 31-May-18 | 1 | MON | 684.00 | 684.00 | 4 | 0.00 |
| 7 | Base:ExpenseIt Pro for Concur Expense | 01-May-18 | 31-May-18 | 1 | MON | 238.50 | 238.50 | 4 | 0.00 |
| 8 | Base:Expense Pay - Global | 01-May-18 | 31-May-18 | 1 | MON | 60.00 | 60.00 | 4 | 0.00 |

**Please indicate our invoice number/s on electronic payment execution or on your check stub for check payment**

| COMMENTS | SUBTOTAL | TAX | TOTAL |
|---|---|---|---|
| | USD 5,969.53 | USD 0.00 | USD 5,969.53 |

# SAP Concur

Concur Technologies, Inc.
ARCustomerSupport@concur.com

Phone (425) 590-5000
Fax (425) 440-3965

Taxpayer ID:

## INVOICE

| | |
|---|---:|
| **INVOICE NUMBER** | 101200037424 |
| **INVOICE DATE** | 04-Jun-18 |
| **DUE DATE** | 04-Jul-18 |
| **INVOICE TOTAL** USD | 5,971.03 |

**BILL TO**

Tintri
Adriana Leavitt
303 Ravendale Dr
Mountain View CA 94043-5216
United States

**SHIP TO**

Tintri
2570 W El Camino Real
Mountain View CA 94040-1306
United States

**REMIT CHECKS TO**

Concur Technologies, Inc.
62157 Collections Center Drive
CHICAGO, IL, 60693
United States

**REMIT ELECTRONIC PAYMENTS TO**

Bank of America
800 Market Street
St. Louis, MO, 63101
United States

Concur Technologies, Inc.

| TERMS | PO NUMBER | SALES ORDER | CUSTOMER | LOCATION |
|---|---|---|---|---|
| Net due in 30 days | CPO001379 | | 1000081863 | |

| NO. | ITEM DESCRIPTION | START | END | QTY | UOM | UNIT PRICE | EXTENDED | GRP | TAX |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Base:Expense - Professional | 01-Jun-18 | 30-Jun-18 | 1 | MON | 3,492.99 | 3,492.99 | 4 | 0.00 |
| 2 | Base:Concur Connector for NetSuite - 1 Connector | 01-Jun-18 | 30-Jun-18 | 1 | MON | 513.00 | 513.00 | 4 | 0.00 |
| 3 | Base:User Support Desk | 01-Jun-18 | 30-Jun-18 | 1 | MON | 454.50 | 454.50 | 5 | 0.00 |
| 4 | Base:Company Bill Statements 1 - 2 Policies | 01-Jun-18 | 30-Jun-18 | 1 | MON | 117.04 | 117.04 | 4 | 0.00 |
| 5 | Base:TripLink for Expense | 01-Jun-18 | 30-Jun-18 | 1 | MON | 684.00 | 684.00 | 4 | 0.00 |
| 6 | Base:Service Administration - Expense | 01-Jun-18 | 30-Jun-18 | 1 | MON | 409.50 | 409.50 | 6 | 0.00 |
| 7 | Base:ExpenseIt Pro for Concur Expense | 01-Jun-18 | 30-Jun-18 | 1 | MON | 238.50 | 238.50 | 4 | 0.00 |
| 8 | Base:Expense Pay - Global | 01-Jun-18 | 30-Jun-18 | 1 | MON | 60.00 | 60.00 | 4 | 0.00 |
| 9 | Incremental:Expense Pay - Global | 01-May-18 | 31-May-18 | 1 | EA | 1.50 | 1.50 | 4 | 0.00 |

**Please indicate our invoice number/s on electronic payment execution or on your check stub for check payment**

| COMMENTS | SUBTOTAL | TAX | TOTAL |
|---|---|---|---|
| | USD 5,971.03 | USD 0.00 | USD 5,971.03 |

# SAP Concur

Concur Technologies, Inc.
ARCustomerSupport@concur.com

Phone (425) 590-5000
Fax (425) 440-3965

Taxpayer ID:

## INVOICE

| | |
|---|---:|
| **INVOICE NUMBER** | 100150002722 |
| **INVOICE DATE** | 19-Jul-18 |
| **DUE DATE** | 18-Aug-18 |
| **INVOICE TOTAL** USD | 1,766.32 |

**BILL TO**

Tintri
Adriana Leavitt
303 Ravendale Dr
Mountain View CA  94043-5216
United States

**SHIP TO**

Tintri
2570 W El Camino Real
Mountain View CA  94040-1306
United States

**REMIT CHECKS TO**

Concur Technologies, Inc.
62157 Collections Center Drive
CHICAGO, IL, 60693
United States

**REMIT ELECTRONIC PAYMENTS TO**

Bank of America
800 Market Street
St. Louis, MO, 63101
United States

Concur Technologies, Inc.

