# EXHIBIT A

## Rejected Lease

| Landlord | Description | Rejection Effective Date |
|---|---|---|
| Ravendale Partners, LLC<br>Justin M. Jacobs, Jr.<br>1164 Chestnut Street<br>Menlo Park, CA 94025 | That approximate 67,000 sq. ft. industrial office building commonly known as 301-303 Ravendale Drive, Mountain View, CA, and the approximate 4.15 acre parcel of real property upon which the building is situated, designated as APN 165-37-012, together with all improvements situated thereon. | September 30, 2018 at 11:59 p.m. (Pacific Time) |