# EXHIBIT B

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>**Related Docket No.** ___ |

## ORDER AUTHORIZING THE DEBTOR (A) TO REJECT NONRESIDENTIAL REAL PROPERTY LEASE AND ABANDON ANY PERSONAL PROPERTY LOCATED AT SUCH PREMISES AND (B) FIXING A BAR DATE FOR CLAIMS OF LANDLORD

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for the entry of an order pursuant to sections 365 and 544 of the Bankruptcy Code and Bankruptcy Rules 3003, 6006, and 6007 (a) authorizing the Debtor to reject that certain *Lease Agreement* (the "Rejected Lease") by and between Ravendale Partners, LLC (the "Landlord") and the Debtor, effective as of September 30, 2018 at 11:59 p.m. (Pacific Time) (the "Rejection Effective Date"); (b) authorizing the Debtor to abandon any remaining personal property located at the Leased Premises (the "Remaining Personal Property"); and (c) fixing a bar date for claims, if any, of the Landlord arising out of such rejection (the "Bar Date"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

DOCS_SF:97835.2

2. Pursuant to section 365 of the Bankruptcy Code, the Rejected Lease is deemed rejected effective as of September 30, 2018 at 11:59 p.m. (Pacific Time).

3. The Debtor is hereby authorized to abandon any Remaining Personal Property at the Leased Premises effective as of September 30, 2018 at 11:59 p.m. (Pacific Time).

4. The Debtor will serve this Order on the Landlord within three (3) business days after entry of this Order.

5. Twenty-One (21) days after the entry of this Order is hereby fixed as the Bar Date by which the Landlord must file a claim under section 502 of the Bankruptcy Code or other claims in connection with the Rejected Lease or the rejection, breach, or termination of the Rejected Lease, failing which such claim shall be forever barred.

6. The Debtor reserves all rights to contest any such rejection damage claims on any basis and does not waive any claims that it may have against the Landlord, whether or not such claims are related to the Rejected Lease.

7. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: October __, 2018

                                                              HONORABLE KEVIN J. CAREY
                                                              UNITED STATES BANKRUPTCY JUDGE