IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 27th day of September, 2018, I caused a copy of the following document(s) to be served on the individuals on the attached service list in the manner indicated:

**Notice of Motion Pursuant to Section 365(a) of the Bankruptcy Code for an Order (A) Authorizing the Debtor to Reject a Nonresidential Real Property Lease and Abandon any Personal Property Located at Such Premises and (B) Fixing a Bar Date for Claims of Landlord; and**

**Motion Pursuant to Section 365(a) of the Bankruptcy Code for an Order (A) Authorizing the Debtor to Reject a Nonresidential Real Property Lease and Abandon any Personal Property Located at Such Premises and (B) Fixing a Bar Date for Claims of Landlord.**

/s/ Colin R. Robinson
Colin R. Robinson (Bar No. 5524)

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

DOCS_DE:220240.20 83990/001

Tintri 303 Ravendale Lease Rejection Service List (FCM)
Case No. 18-11625 (KJC)
Document No. 221243
01 – First Class Mail

**First Class Mail**
Ravendale Partners, LLC
Justin M. Jacobs, Jr.
1164 Chestnut Street
Menlo Park, CA 94025

Tintri 2002 Service List (FCM)
Case No. 18-11625 (KJC)
Document No. 220165
08 – Hand Delivery
31 – First Class Mail

(Counsel to Debtor)
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
(UST)
Timothy J. Fox, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel to TriplePoint Capital LLC, DIP Lender)
Christopher A. Ward, Esquire
Stephen J. Astringer, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19899

**Hand Delivery**
(State Attorney General)
Matthew P. Denn, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 North French Street
Wilmington, DE 19801

**Hand Delivery**
Zillah A. Frampton, Bankruptcy Administrator
Delaware Department of Revenue
Carvel State Office Building, 8th Floor
820 North French Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to DataDirect Networks, Inc )
John H. Knight
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
*(Counsel to the Official Committee of Unsecured Creditors)*
Matthew P. Ward, Esquire
Ericka F. Johnson, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Hand Delivery**
(Counsel to 303 MVRP LLC)
Jarret P. Hitchings, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

**First Class Mail**
(Debtor)
Tintri, Inc.
Attn: Robert J. Duffy
303 Ravendale Drive
Mountain View, CA 94043

**First Class Mail**
Secretary of State
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE 19901

**First Class Mail**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**First Class Mail**
US Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**First Class Mail**
(United States Attorney General)
Jeff Sessions, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**First Class Mail**
(Pension Benefit Guaranty Corporation)
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005

**First Class Mail**
Securities and Exchange Commission
Andrew Calamari
NY Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281-1022

**First Class Mail**
Securities and Exchange Commission -
Headquarters
100 F Street, NE
Washington, DC 20549

**First Class Mail**
Securities and Exchange Commission
Sharon Binger
Philadelphia Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
(Co-Counsel to Silicon Valley Bank,
Prepetition Senior Secured Lender)
Donald E. Rothman, Esquire
Paul S. Samson, Esquire
Alexander G. Rheaume, Esquire
Riemer & Braunstein LLP
Three Center Plaza, Suite 600
Boston, MA 02108

**First Class Mail**
(Co-Counsel to Silicon Valley Bank,
Prepetition Senior Secured Lender)
Steven E. Fox, Esquire
Riemer & Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036

**First Class Mail**
(Counsel to TriplePoint Capital LLC, DIP Lender)
Jeremy R. Johnson, Esquire
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, NY 10016

**First Class Mail**
(Counsel to TriplePoint Capital LLC, DIP Lender)
Timothy W. Walsh, Esquire
Riley T. Orloff, Esquire
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173

**First Class Mail**
(Counsel to TriplePoint Capital LLC, DIP Lender)
Gary B. Rosenbaum, Esquire
McDermott Will & Emery
2049 Century Park East, Suite 3800
Los Angeles, CA 90067

**First Class Mail**
(Counsel to DataDirect Networks, Inc )
Blase P. Dillingham
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064

**First Class Mail**
(Counsel to DataDirect Networks, Inc )
Alan M. Noskow
Manatt, Phelps & Phillips, LLP
1050 Connecticut Ave. NW, Suite 600
Washington, DC 20036

**First Class Mail**
(Counsel for Oracle America, Inc.,)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

**First Class Mail**
(Counsel for Flextronics International USA, Inc.)
Richard G. Hardy, Esq.
Todd A. Atkinson, Esq.
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448

**First Class Mail**
(Counsel for Reinhart Boerner Van Deuren s.c.)
Michael D. Jankowski, Esq.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

**First Class Mail**
(Counsel for ICG)
Brad Chibos
999 W. Taylor Suite B
San Jose, CA 95126

**First Class Mail**
(Counsel for Creditor Groupware Technology, Inc.)
Monique D. Jewett-Brewster
Hopkins & Carley
70 South First Street
San Jose, CA 95113

**First Class Mail**
(Counsel to 303 MVRP LLC)
Marcus O. Colabianchi , Esquire
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105

**First Class Mail**
(Attorneys for Business Objects Software Limited t/a SAP Solutions and Concur Technologies, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

**First Class Mail**
(Attorneys for BlackLine, Inc.)
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814

**First Class Mail**
(Counsel for Business Objects Software Limited t/a SAP Solutions and Concur Technologies, Inc.)
Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

**First Class Mail**
(Counsel for BlackLine, Inc.)
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814

**First Class Mail**
(Counsel for BXP Research Park LP)
Douglas B. Rosner, Esq.
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110-3333

**First Class Mail**
(Counsel for Creditor salesforce.com, inc.)
Thomas M. Gaa, Esquire
Bialson, Bergen & Schwab, A Professional Corporation
633 Menlo Ave., Suite 100
Menlo Park, CA 94025

**First Class Mail**
(Counsel for Commonwealth of Pennsylvania, Department of Revenue)
Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103

**First Class Mail**
(Counsel to TN Dept of Revenue)
Laura L. McCloud, Esquire
Senior Assistant Attorney
Office of the Attorney General Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207