IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | **Re: Docket No.: 245** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN DEBTOR AND 303 MVRP LLC AUTHORIZING THE DEBTOR TO REJECT REAL PROPERTY LEASE AGREEMENT**

The undersigned counsel hereby certifies that:

1. The debtor in the above-captioned case (collectively, the "Debtor") and 303 MVRP LLC ("MVRP") have agreed to the terms of the attached *Stipulation Between Debtor and 303 MVRP LLC Authorizing the Debtor to Reject Real Property Lease Agreement* (the "Stipulation").

2. The Stipulation is attached as Exhibit A to the proposed *Order Approving Stipulation Between Debtor and 303 MVRP LLC Authorizing the Debtor to Reject Real Property Lease Agreement* (the "Proposed Order"). Attached hereto as Exhibit 1 is the Proposed Order.

3. The Official Committee of Unsecured Creditors does not object to the entry of the Proposed Order approving the Stipulation. The Debtor respectfully requests entry of the Proposed Order attached hereto at the Court's earliest convenience.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

Dated: October 8, 2018
     Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: jfiero@pszjlaw.com
       jlucas@pszjlaw.com
       joneill@pszjlaw.com
       crobinson@pszjlaw.com

*Attorneys for Debtor and Debtor in Possession*