# **EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | **Re: Docket No.: _____** |

## ORDER APPROVING STIPULATION BETWEEN DEBTOR AND 303 MVRP LLC AUTHORIZING THE DEBTOR TO REJECT REAL PROPERTY LEASE AGREEMENT

Upon consideration of the *Stipulation Between Debtor and 303 MVRP LLC Authorizing the Debtor to Reject Real Property Lease Agreement* (the "Stipulation") filed by the Debtor and 303 MVRP LLC; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit A**; and good cause appearing for the relief requested therein, it is hereby

ORDERED THAT:

1.    The Stipulation, attached hereto as <u>Exhibit A</u>, is approved in its entirety.

2.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2018

                                                                 
The Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[1]    The Debtor and the last four digits of its taxpayer identification numbers are (6978). The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

# Exhibit A

## Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TINTRI, INC., | Case No. 18-11625 (KJC) |
| Debtor. [1] | Re: Docket No. 245_____ |

## STIPULATION BETWEEN DEBTOR AND 303 MVRP LLC AUTHORIZING
## THE DEBTOR TO REJECT REAL PROPERTY LEASE AGREEMENT[2]

WHEREAS, 303 MVRP LLC ("Landlord", together with the above-captioned Debtor, the "Parties") is the owner of that certain non-residential real property commonly known as 301-311 Ravendale Drive, Mountain View California 94043 (the "Leased Premises"); and

WHEREAS, Landlord is the lessor, and Debtor is lessee, under a certain lease dated March 28, 2014, as amended from time to time (the "Lease Agreement"), for the Leased Premises; and

WHEREAS, the Lease Agreement is a pre-petition unexpired lease of non-residential real property; and

WHEREAS, on September 27, 2018, the Debtor filed a *Motion Pursuant to Section 365(a) of the Bankruptcy Code for an Order (A) Authorizing the Debtor to Reject a Nonresidential Real Property Lease and Abandon Any Personal Property Located at Such Premises and (B) Fixing a Bar Date for Claims of Landlord* [Docket No. 245] (the "Rejection Motion") seeking, among other relief, authority to reject the Lease Agreement effective as of September 30, 2018; and

---

[1] The last four digits of the above-captioned debtor's federal taxpayer identification number are 6978. The above-captioned debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Rejection Motion (as hereinafter defined).

WHEREAS, the hearing on the Rejection Motion is scheduled for October 24, 2018 at 3:00 p.m. (eastern time) (the "Hearing"); and

WHEREAS, the Parties desire to obtain approval of the proposed rejection of the Lease Agreement prior to the Hearing and agree, subject to Court approval, to effect the rejection of the Lease Agreement as soon as possible in order to allow the Landlord to re-let the Leased Premises; and

NOW, THEREFORE, the Parties agree and stipulate (the "Stipulation") as follows:

1.     Pursuant to section 365 of the Bankruptcy Code, the Lease Agreement is deemed rejected effective as of September 30, 2018 at 11:59 p.m. (Pacific Time).

2.     The Debtor is hereby authorized to abandon any Remaining Personal Property at the Leased Premises effective as of September 30, 2018 at 11:59 p.m. (Pacific Time).

3.     Twenty-One (21) days after the entry of an Order approving the Stipulation is hereby fixed as the Bar Date by which the Landlord must file a claim under section 502 of the Bankruptcy Code or other claims in connection with the Rejected Lease or the rejection, breach or termination of the Lease Agreement, all of which are hereby preserved and reserved by the Landlord, failing which such claim shall be forever waived.

4.     The Debtor reserves all rights to contest any such rejection damage claims on any basis and does not waive any claims that it may have against the Landlord, whether or not such claims are related to the Lease Agreement.

5.     The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation.

Dated: October 8, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: jfiero@pszjlaw.com
       jlucas@pszjlaw.com
       joneill@pszjlaw.com
       crobinson@pszjlaw.com

*Attorneys for Debtor and Debtor in Possession*


Dated: October 8, 2018

DUANE MORRIS LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 5564)
222 Delaware Aveneu, Ste. 1600
Wilmington, Delaware 19801
(302) 657-4900
jphitchings@duanemorris.com

-and

Marcus Colabianchi (CA 208698)
Spear Tower
One Market Plaza, Ste. 2200
San Francisco, California 94105
(415) 957-3000
mcolabianchi@duanemorris.com

*Attorneys for 303 MVRP LLC*