# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | Re: Docket No.: 245, 249 |

**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND 303 MVRP LLC AUTHORIZING THE DEBTOR TO REJECT REAL PROPERTY LEASE AGREEMENT**

Upon consideration of the *Stipulation Between Debtor and 303 MVRP LLC Authorizing the Debtor to Reject Real Property Lease Agreement* (the "Stipulation") filed by the Debtor and 303 MVRP LLC; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit A**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit A**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Oct 9, 2018

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

DOCS_DE:221448.1 83990/002