# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>                   Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>**Related Docket No. 236** |

**ORDER AUTHORIZING THE DEBTOR TO REJECT CERTAIN
EXECUTORY CONTRACTS *NUNC PRO TUNC* TO THE REJECTION DATE**

Upon the *Second Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Nunc Pro Tunc to the Rejection Date* (the "Motion");[2] and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted as set forth herein.

2. Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Debtor is authorized to reject the Rejected Contracts set forth on Exhibit A annexed hereto. The rejection is effective *nunc pro tunc* to September 14, 2018, the date the Motion was filed.

3. Within two business days after entry of this Order, the Debtor will serve this Order on the counterparties to the Rejected Contracts.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4. The counterparty must file a claim under section 502 of the Bankruptcy Code or other claims in connection with such Rejected Contract or the rejection, breach or termination of such Rejected Contract in accordance with any claims bar date set by the Court, and the failure to file a timely claim shall forever prohibit the counterparty of the applicable Rejected Contracts from receiving any distribution on account of such claims from the Debtor's estate or otherwise.

5. Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order shall be deemed or construed to be: (i) an admission as to the validity or priority of any claim against the Debtor; (ii) a waiver by the Debtor of any claims it may have against any counterparties to any Rejected Contracts, whether or not such claims are related to such Rejected Contracts; (iii) a waiver of the Debtor's right to assert that any Rejected Contracts terminated prior to the Petition Date or the Rejection Effective Date; or (iv) a waiver of the Debtor's right to assert that any of the Rejected Contracts do not constitute executory contracts.

6. Notwithstanding any provision in the Bankruptcy Rules to the contrary: (i) this Order shall be effective immediately and enforceable upon its entry; (ii) the Debtor is not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order; and (iii) the Debtor is authorized and empowered, and may in its discretion and without further delay, take any action necessary or appropriate to implement this Order.

7. The rejection of the Rejected Contracts authorized in this Order complies with the requirements of Bankruptcy Rule 6006(f).

DOCS_SF:97607.6

2

8. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2018

> THE HONORABLE KEVIN J. CAREY
> UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A TO ORDER

**Rejected Contracts**

# EXHIBIT A

## Rejected Contracts

| Counterparty | Contract Name / Description |
|---|---|
| Adopt-a-Highway<br>3158 Red Hill Avenue, Suite 200<br>Costa Mesa, CA 92626 | Adopt-a-Highway Program<br>Highway 237 |
| Arena Solutions<br>Department 2637<br>PO Box 122637<br>Dallas, TX 75312-2637<br><br>Arena Solutions<br>989 East Hillsdale Blvd<br>Suite 250<br>Foster City, CA 94404 | Arena License Agreement |
| Bizible<br>542 First Ave South, Suite 400<br>Seattle, WA 98104 | License and Tier II Services Agreement |
| BlackLine Systems, Inc.<br>21300 Victory Blvd., 12th Floor<br>Woodland Hills, CA 91367 | Master Subscription Agreement<br>Account #: A00002326; Blackline tools including Financial Close Management, Journal Entry Add-on, NetSuite Connector, and Task Management |
| California First Aid and Safety<br>1288 Columbus Avenue, #204<br>San Francisco, CA 94133 | Replenish First Aid kits at 303 Ravendale Dr, Mountain View, CA |
| Canteen Refreshment Services<br>PO BOX 417632<br>Boston, MA 02241-7632 | Account #: 0542/300/05662; Water Filtration System for Tysons, VA, office |
| Clari, Inc.<br>1154 Sonora Court<br>Sunnyvale, CA 94086 | Clari Enterprise license |

