# EXHIBIT A

## Rejected Leases

| Landlord | Description | Rejection Effective Date |
|---|---|---|
| BP MV Research Park LLC<br>Four Embarcadero Center<br>Lobby Level, Suite One<br>San Francisco, CA 94111 | Approximately 31,062 square feet of space located on the ground floor of the building located at 201 – 203 & 205 Ravendale Drive, Mountain View, California 94043 | October 31, 2018 at 11:59 p.m. (Pacific Time) |
| T3C Inc. d/b/a Retail Solutions Inc.<br>201 Ravendale Drive<br>Mountain View, CA 94043 | Approximately 27,141 square feet of space located on the ground floor of the building located at 201 – 203 Ravendale Drive, Mountain View, California 94043 | October 31, 2018 at 11:59 p.m. (Pacific Time) |