IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| TINTRI, INC.,[1] | : | Case No. 18-11625 (KJC) |
| | : | |
| Debtor. | : | **Objection Deadline: December 6, 2018 at 4:00 p.m. (ET)** |
| | : | **Hearing Date:  Only if necessary** |

**NOTICE OF THIRD MONTHLY FEE APPLICATION OF WOMBLE BOND DICKINSON (US) LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018**

PLEASE TAKE NOTICE that on November 15, 2018, Womble Bond Dickinson (US) LLP ("WBD"), to the Official Committee of Unsecured Creditors (the "Committee") of Tintri, Inc., the above-captioned debtor ("Tintri" or the "Debtor"), filed the attached **Third Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2018 Through October 31, 2018** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Court").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expense Professionals [Docket No. 154] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon: (i) the Debtor, Tintri, Inc., 303 Ravendale Drive, Mountain View, CA 94943, Attn: Robert J. Duffy, Chief

---

[1]   The Debtor and the last four digits of its taxpayer identification numbers are (6978).  The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, Ca 94043.

Restructuring Officer; (ii) counsel for the Debtor, (a) Pachulski Stang Ziehl & Jones, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: James E. O'Neill, Esq. (b) Pachulski Stang Ziehl & Jones, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: John D. Fiero, Esq.; (iii) the office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Timothy J. Fox, Esq.; (iv) counsel to Silicon Valley Bank, (a) Riemer & Braunstein LLP, Times Square Tower, Seven Times Square, Suite 2506, New York, NY 10036, Attn: Steven E. Fox, Esq. and (b) Ashby & Geddes, 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19801, Attn: Gregory A. Taylor, Esq.; and (v) counsel to TriplePoint Capital LLC, (a) McDermott Will & Emery, 340 Madison Avenue, New York, NY 10173, Attn: Riley T. Orloff, Esq., (b) McDermott Will & Emery, 2049 Century Park East, Suite 3800, Los Angeles, CA 90067, Attn: Gary B. Rosenbaum, Esq., and (c) Posinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward, Esq. and (vii) Counsel to the Official Committee of Unsecured Creditors, Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Attn: Matthew P. Ward, Esq., Ericka F. Johnson, Esq. and Morgan L. Patterson, Esq.) (collectively, the "Notice Parties") so as to be *actually received* no later than **4:00 p.m. (ET) on December 6, 2018** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served, and received, and the parties are unable to reach a resolution of such objections, WBD may either (i) file a request with the Court for payment of the difference between the Maximum Monthly Payment and the Actual Monthly Payment made to the Professional (the "Incremental Amount"); or (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and

dispose of any such objection if requested by the parties.  Only those objections made in writing and timely filed and received in accordance with the Interim Compensation Order and the procedures described herein will be considered by the Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Compensation Order, if no objection to the Application is timely filed, served, and received by the Objection Deadline, WBD may file a certificate of no objection (a "CNO") with the Court with respect to the fees and expenses requested in the Application.  Upon filing of a CNO, the Debtors will be authorized and directed to pay WBD, without need for further order of the Court, an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Application or (ii) 80% of the fees and 100% of the expenses requested in the Application that are not subject to an objection.

Dated: November 15, 2018
      Wilmington, Delaware           **WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
Morgan L. Patterson (Del. Bar No. 5388)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
Email:  matthew.ward@wbd-us.com
Email:  ericka.johnson@wbd-us.com
Email:  morgan.patterson@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors*