# EXHIBIT A

Tintri, Inc. Official Committee of Unsecured Creditors
Tintri, Inc.

105131.0001.3/4181284

## TIMEKEEPER SUMMARY

| Attorney: | Hours: | Amount: | Rate: |
|---|---:|---:|---:|
| Mohr, Philip J. | 1.60 | $ 968.00 | $ 605.00 |
| Ward, Matthew P. | 7.70 | $ 4,466.00 | $ 580.00 |
| Johnson, Ericka F. | 20.80 | $ 10,400.00 | $ 500.00 |
| Patterson, Morgan L. | 3.80 | $ 1,710.00 | $ 450.00 |
| Fitzgerald, Chadd P.* | 4.30 | $ 1,139.50 | $ 265.00 |
| **Totals:** | 38.20 | $ 18,683.50 | |

\* If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Tintri, Inc. Official Committee of Unsecured Creditors  105131.0001.3/4181284
Tintri, Inc.

## TASK SUMMARY BILLING INFORMATION

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKBD | Bar Date | 2.90 | $ 1,498.00 |
| BKC | Creditors Committee Meeting/Conferences | 1.90 | $ 1,022.00 |
| BKE | Executory Contracts/Lease Agreements | 1.50 | $ 796.50 |
| BKF | Fee Application/Monthly Billing | 6.50 | $ 2,783.50 |
| BKFO | Fees of Others | 1.50 | $ 774.00 |
| BKG | General Case Administration | 1.20 | $ 341.50 |
| BKH | Court Hearings/Preparation/Agenda | 0.20 | $ 100.00 |
| BKLT | Litigation | 18.00 | $ 8,982.00 |
| BKO | Claims Administration | 2.50 | $ 1,336.00 |
| BKPO | Plan of Reorganization | 0.80 | $ 432.00 |
| BKRO | Retention of Others | 1.00 | $ 502.00 |
| BKRS | Reports and Schedules | 0.20 | $ 116.00 |
| | **Total** | 38.20 | $ 18,683.50 |

Tintri, Inc. Official Committee of Unsecured Creditors  
Tintri, Inc.

105131.0001.3/4181284

## ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| **BKBD - Bar Date** | | | | | |
| 10/19/2018 | Begin reviewing draft bar date motion | Johnson, Ericka F. (2199) | 0.30 | 500.00 | $ 150.00 |
| 10/20/2018 | Develop strategy regarding bar date motion and debtor's inquiries | Ward, Matthew P. (2176) | 0.30 | 580.00 | $ 174.00 |
| 10/20/2018 | Review bar date motion and send email to Alvarez team regarding same | Johnson, Ericka F. (2199) | 0.40 | 500.00 | $ 200.00 |
| 10/22/2018 | Develop strategy regarding bar date motion and proposed order | Ward, Matthew P. (2176) | 0.30 | 580.00 | $ 174.00 |
| 10/22/2018 | Review/revise draft bar date motion (1.2); phone call with J. Lucas regarding bar date motion (.2) | Johnson, Ericka F. (2199) | 1.40 | 500.00 | $ 700.00 |
| 10/24/2018 | Discuss bar date motion with Colin Robinson | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| 10/31/2018 | Phone call from C. Robinson regarding bar date motion | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| | | | | **Total for Task:** | $ 1,498.00 |
| **BKC - Creditors Committee Meeting/Conferences** | | | | | |
| 10/10/2018 | Correspondences with T. Atkinson regarding case status and outstanding matters | Ward, Matthew P. (2176) | 0.30 | 580.00 | $ 174.00 |
| 10/11/2018 | Teleconference with T. Atkinson regarding status | Ward, Matthew P. (2176) | 0.60 | 580.00 | $ 348.00 |
| 10/11/2018 | Draft and send email to the Committee regarding case updates and joint prosecution agreement | Johnson, Ericka F. (2199) | 0.40 | 500.00 | $ 200.00 |
| 10/15/2018 | Draft and send email to the Committee regarding September invoice | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| 10/19/2018 | Draft and send email to committee regarding SVB invoice | Johnson, Ericka F. (2199) | 0.20 | 500.00 | $ 100.00 |
| 10/26/2018 | Draft and send case update email to the Committee | Johnson, Ericka F. (2199) | 0.30 | 500.00 | $ 150.00 |
| | | | | **Total for Task:** | $ 1,022.00 |
| **BKE - Executory Contracts/Lease Agreements** | | | | | |
| 10/01/2018 | Review draft stipulation regarding Ravendale lease (.3); review rejection motions and proposed orders (.2) | Ward, Matthew P. (2176) | 0.50 | 580.00 | $ 290.00 |
| 10/01/2018 | Review proposed stipulation regarding Ravendale lease and email A&M regarding same | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |

Tintri, Inc. Official Committee of Unsecured Creditors  
Tintri, Inc.

