# EXHIBIT B

Tintri, Inc. Official Committee of Unsecured Creditors　　　　　　　　　　　　　　　　105131.0001.3/4181284
Tintri, Inc.

## DISBURSEMENT SUMMARY

| Date: | Description: | Amount: |
|---|---|---|
|  | Copying/Printing | $ 46.60 |
|  | Express Delivery Charge | $ 144.88 |
|  | Postage | $ 20.50 |
|  | **Total Disbursements:** | **$ 211.98** |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost. The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%. We maintain the supporting documentation for these costs and will make the documentation available to you upon request.

### Use of Legal Support Service Providers

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product. As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.

Tintri, Inc. Official Committee of Unsecured Creditors  
Tintri, Inc.

105131.0001.3/4181284

## DISBURSEMENTS AND OTHER CHARGES

| Date: | Description: | Attorney: | Quantity: | Amount: |
|---|---|---|---|---|
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343020100; Tintri, Inc., George de Urioste, MOUNTAIN VIEW, CA | Ambler, Jr., Robert R. | | $ 13.72 |
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343574722; Hudson Insurance Company, D&O Claims, NEW YORK CITY, NY | Ambler, Jr., Robert R. | | $ 12.11 |
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343386640; Allied World Assurance Company, Claims Department, BOSTON, MA | Ambler, Jr., Robert R. | | $ 12.11 |
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343159412; Argo Group US, Management Liability Claims, JERSEY CITY, NJ | Ambler, Jr., Robert R. | | $ 12.11 |
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343535232; Allianz Global Risks US Insura, Claims Department, O'FALLON, MO | Ambler, Jr., Robert R. | | $ 11.98 |
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343612841; Freedom Specialty Insurance Co, Claims Manager, NEW YORK, NY | Ambler, Jr., Robert R. | | $ 12.11 |
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343806407, Ian Halifax, SAN FRANCISCO, CA | Ambler, Jr., Robert R. | | $ 18.21 |
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343456076; Western World Insurance Compan, Eric Levine, FI Professional L, NEW YORK, NY | Ambler, Jr., Robert R. | | $ 12.11 |
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343083046; Tokio Marine HCC, Claims Manager, FARMINGTON, CT | Ambler, Jr., Robert R. | | $ 12.11 |
| Sep 27, 2018 | Express Delivery Charge Federal Express Corporation; 773343917451, Kenneth Klein, ATHERTON, CA | Ambler, Jr., Robert R. | | $ 18.21 |
| Sep 27, 2018 | Postage | Fitzgerald, Chadd P. | | $ 20.50 |
| Sep 28, 2018 | Express Delivery Charge Federal Express Corporation; 448878392380; WOMBLE BOND DICKINSI (US) LLP, TOM STRACKE, ATLANTA, GA | Ambler, Jr., Robert R. | | $ 10.10 |

Tintri, Inc. Official Committee of Unsecured Creditors 105131.0001.3/4181284
Tintri, Inc.

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Name | Amount |
|---|---|---|---|
| Oct 18, 2018 | Copying/Printing Reliable Wilmington - Mailing and Envelopes | Sasso, Heidi E. | $ 46.60 |
| | | **Total Disbursements:** | **$ 211.98** |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost. The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%. We maintain the supporting documentation for these costs and will make the documentation available to you upon request.