## **CERTIFICATE OF SERVICE**

I, Chadd P. Fitzgerald, certify that I am not less than 18 years of age, and that on November 15, 2018, a copy of the foregoing document was electronically filed by CM/ECF, and I caused copies to be served upon the following parties by U.S. First Class mail, postage prepaid:

Tintri, Inc.
Robert J. Duffy, CRO
303 Ravendale Drive
Mountain View, CA 94943

Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

John D. Fiero, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Timothy J. Fox, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Christopher A. Ward, Esquire
Stephen J. Astringer, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Riley T. Orloff, Esquire
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173

Gary B. Rosenbaum, Esquire
McDermott Will & Emery
2049 Century Park East, Suite 3800
Los Angeles, CA 90067

Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Paul S. Samson, Esquire
Riemer & Braunstein LLP
Three Center Plaza, Suite 600
Boston, MA 02108

Steven E. Fox, Esquire
Riemer & Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 15, 2018

*/s/ Chadd P. Fitzgerald*
Chadd P. Fitzgerald

WBD (US) 44534281v1