IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>Related Docket No. 270, 279 |

## ORDER AUTHORIZING THE DEBTOR (A) TO REJECT NONRESIDENTIAL REAL PROPERTY LEASES AND ABANDON ANY PERSONAL PROPERTY LOCATED AT SUCH PREMISES AND (B) FIXING A BAR DATE FOR CLAIMS

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for the entry of an order pursuant to sections 365 and 544 of the Bankruptcy Code and Bankruptcy Rules 3003, 6006, and 6007 (a) authorizing the Debtor to reject, effective as of October 31, 2018 at 11:59 p.m. (Pacific Time) (the "Rejection Effective Date"), the (i) *Office Lease* dated February 13, 2013 (as amended, the "Master Lease") by and between BP MV Research Park LLC (the "Landlord") and the Debtor and (ii) *Sublease* dated May 30, 2014 (as amended, the "Sublease" and, together with the Master Lease, the "Rejected Leases") by and between T3C Inc., d/b/a Retail Solutions Inc. (the "Sublessee"), each relating to the real property located at 201-203 and 205 Ravendale Drive, Mountain View, California 94043 (the "Leased Premises"); (b) authorizing the Debtor to abandon any remaining personal property located at the Leased Premises (the "Remaining Personal Property"); and (c) fixing a bar date for claims, if any, of the Landlord and Sublessee arising out of such rejection (the "Bar Date"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 75 State Street, 18th Floor, Suite 1805, Boston, MA 02109.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code, the Rejected Leases are deemed rejected effective as of October 31, 2018 at 11:59 p.m. (Pacific Time).

3. The Debtor is hereby authorized to abandon any Remaining Personal Property at the Leased Premises effective as of October 31, 2018 at 11:59 p.m. (Pacific Time).

4. The Debtor will serve this Order on the Landlord and Sublessee within three business days after entry of this Order.

5. Twenty-One days after the entry of this Order is hereby fixed as the Bar Date by which the Landlord and Sublessee must file a claim under section 502 of the Bankruptcy Code or other claims in connection with the Rejected Leases or the rejection, breach, or termination of the Rejected Leases, failing which such claims shall be forever barred.

6. The Debtor reserves all rights to contest any such rejection damage claims on any basis and does not waive any claims that it may have against the Landlord and Sublessee, whether or not such claims are related to the Rejected Leases.

7. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: November 19, 2018

HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE