IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |
| | | Re: Docket Nos. 270, 279 and 283 |

**CERTIFICATION OF COUNSEL REGARDING MOTION PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE FOR AN ORDER (A) AUTHORIZING THE DEBTOR TO REJECT NONRESIDENTIAL REAL PROPERTY LEASES AND ABANDON ANY PERSONAL PROPERTY LOCATED AT SUCH <u>PREMISES AND (B) FIXING A BAR DATE FOR CLAIMS</u>**

The undersigned counsel for the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>") hereby certifies that:

1. On November 16, 2018, the Debtor filed the *Motion Pursuant to Section 365(a) of the Bankruptcy Code for an Order (A) Authorizing the Debtor to Reject Nonresidential Real Property Leases and Abandon any Personal Property Located at Such Premises and (B) Fixing a Bar Date for Claims* [Docket No. 270] (the "<u>Motion</u>").

2. Pursuant to the *Notice of Motion Pursuant to Section 365(a) of the Bankruptcy Code for an Order (A) Authorizing the Debtor to Reject Nonresidential Real Property Leases and Abandon any Personal Property Located at Such Premises and (B) Fixing a Bar Date for Claims* [Docket No. 270], objections to the relief requested in the Motion were due by November 14, 2018, at 4:00 p.m. prevailing Eastern Time.

3. The Debtor received informal comments from BP MV Research Park LLC (the "<u>Landlord</u>") prior to the objection deadline.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

4. On November 16, 2018, the Debtor mistakenly filed the *Certification of No Objection Regarding Motion Pursuant to Section 365(a) of the Bankruptcy Code for an Order (A) Authorizing the Debtor to Reject Nonresidential Real Property Leases and Abandon any Personal Property Located at Such Premises and (B) Fixing a Bar Date for Claims* [Docket No. 279] (the "CNO").

5. On November 16, 2018, the Debtor filed the *Notice of Withdrawal of Docket No. 279* [Docket No. 281] (the "Withdrawal") withdrawing the CNO.

6. Attached hereto as **Exhibit A** is a revised proposed *Amended Order Authorizing the Debtor (A) to Reject Non-Residential Real Property Leases and Abandon Any Personal Property Located at Such Premises and (B) Fixing a Bar Date for Claims* (the "Proposed Amended Order"). The Proposed Amended Order incorporates the informal comments from the Landlord and is submitted to amend, supercede and replace the *Order Authorizing the Debtor (A) to Reject Non-Residential Real Property Leases and Abandon Any Personal Property Located at Such Premises and (B) Fixing a Bar Date for Claims* [Docket No. 283]. The Landlord has no objection to entry of the Proposed Amended Order.

7. As of the date hereof, other than the informal comments from the Landlord, the Debtor received no other objections or informal comments to the Motion.

8. A blacklined copy of the Proposed Amended Order is attached hereto as **Exhibit B** showing changes made from the order attached to the Motion.

9. Accordingly, the Debtor respectfully requests entry of the Proposed Amended Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated: November 19, 2018  
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: jfiero@pszjlaw.com
        jlucas@pszjlaw.com
        crobinson@pszjlaw.com

*Attorneys for Debtor and Debtor in Possession*