UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| *In re* | : Chapter 11 |
| | : Case No. 18-11625 (KJC) |
| TINTRI, INC.,[1] | : |
| | : |
| Debtor. | : **Objection Deadline:** Dec. 10, 2018, at 4:00 p.m. (ET) |
| | : |

---

## SECOND MONTHLY STAFFING AND COMPENSATION REPORT OF BERKELEY RESEARCH GROUP, LLC DURING THE PERIOD FROM SEPTEMBER 1, 2018 THROUGH OCTOBER 31, 2018

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The debtor and debtor in possession ("Debtor") |
| Date of Retention: | August 9, 2018 *nunc pro tunc* to July 10, 2018 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2018 through October 31, 2018 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $226,937.50[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $9,912.01[3] |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$236,849.51** |

---

[1] The last four digits of the Debtor's federal taxpayer identification numbers are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2] This amount is inclusive of 100% of the CRO fee for the month of September ($75,000).

[3] The date listed for expenses contained in Exhibit E does not necessarily reflect the date on which the expense was actually incurred by Applicant.

## Relief Requested

This is Berkeley Research Group's ("BRG") second monthly staffing and compensation report (the "Compensation Report") for the period September 1, 2018 through October 31, 2018 (the "Monthly Report Period") filed pursuant to the terms of the BRG retention order (Dkt No. 162) (the "Retention Order"). BRG requests: (a) allowance of compensation in the amount of $226,937.50 (which includes $75,000.00 in CRO fees and $151,937.50 in Additional Personnel fees) for actual, reasonable and necessary professional services rendered to the Debtors by BRG and (b) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $9,912,01 incurred by BRG.

## Services Rendered and Disbursements Incurred

Attached as **Exhibit A** is the schedule of Additional Personnel[4] who rendered services to the Debtor during the Monthly Report Period, including each person's hours and the agreed upon fixed hourly rate and **Exhibit B** shows the schedule of fees expended by the Additional Personnel during the Monthly Report Period by task code. Attached as **Exhibit C** are BRG's detailed time descriptions for the Monthly Report Period which describe the time spent by each BRG Additional Personnel. **Exhibit D** shows the summary totals for each category of expense incurred by the CRO as well as the Additional Personnel while **Exhibit E** is an itemization and description of each expense incurred within each category.

The scope of services performed by BRG is included are set forth in the Engagement Letter and include having Mr. Robert Duffy assume the role of Chief Restructuring Officer ("CRO") with

---

[4] Terms not defined herein shall have the meaning ascribed to them in BRG's retention application (Docket No. 84).

Additional Personnel. During the Monthly Report Period, Mr. Duffy and the Additional Personnel provided the following interim management and advisory assistance to the Debtor:

a) Oversee restructuring activities and work together with management to develop and implement a chosen course of action to preserve asset value and maximize recoveries to stakeholders;

b) Assist the Debtor and its management in developing cash flow projections and related methodologies and assist with planning for alternatives as requested by Debtor;

c) Assist the Debtor in preparing for and operating in this Case, including negotiations with stakeholders, and the formulation of a strategy and plan directed to preserve and maximize value;

d) Assist as requested by management in connection with the Debtor's development of its business plan, and such other related forecasts as may be required by creditor constituencies in connection with negotiations;

e) Assist management with communication with employees, vendors, and other key stakeholders and provide information to stakeholders and consult with key constituents as necessary;

f) Assist with such other matters as may be requested that fall within Mr. Duffy's expertise and that are mutually agreeable.

### Notice and Objection Procedures

Pursuant to the Retention Order, BRG provided notice of this Staffing Report to: (a) the Debtor; (b) Counsel for the Debtor; (c) the Office of the United States Trustee for the District of Delaware; (d) counsel to the Official Committee of Unsecured Creditors; (e) counsel the Debtor's DIP Lenders; and (f) counsel to the Prepetition Senior Secured Lender; (collectively, the "Notice Parties").

*Remainder of the page left intentionally blank*

Wherefore, pursuant to the Retention Order, and pending the expiration of the objection deadline, if no objections to the Compensation Report are received BRG respectfully requests allowance of: (i) 100% of BRG's total fees for services rendered during the Monthly Report Period, ($226,937.50) and (ii) 100% of the total disbursements incurred during the Monthly Report Period ($9,912.01).

Date:  11/19/2018

Berkeley Research Group, LLC

By  /s/ Robert Duffy
    Roberty Duffy
    Managing Director
    2049 Century Park East
    Suite 2525
    Los Angeles, CA 90067
    (949) 537-7964