IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |

**Objection Deadline: December 10, 2018 at 4:00 p.m. (ET)**

**NOTICE OF FILING OF MONTHLY STAFFING REPORT
BY BERKELEY RESEARCH GROUP LLC FOR THE PERIOD
OF SEPTEMBER 1, 2018 THROUGH OCTOBER 31, 2018**

TO: (i) Office of the U.S. Trustee; (ii) Debtor's prepetition and postpetition secured lenders; and (iii) Counsel to the Official Committee of Unsecured Creditors.

**PLEASE TAKE NOTICE** that Berkeley Research Group LLC ("Berkeley") has filed the attached monthly staffing report for the period of September 1, 2018 through October 31, 2018 (the "Staffing Report"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court") pursuant to the Bankruptcy Court's order entered on August 9, 2018, approving the employment of Berkeley (the "Retention Order") [Docket No. 162].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Retention Order, any response or objection to the Staffing Report must be filed with the Bankruptcy Court on or before **December 10, 2018 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtor, Tintri, Inc., 303 Ravendale Dr., Mountain View, CA 94943, (Attn: Robert J. Duffy); (ii) counsel to the Debtor and Debtor-in-Possession,

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), (Attn: John D. Fiero, Esq. and Colin R. Robinson, Esq.); (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, (Attn: Timothy J. Fox, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors, Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, (Attn: Matthew P. Ward, Esq. and Ericka F. Johnson, Esq.); (iv) counsel to the Silicon Valley Bank, Debtor's postpetition senior secured lender, (a) Riemer & Braunstein LLP, Times Square Tower, Seven Times Square, Suite 2506, New York, NY 10036 (Attn: Steven E. Fox, Esq.), (b) Riemer & Braunstein LLP, Three Center Plaza, Suite 600, Boston, MA 02108 (Attn: Paul S. Samson, Esq.), and (c) Ashby & Geddes, 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899 (Attn: Gregory A. Taylor, Esq.); and (v) counsel to TriplePoint Capital LLC, Debtor's debtor in possession lender, (a) McDermott Will & Emery, 340 Madison Avenue, New York, NY 10173 (Attn: Riley T. Orloff, Esq.) (b) McDermott Will & Emery, 2049 Century Park East, Suite 3800, Los Angeles, CA 90067 (Attn: Gary B. Rosenbaum, Esq.), and (c) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 (Attn: Stephen J. Astringer, Esq.) (collectively, the "Notice Parties").

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 20, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Henry C. Kevane (CA Bar No. 125757)<br>John D. Fiero (CA Bar No. 136557)<br>John W. Lucas (CA Bar No. 271038)<br>James E. O'Neill (DE Bar No. 4042)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 N. Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br>E-mail: hkevane@pszjlaw.com<br>            jfiero@pszjlaw.com<br>            jlucas@pszjlaw.com<br>            joneill@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>*Attorneys for Debtor and Debtor in Possession* |