# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No. 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Synopsys, Inc. ("Synopsys") appears by its counsel Montgomery, McCracken, Walker & Rhoads, LLP ("Counsel"). Counsel hereby enters their appearance pursuant to Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in this case. Counsel requests, pursuant to Bankruptcy Rules 2002, 3015, and 9007, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans and all other matters arising herein or in any related adversary proceeding, be given and served upon Synopsys through service upon Counsel, at the address, telephone and facsimile numbers, and e-mail addresses set forth below:

        Mark A. Fink
        **Montgomery, McCracken, Walker**
        **& Rhoads, LLP**
        1105 North Market Street, 15th Floor
        Wilmington, DE 19801

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 303 Ravendale Dr., Mountain View, CA 94043.

Telephone: (302) 504-7811
Facsimile:  (302) 504-7820
Email:      mfink@mmwr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Synopsys, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Synopsys may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Dated: November 27, 2018
       Wilmington, Delaware

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Mark A. Fink (DE No. 3946)
1105 North Market Street
15th Floor
Wilmington, DE  19801
Telephone:  (302) 504-7811
Facsimile:    (302) 504-7820
Email:        mfink@mmwr.com

*Counsel for Synopsys, Inc.*