IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (KJC) |
| | ) | |
| Debtor. | ) | |

**Re: Docket No. 276**

### CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S FOURTH OMNIBUS MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS *NUNC PRO TUNC* TO THE REJECTION DATE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Debtor's Fourth Omnibus Motion for the Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Nunc Pro Tunc to the Rejection Date* (the "Motion") [Docket No. 276] filed on November 13, 2018. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Motion appears thereon. Pursuant to the *Notice of Debtor's Fourth Omnibus Motion for the Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Nunc Pro Tunc to the Rejection Date* (the "Notice"), responses to the Motion were to be filed and served no later than November 27, 2018 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

It is hereby respectfully requested that the proposed order attached to as <u>Exhibit A</u> be entered at the Court's earliest convenience.

Dated: December 6, 2018
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

<u>/s/ Colin R. Robinson</u>
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
      jfiero@pszjlaw.com
      jlucas@pszjlaw.com
      joneill@pszjlaw.com
      crobinson@pszjlaw.com

*Attorneys for Debtor and Debtor in Possession*