# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>Related Docket No. 276 |

**ORDER AUTHORIZING THE DEBTOR TO REJECT CERTAIN
EXECUTORY CONTRACTS *NUNC PRO TUNC* TO THE REJECTION DATE**

Upon the *Fourth Omnibus Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts Nunc Pro Tunc to the Rejection Date* (the "Motion");[2] and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted as set forth herein.

2. Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Debtor is authorized to reject the Rejected Contracts set forth on Exhibit A annexed hereto. The rejection is effective *nunc pro tunc* to November 13, 2018, the date the Motion was filed.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 75 State Street, 18th Floor, Suite 1805, Boston, MA 02109.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3. Within two business days after entry of this Order, the Debtor will serve this Order on the counterparties to the Rejected Contracts.

4. The counterparty must file a claim under section 502 of the Bankruptcy Code or other claims in connection with such Rejected Contract or the rejection, breach or termination of such Rejected Contract in accordance with any claims bar date set by the Court, and the failure to file a timely claim shall forever prohibit the counterparty of the applicable Rejected Contracts from receiving any distribution on account of such claims from the Debtor's estate or otherwise.

5. Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order shall be deemed or construed to be: (i) an admission as to the validity or priority of any claim against the Debtor; (ii) a waiver by the Debtor of any claims it may have against any counterparties to any Rejected Contracts, whether or not such claims are related to such Rejected Contracts; (iii) a waiver of the Debtor's right to assert that any Rejected Contracts terminated prior to the Petition Date or the Rejection Effective Date; or (iv) a waiver of the Debtor's right to assert that any of the Rejected Contracts do not constitute executory contracts.

6. Notwithstanding any provision in the Bankruptcy Rules to the contrary: (i) this Order shall be effective immediately and enforceable upon its entry; (ii) the Debtor is not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order; and (iii) the Debtor is authorized and empowered, and may in its discretion and without further delay, take any action necessary or appropriate to implement this Order.

7. The rejection of the Rejected Contracts authorized in this Order complies with the requirements of Bankruptcy Rule 6006(f).

8. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2018

                                                                    HONORABLE KEVIN J. CAREY
                                                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A TO ORDER

## Rejected Contracts

| Counterparty | Contract Name / Description |
|---|---|
| ActualTech Marketing, LLC<br>198 Okatie Village, Ste 103-157<br>Bluffton, SC 29909 | Marketing services |
| Aon Consulting<br>P.O. Box 100137<br>Pasadena, CA 91189 | HR compensation services |
| Atlas Private Security, Inc.<br>888 N. First Street #222<br>San Jose, CA 95112 | Security services |
| B2BGateway.Net (Shannon Systems, LLC)<br>P.O. Box 838<br>Hope Valley, RI 02832 | Integration software services |
| Bay Alarm Company<br>60 Berry Drive<br>Pacheco, CA 94553-5601 | Security services |
| CDW LLC<br>P.O. Box 75723<br>Chicago, IL 60675-5723 | Marketing and sales services |
| Chrome Media Group LLC<br>1716 Second Street<br>Livermore, CA 94550 | Marketing collateral printing and storage |
| Cisco Systems Capital Corporation<br>170 W. Tasman Drive<br>MS SJ13-3<br>San Jose, CA 95134 | Leasing of Cisco switches and other products |
| City of Mountain View<br>P.O. Box 743338<br>Los Angeles, CA 90074-3338 | Water and trash utility |

| Counterparty | Contract Name / Description |
|---|---|
| Connext (fka High Tech Connect)<br>500 Hopyard Rd., Suite 210<br>Pleasanton, CA 94588 | Marketing services |
| Corodata Shredding, Inc.<br>P.O. Box 846137<br>Los Angeles, CA 90084-6137 | Confidential destruction services |
| Elixiter, Inc.<br>113 East Oak Street<br>Bozeman, MT 59715 | Marketing services |
| Expeditors International<br>425 Valley Drive<br>Brisbane, CA 94005 | Freight |
| Expeditors Canada, Inc.<br>55 Standish Ct., 11th Floor<br>Mississauga ON L5R 4A1<br>CANADA | Freight |
| FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321<br><br>FedEx<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | Freight |
| FedEx Freight<br>Dept LA<br>P.O. Box 21415<br>Pasadena, CA 91185-1415 | Freight |
| First Choice Coffee Services<br>3130 Alfred Street<br>Santa Clara, CA 95054 | Canteen services |
| Fortitude International, LLC<br>3120 Fairview Park Drive, Suite 520<br>Falls Church, VA 22042 | Marketing services |
| Foster Brothers Security<br>555 So. Murphy Ave.
Sunnyvale, CA 94086 | Security services |

