# EXHIBIT A TO ORDER

## Rejected Contracts

| Counterparty | Contract Name / Description |
|---|---|
| ActualTech Marketing, LLC<br>198 Okatie Village, Ste 103-157<br>Bluffton, SC 29909 | Marketing services |
| Aon Consulting<br>P.O. Box 100137<br>Pasadena, CA 91189 | HR compensation services |
| Atlas Private Security, Inc.<br>888 N. First Street #222<br>San Jose, CA 95112 | Security services |
| B2BGateway.Net (Shannon Systems, LLC)<br>P.O. Box 838<br>Hope Valley, RI 02832 | Integration software services |
| Bay Alarm Company<br>60 Berry Drive<br>Pacheco, CA 94553-5601 | Security services |
| CDW LLC<br>P.O. Box 75723<br>Chicago, IL 60675-5723 | Marketing and sales services |
| Chrome Media Group LLC<br>1716 Second Street<br>Livermore, CA 94550 | Marketing collateral printing and storage |
| Cisco Systems Capital Corporation<br>170 W. Tasman Drive<br>MS SJ13-3<br>San Jose, CA 95134 | Leasing of Cisco switches and other products |
| City of Mountain View<br>P.O. Box 743338<br>Los Angeles, CA 90074-3338 | Water and trash utility |

| Counterparty | Contract Name / Description |
|---|---|
| Connext (fka High Tech Connect)<br>500 Hopyard Rd., Suite 210<br>Pleasanton, CA 94588 | Marketing services |
| Corodata Shredding, Inc.<br>P.O. Box 846137<br>Los Angeles, CA 90084-6137 | Confidential destruction services |
| Elixiter, Inc.<br>113 East Oak Street<br>Bozeman, MT 59715 | Marketing services |
| Expeditors International<br>425 Valley Drive<br>Brisbane, CA 94005 | Freight |
| Expeditors Canada, Inc.<br>55 Standish Ct., 11th Floor<br>Mississauga ON L5R 4A1<br>CANADA | Freight |
| FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321<br><br>FedEx<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | Freight |
| FedEx Freight<br>Dept LA<br>P.O. Box 21415<br>Pasadena, CA 91185-1415 | Freight |
| First Choice Coffee Services<br>3130 Alfred Street<br>Santa Clara, CA 95054 | Canteen services |
| Fortitude International, LLC<br>3120 Fairview Park Drive, Suite 520<br>Falls Church, VA 22042 | Marketing services |
| Foster Brothers Security<br>555 So. Murphy Ave.<br>Sunnyvale, CA 94086 | Security services |

| Counterparty | Contract Name / Description |
|---|---|
| Google LLC<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043<br><br>Google, Inc.<br>Dept. 33654<br>P.O. Box 39000<br>San Francisco, CA 94139 | Advertising services |
| HMG Strategy, LLC<br>(Newtek Business Credit)<br>P.O. Box 3611<br>New Hyde Park, NY 11040 | Marketing and sponsorship services |
| Hula Networks, Inc.<br>1153 Tasman Drive<br>Sunnyvale, CA 94085 | Network services |
| JAMF Holdings, Inc.<br>JAMF Software, LLC<br>100 Washington Avenue, Suite 1100<br>Minneapolis, MN 55401 | Marketing and sponsorship services |
| JetBrains Americas Inc.<br>989 East Hillside Blvd., Suite 200<br>Foster City, CA 94404 | Software services |
| Jostle Corporation<br>310-163 West Hastings Street<br>Vancouver, BC V6B 1H5<br>CANADA | Software services |
| Leadspace, Inc.<br>5901 W. Century Blvd., 9th Floor<br>Los Angeles, CA 90045-5421 | Software services |
| MadCap Software, Inc.<br>7777 Fay Avenue, Suite 210<br>La Jolla, CA 92037 | Software services |
| MailFinance<br>a Neopost USA Company<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | Leasing of postage meter |

| Counterparty | Contract Name / Description |
|---|---|
| NCR Corporation<br>14181 Collections Center Dr.<br>Chicago, IL 60693 | Field support engineers |
| New Relic, Inc.<br>P.O. Box 101812<br>Suite 1200<br>Pasadena, CA 91189-1812 | Software services |
| NJGMIS TEC Foundation<br>P.O. Box 1056<br>Leander, TX 78646<br><br>NJGMIS TEC Foundation<br>P.O. Box 6535<br>Somerset, NJ 08875 | Industry conference sponsorship |
| PagerDuty, Inc.<br>548 Market Street #26994<br>San Francisco, CA 94104 | Pager services |
| PG&E<br>Box 997300<br>Sacramento, CA 95899-7300 | Electricity and gas utility |
| Salesforce.com, Inc.<br>P.O. Box 203141<br>Dallas, TX 75320 | CRM software |
| Sanmina Corporation<br>PO Box 848413<br>Dallas, TX 75284-8413 | Storage appliance components |
| SimplyDirect<br>29 Hudson Road, Suite 2300<br>Sudbury, MA 01776 | Marketing services |
| SolarWinds<br>7171 Southwest Parkway<br>Building 400<br>Austin, TX 78735 | Software services |
| Specialty's Café & Bakery<br>5050 Hopyard Road<br>Suite 250<br>Pleasanton, CA 94588 | Food services |

| Counterparty | Contract Name / Description |
|---|---|
| The Office City<br>3167 Corporate Place<br>Hayward, CA 94545 | Office supplies |
| Trump Card Holdings, LLC<br>23807 Aliso Creek Road<br>Suite 200<br>Laguna Nigel, CA 92677 | Freight |
| VMware User Group (VMUG)<br>P.O. Box 306046<br>Nashville, TN 37230-6039 | Software user group services |
| West LLC<br>11808 Miracle Hills Dr.<br>Omaha, NE 68154 | Investor relations call management |
| West Unified Communications Services, Inc.<br>8420 West Bryn Mawr, Suite 1100<br>Chicago, IL 60631 | Conference call services |
| Wistia, Inc.<br>17 Tudor Street<br>Cambridge, MA 02139 | Marketing services |
| Wpromote, LLC<br>2100 E. Grand Avenue, Floor 1<br>El Segundo, CA 90245 | Marketing services |
| XTRM Inc.<br>303 Twin Dolphin Drive, 6th Floor<br>Redwood City, CA 94065 | Marketing services |
| Y3TI Corporation<br>3620 Mr. Diablo Blvd.<br>Suite 202<br>Lafayette, CA 94549 | Marketing services |
| Zuora, Inc.<br>3050 S. Delaware Street, Suite 301<br>San Mateo, CA 94403 | RevPro software services |