IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC) |
| TINTRI, INC.,<br><br>　　　　　Plaintiff,<br>vs.<br><br>DASHER TECHNOLOGIES, INC.,<br><br>　　　　　Defendants. | Adversary No. 18-50927 (KJC) |

**NOTICE OF AGENDA FOR TELEPHONIC HEARING ON DECEMBER 12, 2018,
AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE
HONORABLE KEVIN J. CAREY**

**Any party wishing to participate in the hearing must make arrangements to appear telephonically through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).**

**RESOLVED MATTER:**

1.　　Fourth Omnibus Motion for the Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date [Filed: 11/13/18] (Docket No. 276).

　　Response Deadline: November 27, 2018, at 4:00 p.m.

　　Responses Received: None as of the date of this Notice of Agenda.

　　Related Documents:

　　a.　　[Signed] Order Authorizing the Debtor to Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date [Filed: 12/7/18] (Docket No. 298).

　　Status: The Court has entered an order on this matter.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

**MATTER GOING FORWARD:**

2. First and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtor for the Period of July 10, 2018 Through August 31, 2018 [Filed: 10/24/18] (Docket No. 266).

   Response Deadline: November 14, 2018, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. Certification of No Objection Regarding First and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtor for the Period of July 10, 2018 Through August 31, 2018 [Filed: 11/16/18] (Docket No. 280).

   Status: This matter will go forward as a telephonic conference at the direction of the Court.

**PRE-TRIAL CONFERENCE:**

3. *[Tintri, Inc. v. Dasher Technologies, Inc.]* Complaint for Breach of Written Contract and Turnover [Adv. Pro. No. 18-50927, Docket No. 1].

   Status: The parties have agreed to adjourn this matter to a date to be determined.

Dated: December 10, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
       jfiero@pszjlaw.com
       jlucas@pszjlaw.com
       joneill@pszjlaw.com
       crobinson@pszjlaw.com

*Attorneys for Debtor and Debtor in Possession*