IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>Related Docket No. 297, 314 |

## ORDER AUTHORIZING
## THE EMPLOYMENT AND RETENTION OF ONYX
## ASSET ADVISORS, LLC *NUNC PRO TUNC* TO OCTOBER 26, 2018

Upon the motion (the "Motion")[2] of the Debtor for the entry of an order authorizing the Debtor to retain Onyx *nunc pro tunc* to October 26, 2018, pursuant to the terms and conditions of the Engagement Agreement, to provide a forced liquidation valuation of certain of the Debtor's assets; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Debtor is authorized to employ and retain Onyx, *nunc pro tunc* to October 26, 2018, on the terms and conditions set forth in the Motion and Engagement Agreement.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 75 State Street, 18th Floor, Suite 1805, Boston, MA 02109.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3. To the extent there is any inconsistency between the terms of the Engagement Agreement, the Motion, and this Order, the terms of this Order shall govern.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2018

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

DOCS_SF:98435.3