IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC)<br><br>Related Docket No. 266, 331 |

## ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR THE APPLICATION PERIOD OF JULY 10, 2018 THROUGH AUGUST 31, 2018

Houlihan Lokey Capital, Inc. ("Houlihan"), as investment banker to Tintri, Inc., debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed its first and final application for allowance of compensation and reimbursement of expenses for the period from July 10, 2018 through August 31, 2018 (the "Final Application"). The Court has reviewed the Final Application and the *Certification of Counsel Regarding the Final Application* and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED, and the requested fees and expenses are allowed, on a final basis. The Debtor in the above case is authorized to pay to Houlihan the sum of $2,350,000.00 as compensation, and ~~$15,952.83~~[2] $13,045.36 for reimbursement of

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

[2] This amount reflects a reduction of expenses in the amount of $2,115.54.

expenses, for services rendered and disbursements incurred by Houlihan for the period July 10, 2018 through August 31, 2018, less any amounts previously paid. *

Dated: __Feb 22__, 2019

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

\* Reflects reductions for waived inter expenses and for certain transportation expenses with in sufficient detail.

2