IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| TINTRI, INC.,[1] | ) Case No. 18-11625 (LSS) ) ) |
| Debtor. | ) ) |

**DECLARATION OF DAVID JEW IN SUPPORT OF THE THIRD OMNIBUS OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (SUBSTANTIVE OBJECTION)**

I, David Jew, hereby declare that the following is true and correct to the best of my knowledge, information, and belief.

1.      I am the former Treasurer of the above-captioned debtor ("Tintri" or the "Debtor") and now the consultant charged with managing the day-to-day operations of Tintri's liquidation, including corporate records maintenance and claims analysis. In the course and scope of my employment, I have been personally involved in the processing and reconciliation of claims against the Debtor. In this capacity, I am familiar with the Debtor's business, financial affairs, and books and records. I am authorized to submit this Declaration on behalf of the Committee.

2.      Except as otherwise set forth herein, all statements in this declaration are based on my personal knowledge, my familiarity with the processing and reconciliation of the claims listed on <u>Exhibit A</u> annexed to the Third Omnibus Objection of Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the

---

[1]      The Debtor and the last four digits of its taxpayer identification numbers are (6978).

Federal Rules of Bankruptcy Procedure (Substantive Objection) (the "Objection"), or my review of relevant documents.

3. If called upon to testify, I could and would competently testify to the facts set forth herein. I submit this declaration in support of the Objection. I have, or someone on my staff under my direction and supervision has reviewed the claims identified on Exhibit A annexed to the Objection.

4. All or a portion of the amounts asserted in the Claims on Exhibit A to the Objection should be reclassified as general unsecured claims. The claimants identified on Exhibit A asserted administrative, priority unsecured, or secured status for their claims, but either failed to provide any basis for the assertion of administrative, priority unsecured, or secured status or provided an invalid basis for the administrative, priority unsecured, or secured status. The specific reason for the requested reclassification is specifically identified on Exhibit A in the column "Reason for Reclassification."

5. Based upon my personal knowledge, my familiarity with the processing and reconciliation of the claims listed in Exhibit A annexed to the Objection, or my review of relevant documents, I believe that granting the relief requested in the Objection is in the best interests of the Debtor, its estates, and its creditors.

6. The undersigned certifies that the undersigned has reviewed the requirements of Local Rule 3007-1 and that the Objection substantially complies with that Local Rule. To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, I believe that such deviations are not material and respectfully requests that any such requirement be waived.

3

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   August 27, 2019

                                          */s/ David Jew*
                                          David Jew

WBD (US) 46692355v2