## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>               Debtor. | )<br>)  Chapter 11<br>)<br>)  Case No. 18-11625 (LSS)<br>)<br>)  **Obj. Deadline: September 19, 2019 at 4:00 p.m. (ET)**<br>)  **Hearing Date: September 26, 2019 at 10:00 a.m. (ET)**<br>)  Re: Docket No. 417 |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE THIRD OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (SUBSTANTIVE OBJECTION)**

PLEASE TAKE NOTICE that on September 12, 2019, copies of the proofs of claim in connection with the **Third Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [D.I. 417]** were hand delivered to the Honorable Laurie Selber Silverstein, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, DE 19801.  Copies are available by contacting the undersigned counsel for the Official Committee of Unsecured Creditors of Tintri, Inc.

---

[1]  The Debtor and the last four digits of its taxpayer identification numbers are (6978).

WBD (US) 47518093v1

Dated: September 12, 2019
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
Morgan L. Patterson (Del. Bar No. 5388)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com
Email: morgan.patterson@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors*

2

WBD (US) 47518093v1