UNITED STATES BANKRUPTCY COURT
FOR THE DISTRIC OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-11625 (LSS) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 12, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Submission of Proofs of Claim in Connection with the First Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Docket No. 439]**

Dated: September 16, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California　　　}
{　　　　　　　　　　　　} ss.
{County of Los Angeles　 }

Subscribed and sworn to (or affirmed) before me on this 16th day of September, 2019, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978.

# **EXHIBIT A**

| | | |
|---|---|---|
| ASHBY & GEDDES, P.A.<br>GREGORY A. TAYLOR, DAVID F. COOK<br>500 DELAWARE AVENUE, 8TH FLOOR<br>PO BOX 1150<br>WILMINGTON, DE 19899-1150 | ATTORNEY GENERAL AND ASSISTANT ATTORNEY GE<br>DANA NESSEL AND HEATHER L DONALD<br>3030 W GRAND BLVD<br>CADILLAC PLACE STE 10-200<br>DETROIT, MI 48202 | ATTORNEY GENERAL'S OFFICE BANKRUPTCY & CO<br>ATTN: COURTNEY J. HULL<br>P.O. BOX 125448<br>AUSTIN, TX 78711-2548 |
| BIALSON, BERGEN & SCHWAB<br>LAWRENCE M. SCHWAB AND THOMAS M.GAA<br>633 MENLO AVE, SUITE 100<br>MENLO PARK, CA 94025 | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | BUSINESS WIRE INC.<br>ATTN: ANGELA ARAFAT<br>101 CALIFORNIA ST 20TH FL<br>SAN FRANCISCO, CA 94111 |
| BUSINESS WIRE INC.<br>DEPARTMENT, #34182<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139 | BXP RESEARCH PARK LP<br>C/O BOSTON PROPERTIES<br>ATTN: MICHELE YIP<br>FOUR EMBARACADERO CENTER, LOBBY LEVEL, STE 1<br>SAN FRANCISCO, CA 94111 | BXP RESEARCH PARK LP<br>C/O GOULSTON & STORRS PC<br>ATTN: DOUGLAS B. ROSNER<br>400 ATLANTIC AVE<br>BOSTON, MA 02110 |
| CALIFORNIA ATTORNEY GENERAL<br>XAVIER BECERRA<br>1300 I ST., STE. 1740<br>SACRAMENTO, CA 95814 | CIARDI CIARDI & ASTIN<br>DANIEL K. ASTIN AND JOSEPH J. MCMAHON, JR.<br>1204 N. KING STREET<br>WILMINGTON, DE 19801 | CIARDI CIARDI & ASTIN<br>WALTER W. GOULDSBURY III<br>52 HADDONFIELD-BERLIN ROAD, SUITE 1000<br>CHERRY HILL, NJ 08034 |
| DELAWARE ATTORNEY GENERAL<br>MATTHEW P. DENN<br>CARVEL STATE OFFICE BUILDING, 5TH FL<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | DELAWARE DEPARTMENT OF REVENUE<br>ZILLAH A. FRAMPTON, BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILDING, 8TH FL<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | DELAWARE DEPT OF JUSTICE<br>ATTN BANKRUPTCY DEPT<br>820 N FRENCH ST 6TH FL<br>WILMINGTON, DE 19801 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS - FRANCHISE TAX<br>401 FEDERAL STREET<br>JOHN G TOWNSEND BUILDING, SUITE 4<br>DOVER, DE 19901 | DELAWARE STATE TREASURY<br>SECRETARY OF TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER, DE 19904 | DOSHI LEGAL GROUP, P.C.<br>AMISH R. DOSHI<br>1979 MARCUS AVENUE, SUITE 210E<br>LAKE SUCCESS, NY 11042 |
| DUANE MORRIS LLP<br>JARRET P. HITCHINGS<br>222 DELAWARE AVENUE, SUITE 1600<br>WILMINGTON, DE 19801-1659 | DUANE MORRIS LLP<br>MARCUS O. COLABIANCHI<br>ONE MARKET PLAZA, SUITE 2200<br>SPEAR TOWER<br>SAN FRANCISCO, CA 94105 | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCU<br>PAUL J. PASCUZZI AND HOLLY A. ESTIOKO<br>400 CAPITOL MALL, SUITE 1750<br>SACRAMENTO, CA 95814 |
| GOULSTON & STORRS PC<br>DOUGLAS B. ROSNER<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110-3333 | HOPKINS & CARLEY<br>MONIQUE D. JEWETT-BREWSTER<br>70 SOUTH FIRST STREET<br>SAN JOSE, CA 95113-2406 | ICG<br>BRAD CHIBOS<br>999 W TAYLOR SUITE B<br>SAN JOSE, CA 95126 |
| INTERNAL REVENUE SERVICE<br>ATTN SUSANNE LARSON<br>31 HOPKINS PLZ RM 1150<br>BALTIMORE, MD 21201 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA, PA 19104 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| IOWA DEPARTMENT OF REVENUE<br>C/O OFFICE OF THE ATTORNEY GENERAL OF IOWA<br>ATTN: BANKRUPTCY UNIT<br>1305 E WALNUT<br>DES MOINES, IA 50319 | KURTZMAN CARSON CONSULTANTS LLC<br>2335 ALASKA AVE<br>EL SEGUNDO, CA 90245 | MANATT, PHELPS & PHILLIPS, LLP<br>ALAN M. NOSKOW<br>1050 CONNECTICUT AVE. NW, SUITE 600<br>WASHINGTON, DC 20036 |
| MANATT, PHELPS & PHILLIPS, LLP<br>BLASE P. DILLINGHAM<br>11355 W. OLYMPIC BOULEVARD<br>LOS ANGELES, CA 90064 | MCDERMOTT WILL & EMERY<br>GARY B. ROSENBAUM<br>2049 CENTURY PARK EAST, SUITE 3800<br>LOS ANGELES, CA 90067 | MCDERMOTT WILL & EMERY<br>TIMOTHY W. WALSH, RILEY T. ORLOFF<br>340 MADISON AVENUE<br>NEW YORK, NY 10173 |

