**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC., | ) | Case No.  18-11625 (LSS) |
| | ) | |
| Debtor. | ) | **Confirmation Hearing Date: 09/26/2019 at 10:00 a.m.** |
| | ) | **Confirmation Objections Due: 09/19/2019 at 4:00 p.m.** |
| | ) | |

**NOTICE OF (A) HEARING TO CONSIDER CONFIRMATION OF
CHAPTER 11 PLAN; (B) DEADLINE FOR CASTING VOTES TO
ACCEPT OR REJECT PLANS; AND (C) RELATED MATTERS**

**TO:   HOLDERS OF CLAIMS AND EQUITY INTERESTS OF TINTRI, INC.:**[1]

On July 10, 2019, the Official Committee of Unsecured Creditors of Tintri, Inc. (the "Committee") filed the *Official Committee of Unsecured Creditors of Tintri, Inc.'s Plan of Liquidation under Chapter 11 of the Bankruptcy Code* dated July 10, 2019 [Docket No. 391] (including all exhibits thereto and as amended, modified, or supplemented from time to time, the "Plan").

Concurrently with the filing of the Plan, the Committee filed the related disclosure statement in support of the Plan [Docket No. 392] (as such document may be amended, the "Disclosure Statement").

On August 16, 2019, this Court entered an order approving the Disclosure Statement (the "Disclosure Statement Order") and certain related materials (collectively, the "Solicitation Materials").

A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held on **September 26, 2019** commencing at **10:00 a.m.** prevailing Eastern Time before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

The record date for determining which holders of claims or interests in Tintri, Inc. (the "Debtor") may vote on the Plan is August 14, 2019 (the "Record Date").  If you have received with this Notice a ballot form (a "Ballot"), you are eligible to vote to accept or reject the Plan.

For your Ballot to be counted, you must complete all required information on the Ballot, execute the Ballot, and **return the completed Ballot to the address indicated on the Ballot so that it is received by 5:00 p.m. Eastern Time on September 16, 2019** (the "Voting Deadline").  Any failure to follow the voting instructions included with the Ballot or to return a properly completed Ballot so that it is received by the Voting Deadline may disqualify your Ballot and your vote.

If an objection is pending with respect to your Claim as of August 27, 2019, your vote will not be counted unless the Court temporarily allows your claim for purposes of voting to accept or reject the Plan, and you are required to file a motion for such relief (the "Rule 3018 Motion") no later than September 12, 2019, which may be heard on or prior to the Confirmation Hearing.  Notwithstanding the foregoing, if the

---

[1]   The Confirmation Hearing Notice has already been served on all required parties on August 16, 2019.  See Affidavit of Service filed on August 16, 2019 by Omni Management Group, Inc. [Docket No. 414].

Committee files an objection to a claim and request that such claim be allowed in a specific amount, your Ballot shall be counted in such specified amount.

The Bankruptcy Court has established **September 19, 2019, at 4:00 p.m.,** prevailing Eastern Time, as the last date and time for filing and serving objections to the confirmation of the Plan (the "Plan Objection Deadline").  All objections must state with particularity the legal and factual grounds for such objection; (i) be in writing; (ii) state the name and address of the objecting party and the nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection; (iv) be filed with the Court and served so as to be received by the Plan Objection Deadline; and (v) served on the following parties:  (a) counsel to the Debtor, (i) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: John D. Fiero, Esq. and John W. Lucas, Esq. and (ii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899-8705, Attn:  James E. O'Neill, Esq. and Colin R. Robinson, Esq.; (b) counsel to the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Timothy J. Fox, Esq.; and (c) counsel to the Official Committee of Unsecured Creditors of Tintri, Inc., Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE  19801, Attn: Matthew P. Ward, Esq. and Ericka F. Johnson, Esq.

**Objections not timely filed and served by the Plan Objection Deadline in accordance with the provisions of this Notice may not be heard and may be overruled.**

### THE PLAN CONTAINS THE PROPOSED INJUNCTION, RELEASE, AND EXCULPATION PROVISIONS SET FORTH ON ANNEX A HERETO.

Any party in interest wishing to obtain copies of the Disclosure Statement or the Plan may do so by (i) calling Omni Management, Inc., the Notice and Balloting Agent, at (888) 204-0753 or (ii) viewing such documents by accessing the Notice and Balloting Agent's website free of charge: http://www.omnimgt.com/Tintri or the Court's website: www.deb.uscourts.gov.  Please note that a PACER password and login are needed to access documents on the Court's website.

The Confirmation Hearing may be continued from time to time without further notice except for (i) an announcement made at the Confirmation Hearing or any adjourned confirmation hearing or (ii) a written notice filed with the Bankruptcy Court and served on all parties who have filed objections to confirmation of the Plan, the United States Trustee, counsel for the Debtor, and all parties who have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002.

Dated:  August 16, 2019                    **WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (DE Bar No.  4471)
Ericka F. Johnson (DE Bar No.  5024)
Morgan L. Patterson (DE Bar No.  5388)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: matthew.ward@wbd-us.com
E-mail: ericka.johnson@wbd-us.com
E-mail: morgan.patterson@wbd-us.com

Counsel for the Official Committee of Unsecured Creditors of Tintri, Inc.