IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (LSS) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA FOR HEARING ON SEPTEMBER 26, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**[2]

## UNCONTESTED MATTERS FOR WHICH A COC HAS BEEN FILED:

1.  First Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed: 8/27/19] (Docket No. 415)

    Response Deadline: September 19, 2019 at 4:00 p.m.

    Responses Received:

    a.  Informal Response from BXP Research Park LP

    Related Documents:

    a.  [Proposed] Order Sustaining First Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed: 8/27/19] (Docket No. 415)

    b.  Declaration of David Jew in Support of First Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed: 8/27/19] (Docket No. 415)

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

c.  Notice of Submission of Proofs of Claim in Connection with the First Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed: 8/27/19] (Docket No. 439)

d.  Certification of Counsel Regarding First Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed 9/24/2019] (Docket No. 456)

Status: The informal response of BXP Research Park LP has been resolved and a revised proposed form of order has been submitted under certification of counsel. This matter will go forward.

2.  Second Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection) [Filed: 8/27/19] (Docket No. 416)

Response Deadline: September 19, 2019 at 4:00 p.m., extended for Cisco Systems Capital Corporation and Salesforce.com, Inc. to a date to be determined.

Responses Received:

a.  Informal Response of Cisco Systems Capital Corporation

b.  Informal Response of Salesforce.com, Inc.

Related Documents:

a.  [Proposed] Order Sustaining Second Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection) [Filed: 8/27/19] (Docket No. 416)

b.  Declaration of David Jew in Support of Second Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection) [Filed: 8/27/19] (Docket No. 416)

e.  Certification of Counsel Regarding Second Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Non-Substantive Objection) [Filed 9/24/2019] (Docket No. 457)

Status: The claims filed by Cisco Systems Capital Corporation and Salesforce.com, Inc. have been removed from the proposed form of order and a revised proposed order has been submitted under certification of counsel. This matter will be continued to the next omnibus hearing date as to responses (a) and (b) above. This matter will go forward as to all other claims.

3. Third Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed: 8/27/19] (Docket No. 417)

Response Deadline: September 19, 2019 at 4:00 p.m.

Responses Received:

a. Informal Response KeyBanc Capital Markets Inc.

b. Merrill Lynch, Pierce, Fenner & Smith Incorporated

c. Morgan Stanley & Co. LLC

d. Needham & Company, LLC

e. Piper Jaffray & Co.

f. Raymond James & Associates, Inc.

g. William Blair & Company, L.L.C.

Related Documents:

a. [Proposed] Order Sustaining Third Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed: 8/27/19] (Docket No. 417)

b. Declaration of David Jew in Support of Third Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed: 8/27/19] (Docket No. 417)

c. Notice of Submission of Proofs of Claim in Connection with the Third Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed: 9/12/19] (Docket No. 440)

d.  Certification of Counsel Regarding Third Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Filed 9/24/2019] (Docket No. 458)

Status: The claims filed by certain underwriters identified in responses receive (a) – (g) have been removed from the proposed form of order and a revised proposed order has been submitted under certification of counsel. This matter will be continued to the next omnibus hearing date as to responses (a) through (g) above. This matter will go forward as to all other claims.

## CONFIRMATION OF PLAN:

4. The Official Committee of Unsecured Creditors of Tintri, Inc.'s Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Filed: 9/23/19] (Docket No. 452).

Deadline for Objections to Confirmation: September 19, 2019, at 4:00 p.m.

Objections to Confirmation:

a.  The Michigan Department of Treasury's Objection to Tintri's Plan of Reorganization [Filed: 9/19/19] (Docket No. 443).

b.  Informal comments from the Comptroller for the State of Texas.

Confirmation Brief Deadline: September 23, 2019 at 4:00 p.m.

Confirmation Brief:

a.  Memorandum of Law in Support of Confirmation of the Official Committee of Unsecured Creditors of Tintri, Inc.'s Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Filed: 09/23/19] (Docket No. 454).

Voting Deadline: August 14, 2019 at 4:00 p.m.

Voting Declaration:

a.  Declaration of Catherine Nownes Whitaker Regarding Analysis of Ballots for Accepting or Rejecting the Official Committee of Unsecured Creditors of Tintri, Inc.'s Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Filed: 9/19/19] (Docket No. 450).

Plan Supplement:

a.  Notice of Filing of Plan Supplement to the Official Committee of Unsecured Creditors of Tintri, Inc.'s Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Filed: 9/9/19] (Docket No. 436).

Related Documents:

a. Disclosure Statement with Respect to the Official Committee of Unsecured Creditors of Tintri, Inc.'s Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Filed: 7/10/19] (Docket No. 392).

b. [Signed] Order (I) Approving the Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Content of Solicitation Package; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (VI) Granting Related Relief [Filed: 8/16/19] (Docket No. 412).

c. Declaration of Catherine Nownes-Whitaker Regarding Analysis of Ballots for Accepting or Rejecting the Official Committee of Unsecured Creditors' Plan of Liquidating Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/19/19] (Docket No. 450).

d. Notice of (A) Hearing to Consider Confirmation of Chapter 11 Plan; (B) Deadline for Casting Votes to Accept or Reject Plans; and (C) Related Matters [Filed: 9/20/19] (Docket No. 451).

e. Notice of Filing Blackline of the Official Committee of Unsecured Creditors of Tintri, Inc.'s Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Filed: 9/23/19] (Docket No. 453).

f. Notice of Proposed Findings of Fact, Conclusions of Law and Order Confirming the Committee's Amended Plan of Liquidation under Chapter 11 of the Bankruptcy Code [Filed: 9/24/19] (Docket No. 459).

*[Remainder of Page Intentionally Left Blank]*

Status: The informal comments from the Comptroller for the State of Texas have been resolved. This matter will go forward.

Dated: September 24, 2019
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
         jfiero@pszjlaw.com
         jlucas@pszjlaw.com
         joneill@pszjlaw.com
         crobinson@pszjlaw.com

*Attorneys for Debtor and Debtor in Possession*