UNITED STATES BANKRUPTCY COURT
FOR THE DISTRIC OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11625 (LSS) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed by Omni Management Group; the Court appointed claims and noticing agent for the Debtor in the above-captioned case. I hereby certify that on September 20, 2019, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Notice of Transferred Scheduled Claim (re: Docket No. 446)**

Dated: September 24, 2019

_____
Randy Lowry
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 24th day of September, 2019, by Randy Lowry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978.

# **EXHIBIT A**

Transferor:	Flextronics International USA Inc
	Rma Team
	927 Gibraltar Dr
	Bldg, #6
	Milpitas, CA 95035


Transferee:	TRC Master Fund, LLC
	Attn: Terrel Ross
	Re: Flextronics International USA Inc
	P.O. Box 633
	Woodmere, NY 11598