# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>                     Debtor. | ) Chapter 11<br>)<br>) Case No. 18-11625 (LSS)<br>)<br>) **Related to Docket Nos. 417 and \_\_\_**<br>)<br>) |

### ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (SUBSTANTIVE OBJECTION)

Upon consideration of the Third Omnibus Objection of the Official Committee of Unsecured Creditors (the "Committee") to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) (the "Third Omnibus Objection"),[2] by which the Committee requests the entry of an order pursuant to Bankruptcy Code Sections 105 and 502(b), Bankruptcy Rule 3007, and Local Bankruptcy Rule 3007-1 reclassifying the Claims identified on <u>Exhibit A</u> attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Third Omnibus Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

      1.      The relief requested in the Third Omnibus Objection is granted as set forth herein.

---

[1]     The Debtor and the last four digits of its taxpayer identification numbers are (6978).

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Third Omnibus Objection.

2. Pursuant to Bankruptcy Code Sections 105 and 502(b) and Bankruptcy Rule 3007, the claim amounts identified on <u>Exhibit A</u> in the column "Claim Amount to be Reclassified" are reclassified as general unsecured claims.

3. The Committee may amend, modify, or supplement the Third Omnibus Objection, and may file additional substantive and non-substantive objections to claims filed in this Chapter 11 case.

4. The Committee and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5. This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this Order.

6. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon signature.

Dated: October 3rd, 2019
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

WBD (US) 46692371v2