## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRIC OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>                        Debtor. | Chapter 11<br><br>Case No. 18-11625 (LSS) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on October 3, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Order Sustaining Third Omnibus Objection of the Official Committee of Unsecured Creditors to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection) [Docket No. 484]**

Dated: October 3, 2019

                                       Colin Linebaugh
                                       Omni Management Group
                                        5955 De Soto Avenue, Suite 100
                                        Woodland Hills, CA 91367
                                        818-906-8300

{State of California     }
{                          } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 3rd day of October, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978.

## **EXHIBIT A**

**Tintri, Inc - U.S. Mail**

ASHBY & GEDDES, P.A.
GREGORY A. TAYLOR, DAVID F. COOK
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
WILMINGTON, DE 19899-1150

ATTORNEY GENERAL AND ASSISTANT ATTORNEY GE
DANA NESSEL AND HEATHER L DONALD
3030 W GRAND BLVD
CADILLAC PLACE STE 10-200
DETROIT, MI 48202

ATTORNEY GENERAL'S OFFICE BANKRUPTCY & CC
ATTN: COURTNEY J. HULL
P.O. BOX 125448
AUSTIN, TX 78711-2548

BIALSON, BERGEN & SCHWAB
LAWRENCE M. SCHWAB AND THOMAS M.GAA
633 MENLO AVE, SUITE 100
MENLO PARK, CA 94025

BOOMERANG CARNETS
ATTN: KRISTEN BRANDT
18 E DUNDEE RD, BDG 4, STE 110
BARRINGTON, IL 60010

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

CALIFORNIA ATTORNEY GENERAL
XAVIER BECERRA
1300 I ST., STE. 1740
SACRAMENTO, CA 95814

CALIFORNIA PEOPLE SEARCH
ATTN: BECKI L. CLAGUD
303 TWIN DOLPHIN DR, STE 600
REDWOOD SHORES, CA 94065

CDW DIRECT, LLC
C/O CDW, LLC
ATTN: VIDA KRUG
200 N MILWAUKEE AVE
VERNON HILLS, IL 60061

CIARDI CIARDI & ASTIN
DANIEL K. ASTIN AND JOSEPH J. MCMAHON, JR.
1204 N. KING STREET
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
WALTER W. GOULDSBURY III
52 HADDONFIELD-BERLIN ROAD, SUITE 1000
CHERRY HILL, NJ 08034

CISCO SYSTEMS CAPITAL CORPORATION
C/O BIALSON, BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB/ THOMAS GAA
633 MENLO AVE, STE 100
MENLO PARK, CA 94025

DELAWARE ATTORNEY GENERAL
MATTHEW P. DENN
CARVEL STATE OFFICE BUILDING, 5TH FL
820 N FRENCH ST
WILMINGTON, DE 19801

DELAWARE DEPARTMENT OF REVENUE
ZILLAH A. FRAMPTON, BANKRUPTCY ADMINISTRATOR
CARVEL STATE OFFICE BUILDING, 8TH FL
820 N FRENCH ST
WILMINGTON, DE 19801

DELAWARE DEPT OF JUSTICE
ATTN BANKRUPTCY DEPT
820 N FRENCH ST 6TH FL
WILMINGTON, DE 19801

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS - FRANCHISE TAX
401 FEDERAL STREET
JOHN G TOWNSEND BUILDING, SUITE 4
DOVER, DE 19901

DELAWARE STATE TREASURY
SECRETARY OF TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904

DOSHI LEGAL GROUP, P.C.
AMISH R. DOSHI
1979 MARCUS AVENUE, SUITE 210E
LAKE SUCCESS, NY 11042

DUANE MORRIS LLP
JARRET P. HITCHINGS
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801-1659

DUANE MORRIS LLP
MARCUS O. COLABIANCHI
ONE MARKET PLAZA, SUITE 2200
SPEAR TOWER
SAN FRANCISCO, CA 94105

EXECUTIVE FUNCTIONS MANAGEMENT, INC.
1202 3RD AVE N
HUMBOLDT, IA 50548

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI
PAUL J. PASCUZZI AND HOLLY A. ESTIOKO
400 CAPITOL MALL, SUITE 1750
SACRAMENTO, CA 95814

GOULSTON & STORRS PC
DOUGLAS B. ROSNER
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

