**<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No. 18-11625 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re:  D.I. 391, 436, 443, 453, 454, & ____** |

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING DEBTOR'S AMENDED PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; (B) EFFECTIVE DATE; AND (C) BAR DATES FOR FILING ADMINISTRATIVE CLAIMS, PROFESSIONAL FEE CLAIMS AND CONTRACT/LEASE REJECTION DAMAGES CLAIMS

**PLEASE TAKE NOTICE that:**

1.      On _____, 2019, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order (the "Confirmation Order") Confirming the above-captioned debtor-in-possession (the "Debtor") Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Docket No. 452] (the "Plan").  Copies of the Confirmation Order and Plan are available from the claims agent's website at http://www.cases.omniagentsolutions.com/tintri.

3.      On _____, 2019, the Plan became effective in accordance with its terms as set forth in section 10 of the Plan (the "Effective Date").

4.      In accordance with section 2.2 of the Plan, all Administrative Claims shall be filed with the Bankruptcy Court, so as to be actually received no later than [_____, **2019**] [30 days from the Effective Date], unless otherwise ordered by the Bankruptcy Court (the "Administrative Expense Claims Bar Date"), with a copy served on counsel to the Debtor and Liquidation Trustee.

5.      In accordance with the section 2.2.1 of the Plan, all final requests for Payment of Accrued Professional Compensation pursuant to sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code must be served and filed with the Bankruptcy Court, so as to be actually received no later than _____, **2019** [30 days after the Effective Date], unless otherwise ordered by the Bankruptcy Court, on each of the Debtor, its counsel, the Liquidation Trustee, and other necessary parties-in-interest.

---

[1]      The Debtor and the last four digits of its taxpayer identification numbers are (6978).

6.      In accordance with Section 9.2 of the Plan, if the rejection of an executory contract or unexpired lease pursuant to the Plan results in a Claim, then such Claim shall be forever barred and shall not be enforceable against the Debtor or the Liquidation Trust unless a Proof of Claim is filed with claims agent at Tintri, Inc. Claims Processing, c/o Omni Management Group, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367 and served upon undersigned counsel.

Dated: [September __, 2019]                    **WOMBLE BOND DICKINSON (US) LLP**

_____
Matthew P. Ward (No. 4471)
Ericka F. Johnson (No. 5024)
Morgan L. Patterson (No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Phone:  (302) 252-4320
Fax:     (302) 661-7738
E-mail: matthew.ward@wbd-us.com
        ericka.johnson@wbd-us.com
        morgan.patterson@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors of Tintri, Inc.*