**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELEWARE**

In re Tintri, Inc.

Case no. 18-11625 (KJC)
Reporting Period: August 2019

**MONTHLY OPERATING REPORT**
[File with Court and submit copy to United States Trustee within 20 days after end of month]

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | X | | |
|    Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_/s/ David Jew_
_____
Signature of Debtor

_____12/27/2019_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**MONTHLY OPERATING REPORT**

**GENERAL NOTES AND DISCLAIMER**

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles ("GAAP") in all material respects.  In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtor.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and are not reflective of the results of operations, financial position, and cash flow of the Debtors in the future.

MOR Notes

In re Tintri, Inc.                                                                                    Case no. 18-11625 (KJC)
Debtor                                                                    Reporting Period: August 1, 2019 to August 31, 2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (UNAUDITED)

| Cash Receipts | Paid to | Date Week Ended | Amount |
|---|---|---|---|
| Customer Receivable | Tintri, Inc. | Various | $0.00 |
| **Total Receipts** | | | **$0.00** |

| Cash Disbursements | Paid by | Amount |
|---|---|---|
| 1099s & Outside Labor | Tintri, Inc. | $3,825.00 |
| SVB Interest & Fees | Tintri, Inc. | $1,821.00 |
| Other Overhead | Tintri, Inc. | $825.00 |
| **Total Cash Disbursements** | | **$6,471.00** |

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
|---|---|
| TOTAL DISBURSEMENTS | $6,471.00 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $6,471.00 |

In re Tintri, Inc.                                                                 Case no. 18-11625 (KJC)
Debtor                                                       Reporting Period: August 1, 2019 to August 31, 2019

## BANK RECONCILIATIONS (UNAUDITED)
### Continuation Sheet for MOR-1

| Account | Account Number | Balance |
|---|---|---|
| Cash Collateral Account | 5091 | $0.00 |
| Adequate Assurance Deposit Account[1] | 7808 | $0.00 |
| For Stock Options Account | 7412 | $0.00 |
| SVB DIP Account | 5040 | $6,230.00 |
| Analysis Checking | 3392 | $0.00 |
| Accounts Payable | 8309 | $0.00 |
| Payroll Account | 4131 | $0.00 |
| ESPP Account[1] | 9494 | $0.00 |
| SVB Cash Sweep Account | 0629 | $174,770.64 |
| **Total Cash\*** | | **$181,000.64** |

*See copies of account statements for additional detail*

*Note: 1. Account closed on June 29, 2019*

In re Tintri, Inc.                                                                              Case no. 18-11625 (KJC)
Debtor                                                            Reporting Period: August 1, 2019 to August 31, 2019

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

| Retained Professional | Period Covered | Budgeted Amount (1) | Disbursements Current Period | Disbursements Total to Date |
|---|---|---|---|---|
| Berkeley Research Group | August 1, 2019 to August 31, 2019 | $      876,000.00 | $          - | $      875,510.36 |
| Pachulski Stang Ziehl & Jones LLP | August 1, 2019 to August 31, 2019 | 795,000.00 | - | 758,254.28 |
| Wilson Sonsini Goodrich & Rosati | August 1, 2019 to August 31, 2019 | 580,000.00 | - | 497,449.98 |
| Kurtzman Carson Consultants LLC | August 1, 2019 to August 31, 2019 | 110,000.00 | - | 110,000.00 |
| Deloitte | August 1, 2019 to August 31, 2019 | 41,250.00 | - | 29,122.80 |
| Houlihan Lokey* | August 1, 2019 to August 31, 2019 | 80,000.00 | - | 80,000.00 |
| UCC Carve Out | August 1, 2019 to August 31, 2019 | 1,100,000.00 | - | - |
| Womble Bond Dickinson (UCC) | August 1, 2019 to August 31, 2019 | - | - | 400,651.62 |
| Alvarez & Marsal (UCC) | August 1, 2019 to August 31, 2019 | - | - | 374,167.69 |
| **Total Professional Fees** | | $   3,582,250.00 | $          - | $   3,125,156.73 |

*Paid at close of transaction August 31, 2018*

Note: Total professional fees paid into escrow for the post-petition period to date is $3.582M, consistent with DIP order.
(1) Approved amounts represent the amounts approved by Court orders.

