IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TINTRI, INC.,[1] | ) Case No.: 18-11625 (KJC) |
| | ) |
| Debtor. | ) |

Objection Deadline: February 11, 2019 at 4:00 p.m.
Hearing Date: Scheduled only if Necessary

**NOTICE OF SIXTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2018 THROUGH JANUARY 10, 2020**

**PLEASE TAKE NOTICE** that on January 21, 2019, Pachulski Stang Ziehl & Jones LLP, as counsel for the above captioned debtor (the "Debtor") filed the *Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From December 1, 2018 through January 10, 2020* (the "Application") seeking compensation for the reasonable and necessary services rendered to the Debtor in the amount of $127,148.80 (80% of $158,936.00), and reimbursement for actual and necessary expenses in the amount of $9,159.07.

**PLEASE TAKE FURTHER NOTICE** that the Application is submitted pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 154] (the "Interim Compensation Order").

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 3rd Floor,

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

Wilmington, Delaware 19801, on or before **February 11, 2019, at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtor, Tintri, Inc., 303 Ravendale Dr., Mountain View, CA 94943, (Attn: Robert J. Duffy); (ii) counsel to the Debtor and Debtor-in-Possession, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), (Attn: John D. Fiero, Esq. and Colin R. Robinson, Esq.); (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, (Attn: Timothy J. Fox, Esq.); (iv) counsel to the Official Committee of Unsecured Creditors, Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, (Attn: Matthew P. Ward, Esq. and Ericka F. Johnson, Esq.); (iv) counsel to the Silicon Valley Bank, Debtor's postpetition senior secured lender, (a) Riemer & Braunstein LLP, Times Square Tower, Seven Times Square, Suite 2506, New York, NY 10036 (Attn: Steven E. Fox, Esq.), (b) Riemer & Braunstein LLP, Three Center Plaza, Suite 600, Boston, MA 02108 (Attn: Paul S. Samson, Esq.), and (c) Ashby & Geddes, 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899 (Attn: Gregory A. Taylor, Esq.); and (v) counsel to TriplePoint Capital LLC, Debtor's debtor in possession lender, (a) McDermott Will & Emery, 340 Madison Avenue, New York, NY 10173 (Attn: Riley T. Orloff, Esq.) (b) McDermott Will & Emery, 2049 Century Park East, Suite 3800, Los Angeles, CA 90067 (Attn: Gary B. Rosenbaum, Esq.), and (c) Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 (Attn: Stephen J. Astringer, Esq.).

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE

PAID PURSUANT TO THE INTERIM COMPENSATION ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS OR RESPONSES ARE TIMELY FILED.

Dated: January 21, 2020
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Henry C. Kevane (CA Bar No. 125757)
John D. Fiero (CA Bar No. 136557)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: hkevane@pszjlaw.com
        jfiero@pszjlaw.com
        jlucas@pszjlaw.com
        joneill@pszjlaw.com
        crobinson@pszjlaw.com

*Attorneys for Debtor and Debtor in Possession*