IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TINTRI, INC.,[1] | ) Case No.: 18-11625 (LSS) |
| | ) |
| Debtor. | ) |

Objection Deadline: February 12, 2020 at 4:00 p.m.
Hearing Date: February 18, 2020 at 10:00 a.m.

**FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL &
JONES LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION
FOR THE PERIOD FROM JULY 10, 2018 THROUGH JANUARY 10, 2020**

| Name of applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Name of client: | Debtor and Debtor in Possession |
| Time period covered by this application: | July 10, 2018 through September 30, 2018 |
| Total compensation sought this period: | $1,040,271.50 |
| Total expenses sought this period: | $62,344.95 |
| Petition date: | July 10, 2018 |
| Retention date: | July 10, 2018 |
| Date of order approving employment: | August 8, 2018 |
| Total fees approved by interim order to date: | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed fees paid to date: | $0.00 |
| Total allowed expenses paid to date: | $0.00 |
| Blended rate in this application for all attorneys: | $770.85 |
| Blended rate in this application for all timekeepers: | $691.49 |

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

DOCS_SF:102552.2 83990/002

| Name of applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $705,068.40 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $53,185.88 |
| Number of professionals included in this application: | 14 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 6 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application: | No. |

This is a:    ☐ monthly    ☐ interim    ☒ final application.

The total time expended for fee application preparation is approximately 12 hours and the corresponding compensation requested is approximately $7,500.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09/26/18 | 07/10/18 – 07/31/18 | $313,747.25 | $18,197.22 | $250,997.80 | $18,197.22 |
| 10/25/18 | 08/01/18 – 08/31/18 | $395,221.25 | $12,472.43 | $395,221.25 | $12,472.43 |
| 10/26/18 | 09/01/18 – 09/30/18 | $ 80,036.50 | $10,263.62 | $ 80,036.50 | $10,263.62 |
| 01/17/19 | 10/01/18 – 10/31/18 | $ 53,785.50 | $10,946.26 | $ 53,785.50 | $10,946.26 |
| 01/17/19 | 11/01/18 – 11/30/18 | $ 38,543.00 | $ 1,306.35 | $395,221.25 | $ 1,306.35 |
| 01/21/20 | 12/01/18 – 01/10/20 | $158,936.00 | $ 9,159.07 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Barton | Partner 2000; Member CA Bar 1981 | 975.00 | 0.60 | $585.00 |
| Henry C. Kevane | Partner 1997; Member CA Bar 1986 | 975.00 | 49.00 | $47,775.00 |
| Iain A.W. Nasatir | Partner 1999; Member NY Bar 1983; Member CA Bar 1990 | 975.00 | 3.60 | $3,510.00 |
| | | 925.00 | 0.80 | $740.00 |
| Kenneth H. Brown | Partner 2001; Member CA Bar 1981 | 975.00 | 9.40 | $9,165.00 |
| John D. Fiero | Partner 2002; Member CA Bar 1988 | 925.00 | 75.90 | $70,207.50 |
| | | 875.00 | 306.20 | $267,925.00 |
| | Travel Rate | 462.50 | 11.80 | $5,457.50 |
| | Travel Rate | 437.50 | 36.40 | $15,925.00 |
| Steven J. Kahn | Of Counsel 2001; Member CA Bar 1977 | 925.00 | 3.30 | $3,052.50 |
| James E. O'Neill | Partner 2005; Member DE Bar 2001; Member PA Bar 1985 | 895.00 | 7.60 | $6,802.00 |
| | | 850.00 | 153.70 | $130,645.00 |
| Colin R. Robinson | Of Counsel 2012; Member NJ & PA Bars 2001; Member DE Bar 2010 | 795.00 | 12.10 | $9,619.50 |
| | | 750.00 | 177.60 | $133,200.00 |
| John W. Lucas | Partner 2014; Member NY Bar 2004; Member CA Bar 2010 | 775.00 | 8.30 | $6,432.50 |
| | | 725.00 | 105.10 | $76,197.50 |
| William L. Ramseyer | Of Counsel 1989: Member CA Bar 1980 | 775.00 | 5.90 | $4,572.50 |
| | | 725.00 | 12.80 | $9,280.00 |
| Jason H. Rosell | Of Counsel 2010; Member CA Bar 2010; Member NY Bar 2011 | 695.00 | 16.10 | $11,189.50 |
| | | 595.00 | 186.30 | $110,848.50 |
| | Travel Rate | 297.50 | 22.00 | $6,545.00 |
| Peter J. Keane | Of Counsel 2018; Member PA Bar 2008; Member DE & NH Bar 2010 | 625.00 | 7.60 | $4,750.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joseph M. Mulvihill | Associate 2015; Member DE Bar 2014; Member PA Bar 2015 | 495.00 | 0.30 | $148.50 |
| Leslie Anne Forrester | Law Library Director | 395.00 | 1.00 | $395.00 |
| Elizabeth C. Thomas | Paralegal 2016 | 395.00 | 0.40 | $158.00 |
|  |  | 375.00 | 1.50 | $562.50 |
| Karina K. Yee | Paralegal 2000 | 395.00 | 1.20 | $474.00 |
| Patricia E. Cuniff | Paralegal 2000 | 395.00 | 60.50 | $23,897.50 |
|  |  | 375.00 | 132.20 | $49,575.00 |
| Patricia J. Jeffries | Paralegal 1999 | 395.00 | 0.40 | $158.00 |
|  |  | 375.00 | 18.10 | $6,787.50 |
| Cheryl A. Knotts | Paralegal 2000 | 375.00 | 2.20 | $825.00 |
|  |  | 350.00 | 5.30 | $1,855.00 |
| Beatrice M. Koveleski | Case Management Assistant | 325.00 | 1.20 | $390.00 |
|  |  | 295.00 | 6.10 | $1,799.50 |
| Charles J. Bouzoukis | Case Management Assistant | 325.00 | 5.30 | $1,722.50 |
|  |  | 295.00 | 23.70 | $6,991.50 |
| Karen S. Neil | Case Management Assistant | 325.00 | 11.30 | $3,672.50 |
|  |  | 295.00 | 9.70 | $2,861.50 |
| L. Sheryle Pitman | Case Management Assistant | 325.00 | 2.10 | $682.50 |
|  |  | 295.00 | 9.50 | $2,802.50 |
| Andrea R. Paul | Case Management Assistant | 295.00 | 0.30 | $88.50 |

