**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| TINTRI, INC.,[1] | : | Case No. 18-11625 (LSS) |
| | : | |
| Debtor. | : | |
| | : | |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 18, 2020 AT 10:00 A.M. (EASTERN TIME)

---

**THERE ARE NO MATTERS GOING FORWARD.  THIS HEARING
HAS BEEN CANCELED WITH PERMISSION FROM THE COURT.**

---

FINAL FEE APPLICATIONS

1.    Final Fee Applications[3]

    Objection/Response Deadline:    Various (February 12-14, 2020 at 4:00 p.m.)

    Objections/Responses:    None to date.

    Related Documents:

    A.    See Exhibit A attached hereto.

    **B.    Supplement to Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor in Possession for the Period from July 10, 2018 Through January 10, 2020 [Docket No. 534; filed 2/14/2020]**

    **C.    Certification of Counsel Regarding Order Approving Final Fee Applications [Docket No. 535; filed 2/14/2020]**

    **Status:**    **A certification of counsel has been filed.  No hearing is necessary.**

---

[1]    The Debtor and the last four digits of its taxpayer identification numbers are (6978).

**[2]    Amended items appear in bold type.**

[3]    Fee application binders were previously submitted to the Court on February 11, 2020.

Dated:  February **14**, 2020            WOMBLE BOND DICKINSON (US) LLP

_/s/ Ericka F. Johnson_
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Morgan L. Patterson (DE Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (302) 252-4320
Facsimile:     (302) 252-4330
E-mail:          matthew.ward@wbd-us.com
                    ericka.johnson@wbd-us.com
                    morgan.patterson@wbd-us.com

Counsel for the Liquidation Trustee

**EXHIBIT A**

Index of Final Fee Applications

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TINTRI, INC.,[1] | § | Case No. 18-11625 (LSS) |
| | § | |
| Debtor. | § | **Hearing Date: February 18, 2020 at 10:00 a.m. (ET)** |
| | § | |

## INDEX OF FINAL FEE APPLICATIONS

**PACHULSKI STANG ZIEHL & JONES LLP**
**Counsel to the Debtor**

1.    Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From January 10, 2018 through January 10, 2020 [Docket No. 521, filed 1/22/2020]

    A.    First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From July 10, 2018 through July 31, 2018 [Docket No. 243; filed 9/26/2018]

    B.    Certificate of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From July 10, 2018 through July 31, 2018 [Docket No. 257; filed 10/19/2018]

    C.    Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From August 1, 2018 though August 31, 2018 [Docket No. 268; filed 10/25/2018]

    D.    Certificate of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From August 1, 2018 though August 31, 2018 [Docket No. 287; filed 11/20/2018]

    E.    Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From September 1, 2018 through September 30, 2018 [Docket No. 269; filed 10/26/2018]

---

[1]    The Debtor and the last four digits of its taxpayer identification numbers are (6978).

F.      Certificate of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From September 1, 2018 through September 30, 2018 [Docket No. 288; filed 11/20/2018]

G.      Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From October 1, 2018 through October 31, 2018 [Docket No. 319; filed 1/17/2019]

H.      Certificate of No Objection Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From October 1, 2018 through October 31, 2018 [Docket No. 326; filed 2/12/2019]

I.      Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From November 1, 2018 through November 30, 2018 [Docket No. 320; filed 1/17/2019]

J.      Certificate of No Objection Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From November 1, 2018 through November 30, 2018 [Docket No. 327; filed 2/12/2019]

K.      Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor In Possession for the Period From December 1, 2018 through January 10, 2020 [Docket No. 518; filed 1/21/2020]

**DELOITTE TAX LLP**
**Tax Services Provider to the Debtor**

2.      Second Monthly and Final Fee Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtor for the Period From July 10, 2018 Through January 10, 2020 [Docket No. 519, filed 1/22/2020]

A.      First Combined Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtor for the Period From July 10, 2018 Through January 31, 2019 [Docket No. 329; filed 2/13/2019]

B.      Certificate of No Objection Regarding First Combined Monthly Fee Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtor for the Period From July 10, 2018 Through January 31, 2019 [Docket No. 340; filed 3/7/2019]

C.      First Interim Fee Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provided to the Debtor for the Period From July 10, 2018 Though January 31, 2019 [Docket No. 376, filed 4/23/2019]

**WOMBLE BOND DICKINSON (US) LLP**
**Counsel to the Official Committee of Unsecured Creditors**

3.  Fifteenth Monthly and Final Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the (i) Monthly Period from December 1, 2019 through January 10, 2020 and (ii) Final Period From July 20, 2018 through January 10, 2020 [Docket No. 523, filed 1/23/2020]

    A.  First Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period July 20, 2018 Through August 31, 2018 [Docket No. 244; filed 9/27/2018]

    B.  Certificate of No Objection Regarding First Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period July 20, 2018 Through August 31, 2018 [Docket No. 256; filed 10/19/2018]

    C.  Second Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2018 Through September 30, 2018 [Docket No. 252; filed 10/16/2018]

    D.  Certificate of No Objection Regarding Second Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2018 Through September 30, 2018 [Docket No. 273; filed 11/7/2018]

    E.  Third Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2018 Through October 31, 2018 [Docket No. 277; filed 11/15/2018]

    F.  Certificate of No Objection Regarding Third Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2018 Through October 31, 2018 [Docket No. 300; 12/7/2018]

    G.  Fourth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period November 1, 2018 Through December 31, 2018 [Docket No. 324; filed 1/29/2019]

H.    Certificate of No Objection Regarding Fourth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period November 1, 2018 Through December 31, 2018 [Docket No. 330; filed 2/20/2019]

