**EXHIBIT A**

| PROFESSIONAL AND ROLE IN CASE | FINAL APPLICATION PERIOD | COMPENSATION APPROVED ON A FINAL BASIS | EXPENSES APPROVED ON A FINAL BASIS |
|---|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP**<br>Counsel to the Debtor | July 10, 2018 – January 10, 2020 | $1,051,425.00 | $61,915.82 |
| **Deloitte Tax LLP**<br>Tax Services Provider to the Debtor | July 10, 2018 – January 10, 2020 | $53,668.50 | $0.00 |
| **Womble Bond Dickinson (US) LLP**<br>Counsel for the Official Committee of Unsecured Creditors | July 20, 2018 – January 10, 2020 | $724,967.00 | $5,269.54 |
| **Alvarez & Marsal North America, LLC**<br>Financial Advisor to the Official Committee of Unsecured Creditors | July 22, 2018 – January 10, 2020 | $536,133.02 | $14,432.93 |
| **Omni Management Group, Inc.**<br>Administrative Agent to the Official Committee of Unsecured Creditors | July 8, 2019 – January 10, 2020 | $2,381.00 | $0.00 |