# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| TINTRI, INC., ) | Case No. 18-11625 (LSS) |
| ) |  |
| Debtor. ) |  |
| ) |  |
| TINTRI, INC., ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | Adversary Proc. No. 18-50831 (LSS) |
| ) |  |
| ABACUS SOLUTIONS, LLC; and ) | **Related Adv. Docket No.: 13** |
| NEVERFAIL, INC., ) |  |
| ) |  |
| Defendants. ) |  |

## STATUS REPORT IN ADVERSARY PROCEEDING

Carroll Services, LLC, solely in its capacity as Liquidation Trustee of the Tintri Inc. Liquidation Trust, hereby files this status report in the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to the Notice and Order of Request for Status Report [Adv. Docket No. 13] entered on December 10, 2020:

The Liquidation Trustee has filed a notice of substitution of counsel in the Adversary Proceeding and has contacted counsel for the above-captioned defendants (collectively, the "Defendants") to discuss a schedule for the Adversary Proceeding. If not otherwise resolved, undersigned counsel expects to file a mutually agreed upon schedule under certification of counsel on or before January 25, 2021 or, if a mutually agreed upon schedule cannot be reached within that timeframe, will request a status conference with the Court.

WBD (US) 51084675v1

-2-

| | |
|---|---|
| Dated: January 4, 2021<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Ericka F. Johnson*<br>Matthew P. Ward (DE Bar No. 4471)<br>Ericka F. Johnson (DE Bar No. 5024)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>E-mail: matthew.ward@wbd-us.com<br>E-mail: ericka.johnson@wbd-us.com<br>E-mail: morgan.patterson@wbd-us.com<br><br>*Counsel for the Liquidation Trustee* |