IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| TINTRI, INC.,[1] | ) Case No. 18-11625 (LSS) ) |
| | ) Related Docket No. 683 |
| Debtor. | ) ) |

## ORDER (I) SUSTAINING THE LIQUIDATION TRUSTEE'S OBJECTION TO CLAIM NOS. 138 AND 159 FILED BY BOOMERANG CARNETS, (II) RECLASSIFYING CLAIM NO. 138, AND (III) DISALLOWING CLAIM NO. 159 IN ITS ENTIRETY

Upon the objection (the "Objection")[2] of the Liquidation Trustee pursuant to Bankruptcy Code sections 105(a), 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 for entry of an order (this "Order") reclassifying Claim No. 138 filed by Boomerang Carnets and disallowing Claim No. 159 filed by Boomerang Carnets in its entirety; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and that the Liquidation Trustee consents to entry of a final order under Article III of the United States Constitution; and (c) this Court having found that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and this Court having reviewed the Objection and having determined that the legal and factual bases set forth in the Objection establish just cause for the

---

[1] The Debtor and the last four digits of its taxpayer identification numbers are (6978).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

- 2 -

relief granted herein; and any responses or objections to the relief requested in the Objection having been withdrawn or overruled on the merits; and after due deliberation thereon and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Claim No. 138 filed by Boomerang Carnets is hereby reclassified as a general unsecured claim.

3. Claim No. 159 filed by Boomerang Carnets is hereby disallowed and expunged from the claims register in its entirety.

4. Notice of the Objection as provided therein shall be deemed good and sufficient notice of such Objection and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

5. Notwithstanding the relief granted in this Order or any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim against the Debtor (including the Claims); (b) a waiver of the Debtor's or the Liquidation Trust's rights to dispute any particular claim (including the Claims) on any grounds; (c) a promise or requirement to pay any particular claim (including the Claims); (d) an implication or admission that any particular claim (including the Claims) is of a type specified or defined in the Objection; or (e) a waiver or limitation of the Debtor's or the Liquidation Trust's rights under the Bankruptcy Code or any other applicable law.  Notwithstanding Bankruptcy Rule 6004(h) and 7062, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The Liquidation Trustee, the Clerk of the Court, and Omni are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 22nd, 2024**
**Wilmington, Delaware**

*/s/ Laurie Selber Silverstein*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

- 3 -

4860-9696-4561v1