| TERMS | PO NUMBER | SALES ORDER | CUSTOMER | LOCATION |
|---|---|---|---|---|
| Net due in 30 days | CPO001379 | | 1000081863 | |

| NO. | ITEM DESCRIPTION | START | END | QTY | UOM | UNIT PRICE | EXTENDED | GRP | TAX |
|---|---|---|---|---|---|---:|---:|---|---:|
| 1 | Base:Expense - Professional | 01-Jul-18 | 09-Jul-18 | 1 | MON | 1,033.54 | 1,033.54 | 4 | 0.00 |
| 2 | Base:Expense Pay - Global | 01-Jul-18 | 09-Jul-18 | 1 | MON | 17.75 | 17.75 | 4 | 0.00 |
| 3 | Base:Company Bill Statements 1 - 2 Policies | 01-Jul-18 | 09-Jul-18 | 1 | MON | 34.63 | 34.63 | 4 | 0.00 |
| 4 | Base:ExpenseIt Pro for Concur Expense | 01-Jul-18 | 09-Jul-18 | 1 | MON | 70.57 | 70.57 | 4 | 0.00 |
| 5 | Base:Concur Connector for NetSuite - 1 Connector | 01-Jul-18 | 09-Jul-18 | 1 | MON | 151.79 | 151.79 | 4 | 0.00 |
| 6 | Base:Service Administration - Expense | 01-Jul-18 | 09-Jul-18 | 1 | MON | 121.17 | 121.17 | 6 | 0.00 |
| 7 | Base:User Support Desk | 01-Jul-18 | 09-Jul-18 | 1 | MON | 134.48 | 134.48 | 5 | 0.00 |
| 8 | Base:TripLink for Expense | 01-Jul-18 | 09-Jul-18 | 1 | MON | 202.39 | 202.39 | 4 | 0.00 |

**Please indicate our invoice number/s on electronic payment execution or on your check stub for check payment**

| COMMENTS | SUBTOTAL | | TAX | | TOTAL | |
|---|---|---:|---|---:|---|---:|
| Rebill for pre-petition | USD | 1,766.32 | USD | 0.00 | USD | 1,766.32 |

# SAP Concur [C.]

Concur Technologies, Inc.
concur_ARCustomerSupport@sap.com

Phone (425) 590-5000
Fax (425) 440-3965

Taxpayer ID:

## INVOICE

| | |
|---|---|
| INVOICE NUMBER | 101900036047 |
| INVOICE DATE | 15-Aug-18 |
| DUE DATE | 14-Sep-18 |
| INVOICE TOTAL | USD 1,487.01 |

**BILL TO**

Tintri
Adriana Leavitt
303 Ravendale Dr
Mountain View CA 94043-5216
United States

**SHIP TO**

Tintri
2570 W El Camino Real
Mountain View CA 94040-1306
United States

**REMIT CHECKS TO**

Concur Technologies, Inc.
62157 Collections Center Drive
CHICAGO, IL, 60693
United States
remittance notifications:
remittance.advices.us@sap.com

**REMIT ELECTRONIC PAYMENTS TO**

Bank of America
800 Market Street
St. Louis, MO, 63101
United States
ABA:
Account:
Concur Technologies, Inc.

| TERMS | PO NUMBER | SALES ORDER | CUSTOMER | LOCATION |
|---|---|---|---|---|
| Net due in 30 days | CPO001379 | | 1000081863 | |

| NO. | ITEM DESCRIPTION | START | END | QTY | UOM | UNIT PRICE | EXTENDED | GRP | TAX |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Base:Expense - Professional | 01-Aug-18 | 31-Aug-18 | 1 | MON | 624.00 | 624.00 | 4 | 0.00 |
| 2 | Base:ExpenseIt Pro for Concur Expense | 01-Aug-18 | 31-Aug-18 | 1 | MON | 72.17 | 72.17 | 4 | 0.00 |
| 3 | Base:Service Administration - Expense | 01-Aug-18 | 31-Aug-18 | 1 | MON | 177.00 | 177.00 | 5 | 0.00 |
| 4 | Base:Concur Connector for NetSuite - 1 Connector | 01-Aug-18 | 31-Aug-18 | 1 | MON | 199.80 | 199.80 | 4 | 0.00 |
| 5 | Base:TripLink for Expense | 01-Aug-18 | 31-Aug-18 | 1 | MON | 156.00 | 156.00 | 4 | 0.00 |
| 6 | Base:Company Bill Statements 1 - 2 Policies | 01-Aug-18 | 31-Aug-18 | 1 | MON | 117.04 | 117.04 | 4 | 0.00 |
| 7 | Base:Expense Pay - Global | 01-Aug-18 | 31-Aug-18 | 1 | MON | 60.00 | 60.00 | 4 | 0.00 |
| 8 | Base:User Support Desk | 01-Aug-18 | 31-Aug-18 | 1 | MON | 81.00 | 81.00 | 6 | 0.00 |

**Please indicate our invoice number/s on electronic payment execution or on your check stub for check payment**

| COMMENTS | SUBTOTAL | TAX | TOTAL |
|---|---|---|---|
| | USD 1,487.01 | USD 0.00 | USD 1,487.01 |