| Counterparty | Contract Name / Description |
|---|---|
| CDW<br>PO Box 75723<br>Chicago, IL 60675-5723 | Cisco Webex/Spark license |
| Cleo Communications Holdings, LLC<br>4949 Harrison Ave, Suite 200<br>Rockford, IL 61108 | VLTrader Support |
| Corporate Risk Holdings III<br>d/b/a HireRight LLC<br>PO Box 847891<br>Dallas, TX 75284 | Background Screening Services |
| Donnelley Financial, LLC<br>35 W Wacker Drive<br>Chicago, IL 60601 | ActiveDisclosure Agreement |
| Flextronics International USA, Inc.<br>Richard G. Hardy, Esq.<br>Todd A. Atkinson, Esq.<br>ULMER & BERNE LLP<br>Skylight Office Tower<br>1660 West 2nd Street, Suite 1100<br>Cleveland, Ohio 44113-1448 | Manufacturing Services Agreement |
| Hootsuite<br>5 East 8th Avenue<br>Vancouver, BC V5T 1R6<br>Canada | Hootsuite Enterprise Package |
| KBA Docusys Inc<br>PO Box 3687<br>Hayward, CA 94540-3687 | Lease of printers/copiers in Mountain View, CA, office |
| KBA Docusys Inc<br>32900 Alvarado-Niles Road, Suite, 100<br>Union City, CA 94587<br><br>KBA DocusysInc<br>PO Box 790448<br>St. Louis, MO 63179-0448 | (1) Lease of printers/copiers in Mountain View, CA; (2) Lease of printers/copiers in Tysons, VA |

| Counterparty | Contract Name / Description |
|---|---|
| Mercury Investment Group<br>Toyota Towers<br>65 Yigal Alon St.<br>Tel Aviv, Israel 6744316 | Customer Code: 10000035; Importer of Record into and Exporter of Record from Israel services |
| Microsoft Corporation (Azure)<br>1950 N. Stemmons Fwy, Suite 5010 LB # 842467<br>Dallas, TX 75207 | Azure Subscription Agreement |
| Microsoft Corporation<br>PO Box 73843<br>Cleveland, OH 44193<br><br>Microsoft Corporation<br>1950 N. Stemmons Fwy<br>Suite 5010 LB # 842467<br>Dallas, TX 75207<br><br>Microsoft Online, Inc.<br>6100 Neil Road, Suite 100<br>Reno, NV 89511 | Advertising with Microsoft search |
| Mindtouch<br>101 West Broadway Suite 1500<br>San Diego, CA 92101 | Tintri Knowledge Base subscription |
| Neofunds by Neopost<br>PO Box 6813<br>Carol Stream IL 60197-6813 | Postage Meter Agreement |
| NMN Advisors, Inc.<br>815 Northvale Road<br>Oakland, CA 94610 | Investor relations support and assistance |

| Counterparty | Contract Name / Description |
|---|---|
| Pittsburg Steelers LLC<br>3400 South Water Street<br>Arthur J. Rooney, II, President<br>Pittsburgh, PA 15203<br><br>PSSI Stadium LLC<br>100 Art Rooney Avenue<br>Director of Partnerships & Sales<br>Pittsburgh, PA 15212-5721<br><br>Joseph J. Palumbo, Esq.<br>Buchanan Ingersoll & Rooney PC<br>20th Floor, One Oxford Centre<br>Pittsburgh, PA 15219 | Agreement for Sponsorship |
| Smartsheet.com, Inc.<br>10500 NE 8th Street, Suite 2000<br>Bellevue, WA 98115 | Account ID: 7846908; Smartsheet subscription |
| Talent Quest<br>1275 Peachtree Street NE, Suite 400<br>Atlanta, GA 30309 | Project: TIN01-SL-000001293; TQ software license |
| Terminus<br>222 Sutter St, Suite 400<br>San Francisco, CA 94108 | Advertising Services Agreement |
| TollFreeForwarding<br>9841 Airport Blvd, 9th Floor<br>Los Angeles, CA 90045 | International phone forwarding for customer support |
| UL AG<br>c/o UL International Netherlands<br>PO Box 5262, 6802 EG Arnhem<br>The Netherlands | Flex Factory Inspection Agreement |
| UL LLC<br>333 Pfingsten Road<br>Northbrook, IL 60062-2096 | Bill To Account # 1510832;<br>MFG Account # 1452321, 1489427, 1538192, and any others;<br>Flex factories inspection |
| Vartopia<br>970 W. Broadway Ave. PMD 308<br>Jackson, WY 83001 | Master Subscription Agreement<br>Nova Monthly Subscription; Vartopia Registration Rewards; Managed Services; Additional Managed Services |