105131.0001.3/4181284

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2018 | Review rejection motion | Patterson, Morgan L. (2372) | 0.20 | 450.00 | $ 90.00 |
| 10/01/2018 | Circulate 3rd Rejection Motion to counsel | Fitzgerald, Chadd P.* (7850) | 0.10 | 265.00 | $ 26.50 |
| 10/02/2018 | Draft and send email to A&M regarding lease stipulation and respond to email from C. Robinson regarding same | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| 10/08/2018 | Review stipulation, order, and certification regarding headquarters lease rejection | Ward, Matthew P. (2176) | 0.30 | 580.00 | $ 174.00 |
| 10/31/2018 | Review lease rejection motion and proposed order | Ward, Matthew P. (2176) | 0.20 | 580.00 | $ 116.00 |
| | | | | **Total for Task:** | **$ 796.50** |

**BKF - Fee Application/Monthly Billing**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/08/2018 | Draft 2nd Monthly Fee Application | Fitzgerald, Chadd P.* (7850) | 1.50 | 265.00 | $ 397.50 |
| 10/12/2018 | Review/revise time and expense detail in connection with preparing fee application | Ward, Matthew P. (2176) | 0.60 | 580.00 | $ 348.00 |
| 10/15/2018 | Continue reviewing/revising time and expense detail in connection with preparing fee application | Ward, Matthew P. (2176) | 0.30 | 580.00 | $ 174.00 |
| 10/16/2018 | Review fee application and exhibits | Ward, Matthew P. (2176) | 0.90 | 580.00 | $ 522.00 |
| 10/16/2018 | Review/revise second monthly fee application | Johnson, Ericka F. (2199) | 1.40 | 500.00 | $ 700.00 |
| 10/16/2018 | Revise, prepare and file 2nd Monthly Fee Application | Fitzgerald, Chadd P.* (7850) | 0.70 | 265.00 | $ 185.50 |
| 10/19/2018 | Address matters regarding Womble first fee application and payment | Ward, Matthew P. (2176) | 0.30 | 580.00 | $ 174.00 |
| 10/19/2018 | Review/revise certificate of no objection for first monthly fee application | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| 10/19/2018 | Draft, prepare and file Certification of No Objection regarding 1st Monthly Fee Application | Fitzgerald, Chadd P.* (7850) | 0.50 | 265.00 | $ 132.50 |
| 10/23/2018 | Contact Debtor's counsel regarding first monthly fee application | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| 10/25/2018 | Review/respond to email from Matthew Ward regarding first monthly fee application | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| | | | | **Total for Task:** | **$ 2,783.50** |

**BKFO - Fees of Others**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/2018 | Review and develop strategy regarding Houlihan | Ward, Matthew P. | 0.30 | 580.00 | $ 174.00 |

Tintri, Inc. Official Committee of Unsecured Creditors  
Tintri, Inc.

105131.0001.3/4181284

| | | | | | |
|---|---|---|---|---|---|
| | final fee application | (2176) | | | |
| 10/31/2018 | Review Houlihan Lokey fee application (.5); draft and send email to Alvarez team regarding same (.1); review and respond to email from Alvarez regarding same (.1); review Pachulski second monthly fee application (.3); review Pachulski third monthly fee application (.2) | Johnson, Ericka F. (2199) | 1.20 | 500.00 | $ 600.00 |
| | | | **Total for Task:** | | $ 774.00 |
| **BKG - General Case Administration** | | | | | |
| 10/01/2018 | Update case calendar | Fitzgerald, Chadd P.* (7850) | 0.10 | 265.00 | $ 26.50 |
| 10/09/2018 | Circulate various filings to counsel | Fitzgerald, Chadd P.* (7850) | 0.10 | 265.00 | $ 26.50 |
| 10/17/2018 | Circulate various filings to counsel | Fitzgerald, Chadd P.* (7850) | 0.20 | 265.00 | $ 53.00 |
| 10/18/2018 | Read email from Rich Newman regarding Tintri update email | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| 10/22/2018 | Circulate Agenda to counsel | Fitzgerald, Chadd P.* (7850) | 0.10 | 265.00 | $ 26.50 |
| 10/23/2018 | Circulate various pleadings to counsel (.2); update case calendar (.1) | Fitzgerald, Chadd P.* (7850) | 0.30 | 265.00 | $ 79.50 |
| 10/24/2018 | Circulate Amended Agenda to counsel; update case calendar | Fitzgerald, Chadd P.* (7850) | 0.10 | 265.00 | $ 26.50 |
| 10/25/2018 | Circulate various pleadings to counsel | Fitzgerald, Chadd P.* (7850) | 0.10 | 265.00 | $ 26.50 |
| 10/26/2018 | Circulate various pleadings; update case calendar | Fitzgerald, Chadd P.* (7850) | 0.10 | 265.00 | $ 26.50 |
| | | | **Total for Task:** | | $ 341.50 |
| **BKH - Court Hearings/Preparation/Agenda** | | | | | |
| 10/24/2018 | Review docket and hearing agenda (.1); discuss hearing with Colin Robinson (.1) | Johnson, Ericka F. (2199) | 0.20 | 500.00 | $ 100.00 |
| | | | **Total for Task:** | | $ 100.00 |
| **BKLT - Litigation** | | | | | |
| 10/01/2018 | Revise Joint Prosecution Agreement and provide additional comments | Mohr, Philip J. (1292) | 1.60 | 605.00 | $ 968.00 |
| 10/01/2018 | Revise proposed agreement to permit A&M to store the server and email same to A&M | Johnson, Ericka F. (2199) | 1.50 | 500.00 | $ 750.00 |
| 10/01/2018 | Review revised joint prosecution agreement | Patterson, Morgan L. (2372) | 0.30 | 450.00 | $ 135.00 |