| Counterparty | Contract Name / Description |
|---|---|
| Google LLC<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043<br><br>Google, Inc.<br>Dept. 33654<br>P.O. Box 39000<br>San Francisco, CA 94139 | Advertising services |
| HMG Strategy, LLC<br>(Newtek Business Credit)<br>P.O. Box 3611<br>New Hyde Park, NY 11040 | Marketing and sponsorship services |
| Hula Networks, Inc.<br>1153 Tasman Drive<br>Sunnyvale, CA 94085 | Network services |
| JAMF Holdings, Inc.<br>JAMF Software, LLC<br>100 Washington Avenue, Suite 1100<br>Minneapolis, MN 55401 | Marketing and sponsorship services |
| JetBrains Americas Inc.<br>989 East Hillside Blvd., Suite 200<br>Foster City, CA 94404 | Software services |
| Jostle Corporation<br>310-163 West Hastings Street<br>Vancouver, BC V6B 1H5<br>CANADA | Software services |
| Leadspace, Inc.<br>5901 W. Century Blvd., 9th Floor<br>Los Angeles, CA 90045-5421 | Software services |
| MadCap Software, Inc.<br>7777 Fay Avenue, Suite 210<br>La Jolla, CA 92037 | Software services |
| MailFinance<br>a Neopost USA Company<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | Leasing of postage meter |

| Counterparty | Contract Name / Description |
|---|---|
| NCR Corporation<br>14181 Collections Center Dr.<br>Chicago, IL 60693 | Field support engineers |
| New Relic, Inc.<br>P.O. Box 101812<br>Suite 1200<br>Pasadena, CA 91189-1812 | Software services |
| NJGMIS TEC Foundation<br>P.O. Box 1056<br>Leander, TX 78646<br><br>NJGMIS TEC Foundation<br>P.O. Box 6535<br>Somerset, NJ 08875 | Industry conference sponsorship |
| PagerDuty, Inc.<br>548 Market Street #26994<br>San Francisco, CA 94104 | Pager services |
| PG&E<br>Box 997300<br>Sacramento, CA 95899-7300 | Electricity and gas utility |
| Salesforce.com, Inc.<br>P.O. Box 203141<br>Dallas, TX 75320 | CRM software |
| Sanmina Corporation<br>PO Box 848413<br>Dallas, TX 75284-8413 | Storage appliance components |
| SimplyDirect<br>29 Hudson Road, Suite 2300<br>Sudbury, MA 01776 | Marketing services |
| SolarWinds<br>7171 Southwest Parkway<br>Building 400<br>Austin, TX 78735 | Software services |
| Specialty's Café & Bakery<br>5050 Hopyard Road<br>Suite 250<br>Pleasanton, CA 94588 | Food services |

| Counterparty | Contract Name / Description |
|---|---|
| The Office City<br>3167 Corporate Place<br>Hayward, CA 94545 | Office supplies |
| Trump Card Holdings, LLC<br>23807 Aliso Creek Road<br>Suite 200<br>Laguna Nigel, CA 92677 | Freight |
| VMware User Group (VMUG)<br>P.O. Box 306046<br>Nashville, TN 37230-6039 | Software user group services |
| West LLC<br>11808 Miracle Hills Dr.<br>Omaha, NE 68154 | Investor relations call management |
| West Unified Communications Services, Inc.<br>8420 West Bryn Mawr, Suite 1100<br>Chicago, IL 60631 | Conference call services |
| Wistia, Inc.<br>17 Tudor Street<br>Cambridge, MA 02139 | Marketing services |
| Wpromote, LLC<br>2100 E. Grand Avenue, Floor 1<br>El Segundo, CA 90245 | Marketing services |
| XTRM Inc.<br>303 Twin Dolphin Drive, 6th Floor<br>Redwood City, CA 94065 | Marketing services |
| Y3TI Corporation<br>3620 Mr. Diablo Blvd.<br>Suite 202<br>Lafayette, CA 94549 | Marketing services |
| Zuora, Inc.<br>3050 S. Delaware Street, Suite 301<br>San Mateo, CA 94403 | RevPro software services |