| | | |
|---|---|---|
| MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LL<br>MARK A. FINK<br>1105 NORTH MARKET STREET, 15TH FLOOR<br>WILMINGTON, DE 19801 | OFFICE OF ATTORNEY GENERAL<br>CHRISTOPHER R. MOMJIAN SENIOR DEPUTY ATTORN<br>1600 ARCH STREET, SUITE 300<br>THE PHOENIX BUILDING<br>PHILADELPHIA, PA 19103 | OFFICE OF THE UNITED STATES TRUSTEE DELAW<br>TIMOTHY J. FOX<br>844 KING ST STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801 |
| ORACLE AMERICA, INC. SUCCESSOR IN INTEREST TO<br>C/O BUCHALTER, A PROFESSIONAL CORPORATION<br>ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>55 2ND ST, 17TH FL<br>SAN FRANCISCO, CA 94105 | PACHULSKI STANG ZIEHL & JONES LLP<br>HENRY C. KEVANE, JOHN D. FIERO, AND JOHN W. LUC<br>150 CALIFORNIA STREET, 15TH FLOOR<br>SAN FRANCISCO, CA 94111-4500 | PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES E. O'NEILL AND COLIN R. ROBINSON<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | POLSINELLI PC<br>CHRISTOPHER A. WARD, STEPHEN J. ASTRINGER<br>222 DELAWARE AVE., SUITE 1101<br>WILMINGTON, DE 19801 | POLSINELLI PC<br>JEREMY R. JOHNSON<br>600 3RD AVENUE, 42ND FLOOR<br>NEW YORK, NY 10016 |
| REINHART BOERNER VAN DEUREN S.C.<br>MICHAEL D. JANKOWSKI<br>1000 NORTH WATER STREET, SUITE 1700<br>MILWAUKEE, WI 53202 | RICHARDS, LAYTON & FINGER, P.A.<br>JOHN H. KNIGHT<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | RIEMER & BRAUNSTEIN LLP<br>DONALD E. ROTHMAN, PAUL S. SAMSON, ALEXANI<br>THREE CENTER PLAZA, SUITE 600<br>BOSTON, MA 02108 |
| RIEMER & BRAUNSTEIN LLP<br>STEVEN E. FOX<br>TIMES SQUARE TOWER, SUITE 2506<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>SHARON BINGER<br>1617 JFK BOULEVARD STE 520<br>ONE PENN CENTER<br>PHILADELPHIA, PA 19103 |
| SECURITIES & EXCHANGE COMMISSION NY OFFICE<br>ANDREW CALAMARI REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESEY ST, STE 400<br>NEW YORK, NY 10281-1022 | THE OFFICE CITY<br>ATTN: RONDA BRIDGEMAN<br>3167 CORPORATE PL<br>HAYWARD, CA 94545 | TINTRI, INC.<br>ATTN ROBERT J. DUFFY<br>303 RAVENDALE DRIVE<br>MOUNTAIN VIEW, CA 94943 |
| TN DEPT OF REVENUE<br>C/OTN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | ULMER & BERNE LLP<br>RICHARD G. HARDY AND TODD A. ATKINSON<br>1660 WEST 2ND STREET, SUITE 1100<br>SKYLIGHT OFFICE TOWER<br>CLEVELAND, OH 44113-1448 | US ATTORNEY FOR DELAWARE<br>DAVID C. WEISS C/O ELLEN SLIGHTS<br>1007 N ORANGE ST STE 700<br>WILMINGTON, DE 19801 |
| US DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>JEFF SESSIONS<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | US DEPARTMENT OF TREASURY<br>OFFICE OF GENERAL COUNSEL<br>1500 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20220 | VINCENT J. PEARL JR.<br>4 VINCENT RD<br>MENDON, MA 01756 |
| WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW P. WARD, ERICKA F. JOHNSON, MORGAN L.<br>1313 NORTH MARKET STREET SUITE 1200<br>WILMINGTON, DE 19801 | | |

Parties Served: 58