HECTOR A. ALMAGUER
2170 NW FLAGLER TERRACE, APT 205
MIAMI, FL 33125

HOPKINS & CARLEY
MONIQUE D. JEWETT-BREWSTER
70 SOUTH FIRST STREET
SAN JOSE, CA 95113-2406

ICG
BRAD CHIBOS
999 W TAYLOR SUITE B
SAN JOSE, CA 95126

INFLUITIVE CORPORATION
ATTN: MARK ORGAN
111 PETER ST, STE 300
TORONTO, ONTARIO H5V2H1
CANADA

INTERNAL REVENUE SERVICE
ATTN SUSANNE LARSON
31 HOPKINS PLZ RM 1150
BALTIMORE, MD 21201

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
PHILADELPHIA, PA 19104

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

KEYBANC CAPITAL MARKETS INC.
C/O KEYBANK NATIONAL ASSOCIATION, LAW GROUP
ATTN: JUNE CHUNG KING, ESQ.
MAILCODE: OH-01-27-0200
127 PUBLIC SQUARE
CLEVELAND, OH 44114

KEYBANC CAPITAL MARKETS INC.
C/O O'MELVENY & MYERS LLP
ATTN: JONATHAN ROSENBERG/DANIEL SHAMAH
7 TIMES SQUARE
NEW YORK, NY 10036

KURTZMAN CARSON CONSULTANTS LLC
2335 ALASKA AVE
EL SEGUNDO, CA 90245

MANATT, PHELPS & PHILLIPS, LLP
ALAN M. NOSKOW
1050 CONNECTICUT AVE. NW, SUITE 600
WASHINGTON, DC 20036

MANATT, PHELPS & PHILLIPS, LLP
BLASE P. DILLINGHAM
11355 W. OLYMPIC BOULEVARD
LOS ANGELES, CA 90064

MCDERMOTT WILL & EMERY
GARY B. ROSENBAUM
2049 CENTURY PARK EAST, SUITE 3800
LOS ANGELES, CA 90067

MCDERMOTT WILL & EMERY
TIMOTHY W. WALSH, RILEY T. ORLOFF
340 MADISON AVENUE
NEW YORK, NY 10173

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPO
C/O BANK OF AMERICA
ATTN: JASON STONE
50 ROCKEFELLER PLAZA, 7TH FL
NY1-050-07-01
NEW YORK, NY 10020

MERRILL LYNCH, PIERCE, FENNER & SMITH INCOR
C/O O'MELVENY & MYERS LLP
ATTN: JONATHAN ROSENBERG/DANIEL SHAMAH
7 TIMES SQUARE
NEW YORK, NY 10036

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LL
MARK A. FINK
1105 NORTH MARKET STREET, 15TH FLOOR
WILMINGTON, DE 19801

MORGAN STANLEY & CO. LLC
ATTN: AKINYEMI AKIWOWO
1633 BROADWAY, 30TH FL
NEW YORK, NY 10019

MORGAN STANLEY & CO. LLC
C/O O'MELVENY & MYERS LLP
ATTN: JONATHAN ROSENBERG / DANIEL SHAMAH
7 TIMES SQUARE
NEW YORK, NY 10036

NEEDHAM & COMPANY, LLC
ATTN: SALVATORE MERLINO
250 PARK AVE
NEW YORK, NY 10177

NEEDHAM & COMPANY, LLC
C/O O'MELVENY & MYERS LLP
ATTN: JONATHAN ROSENBERG/DANIEL SHAMAH
7 TIMES SQUARE
NEW YORK, NY 10036

OFFICE OF ATTORNEY GENERAL
CHRISTOPHER R. MOMJIAN SENIOR DEPUTY ATTC
1600 ARCH STREET, SUITE 300
THE PHOENIX BUILDING
PHILADELPHIA, PA 19103

OFFICE OF THE UNITED STATES TRUSTEE DELAWARE
TIMOTHY J. FOX
844 KING ST STE 2207
LOCKBOX 35
WILMINGTON, DE 19801

OTM SOFTWARE PROFESSIONALS INC
144 S 3RD ST, #534
SAN JOSE, CA 95112

PACHULSKI STANG ZIEHL & JONES LLP
HENRY C. KEVANE, JOHN D. FIERO, AND JOHN W. I
150 CALIFORNIA STREET, 15TH FLOOR
SAN FRANCISCO, CA 94111-4500