FORM MOR-1b



**Silicon Valley Bank**

**3003 Tasman Drive**
**Santa Clara, CA  95054**

**ADDRESS SERVICE REQUESTED**

>038096 3325055 0001 092196 10Z
TINTRI INC
DEBTOR-IN-POSSESSION
ACCOUNTS PAYABLE
303 RAVENDALE DRIVE
MOUNTAIN VIEW CA 94043

# August 2019

*Reporting Activity 08/01 - 08/31*          *Page 1 of 4*

## Managing Your Accounts

 **Phone:**      (408) 654-4636

 **Toll-Free:**  (800) 774-7390

 **Email:**      clientservice@svb.com

**Online:**     www.svb.com

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX8309 | $0.00 |
| **Total Balance** | | **$0.00** |

# Analysis Checking - XXXXXX8309

## Account Summary

| Date | Description | |
|---|---|---|
| 08/01/2019 | **Beginning Balance** | **$0.00** |
| 08/31/2019 | **Ending Balance** | **$0.00** |
| | Total debits this period | $4,650.14 |
| | Total credits this period | $4,650.14 |
| | Service Charge | $0.00 |

## Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2019 | Beginning Balance | | | $0.00 |
| 08/05/2019 | *TINTRI D Jew* | -$750.00 | | -$750.00 |
| | *ACH OFFSET* | | | |
| 08/05/2019 | TRANSFER FROM DDA 3300923392 | | $750.00 | $0.00 |
| 08/13/2019 | *TINTRI Corodata* | -$105.57 | | -$105.57 |
| | *ACH OFFSET* | | | |
| 08/13/2019 | *TINTRI Consilio* | -$719.57 | | -$825.14 |
| | *ACH OFFSET* | | | |
| 08/13/2019 | *TINTRI D Jew* | -$1,025.00 | | -$1,850.14 |
| | *ACH OFFSET* | | | |
| 08/13/2019 | TRANSFER FROM DDA 3300923392 | | $1,850.14 | $0.00 |
| 08/19/2019 | *TINTRI D Jew* | -$1,075.00 | | -$1,075.00 |
| | *ACH OFFSET* | | | |
| 08/19/2019 | TRANSFER FROM DDA 3300923392 | | $1,075.00 | $0.00 |

 **Member FDIC**

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

0000/1000 E36E41 25%4D0 5352E3E 0%06

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US. ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS. As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and sub-tractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable. You can call (800) 774-7390 to request an item or substitute check, or a legible copy. We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

## IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

## IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately. Your deposit agreement sets specific times within which you must report unauthorized use or errors to us. In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer. If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us. Your statement is deemed "available" when made available in paper or electronic form. Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

## FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13



**Silicon Valley Bank**

## Analysis Checking - XXXXXX8309 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/26/2019 | *TINTRI D Jew* | -$975.00 | | -$975.00 |
| | *ACH OFFSET* | | | |
| 08/26/2019 | TRANSFER FROM DDA 3300923392 | | $975.00 | $0.00 |
| 08/31/2019 | Ending Balance | | | $0.00 |



THIS PAGE LEFT INTENTIONALLY BLANK



**Silicon Valley Bank**
**3003 Tasman Drive**
**Santa Clara, CA 95054**

**ADDRESS SERVICE REQUESTED**

>038967 3325055 0001 092196 10Z
TINTRI INC
DEBTOR-IN-POSSESSION
303 RAVENDALE DRIVE
MOUNTAIN VIEW CA 94043

## *August 2019*

*Reporting Activity 08/01 - 08/31*     **Page 1 of 4**

### *Managing Your Accounts*

| | | |
|---|---|---|
| ⓘ | **Phone:** | (408) 654-4636 |
| 💲 | **Toll-Free:** | (800) 774-7390 |
| 📧 | **Email:** | clientservice@svb.com |
| 💻 | **Online:** | www.svb.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX3392 | $0.00 |
| **Total Balance** | | **$0.00** |