**Grand Total:** $1,040,270.51
**Total Hours:** 1504.40
**Blended Rate:** $691.40

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Accounts Receivable | 33.70 | $ 21,390.50 |
| Asset Analysis/ Recovery | 1.90 | $ 1,734.50 |
| Asset Disposition | 367.70 | $292,462.50 |
| Bankruptcy Litigation | 98.80 | $ 59,266.50 |
| Business Operations | 36.30 | $ 28,972.00 |
| Case Administration | 231.80 | $118,914.50 |
| Claims Administration/ Objections | 46.70 | $ 34,212.50 |
| Compensation of Professionals | 38.30 | $ 23,822.50 |
| Compensation of Professionals/ Other | 19.50 | $ 11,288.00 |
| Employee Matters | 26.90 | $ 18,627.00 |
| Executory Contracts | 69.10 | $ 44,163.00 |
| Fee/Employment Application | 3.50 | $ 2,486.00 |
| Financial Filings | 7.30 | $ 4,455.50 |
| Financing | 86.30 | $ 75,145.00 |
| First Day | 73.00 | $ 56,556.00 |
| General Case Strategy Meetings | 12.60 | $ 10,335.00 |
| General Creditors Committee | 15.80 | $ 13,247.00 |
| Hearing | 36.60 | $ 24,228.50 |
| Insurance Coverage/ Issues | 7.10 | $ 5,962.50 |
| Litigation | 2.30 | $ 1,667.50 |
| Litigation (Non-Bankruptcy) | 22.80 | $ 19,941.00 |
| Meeting of Creditors | 1.10 | $ 885.00 |
| Non-Working Travel | 70.20 | $ 27,927.50 |
| Plan & Disclosure Statement | 70.20 | $ 60,544.00 |
| Retention of Professionals | 56.90 | $ 36,838.50 |
| Retention of Professionals/ Other | 3.40 | $ 2,274.00 |
| Schedules/SOFA | 32.30 | $ 19,319.00 |
| Stay Litigation | 16.30 | $ 12,828.50 |
| Tax Issues | 2.60 | $ 2,223.00 |
| US Trustee Related Issues | 13.40 | $ 8,554.50 |
| **Total** | **1,504.40** | **$1,040,271.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | Alaska Airlines, United Airlines (coach) | $15,001.90 |
| Airport Parking | DND Transportation, Eagle Transportation, KLS Transportation, SFO, Uber | $ 144.00 |
| Auto Travel Expense | | $ 1,519.63 |
| Bloomberg – Online Research | | $ 186.80 |
| Conference Call | AT&T, CourtCall | $ 545.20 |
| CourtLink | | $ 216.80 |
| Delivery/Courier Service | Advita | $ 6,094.20 |
| Fax Transmittal | | $ 216.00 |
| Federal Express | | $ 2,631.50 |
| Filing Fee | USBC DE, USDC DE | $ 3,192.00 |
| Hotel Expense | Hotel DuPont, Kimpton | $ 2,935.89 |
| Lexis/Nexis - Legal Research | | $ 236.44 |
| Outside Services | Naegeli Reporting Corp., Roadrunner Express, Wilcox & Fetzer | $ 5,846.60 |
| Overtime | A. Bader, N. Sanford, S. Stein, T. Thompson | $ 535.54 |
| Pacer - Court Research | | $ 1,947.90 |
| Postage | | $ 2,795.10 |
| Reproduction Expense | | $13,454.00 |
| Reproduction/ Scan Copy | | $ 4,275.40 |
| Transcript | eScribers, Reliable | $ 1,514.60 |
| Travel Expense | Amtrak, GoGo Air, Ovation Travel, United WiFi | $ 741.95 |
| Working Meals | Café Sapore, Coffee Mode, Ramen, Senior Sisig, Starbucks | $ 93.10 |
| **Sub-Total** | | **$64,124.55** |
| **Less Write-offs** | | **<$1,779.60>** |
| **Grand Total** | | **$62,344.95** |