I.    Fifth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period January 1, 2019 Through January 31, 2019 [Docket No. 333; filed 2/27/2019]

J.    Certificate of No Objection Regarding Fifth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period January 1, 2019 Through January 31, 2019 [Docket No. 353; filed 3/21/2019]

K.    Sixth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period February 1, 2019 Through February 29, 2019 [Docket No. 354; filed 3/21/2019]

L.    Certificate of No Objection Regarding Sixth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period February 1, 2019 Through February 29, 2019 [Docket No. 368; filed 4/12/2019]

M.    Seventh Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period March 1, 2019 Through March 31, 2019 [Docket No. 370; filed 4/17/2019]

N.    Certificate of No Objection Regarding Seventh Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period March 1, 2019 Through March 31, 2019 [Docket No. 380; filed 5/9/2019]

O.    Eighth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period April 1, 2019 Through May 31, 2019 [Docket No. 386; filed 6/24/2019]

P.    Certificate of No Objection Regarding Eighth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured

Creditors for the Period April 1, 2019 Through May 31, 2019 [Docket No. 397; filed 7/16/2019]

Q.      Ninth Monthly Fee Application to Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period June 1, 2019 Through June 30, 2019 [Docket No. 399; filed 7/29/2019]

R.      Certificate of No Objection Regarding Ninth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period June 1, 2019 Through June 30, 2019 [Docket No. 496; filed 11/7/2019]

S.      Tenth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2019 Through July 31, 2019 [Docket No. 497; filed 11/7/2019]

T.      Certificate of No Objection Regarding Tenth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2019 Through July 31, 2019 [Docket No. 504; filed 12/3/2019]

U.      Eleventh Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period August 1, 2019 Through August 31, 2019 [Docket No. 498; filed 11/11/2019]

V.      Certificate of No Objection Regarding Eleventh Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period August 1, 2019 Through August 31, 2019 [Docket No. 505; filed 12/3/2019]

W.      Twelfth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2019 Through September 30, 2019 [Docket No. 499; filed 11/11/2019]

X.      Certificate of No Objection Regarding Twelfth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2019 Through September 30, 2019 [Docket No. 506; filed 12/3/2019]

Y.  Thirteenth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2019 Through October 31, 2019 [Docket No. 502; filed 11/22/2019]

Z.  Certificate of No Objection Regarding Thirteenth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2019 Through October 31, 2019  [Docket No. 508; filed 12/16/2019]

AA. Fourteenth Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period November 1, 2019 Through November 30, 2019 [Docket No. 522; filed 1/23/2020]

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**Financial Advisor to the Official Committee of Unsecured Creditors**

4.  Tenth Monthly and Final Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 22, 2018 Through January 10, 2020 [Docket No. 525, filed 1/24/2020]

A.  First Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 22, 2018 Through September 30, 2018 [Docket No. 272; filed 11/6/2018]

B.  Certificate of No Objection Regarding First Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 22, 2018 Through September 30, 2018 [Docket No. 294; filed 11/28/2018]

C.  Notice of Filing of Revised Exhibit "C" to the First Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 22, 2018 Through September 30, 2018 [Docket No. 305; filed 12/12/2018]

D.  Certification of Counsel Regarding First Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 22, 2018 Through September 30, 2018 [Docket No. 306; filed 12/12/2018]

E.      Second Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 1, 2018 Through October 31, 2018 [Docket No. 278; filed 11/15/2018]

F.      Certificate of No Objection Regarding Second Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 1, 2018 Through October 31, 2018 [Docket No. 301; filed 12/7/2018]

G.      Third Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 1, 2018 Through November 30, 2018 [Docket No. 315; filed 12/27/2018]

H.      Certificate of No Objection Regarding Third Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 1, 2018 Through November 30, 2018 [Docket No. 323; filed 1/18/2019]

I.      Fourth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 1, 2018 Through December 31, 2018 [Docket No. 335; filed 3/1/2019]

J.      Certificate of No Objection Regarding Fourth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 1, 2018 Through December 31, 2018 [Docket No. 357; filed 3/25/2019]

K.      Fifth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from January 1, 2019 Through January 31, 2019 [Docket No. 336; filed 3/1/2019]

L.      Certificate of No Objection Regarding Fifth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from January 1, 2019 Through January 31, 2019 [Docket No. 358; filed 3/25/2019]

M.      Sixth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 1, 2019 Through February 28, 2019 [Docket No. 348; filed 3/15/2019]

N.    Certificate of No Objection Regarding Sixth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 1, 2019 Through February 28, 2019 [Docket No. 365; filed 4/8/2019]

O.    Seventh Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from March 1, 2019 Through March 31, 2019 [Docket No. 371; filed 4/17/2019]

P.    Certificate of No Objection Regarding Seventh Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from March 1, 2019 Through March 31, 2019 [Docket No. 381; filed 5/9/2019]

Q.    Eighth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 1, 2019 Through July 31, 2019 [Docket No. 405; filed 8/13/2019]

R.    Certificate of No Objection Regarding Eighth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 1, 2019 Through July 31, 2019 [Docket No. 482; filed 10/3/2019]

S.    Ninth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through October 31, 2019 [Docket No. 500; filed 11/18/2019]

T.    Certificate of No Objection Regarding Ninth Monthly Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through October 31, 2019 [Docket No. 507; filed 12/10/2019]

**OMNI MANAGEMENT GROUP, INC.**
**Administrative Agent to the Official Committee of Unsecured Creditors**

5.    First Monthly and Final Fee Application of Omni Management Group, Inc. for Compensation and Reimbursement of Expenses as Administrative Agent to the Official Committee of Unsecured Creditors for the Period from July 8, 2019 through January 10, 2020 [Docket No. 524, filed 1/23/2020]