Page 4

Tintri, Inc. Official Committee of Unsecured Creditors  105131.0001.3/4181284
Tintri, Inc.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/2018 | Review revisions to joint litigation agreement and further revise same | Johnson, Ericka F. (2199) | 0.60 | 500.00 | $ 300.00 |
| 10/02/2018 | Review revised joint prosecution agreement (.6); review/revise litigation drive letter agreement (.3) | Patterson, Morgan L. (2372) | 0.90 | 450.00 | $ 405.00 |
| 10/03/2018 | Read email from A Gandhi regarding Master Litigation Device and A&M Carveout Drive | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| 10/03/2018 | Review revised agreement and send correspondence with A&M regarding master litigation drive | Patterson, Morgan L. (2372) | 0.30 | 450.00 | $ 135.00 |
| 10/04/2018 | Read email from A. Gandhi regarding Master Litigation Device and A&M Carveout Drive | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| 10/05/2018 | Review/revise joint prosecution agreement | Patterson, Morgan L. (2372) | 0.20 | 450.00 | $ 90.00 |
| 10/08/2018 | Finalize joint litigation agreement and send same to Debtor's counsel (.2); review and respond to email from J. Fiero regarding joint prosecution agreement and collection of records (.4) | Johnson, Ericka F. (2199) | 0.60 | 500.00 | $ 300.00 |
| 10/09/2018 | Review Debtor revisions to joint prosecution agreement (.2); address transfer and preservation of records (3.3); conference call A&M team regarding same (.4); conference call with A&M and Debtors regarding same (.3) | Johnson, Ericka F. (2199) | 4.20 | 500.00 | $ 2,100.00 |
| 10/09/2018 | Call with A&M regarding litigation documents (.4); call with Debtors and A&M regarding same (.4) | Patterson, Morgan L. (2372) | 0.80 | 450.00 | $ 360.00 |
| 10/10/2018 | Phone call to Colin Robinson regarding common interest agreement (.1); review/revise draft joint prosecution agreement and email A&M regarding same (.6) | Johnson, Ericka F. (2199) | 0.70 | 500.00 | $ 350.00 |
| 10/11/2018 | Draft and send email to J. Fiero regarding joint litigation agreement (.1); research status of state law litigation (.4) | Johnson, Ericka F. (2199) | 0.50 | 500.00 | $ 250.00 |
| 10/11/2018 | Review Debtor comments to joint prosecution agreement | Patterson, Morgan L. (2372) | 0.30 | 450.00 | $ 135.00 |
| 10/11/2018 | Compile pending litigation dockets | Fitzgerald, Chadd P.* (7850) | 0.40 | 265.00 | $ 106.00 |
| 10/12/2018 | Review status of state court litigation | Johnson, Ericka F. (2199) | 0.30 | 500.00 | $ 150.00 |
| 10/15/2018 | Review joint prosecution agreement and address matters regarding same | Ward, Matthew P. (2176) | 0.40 | 580.00 | $ 232.00 |
| 10/15/2018 | Draft and send email to committee chair regarding execution of joint prosecution agreement and respond to email regarding same | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |

Tintri, Inc. Official Committee of Unsecured Creditors  
Tintri, Inc.