PACHULSKI STANG ZIEHL & JONES LLP
JAMES E. O'NEILL AND COLIN R. ROBINSON
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19801

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005

PIPER JAFFRAY & CO.
ATTN: JAMES MARTIN/DENISE HAMMOND
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

PIPER JAFFRAY & CO.
C/O O'MELVENY & MYERS LLP
ATTN: JONATHAN ROSENBERG/DANIEL SHAMAH
7 TIMES SQUARE
NEW YORK, NY 10036

POLSINELLI PC
CHRISTOPHER A. WARD, STEPHEN J. ASTRINGER
222 DELAWARE AVE., SUITE 1101
WILMINGTON, DE 19801

POLSINELLI PC
JEREMY R. JOHNSON
600 3RD AVENUE, 42ND FLOOR
NEW YORK, NY 10016

RAYMOND JAMES & ASSOCIATES, INC.
ATTN: MICHAEL LAMONT
880 CARILLON PKWY
ST. PETERSBURG, FL 33716

RAYMOND JAMES & ASSOCIATES, INC.
C/O O'MELVENY & MYERS LLP
ATTN: JONATHAN ROSENBERG/DANIEL SHAMAH
7 TIMES SQUARE
NEW YORK, NY 10036

REINHART BOERNER VAN DEUREN S.C.
MICHAEL D. JANKOWSKI
1000 NORTH WATER STREET, SUITE 1700
MILWAUKEE, WI 53202

RICHARDS, LAYTON & FINGER, P.A.
JOHN H. KNIGHT
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

RIEMER & BRAUNSTEIN LLP
DONALD E. ROTHMAN, PAUL S. SAMSON, ALEXANDER
THREE CENTER PLAZA, SUITE 600
BOSTON, MA 02108

RIEMER & BRAUNSTEIN LLP
STEVEN E. FOX
TIMES SQUARE TOWER, SUITE 2506
SEVEN TIMES SQUARE
NEW YORK, NY 10036

SALESFORCE.COM.INC
C/O BIALSON, BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB/THOMAS GAA
633 MENLO AVE, STE 100
MENLO PARK, CA 94025

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F ST NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
SHARON BINGER
1617 JFK BOULEVARD STE 520
ONE PENN CENTER
PHILADELPHIA, PA 19103

SECURITIES & EXCHANGE COMMISSION NY OFFICE
ANDREW CALAMARI REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESEY ST, STE 400
NEW YORK, NY 10281-1022

THE OFFICE CITY
ATTN: RONDA BRIDGEMAN
3167 CORPORATE PL
HAYWARD, CA 94545

TINTRI, INC.
ATTN ROBERT J. DUFFY
303 RAVENDALE DRIVE
MOUNTAIN VIEW, CA 94943

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY
PO BOX 20207
NASHVILLE, TN 37202-0207

TUNLIAN CHANG
13230 PARAMOUNT DR
SARATOGA, CA 95070

ULMER & BERNE LLP
RICHARD G. HARDY AND TODD A. ATKINSON
1660 WEST 2ND STREET, SUITE 1100
SKYLIGHT OFFICE TOWER
CLEVELAND, OH 44113-1448

US ATTORNEY FOR DELAWARE
DAVID C. WEISS C/O ELLEN SLIGHTS
1007 N ORANGE ST STE 700
WILMINGTON, DE 19801

US DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
JEFF SESSIONS
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

US DEPARTMENT OF TREASURY
OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVE, NW

WASHINGTON, DC 20220

WENDY BROOKSTEIN
619B CATHARINE ST
PHILADELPHIA, PA 19147

WILLIAM BLAIR & COMPANY, L.L.C.
ATTN: KEVIN CUNNINGHAM
150 N RIVERSIDE PLAZA
CHICAGO, IL 60606

WILLIAM BLAIR & COMPANY, L.L.C.
C/O O'MELVENY & MYERS LLP
ATTN: JONATHAN ROSENBERG / DANIEL SHAMAH
7 TIMES SQUARE
NEW YORK, NY 10036

WOMBLE BOND DICKINSON (US) LLP
MATTHEW P. WARD, ERICKA F. JOHNSON, MORGAN L.
1313 NORTH MARKET STREET SUITE 1200
WILMINGTON, DE 19801

Parties Served: 76