## Analysis Checking - XXXXXX3392

### Account Summary

| Date | Description | |
|---|---|---|
| 08/01/2019 | **Beginning Balance** | **$0.00** |
| 08/31/2019 | **Ending Balance** | **$0.00** |
| | Total debits this period | $167,494.43 |
| | Total credits this period | $167,494.43 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2019 | Beginning Balance | | | $0.00 |
| 08/05/2019 | *TRANSFER TO DDA 3300988309* | *-$750.00* | | *-$750.00* |
| 08/05/2019 | CASH SWEEP REDEMPTION | | $750.00 | $0.00 |
| 08/13/2019 | *TRANSFER TO DDA 3300988309* | *-$1,850.14* | | *-$1,850.14* |
| 08/13/2019 | CASH SWEEP REDEMPTION | | $1,850.14 | $0.00 |
| 08/19/2019 | *TRANSFER TO DDA 3300988309* | *-$1,075.00* | | *-$1,075.00* |
| 08/19/2019 | CASH SWEEP REDEMPTION | | $1,075.00 | $0.00 |
| 08/26/2019 | MOBILE DEPOSIT | | $2,094.43 | $2,094.43 |
| 08/26/2019 | MOBILE DEPOSIT | | $37,311.25 | $39,405.68 |
| 08/26/2019 | ANALYSIS SERVICE CHARGE | -$1,821.40 | | $37,584.28 |
| 08/26/2019 | TRANSFER TO DDA 3300988309 | -$975.00 | | $36,609.28 |
| 08/26/2019 | CASH SWEEP PURCHASE | -$36,609.28 | | $0.00 |
| 08/30/2019 | TRANSFER FROM ACCT 3300955091 | | $124,413.61 | $124,413.61 |



**Member FDIC**

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

- [ ] Accounted for bank charges?
- [ ] Verified additions and sub-tractions in your checkbook?
- [ ] Compared canceled checks to check stub?
- [ ] Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

## IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

## IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

## FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13



## Silicon Valley Bank

# Analysis Checking - XXXXXX3392 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/30/2019 | CASH SWEEP PURCHASE | -$124,413.61 | | $0.00 |
| 08/31/2019 | Ending Balance | | | $0.00 |



**Silicon Valley Bank**

THIS PAGE LEFT INTENTIONALLY BLANK



**August 2019**

Reporting Activity 08/01 - 08/31        Page 1 of 2

3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

TINTRI INC
303 RAVENDALE DRIVE
MOUNTAIN VIEW CA 94043

DDA #:   XXXXXX3392        Target Balance:   $0.00

### Managing Your Accounts

 **Phone:**      (408) 654-4636

 **Toll-Free:**   (800) 774-7390

**Email:**      clientservice@svb.com

 **Online:**     www.svb.com

### Messages/Notifications

We are making a change to the timing of your SVB Cash Sweep dividend reinvestment when the 1st calendar day of the month falls on a weekend or holiday. Effective September 2019, dividends will reinvest on the 1st business day of each month rather than the 1st calendar day. This change reflects the fact that all SVB Cash Sweep money market funds pay dividends on the 1st business day. Going forward, your dividend reinvestments will be synced to the date the income is paid by the funds. You will see your August 2019 Cash Sweep dividend reinvest on Tuesday, 9/3 (Monday, 9/2 is Labor Day).

### Month-End Allocation %



100%

- Gov't
- Prime
- Treasury

## SVB Cash Sweep Summary - Account XXXXXX0629

| Fund Name | CUSIP | Ticker | Avg. Monthly Balance | Month-End Position | Net Monthly Income Earned* | Avg. Gross Yield** |
|---|---|---|---|---|---|---|
| BlackRock Liquidity:T-Fund Capital | 09250C804 | BCHXX | $145,621.79 | $174,770.64 | $229.03 | 1.960% |
| Totals | | | | **$174,770.64** | **$229.03** | |

\*   Net Monthly Income Earned represents dividends earned in the current month, which are paid on the first day of the following month, less bank sweep fees.

\*\*   Avg. Gross Yield is the annualized average 30 day yield gross of any bank sweep fees.

**MONEY MARKET MUTUAL FUND INVESTMENTS ARE:**
**NOT A DEPOSIT - NOT FDIC INSURED - NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY - NOT GUARANTEED BY THE BANK - MAY LOSE VALUE**



## SVB Cash Sweep Activity - BlackRock Liquidity:T-Fund Capital

| Date | Transaction Description | Transaction Amount | Price | Investment Balance |
|------|------------------------|-------------------:|-------|-------------------:|
| 08/01/2019 | Dividend Reinvest | $357.43 | $1.00 | |
| 08/01/2019 | Fee Charged | ($21.45) | $1.00 | $141,836.50 |
| 08/06/2019 | Redemption | ($750.00) | $1.00 | $141,086.50 |
| 08/14/2019 | Redemption | ($1,850.14) | $1.00 | $139,236.36 |
| 08/20/2019 | Redemption | ($1,075.00) | $1.00 | $138,161.36 |
| 08/27/2019 | Purchase | $36,609.28 | $1.00 | $174,770.64 |

**MONEY MARKET MUTUAL FUND INVESTMENTS ARE:**
**NOT A DEPOSIT - NOT FDIC INSURED - NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY - NOT GUARANTEED BY THE BANK - MAY LOSE VALUE**