---

[2] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TINTRI, INC.,[1] | ) | Case No.: 18-11625 (LSS) |
| | ) | |
| Debtor. | ) | |

Objection Deadline: **February 12, 2020 at 4:00 p.m.**
Hearing Date: **February 18, 2020 at 10:00 a.m.**

## FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM JULY 10, 2018 THROUGH JANUARY 10, 2020

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, signed on August 8, 2018 ("Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel for the above-captioned debtor and debtor in possession (the "Debtor"), hereby submits its Final Application for Compensation and Reimbursement of Expenses as counsel to the Debtor for the Period from July 10, 2018 through January 10, 2020 (the "Final Application").

By this Final Application, PSZ&J seeks a final allowance of fees in the amount of $1,047,771.50[2] as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $62,344.95 (net of write-offs) for a total of $1,110,116.45

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978): The headquarters and service address for the above-captioned Debtor is 303 Ravendale Dr., Mountain View, CA 94043.

[2] This amount includes $7,500.00 for the preparation of the Final Application and for assisting other Debtor professionals with the preparation and filing of their final fee applications and attendance at the final fee hearing.

DOCS_SF:102552.2 83990/002

and payment of the unpaid amount of such fees and expenses for the period July 10, 2018 through January 10, 2020 (the "Final Period"). In addition, PSZ&J reserves it right to file a supplement to this Final Application prior to the hearing date, to submit additional fees and expenses not previously included in the Final Application but incurred prior to the date of the hearing on the Final Application such as, for example, fees incurred in preparing the Final Application. In support of this Final Application, PSZ&J respectfully represents as follows:

## Background

1. On July 10, 2018 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor has continued in possession of its property and continued to operate and manage its business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtor's chapter 11 case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about August 8, 2018, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtor is authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with

the period ending September 30, 2018, at three-month intervals or such other intervals convenient to the Court, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of PSZ&J, as counsel for the Debtor, was approved effective as of July 10, 2018 by this Court's Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date, signed on August 8, 2018 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5. The monthly fee applications (the "Monthly Fee Applications") for the Final Period have been filed and served pursuant to the Administrative Order.

6. On September 26, 2018, PSZ&J filed its First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from July 10, 2018 through July 31, 2018 (the "First Monthly Fee Application") requesting $313,747.25 in fees and $18,197.22 (net of write-offs of $912.90 in expenses) in expenses. PSZ&J has received payment of 80% of

the fees and 100% of the expenses incurred on account of the First Monthly Fee Application. A true and correct copy of the First Monthly Fee Application is attached hereto as **Exhibit A**.

7.  On October 25, 2018, PSZ&J filed its Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from August 1, 2018 through August 31, 2018 (the "Second Monthly Fee Application") requesting $395,221.25 in fees and $12,472.43 in expenses. PSZ&J has received payment of 80% of the fees and 100% of the expenses incurred on account of the Second Monthly Fee Application. A true and correct copy of the Second Monthly Fee Application is attached hereto as **Exhibit B**.