105131.0001.3/4181284

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2018 | Finalize execution version of joint prosecution agreement and send same to C. Robinson | Johnson, Ericka F. (2199) | 0.20 | 500.00 | $ 100.00 |
| 10/17/2018 | Review proposed order regarding joint prosecution agreement | Ward, Matthew P. (2176) | 0.20 | 580.00 | $ 116.00 |
| 10/19/2018 | Review dockets on various civil actions | Johnson, Ericka F. (2199) | 1.00 | 500.00 | $ 500.00 |
| 10/23/2018 | Review order approving joint prosecution agreement and send same to A&M team (.1); review individual pleadings in securities litigation and draft email summary regarding same (.9); address preservation and recovery of litigation materials (.9) | Johnson, Ericka F. (2199) | 1.90 | 500.00 | $ 950.00 |
| 10/24/2018 | Return call to J. Fiero regarding collection of litigation material (.1); draft and send email to Alvarez regarding same (.1) | Johnson, Ericka F. (2199) | 0.20 | 500.00 | $ 100.00 |
| 10/25/2018 | Review emails between R. Johnson and G. De Urioste regarding litigation materials (.1); review Nuvias' Motion to Extend Answer Deadline (.1) | Johnson, Ericka F. (2199) | 0.20 | 500.00 | $ 100.00 |
| 10/26/2018 | Review memorandum of law filed by Abacus and Neverfail in support of motion to dismiss adversary (.2); review email from G. De Urioste regarding server collection (.1) | Johnson, Ericka F. (2199) | 0.20 | 500.00 | $ 100.00 |
| 10/30/2018 | Review/respond to email from R. Johnson regarding acquisition of the server and litigation drive | Johnson, Ericka F. (2199) | 0.20 | 500.00 | $ 100.00 |
| | | | | **Total for Task:** | **$ 8,982.00** |

**BKO - Claims Administration**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2018 | Review correspondence from Tintri Singapore | Ward, Matthew P. (2176) | 0.20 | 580.00 | $ 116.00 |
| 10/01/2018 | Review letter from Tintri (Singapore) and circulate | Patterson, Morgan L. (2372) | 0.20 | 450.00 | $ 90.00 |
| 10/17/2018 | Factual and legal research regarding foreign affiliate claims and setoff rights | Ward, Matthew P. (2176) | 0.50 | 580.00 | $ 290.00 |
| 10/19/2018 | Factual research regarding intercompany claims (.3); correspondences with R. Newman regarding same (.2) | Ward, Matthew P. (2176) | 0.50 | 580.00 | $ 290.00 |
| 10/19/2018 | Review cash management order/motion regarding intercompany transfers (.3); respond to email from R. Newman regarding monthly operating report (.1); review A&M Interco analysis (.2) | Johnson, Ericka F. (2199) | 0.60 | 500.00 | $ 300.00 |
| 10/20/2018 | Draft and send email to Todd Atkinson regarding intercompany claims and preservation of setoff | Johnson, Ericka F. (2199) | 0.40 | 500.00 | $ 200.00 |

Tintri, Inc. Official Committee of Unsecured Creditors  105131.0001.3/4181284
Tintri, Inc.

| | | | | | |
|---|---|---|---|---|---|
| | rights | | | | |
| 10/31/2018 | Review/respond to email from Matthew Ward regarding Tintri Singapore claim | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| | | | **Total for Task:** | | $ 1,336.00 |

**BKPO - Plan of Reorganization**

| | | | | | |
|---|---|---|---|---|---|
| 10/09/2018 | Draft and send email to B. Smyl regarding status of plan (.1); phone call with Matthew Ward regarding same (.1) | Johnson, Ericka F. (2199) | 0.20 | 500.00 | $ 100.00 |
| 10/16/2018 | Develop strategy regarding potential plan of reorganization | Ward, Matthew P. (2176) | 0.40 | 580.00 | $ 232.00 |
| 10/16/2018 | Draft and send email to T. Walsh regarding status of plan | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| 10/26/2018 | Draft and send email to T. Hoffman requesting call to discuss case status | Johnson, Ericka F. (2199) | 0.10 | 500.00 | $ 50.00 |
| | | | **Total for Task:** | | $ 432.00 |

**BKRO - Retention of Others**

| | | | | | |
|---|---|---|---|---|---|
| 10/01/2018 | Review Deloitte retention application | Patterson, Morgan L. (2372) | 0.30 | 450.00 | $ 135.00 |
| 10/05/2018 | Address Debtor's Deloitte retention | Patterson, Morgan L. (2372) | 0.30 | 450.00 | $ 135.00 |
| 10/09/2018 | Review Deloitte retention application and develop strategy regarding same | Ward, Matthew P. (2176) | 0.40 | 580.00 | $ 232.00 |
| | | | **Total for Task:** | | $ 502.00 |

**BKRS - Reports and Schedules**

| | | | | | |
|---|---|---|---|---|---|
| 10/17/2018 | Review/analyze operating report | Ward, Matthew P. (2176) | 0.20 | 580.00 | $ 116.00 |
| | | | **Total for Task:** | | $ 116.00 |
| | | | **Total for Services:** | | $ 18,683.50 |

\*   If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.