## Silicon Valley Bank

**3003 Tasman Drive**
**Santa Clara, CA  95054**

**ADDRESS SERVICE REQUESTED**

>049405 3325055 0001 092196 10Z
TINTRI INC
DEBTOR-IN-POSSESSION
303 RAVENDALE DRIVE
MOUNTAIN VIEW CA 94043

# August 2019

**Reporting Activity 08/01 - 08/31**          **Page 1 of 2**

## Managing Your Accounts

 **Phone:**      (408) 654-4636

 **Toll-Free:**   (800) 774-7390

 **Email:**      clientservice@svb.com

**Online:**     www.svb.com

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX5040 | $6,230.00 |
| **Total Balance** | | **$6,230.00** |

## Analysis Checking - XXXXXX5040

### Account Summary

| Date | Description | |
|---|---|---|
| 08/01/2019 | **Beginning Balance** | **$6,230.00** |
| 08/31/2019 | **Ending Balance** | **$6,230.00** |
| | Total debits this period | $0.00 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2019 | Beginning Balance | | | $6,230.00 |
| | No activity this statement period | | | |
| 08/31/2019 | Ending Balance | | | $6,230.00 |

**Member FDIC** EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US. ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS. As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?   ☐ Verified additions and sub-tractions in your checkbook?   ☐ Compared canceled checks to check stub?   ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable. You can call (800) 774-7390 to request an item or substitute check, or a legible copy. We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately. Your deposit agreement sets specific times within which you must report unauthorized use or errors to us. In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer. If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us. Your statement is deemed "available" when made available in paper or electronic form. Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13



## Silicon Valley Bank

**3003 Tasman Drive**
**Santa Clara, CA 95054**

**ADDRESS SERVICE REQUESTED**

>061967 3325055 0001 092196 10Z
TINTRI INC
DEBTOR-IN-POSSESSION
PAYROLL ACCOUNT
303 RAVENDALE DRIVE
MOUNTAIN VIEW CA 94043

# August 2019

**Reporting Activity 08/01 - 08/31**                    **Page 1 of 2**

### Managing Your Accounts



| | | |
|---|---|---|
| Phone: | (408) 654-4636 |
| Toll-Free: | (800) 774-7390 |
| Email: | clientservice@svb.com |
| Online: | www.svb.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX4131 | $0.00 |
| **Total Balance** | | **$0.00** |

# Analysis Checking - XXXXXX4131

### Account Summary

| Date | Description | |
|---|---|---|
| 08/01/2019 | **Beginning Balance** | $0.00 |
| 08/31/2019 | **Ending Balance** | $0.00 |
| | Total debits this period | $0.00 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2019 | Beginning Balance | | | $0.00 |
| | No activity this statement period | | | |
| 08/31/2019 | Ending Balance | | | $0.00 |



**Member FDIC**

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and sub-tractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

## IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

## IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

## FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13


## Silicon Valley Bank
**3003 Tasman Drive**
**Santa Clara, CA  95054**

**ADDRESS SERVICE REQUESTED**

>061408 3325055 0001 092196 10Z
TINTRI INC
DEBTOR-IN-POSSESSION
FOR STOCK OPTIONS ACCOUNT
303 RAVENDALE DRIVE
MOUNTAIN VIEW CA 94043

# August 2019

| Reporting Activity 08/01 - 08/31 | Page 1 of 2 |
|---|---|

### Managing Your Accounts

 **Phone:** (408) 654-4636

 **Toll-Free:** (800) 774-7390

 **Email:** clientservice@svb.com

**Online:** www.svb.com

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX7412 | $0.00 |
| **Total Balance** | | **$0.00** |

## Analysis Checking - XXXXXX7412

### Account Summary

| Date | Description | |
|---|---|---|
| 08/01/2019 | **Beginning Balance** | $0.00 |
| 08/31/2019 | **Ending Balance** | $0.00 |
| | Total debits this period | $0.00 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2019 | Beginning Balance | | | $0.00 |
| | No activity this statement period | | | |
| 08/31/2019 | Ending Balance | | | $0.00 |

Member **FDIC**
EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?  ☐ Verified additions and sub-tractions in your checkbook?  ☐ Compared canceled checks to check stub?  ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13

In re Tintri, Inc.                                              Case no. 18-11625 (KJC)
Debtor                                        eriod: August 1, 2019 to August 31, 2019