8.  On October 26, 2018, PSZ&J filed its Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from September 1, 2018 through September 30, 2018 (the "Third Monthly Fee Application") requesting $80,036.50 in fees and $10,263.62 in expenses. PSZ&J has received payment of 80% of the fees and 100% of the expenses incurred on account of the Third Monthly Fee Application. A true and correct copy of the Third Monthly Fee Application is attached hereto as **Exhibit C**.

9.  On January 17, 2019, PSZ&J filed its Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from October 1, 2018 through October 31, 2018 (the "Fourth Monthly Fee Application") requesting $53,787.50 in fees and $10,946.26 in expenses. PSZ&J has received payment of 80% of the fees and 100% of the

expenses incurred on account of the Fourth Monthly Fee Application. A true and correct copy of the Fourth Monthly Fee Application is attached hereto as **Exhibit D**.

10. On January 17, 2019, PSZ&J filed its Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from November 1, 2018 through November 30, 2018 (the "Fifth Monthly Fee Application") requesting $38,543.00 in fees and $1,306.35 in expenses. PSZ&J has received payment of 80% of the fees and 100% of the expenses incurred on account of the Fifth Monthly Fee Application. A true and correct copy of the Fifth Monthly Fee Application is attached hereto as **Exhibit E**.

11. On January 21, 2020, PSZ&J filed its Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtor and Debtor in Possession, for the Period from December 1, 2018 through January 10, 2020 (the "Sixth Monthly Fee Application") requesting $158,936.00 in fees and $9,159.07 in expenses. The Sixth Monthly Fee Application is pending. A true and correct copy of the Sixth Monthly Fee Application is attached hereto as **Exhibit F**.

12. The Monthly Fee Applications covered by this Final Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the periods covered by such applications as well as other detailed information required to be included in fee applications

**Requested Relief**

13. By this Application, PSZ&J requests that the Court approve payment of one-hundred percent (100%) of the fees and 100% of the expenses incurred by PSZ&J during the Final Period of July 10, 2018 through January 10, 2020.

14. PSZ&J's engagement with the Debtor provided that the firm would charge either its regular hourly rates for all attorney timekeepers, or an average of $800.00 per hour, whichever was less. In this case, the actual cost of the attorney time billed to the matter was $934,573.00, while the $800 per hour rate would have yielded $941,600. Accordingly, the firm's actual hourly rates as stated in this Application are the proper yardstick for measuring PSZ&J's compensation.

15. At all relevant times, PSZ&J has not represented any party having an interest adverse to the case.

16. All services for which PSZ&J requests compensation were performed for or on behalf of the Debtor.

17. PSZ&J has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Final Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case. PSZ&J has received payments from the Debtor during the year prior to the Petition Date in the amount of

$362,063.38, including the Debtor's filing fee for this case, in connection with the preparation of initial documents and its prepetition representation of the Debtor.

18. The professional services and related expenses for which PSZ&J requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Debtor in this chapter 11 case. PSZ&J's services have been necessary and beneficial to the Debtor and its estate, the creditors and other parties in interest.

19. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, in the form attached hereto, providing that final allowance be made to PSZ&J for the period from July 10, 2018 through January 10, 2020 in the sum of $1,047,771.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $62,344.95 (net of write-offs) for a total of $1,110,116.45; that the Debtors be authorized to pay to PSZ&J the outstanding amount of such sums less any amounts previously paid in connection with the

Monthly Fee Applications, up to the amount of any applicable carve outs and retainers; and for such other and further relief as may be just and proper.

| | |
|---|---|
| Dated: January 22, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Henry C. Kevane (CA Bar No. 125757) |
| | John D. Fiero (CA Bar No. 136557) |
| | John W. Lucas (CA Bar No. 271038) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 N. Market Street, 17th Floor |
| | P. O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Attorneys for Debtor and Debtor in Possession |

## **DECLARATION OF COLIN R. ROBINSON**

a) I am Of Counsel with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Debtor. Capitalized terms used in this Declaration have the same meanings ascribed in the Final Application for Compensation and Reimbursement of Expenses as counsel to the Debtor for the Period from July 10, 2018 through January 10, 2020 (the "Final Application").

c) I have reviewed the foregoing Final Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on August 8, 2018, and submits that the Final Application substantially complies with such rule and orders.

/s/ Colin R. Robinson
Colin R. Robinson