## STATEMENT OF OPERATIONS (UNAUDITED)
(Income Statement[1])

| | |
|---|---:|
| **Ordinary Income/Expense** | |
| **Total - Income** | **$0** |
| **Total - Cost Of Sales** | **$0** |
| **Gross Profit** | **$0** |
| **Expense** | |
| Outside Services[2] | $3,825 |
| Other[3] | $2,646 |
| **Total - Expense** | **$6,471** |
| **Net Ordinary Income** | **($6,471)** |
| **Other Income and (Expenses)** | **$0** |
| **Net Income** | **($6,471)** |

*Notes:*

*1. Presentation is non GAAP and represents cash receipts and disbursement for activity during the period only.*
*Adjustments to historical financial statements have not been made to reflect purchase / wind down activities.*
*2. Includes payments to 1099 contractors.*
*3. Balance is comprised primarily of post petition taxes and bank fees.*

In re Tintri, Inc.                                                      Case no. 18-11625 (KJC)
Debtor                                    Reporting Period: August 1, 2019 to August 31, 2019

## BALANCE SHEET (UNAUDITED)

### ASSETS

| | |
|---|---|
| **Current Assets** | |
| Total Bank Cash | **$181,001** |
| Accounts Receivable | |
| Accounts Receivable | $1,763,653 |
| Bad Debt Reserve | ($1,763,653) |
| **Total Accounts Receivable**[1] | **$0** |
| **Total ASSETS** | **$0** |

### LIABILITIES & EQUITY

| | |
|---|---|
| **Current Liabilities** | |
| Accounts Payable[2] | **$371,663** |
| Other Current Liability | |
| Accrued Liabilities - Taxes | $0 |
| **Total Other Current Liability** | **$0** |
| **Total Current Liabilities** | **$371,663** |
| **Total Long Term Liabilities** | **$0** |

### EQUITY

| | |
|---|---|
| Total Equity[3] | ($371,663) |
| **Total LIABILITIES & EQUITY** | **$0** |

*Notes:*
*Presentation is non GAAP and represents current estimates of cash assets and liabilities and subject to change.*
*1. Accounts receivable balance fully reserved based on aging of current balances and collection efforts to date.*
*2. Payables are estimated and are subject to change. Includes an estimate for Administrative claims based on claims currently submitted.*
*3. Reflects estimates based on information available in the reporting period. Does not reflect GAAP adjustments for Sale and Bankruptcy activities*

In re Tintri, Inc.

Debtor

Case no. 18-11625 (KJC)

Reporting Period: August 1, 2019 to August 31, 2019

## STATUS OF POSTPETITION TAXES (UNAUDITED)

| Description of Tax | Estimated Tax Liability 8/31/2019 |
|---|---|
| | |
| Estimated Tax - Federal Taxes | $0.00 |
| Estimated Tax - California Tax - Sales & Use (a) | $0.00 |
| Estimated Tax - California Tax - Asset Sale (a) | $0.00 |
| Estimated Tax - Other | $0.00 |
| | |
| Total Taxes (b) | $0.00 |

*Notes:*

*(a) CA tax liabilities paid in January of 2019*

*(b) Final tax returns were prepared and submitted in 2018. No further Federal or State tax liabilities are expected.*

## SUMMARY OF UNPAID POSTPETITION DEBTS (UNAUDITED)

| | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | | 0-15 | 15-30 | 30-45 | 45-60 | 60 + |
| Accounts Payable (c) | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Postpetition Debts (d) | $0 | $0 | $0 | $0 | $0 | $0 |

*(c) AP may includes balances from rejected contracts and invoices transferred to DDN and does not include estimates for taxes or Administrative Claims*

*(d) Amounts do not include balances for Accrued interest & financing expenses*

FORM MOR-4

In re Tintri, Inc.  
Debtor

Case no. 18-11625 (KJC)  
Reporting Period: August 1, 2019 to August 31, 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING (UNAUDITED)

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | $1,763,653.10 |
| + Amounts billed during the period | | $0.00 |
| - Amounts collected during the period | | $0.00 |
| - Other GAAP adjusting entries* | | $0.00 |
| Total Accounts Receivable at the end of the reporting period | | $1,763,653.10 |

*True up from prior period balance.*

| Accounts Receivable Aging | | Amount |
|---|---|---|
| Current | | $0.00 |
| 0-15 days old | | $0.00 |
| 15-30 days old | | $0.00 |
| 30-45 days old | | $0.00 |
| 45-60 days old | | $0.00 |
| 60 + days old | | $1,763,653.10 |
| Total Accounts Receivable | | $1,763,653.10 |
| Amount considered uncollectible (Bad Debt) | | ($1,763,653.10) |
| Accounts Receivable (Net) | | $0.00 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |